# EXHIBIT 2

# Hygienic Standard for Cosmetics

Ministry of Health of the People's Republic of China January 2007

# Catalogue

**Hygienic Standard for Cosmetics**................................................................................................1

Catalogue ................................................................................................................................2

Part I General Principle ...........................................................................................................5

Part II Methods of Toxicological Test ....................................................................................132

III. Acute percutaneous toxicity test .....................................................................................101

IV. Skin irritation/corrosion test ...........................................................................................105

Dermal Irritation/Corrosion Test ...........................................................................................105

V. Acute eye irritation/corrosion test.....................................................................................111

VI. Skin metaplasia test .........................................................................................................117

Skin Sensitisation Test...........................................................................................................117

VII. Skin phototoxicity test ....................................................................................................123

Skin Phototoxicity Test ..........................................................................................................123

VIII. Salmonella typhimurium/reversion mutation test ..........................................................129

IX. In vitro mammalian cell chromosome aberration assay ....................................................141

X. In vitro mammalian cell gene mutation assay....................................................................148

In Vitro Mammalian Cell Gene Mutation Test .......................................................................148

XI. Mammalian bone marrow cell chromosome aberration test...............................................155

In Vivo Mammalian Bone Marrow Cell Chromosome Aberration Test ...................................155

XII. In vivo mammalian cell micronucleus assay ...................................................................160

Mammalian Erythrocyte Micronucleus Test ..........................................................................160

XIII. Testicular germ cell chromosome aberration test ...........................................................167

Testicle Cells Chromosome Aberration Test...........................................................................167

XIV. Subchronic oral toxicity test .........................................................................................173

Subchronic Oral Toxicity Test...............................................................................................173

XV. Subchronic percutaneous toxicity test ............................................................................180

Subchronic Dermal Toxicity Test...........................................................................................180

XVI. Teratogenicity test .........................................................................................................187

Teratogenicity Test ................................................................................................................187

XVII. Chronic toxicity/carcinogenicity combination test........................................................193

Combined Chronic Toxicity/Carcinogenicity Test..................................................................193

Part III Hygienic chemical test methods..................................................................................202

I. General Provisions ..............................................................................................................203

General Principles...................................................................................................................203

II. Mercury.............................................................................................................................207

Mercury .................................................................................................................................207

III. Arsenic ................................................................................................................ 216

Arsenic ..................................................................................................................... 216

IV. Lead ................................................................................................................... 231

Lead .......................................................................................................................... 231

V. Methanol ............................................................................................................. 242

Methanol ................................................................................................................... 242

VI. Free hydroxide ................................................................................................... 247

Free Hydroxide ........................................................................................................ 247

VII. pH ..................................................................................................................... 250

pH .............................................................................................................................. 250

VIII. Cadmium ......................................................................................................... 253

Cadmium .................................................................................................................. 253

IX. Strontium ........................................................................................................... 262

Strontium .................................................................................................................. 262

X. Total Fluorine ...................................................................................................... 271

Total Fluorine ........................................................................................................... 271

xi. total selenium ...................................................................................................... 275

Total Selenium .......................................................................................................... 275

XII. Boric acid and borates ...................................................................................... 280

Boric Acid and Borate ............................................................................................. 280

XIII. Selenium disulfide ........................................................................................... 283

Selenium Disulfide ................................................................................................... 283

XIV. Formaldehyde .................................................................................................. 288

Formaldehyde ........................................................................................................... 288

XV. Thioglycolic acid .............................................................................................. 293

Thioglycollic Acid ................................................................................................... 293

XVI. Hydroquinone, phenol ..................................................................................... 302

Hydroquinone and Phenol ....................................................................................... 302

XVII. Sex hormones ................................................................................................. 311

Sexual Hormones ..................................................................................................... 311

XVIII. Sunscreens ..................................................................................................... 326

UV filters .................................................................................................................. 326

XIX. Preservatives .................................................................................................... 337

Preservatives ............................................................................................................. 337

XX. Dyes in oxidative hair dyes .............................................................................. 341

Oxidative Hair Dyes ................................................................................................ 341

XXI. Azadirachtin ..................................................................................................... 345

Chlormethine ............................................................................................................ 345

XXII. Zebularine ....................................................................................................... 348

III

Cantharidin ............................................................................................................. 348

XXIII.-Hydroxy acids ............................................................................................. 351

-Hydroxy Acid ....................................................................................................... 351

XXIV. Anti-dandruff agents .................................................................................... 362

Antidandruff agents ............................................................................................... 362

xxv. antibiotics, metronidazole .............................................................................. 366

XXVI. Vitamin $D_2$, vitamin $D_3$ vitamin $D_2$, vitamin $D_3$ ........................................ 369

XXVII. Soluble zinc salts ....................................................................................... 373

Dissolvable zinc salt .............................................................................................. 373

XXVIII. Instrumental method for determining the resistance of cosmetics to UVA .................... 376

Test in vitro of protection against UVA ................................................................... 376

Part 4 Microbiological testing methods ................................................................... 379

I. General Provisions .............................................................................................. 380

General Principles ................................................................................................... 380

II. Total number of bacteria .................................................................................... 383

Aerobic Bacterial Count ......................................................................................... 383

III. Fecal coliform ................................................................................................... 388

Fecal Coliforms ...................................................................................................... 388

IV. Pseudomonas aeruginosa .................................................................................. 393

Pseudomonas Aeruginosa ...................................................................................... 393

V. Staphylococcus aureus ....................................................................................... 398

Staphylococcus Aureus .......................................................................................... 398

VI. Moulds and yeasts ............................................................................................ 403

Part 5 Methods of Safety and Efficacy Evaluation in Human ................................... 406

I. General Provisions .............................................................................................. 276

General principles ................................................................................................... 276

II. Human skin patch test ........................................................................................ 277

Human Skin Patch Test .......................................................................................... 277

III. Human trial test safety evaluation ..................................................................... 282

Safety Evaluation of Using Tests of Cosmetics on Human Body .............................. 282

Fourth, sunscreen cosmetics sun protection effect of human testing ........................ 286

Tests in vivo of UV Protection Efficacy of Cosmetic Sunscreens ............................. 286

(i) Sunscreen cosmetics sun protection index (SPF) determination method ............... 287

(ii) Determination method for water resistance of sunscreen cosmetics .................... 294

(iii) Sunscreen cosmetics long-wave UV protection index (PFA value) determination method .... 297

# Part I General Principle

## 1 Scope

This specification specifies the hygiene requirements for cosmetic raw materials and their end-products. This specification applies to cosmetics sold in the People's Republic of China.

## 2 Normative references

欧盟化妆品规程, 76 / 768 / EEC 及其 2005 年 11 月 21 日以前修订内容 (The Cosmetics Directive of the Council European Communities, 76 / 768 / EEC, and amendments until 21 November 2005)。

## 3 Definition

Cosmetics are applied by rubbing, spraying or other similar methods, dispersed on any part of the human surface (skin, hair, nails, lips, etc.), in order to clean, eliminate bad odours, skin care, beauty and grooming purposes of daily use chemical industrial products.

## 4 Hygienic requirements for cosmetic products

4.1   General requirements

Under normal and reasonably foreseeable conditions of use, cosmetic products must not be hazardous to human health.

4.2   Raw material requirements

4.2.1   The use of the substances listed in Table 2(1) as cosmetic components is prohibited.

4.2.2   The use of substances listed in Table 2(2) as cosmetic components is prohibited.

4.2.3   Where the substances listed in Table 3 are used as components of cosmetic products, they must comply with the provisions of the table, including the range of use, the maximum permitted concentration, other restrictions and requirements, and the conditions of use and precautions that must be printed on the label.

4.2.4   Preservatives used in cosmetic products must be substances listed in Table 4 and must comply with the provisions of the table, including the maximum permitted concentration, the range and restrictions of use and the conditions of use and precautions that must be printed on the label.

4.2.5   Sunscreens used in cosmetics must be of the substances listed in Table 5 and must comply with the provisions of the table, including the maximum permitted concentration of use and the conditions of use and precautions that must be printed on the label.

4.2.6   Colourants used in cosmetics must be substances listed in Table 6 and must comply with the provisions of the table, including the permissible scope of use and other restrictions and requirements.

4.2.7   Hair colouring agents used in cosmetics must be substances listed in Table 7 and must comply with the provisions of the table, including the maximum permitted concentration, other restrictions and requirements and the conditions of use and precautions that must be printed on the label.

4.3   End product requirements

The ingredients used in cosmetics must comply with the requirements of 4.2 Ingredients above.

Cosmetics must be safe to use, must not cause significant irritation or damage to the application site and must not be infectious.

4.3.1   The microbiological quality of cosmetics should comply with the following regulations.

4.3.1.1 Cosmetics for the eyes and mucous membranes such as lips and mouth, as well as cosmetics for infants and children shall not have a total bacterial count greater than 500 CFU/mL or 500 CFU/g.

4.3.1.2 The total number of colonies for other cosmetics must not be greater than 1000 CFU/mL or 1000 CFU/g.

4.3.1.3 Fecal coliforms, Pseudomonas aeruginosa and Staphylococcus aureus shall not be detected per gram or per millilitre of product.

4.3.1.4 The total number of moulds and yeasts in cosmetics must not be greater than 100 CFU/mL or 100 CFU/g.

4.3.2   Toxic substances in cosmetics must not exceed the limits specified in Table 1.

Table 1   Toxic substance limits in cosmetic products

| Common contaminants | Limit (mg/kg) | Remarks |
| --- | --- | --- |
| Mercury | 1 | Except for eye cosmetics containing organic mercury preservatives |
| Lead | 40 | |
| Arsenic | 10 | |
| Methanol | 2000 | |

## 5        Cosmetic packaging requirements

The materials of direct contact containers for cosmetics must be non-toxic and must not contain or release toxic substances that could cause harm to the user Quality.

Table 2(1) Prohibited components of cosmetic products[(1)(2)]

(in alphabetical order)

| No. | Chinese Name | English Name |
|---|---|---|
| 1 | α, α, α-三氯甲苯 | α, α, α-Trichlorotoluene (CAS No 98-07-7) |
| 2 | α, α-二氯甲苯 | α, α-Dichlorotoluene (CAS No 98-87-3) |
| 3 | α-氯甲苯 | α-Chlorotoluene (CAS No100-44-7) |
| 4 | 1-(1-萘基甲基)喹啉嗡 | 1-(1-Naphthylmethyl) quinolinium (CAS No 65322-65-8) |
| 5 | 1-(4-氯苯基)-4,4-二甲基-3-(1,2,4-三唑-1-基甲基)戊-3-醇 | 1-(4-Chlorophenyl)-4,4-dimethyl-3-(1,2,4-triazol-1-ylmethyl)pentan-3-ol(CAS No 107534-96-3) |
| 6 | 1-(4-甲氧基苯基)-1-戊烯-3-酮 | 1-(4-Methoxyphenyl)-1-penten-3-one (CAS No 104-27-8) |
| 7 | 1,1,2-三氯乙烷 | 1,1,2-Trichloroethane (CAS No 79-00-5) |
| 8 | 1,1,3,3,5-五甲基-4,6-二硝茚满(伞花麝香) | 1,1,3,3,5-Pentamethyl-4,6-dinitroindane (moskene) |
| 9 | 硫酸[(1,1'-联苯)-4,4'-二基]二铵 | [(1,1'-Biphenyl)-4,4'-diyl]diammonium sulphate (CAS No 531-86-2) |
| 10 | 苯甲酸[1,1-双(二甲氨基甲基)]丙基酯(戊胺卡因, 阿立平)及其盐类 | 1,1-Bis(dimethylaminomethyl)propyl benzoate (amydricaine, alypine) and its salts |
| 11 | 1,2,3,4,5,6-六氯环己烷, 在本附录中别处详细说明的那些除外 | 1,2,3,4,5,6-Hexachlorcyclohexanes with the exception of those specified elsewhere in this Annex |
| 12 | 1,2,3-三氯丙烷 | 1,2,3-Trichloropropane (CAS No 96-18-4) |
| 13 | 1,2,4-三唑 | 1,2,4-Triazole (CAS No 288-88-0) |
| 14 | 1,2-苯基二羧酸支链和直链二C7-11 基酯 | 1,2-Benzenedicarboxylic acid di-C7-11, branched and linear alkylesters (CAS No 68515-42-4) |
| 15 | 1,2-苯二羧酸支链和直链二戊基酯<br>正戊基异戊基邻苯二甲酸酯<br>双正戊基邻苯二甲酸酯<br>双异戊基邻苯二甲酸酯 | 1,2-Benzenedicarboxylic acid, dipentylester, branched and linear(CAS No 84777-06-0)<br>n-Pentyl-isopentylphthalate<br>Di-n-pentyl phthalate (CAS No 131-18-0)<br>Diisopentylphthalate (CAS No 605-50-5) |
| 16 | 1,2-双(2-甲氧乙氧基)乙烷  三乙二醇二甲醚 | 1,2-Bis(2-methoxyethoxy)ethane triethylene glycol dimethyl ether (CAS No 112-49-2) |
| 17 | 1,2-二溴-3-氯丙烷 | 1,2-Dibromo-3-chloropropane (CAS No 96-12-8) |
| 18 | 1,2-二溴乙烷 | 1,2-Dibromoethane (CAS No 106-93-4) |
| 19 | 1,2-环氧-3-苯氧基丙烷 | 1,2-Epoxy-3-phenoxypropane (CAS No 122-60-1) |
| 20 | 1,2-环氧丁烷 | 1,2-Epoxybutane |
| 21 | 1,3,5-三(环氧乙基甲基)-1,3,5-三嗪-2,4,6(1H,3H,5H)三酮 | 1,3,5-Tris(oxiranylmethyl)-1,3,5-triazine-2,4,6(1H,3H,5H)-trione (CAS No 2451-62-9) |
| 22 | 1,3,5-三-[(2S 和 2R)-2,3-环氧丙基]-1,3,5 三嗪-2,4,6-(1H,3H,5H)-三酮 | 1,3,5-Tris-[(2S and 2R)-2,3-Epoxypropyl]-1,3,5-triazine-2,4,6-(1H,3H,5H)-trione (CAS No 59653-74-6) |
| 23 | 1,3-双(乙烯基磺酰基乙酰氨基)-丙烷 | 1,3-Bis(vinylsulfonylacetamido)-propane (CAS No 93629-90-4) |

| 24 | 1,3-二氯-2-丙醇 | 1,3-Dichloropropan-2-ol (CAS No 96-23-1) |

| No. | Chinese Name | English Name |
|---|---|---|
| 25 | 1,3-二甲戊胺及其盐类 | 1,3-Dimethylpentylamine and its salts |
| 26 | 1,3-二苯胍 | 1,3-Diphenylguanidine (CAS No 102-06-7) |
| 27 | 1,3-丙磺酸内酯 | 1,3-Propanesultone (CAS No 1120-71-4) |
| 28 | 1,4,5,8-四氢基蒽醌(分散蓝 1) | 1,4,5,8-Tetraaminoanthraquinone (Disperse Blue 1) (CAS No 2475-45-8) |
| 29 | 1,4-二氯苯(对-二氯苯) | 1,4-Dichlorobenzene(p-dichlorobenzene) (CAS No 106-46-7) |
| 30 | 1,4-二氯-2-丁烯 | 1,4-Dichlorobut-2-ene (CAS No 764-41-0) |
| 31 | 11-α-羟基孕(甾)-4-烯-3,20-二酮及其酯类,羟基孕甾烯醇酮 | 11-Alpha-hydroxypregn-4-ene-3,20-dione and its esters |
| 32 | 1-萘胺和 2-萘胺及它们的盐类 | 1-and 2-Naphthylamines and their salts |
| 33 | 1-溴-3,4,5-三氟苯 | 1-Bromo-3,4,5-trifluorobenzene (CAS No 138526-69-9) |
| 34 | 1-溴丙烷(正丙基溴化物) | 1-Bromopropane(*n*-propyl bromide) (CAS No 106-94-5) |
| 35 | 1-丁基-3-(*N*-巴豆酰对氨基苯磺酰)脲 | 1-Butyl-3-(*N*-crotonoylsulphanilyl)urea |
| 36 | 1-氯-2,3-环氧丙烷 | 1-Chloro-2,3-epoxypropane (CAS No 106-89-8) |
| 37 | 1-氯-4-硝基苯 | 1-Chloro-4-nitrobenzene (CAS No 100-00-5) |
| 38 | 1-二甲氨基甲基-1-甲基丙基苯甲酸(阿米卡因)及其盐类 | 1-Dimethylaminomethyl-1-methylpropyl benzoate (amylocaine) and its salts |
| 39 | 1-乙基-1-甲基吗啉溴化物 | 1-Ethyl-1-methylmorpholinium bromide (CAS No 65756-41-4) |
| 40 | 溴化 1-乙基-1-甲基吡咯烷鎓(盐) | 1-Ethyl-1-methylpyrrolidinium bromide (CAS No 69227-51-6) |
| 41 | 1-甲氧基-2,4-二氨基苯(2,4-二氨基茴香-CI76050)及其盐类 | 1-Methoxy-2,4-diaminobenzene (2,4-diaminoanisole-CI 76050) and their salts |
| 42 | 1-甲氧基-2,5-二氨基苯(2,5-二氨基茴香)及其盐类 | 1-Methoxy-2,5-diaminobenzene (2,5-diaminoanisole) and their salts |
| 43 | 1-甲基-3-硝基-1-亚硝基胍 | 1-Methyl-3-nitro-1-nitrosoguanidine (CAS No 70-25-7) |
| 44 | 斑蝥素(表 3 中所列仅用于头发用品的斑蝥酊中所含斑蝥素除外) | (1*R*,2*S*)-Hexahydro-1,2-dimethyl-3,6-epoxyphthalic anhydride (cantharidin), with the exception of cantharides tincture listed in table 3 |
| 45 | 异艾氏剂 | (1*R*,4*S*,5*R*,8*S*)-1,2,3,4,10,10-Hexachloro-1,4,4a,5,8,8a-hexahydro-1,4:5,8-dimethano- naphthalene (isodrin-ISO) |
| 46 | 异狄氏剂 | (1*R*,4*S*,5*R*,8*S*)-1,2,3,4,10,10-Hexachloro-6,7-epoxy-1,4,4a,5,6,7,8,8a-octahydro-1,4:5,8-dimethano-naphthalene (endrin-ISO) |
| 47 | 1-乙烯基-2-吡咯烷酮 | 1-Vinyl-2-pyrrolidone (CAS No 88-12-0) |
| 48 | 氯鼠酮 | 2-(2-(4-Chlorophenyl)-2-phenylacetyl) indan 1,3-dione (chlorophacinone-ISO) |
| 49 | (+/-)-2-(2,4-二氯苯基)-3-(1*H*-1,2,4-三唑-1-基)丙基-1,1,2,2-四氟乙醚 | (+/-)-2-(2,4-Dichlorophenyl)-3-(1*H*-1,2,4-triazol-1-yl)propyl-1,1,2,2-tetrafluoroethylether (CAS No 112281-77-3) |
| 50 | 2-(2-甲氧基乙氧基)乙醇 | 2-(2-Methoxyethoxy)ethanol (CAS No 111-77-3) |

| No. | Chinese<br>Name | English Name |
|---|---|---|
| 51 | 2-(4-烯丙基-2-甲氧苯氧基)-*N,N*-二乙基乙酰胺及其盐类 | 2-(4-Allyl-2-methoxyphenoxy)-*N,N*-diethylacetamide and its salts |
| 52 | 2-(4-叔-丁苯基)乙醇 | 2-(4-*tert*-Butylphenyl)ethanol (CAS No 5406-86-0) |
| 53 | 2,2,2-三溴乙醇 | 2,2,2-Tribromoethanol (tribromoethyl alcohol) |
| 54 | 2,2,2-三氯乙-1,1-二醇 | 2,2,2-Trichloroethane-1,1-diol |
| 55 | 2,2,6-三甲基-4-哌啶基苯甲酸(苯扎明)及其盐类 | 2,2,6-Trimethyl-4-piperidyl benzoate (benzamine) and its salts |
| 56 | 2,2'-(亚硝基亚氨基)双乙醇 | 2,2'-(Nitrosoimino)bisethanol (CAS No 1116-54-7) |
| 57 | 2,2-二环氧乙烷 | 2,2'-Bioxirane (CAS No 1464-53-5) |
| 58 | 2,2'-二羟基-3,3',5,5',6,6'-六氯代二苯基甲烷(六氯酚) | 2,2'-Dihydroxy-3,3',5,5',6,6'-hexachlorodiphenylmethane   (hexachlorophene) |
| 59 | 2,2-二溴-2-硝基乙醇 | 2,2-Dibromo-2-nitroethanol (CAS No 69094-18-4) |
| 60 | 2,3,4-三氯-1-丁烯 | 2,3,4-Trichlorobut-1-ene (CAS No 2431-50-7) |
| 61 | 2,3,7,8-四氯二苯并-对-二口恶   口英 | 2,3,7,8-Tetrachlorodibenzo-*p*-dioxin |
| 62 | 2,3-二溴-1-丙醇 | 2,3-Dibromopropan-1-ol (CAS No 96-13-9) |
| 63 | 2,3-二氯-2-甲基丁烷 | 2,3-Dichloro-2-methylbutane |
| 64 | 2,3-二氯丙烯 | 2,3-Dichloropropene (CAS No 78-88-6) |
| 65 | 2,3-二硝基甲苯 | 2,3-Dinitrotoluene (CAS No 602-01-7) |
| 66 | 2,3-环氧-1-丙醇 | 2,3-Epoxypropan-1-ol (CAS No 556-52-5) |
| 67 | 2,3-环氧丙基-邻-甲苯基醚 | 2,3-Epoxypropyl o-tolyl ether (CAS No 2210-79-9) |
| 68 | 2,4,5-三甲基苯胺<br>2,4,5-三甲基苯胺盐酸盐 | 2,4,5-Trimethylaniline (CAS No 137-17-7)<br>2,4,5-Trimethylaniline hydrochloride (CAS No 21436-97-5) |
| 69 | 2,4,6-三氯苯酚 | 2,4,6-Trichlorophenol (CAS No 88-06-2) |
| 70 | 2,4-二氨基苯乙醇及其盐类 | 2,4-Diaminophenylethanol and its salts |
| 71 | 2,4-二羟基-3-甲基苯甲醛 | 2,4-Dihydroxy-3-methylbenzaldehyde (CAS No 6248-20-0) |
| 72 | 2,5-二硝基甲苯 | 2,5-Dinitrotoluene (CAS No 619-15-8) |
| 73 | 辛酸 2,6-二溴-4-氰苯酯 | 2,6-Dibromo-4-cyanophenyl octanoate (CAS No 1689-99-2) |
| 74 | (2,6-二甲基-1,3-二恶烷-4-基)乙酸酯 | 2,6-Dimethyl-1,3-dioxan-4-yl acetate (dimethoxane) |
| 75 | 2,6-二硝基甲苯 | 2,6-Dinitrotoluene (CAS No 606-20-2) |
| 76 | 2-[2-羟基-3-(2-氯苯基)氨基甲酰-1-萘基偶氮]-7-[2-羟基-3-(3-甲基苯基)-2-[2-萘基-3-(3-甲基苯基)-氨基甲酰-1-萘基偶氮]-7-[2-羟基-3-(3-甲基苯基)-氨基甲酰-1-萘基偶氮]芴-9-酮 | 2-[2-Hydroxy-3-(2-chlorophenyl)carbamoyl-1-naphthylazo]-7-[2-hydroxy-3-   (3-methylphenyl)-2-[2-hydroxy-3-(3-methylphenyl)-carbamoyl-1-naphthylazo]-7-[2-hydroxy-3-(3-methylphenyl)-carbamoyl-1-naphthylazo]fluoren-9-one(EC No 420-580-2) |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 77 | 2-(4-甲氧苄基-*N*-(2-吡啶基)氨基)乙基二甲胺马来酸盐 | 2-[4-Methoxybenzyl-*N*-(2-pyridyl) amino] ethyldimethylamine maleate |
| 78 | 2-{4-(2-氨 丙基氨基)-6-[4-羟基-3-(5-甲基-2-甲氧基-4-氨磺酰苯基偶氮)-2-磺化萘-7-基氨基]-1,3,5-三嗪基氨基}-2-氨基丙基甲酸盐 | 2-{4-(2-Ammonio   propylamino)-6-[4-hydroxy-3-(5-methyl-2-methoxy-4-sulfamoylphenylazo)-2-sulfonatonaphth-7-ylamino]-1,3,5-triazin-2-ylamino}-2-aminopropyl formate(EC No 424-260-3) |
| 79 | 乙酰胆碱及其盐类 | 2-Acetoxyethyltrimethylammonium hydroxide (acetylcholine )and its salts |
| 80 | 2-α-环己烷苯苄基(*N,N,N',N'*-四乙基)三亚甲基二胺 | 2-Alpha-cyclohexylbenzyl (*N,N,N',N'*-tetraethyl) trimethylenediamine  (phenetamine) |
| 81 | 2-氨基-1,2-双(4-甲氧苯基)乙醇及其盐类 | 2-Amino-1,2-bis(4-methoxyphenyl)ethanol and its salts |
| 82 | 2-氨基-4-硝基苯酚 | 2-Amino-4-nitrophenol |
| 83 | 2-氨基-5-硝基苯酚 | 2-Amino-5-nitrophenol |
| 84 | 2-溴丙烷 | 2-Bromopropane (CAS No 75-26-3) |
| 85 | 2-丁酮肟 | 2-Butanone oxime (CAS No 96-29-7) |
| 86 | 2-氯-6-甲基嘧啶-4-基二甲基胺(杀鼠嘧啶) | 2-Chloro-6-methylpyrimidin-4-yldimethylamine   (crimidine-ISO) |
| 87 | 3-羟基-4-苯基苯甲酸-2-二乙氨乙基酯及其盐类 | 2-Diethylaminoethyl 3-hydroxy-4-phenylbenzoate and its salts |
| 88 | 2-乙氧基乙醇 | 2-Ethoxyethanol (CAS No110-80-5) |
| 89 | 乙酸 2-乙氧基乙酯 | 2-Ethoxyethyl acetate (CAS No 111-15-9) |
| 90 | 2-乙基己酸 | 2-Ethylhexanoic acid (CAS No 149-57-5) |
| 91 | 乙酸 2-乙基己基[[[3,5-双(1,1-二甲基乙基)-4-羟苯基]-甲基]-硫代]酯 | 2-Ethylhexyl[[[3,5-bis(1,1-dimethylethyl)-4-hydroxyphenyl]-methyl]thio]acetate (CAS No 80387-97-9) |
| 92 | (2-异丙基戊-4-烯酰基)脲 | (2-Isopropylpent-4-enoyl) urea (apronalide) |
| 93 | 2-甲氧基乙醇 | 2-Methoxyethanol (CAS No109-86-4) |
| 94 | 乙酸 2-甲氧基乙酯 | 2-Methoxyethyl acetate (CAS No 110-49-6) |
| 95 | 乙酸 2-甲氧基丙酯 | 2-Methoxypronyl aceate (CAS No 70657-70-4) |
| 96 | 2-甲氧基丙醇 | 2-Methoxypropanol (CAS No 1589-47-5) |
| 97 | 2-甲基氮丙啶 | 2-Methylaziridine (CAS No 75-55-8) |
| 98 | 2-甲基庚胺及其盐类 | 2-Methylheptylamine and its salts |
| 99 | 二异氰酸 2-甲基-间-亚苯酯 | 2-Methyl-*m*-phenylene diisocyanate (CAS No 91-08-7) |
| 100 | 2-甲基-间苯二胺 | 2-Methyl-*m*-phenylenediamine |
| 101 | 2-萘酚 | 2-Naphthol |
| 102 | 2-硝基茴香醚 | 2-Nitroanisole (CAS No 91-23-6) |
| 103 | 2-硝基萘 | 2-Nitronaphthalene (CAS No 581-89-5) |

| No. | Chinese Name | English Name |
|---|---|---|
| 104 | 2-硝基丙烷 | 2-Nitropropane (CAS No 79-46-9) |
| 105 | 2-硝基甲苯 | 2-Nitrotoluene (CAS No 88-72-2) |
| 106 | 2-亚戊基环己酮 | 2-Pentylidenecyclohexanone (CAS No 25677-40-1) |
| 107 | 2-苯基茚满-1,3-二酮(苯茚二酮) | 2-Phenylindan-1,3-dione (phenindione) |
| 108 | (2*RS*,3*RS*)-3-(2-氯苯基)-2-(4-氟苯基)-[(1*H*-1,2,4-三吡咯-1-基)甲基]环氧乙烷 | (2*RS*,3*RS*)-3(2-Chlorophenyl)-2-(4-fluorophenyl)-[1*H*-1,2,4-triazol-1-yl]methyl]oxirane (CAS No 133855-98-8) |
| 109 | 3-(1-萘基)-4-羟基香豆素 | 3-(1-Naphthyl)-4-hydroxycoumarin |
| 110 | 3-(4-氯苯基)-1,1-二甲基尿素三氯乙酸盐; 灭草隆-TCA | 3-(4-Chlorophenyl)-1,1-dimethyluronium trichloroacetate;monuron-TCA (CAS No 140-41-0) |
| 111 | 3-(4-异丙苯基)-1,1-二甲脲 | 3-(4-Isopropylphenyl)-1,1-dimethylurea (CAS No 34123-59-6) |
| 112 | 3,3'-二氯联苯胺 | 3,3'-Dichlorobenzidine (CAS No 91-94-1) |
| 113 | 3,3'-二氯联苯胺二盐酸盐 | 3,3'-Dichlorobenzidine dihydrochloride (CAS No 612-83-9) |
| 114 | 二硫酸二氢 3,3'-二氯联苯胺 | 3,3'-Dichlorobenzidine dihydrogen bis(sulphate) (CAS No 64969-34-2) |
| 115 | 3,3'-二氯联苯胺硫酸盐 | 3,3'-Dichlorobenzidine sulphate (CAS No 74332-73-3) |
| 116 | 3,3'-二甲氧基联苯胺 | 3,3'-Dimethoxybenzidine (CAS No119-90-4) |
| 117 | 二硫酸氢[3,3'-二甲基[1,1'-联苯]-4,4'-二基]二铵 | 3,3'-Dimethyl [1,1'-biphenyl]-4,4'-diyl]diammonium bis(hydrogen sulphate) (CAS No 64969-36-4) |
| 118 | 3,3-二(4-羟基苯基)2-苯并[C]呋喃酮(酚酞) | 3,3-Bis (4-hydroxyphenyl) phthalide (phenolphthalein) |
| 119 | 3,4,5-三甲氧苯乙基胺及其盐类 | 3,4,5-Trimethoxyphenethylamine and its salts |
| 120 | 3,4',5-三溴水杨酰苯胺(三溴沙仑) | 3,4',5-Tribromosalicylanilide  (tribromsalan) |
| 121 | 3,4-二羟基-2-甲氧基-2-甲基-4-苯基-2*H*,5*H* 吡咯(3,2-c)-(1)苯并吡喃-5-酮(环香豆素) | 3,4-Dihydro-2-methoxy-2-methyl-4-phenyl-2*H*,5*H*,pyrano  [3,2-c]-[1]benzopyran-5-one  (cyclocoumarol) |
| 122 | 3,4-二硝基甲苯 | 3,4-Dinitrotoluene (CAS No 610-39-9) |
| 123 | 3,5,5-三甲基环-2-己烯酮 | 3,5,5-Trimethylcyclohex-2-enone (CAS No 78-59-1) |
| 124 | 3,5-二溴-4-羟基苄腈 | 3,5-Dibromo-4-hydroxybenzonitrile (CAS No 1689-84-5) |
| 125 | 3,5-二硝基甲苯 | 3,5-Dinitrotoluene (CAS No 618-85-9) |
| 126 | 3,6,10-三甲基-3,5,9-十一碳三烯-2-酮 | 3,6,10-Trimethyl-3,5,9-undecatrien-2-one (CAS No 1117-41-5) |
| 127 | 3,7-二甲基辛烯醇(6,7-二氢拢牛儿醇) | 3,7-Dimethyl-2-octen-1-ol (6,7-Dihydrogeraniol) (CAS No 40607-48-5) |
| 128 | 3'-乙基-5',6',7',8'-四氢-5',5',8',8'-四甲基-2'-乙酰萘(乙酰乙基四甲基萘满,AETT)或 7-乙酰基-6-乙基-1,1,4,4-四甲基-1,2,3,4-四羟萘酚 | 3'-Ethyl-5',6',7',8'-tetrahydro-5',5',8',8'-tetramethyl-2'-acetonaphthone (acetyl ethyl tetra methyl tetralin, AETT) or 7- acetyl-6-ethyl-1,1,4,4-tetramethyl-1,2,3,4- tetrahydronaphtalen |
| 129 | (3-氯苯基)-(4-甲氧基-3-硝基苯基)-2-甲基环乙酮 | (3-Chlorophenyl)-(4-methoxy-3-nitrophenyl)methanone (CAS No 66938-41-8) |

| No. | Chinese Name | English Name |
|---|---|---|
| 130 | 肉桂酸-3-二乙氨基丙酯 | 3-Diethylaminopropyl cinnamate |
| 131 | 3-乙基-2-甲基-2-(3-甲基丁基)-1,3-氧氮杂环戊烷 | 3-Ethyl-2-methyl-2-(3-methylbutyl)-1,3-oxazolidine (CAS No 143860-04-2) |
| 132 | 3-咪唑-4-基丙烯酸(尿刊酸)及其乙酯 | 3-Iimidazol-4-ylacrylic acid and its ethyl ester (urocanic acid) |
| 133 | (4-(4-羟基-3-碘苯氧基)-3,5-二碘苯基)乙酸及其盐类 | [4-(4-Hydroxy-3-iodophenoxy)-3,5-diiodophenyl] acetic acid and its salts |
| 134 | 4-(4-甲氧基苯基)-2-丁烯-2-酮 | 4-(4-Methoxyphenyl)-3-butene-2-one (CAS No 943-88-4) |
| 135 | 4,4'-(4-亚氨基-2,5-亚环己二烯基亚甲基)双苯胺盐酸盐 | 4,4'-(4-Iminocyclohexa-2,5-dienylidenemethylene) dianiline hydrochloride (CAS No 569-61-9) |
| 136 | 4,4'-二邻甲苯胺 | 4,4'-Bi-*o*-toluidine (CAS No 119-93-7) |
| 137 | 4,4'-二-邻-甲苯胺二盐酸盐 | 4,4'-Bi-*o*-toluidine dihydrochloride (CAS No 612-82-8) |
| 138 | 4,4'-二-邻-甲苯胺硫酸盐 | 4,4'-Bi-*o*-toluidine sulphate (CAS No74753-18-7) |
| 139 | 4,4'-双(二甲氨基)苯甲酮 | 4,4'-Bis(dimethylamino)benzophenone (Michler's ketone) (CAS No 90-94-8) |
| 140 | 4,4'-碳亚氨基双(*N,N*-二甲基苯胺) | 4,4'-Carbonimidoyl bis(*N,N*-dimethylaniline) (CAS No 492-80-8) |
| 141 | 4,4'-二羟基-3,3'-(3-甲基硫代亚丙基) 双香豆素 | 4,4'-Dihydroxy-3,3'-(3-methylthiopropylidene)  dicoumarin |
| 142 | 4,4'-异丁基亚基联苯酚 | 4,4'-Isobutylethylidenediphenol (CAS No 6807-17-6) |
| 143 | 4,4'-亚甲基双(2-乙基苯胺) | 4,4'-Methylene bis (2-ethylaniline) (CAS No 19900-65-3) |
| 144 | 4,4'-二苯氨基甲烷 | 4,4'-Methylenedianiline (CAS No 101-77-9) |
| 145 | 4,4'-亚甲基-二-邻-甲苯胺 | 4,4'-Methylenedi-*o*-toluidine (CAS No 838-88-0) |
| 146 | 4,4'-二氨基二苯醚(对氨基苯基醚)及其盐类 | 4,4'-Oxydianiline (*p*-aminophenyl ether) and its salts (CAS No 101-80-4) |
| 147 | 4,4'-二氨基二苯硫醚及其盐类 | 4,4'-Thiodianiline and its salts (CAS No 139-65-1) |
| 148 | 4,6-二甲基-8-特丁基香豆素 | 4,6-Dimethyl-8-*tert*-butylcoumarin (CAS No 17874-34-9) |
| 149 | [4-[[4-(二甲基氨基)苯基][4-乙基(3-磺苯基)氨基]苯基]亚甲基]-2,5-亚环己二烯-1-基](乙基)(3-磺苯基)铵、钠盐 | [4-[[4-(Dimethylamino)phenyl][4-ethyl(3-sulphonatobenzyl)amino]phenyl]methylene]cyclohexa-2,5-dien-1-ylidene](ethyl)(3-sulphonatobenzyl)ammonium, sodium salt (CAS No 1694-09-3) |
| 150 | 4-[4-(1,3-二羟基丙-2-基)苯氨基]-1,8-二羟基-5-硝基蒽醌 | 4-[4-(1,3-Dihydroxyprop-2-yl)phenylamino]-1,8-dihydroxy-5-nitroanthraquinone (CAS No 114565-66-1) |
| 151 | 4'-乙氧基-2-苯并咪唑苯胺 | 4'-Ethoxy-2-benzimidazoleanilide (CAS No 115-96-8) |
| 152 | 4-氨基-2-硝基酚 | 4-Amino-2-nitrophenol |
| 153 | 4-氨基偶氮苯 | 4-Aminoazobenzene (CAS No 60-09-3) |
| 154 | 4-氨基水杨酸及其盐类 | 4-Aminosalicylic acid and its salts |
| 155 | 4-苄氧基苯酚和 4-乙氧基苯酚 | 4-Benzyloxyphenol and 4-ethoxyphenol |
| 156 | 辛酸 4-氰基-2,6-二碘苯酯 | 4-Cyano-2,6-diiodophenyl octanoate (CAS No 3861-47-0) |

| No. | Chinese Name | English Name |
|---|---|---|
| 157 | 4-乙氧基-间-苯二胺及其盐类 | 4-Ethoxy-*m*-phenylenediamine and its salts |
| 158 | (4-肼基苯基)-*N*-甲基甲烷磺酰胺盐酸盐 | 4-Hydrazinophenyl)-*N*-methylmethanesulfonamide hydrochloride (CAS No 81881-96-8) |
| 159 | 二异氰酸 4-甲基-间-亚苯酯 | 4-Methyl-*m*-phenylene diisocyanate (CAS No 584-84-9) |
| 160 | 4-甲基-间-苯二胺及其盐类 | 4-Methyl-*m*-phenylenediamine and its salts |
| 161 | 4-硝基联苯 | 4-Nitrobiphenyl (CAS No 92-93-3) |
| 162 | 4-亚硝基苯酚 | 4-Nitrosophenol (CAS No 104-91-6) |
| 163 | 4-邻-甲苯基偶氮-邻-甲苯胺 | 4-*o*-Tolylazo-*o*-toluidine(CAS No 97-56-3) |
| 164 | 盐酸柠檬酸柯衣定盐 | 4-Phenylazophenylene-1, 3-diamine citrate hydrochloride (chrysoidine citrate hydrochloride) |
| 165 | 4-苯基丁-3-烯-2-酮 | 4-Phenylbut-3-en-2-one |
| 166 | 4-叔丁基-3-甲氧基-2,6-二硝基甲苯(葵子麝香) | 4-*tert*-Butyl-3-methoxy-2,6-dinitrotoluene (musk ambrette) |
| 167 | 4-叔丁基苯酚 | 4-*tert*-Butylphenol |
| 168 | 4-叔丁基邻苯二酚 | 4-*tert*-Butylpyrocatechol |
| 169 | 5-(α,β-二溴苯乙基)-5-甲基乙内酰脲 | 5-(α,β-Dibromophenethyl)-5-methylhydantoin |
| 170 | 5-(2,4-二氧代-1,2,3,4-四氢嘧啶)-3-氟-2-羟基甲基四氢呋喃 | 5-(2,4-Dioxo-1,2,3,4-tetrahydropyrimidine)-3-fluro-2-hydroxymethylterahydrofuran (CAS No 41107-56-6) |
| 171 | 5-(3-丁酰基-2,4,6-甲基苯基)-2-[1-(乙氧基亚氨基)丙基]-3-羟基环己-2-烯-1-酮 | 5-(3-Butyryl-2,4,6-trimethylphenyl)-2-[1-(ethoxyimino)propyl]-3-hydroxycyclohex-2-en-1-one (CAS No 138164-12-2) |
| 172 | 二次亚碘酸 5,5'-二异丙基-2,2'-二甲基联苯-4,4'-二基酯 | 5,5'-Di-isopropyl-2,2'-dimethylbiphenyl-4,4'-diyl   dihypoiodite |
| 173 | 5,5-二苯基-4-咪唑酮 | 5,5-Diphenyl-4-imidazolidone |
| 174 | 5,6,12,13-四氯蒽(2,1,9-d,e,f,:6,5,10-d',e',f')二异喹啉-1,3,8,10(2*H*,9*H*)四酮 | 5,6,12,13-Tetrachloroanthra(2,1,9-def:6,5,10-d'e'f')diisoquinoline-1,3,8,10(2*H*,9*H*)-tetrone (CAS No 115662-06) |
| 175 | 5-氯-1,3-二羟基-2H-吲哚-2-酮 | 5-Chloro-1,3-dihydro-2H-indol-2-one (CAS No 17630-75-0) |
| 176 | 5-乙氧基-3-三氯甲基-1,2,4-硫代二唑 | 5-Ethoxy-3-trichloromethyl-1,2,4-thiadiazole (CAS No 2593-15-9) |
| 177 | 5-甲基-2,3-己二酮 | 5-Methyl-2,3-hexanedione (CAS No 13706-86-0) |
| 178 | 5-硝基二氢苊 | 5-Nitroacenaphthene (CAS No 602-87-9) |
| 179 | 5-硝基-*o*-甲苯胺<br>5-硝基-*o*-甲苯胺盐酸盐 | 5-Nitro-*o*-toluidine (CAS No 99-55-8)<br>5-Nitro-*o*-toluidine hydrochloride (CAS No 51085-52-0) |
| 180 | 5-叔丁基-1,2,3-三甲基-4,6-二硝基苯(西藏麝香) | 5-*tert*-Butyl-1, 2, 3-trimethyl-4, 6 –dinitrobenzene (musk tibetene) |
| 181 | 6-(2-氯乙基)-6-(2-甲氧乙氧基)-2, 5, 7, 10-四氧杂-6-硅杂十一烷 | 6-(2-Chloroethyl)-6-(2-methoxyethoxy)-2,5,7,10-tetraoxa-6-silaundecane (CAS No 37894-46-5) |

| No. | Chinese Name | English Name |
|---|---|---|
| 182 | 甲酸(6-(4-羟基苯-3-(2-甲氧基苯偶氮基)-2-磺基-7-萘胺基)-1,3,5-三嗪-2,4-基)双[(氨基-1-甲基乙基)铵] | 6-(4-Hydroxy-3-(2-methoxyphenylazo)-2-sulfonato-7-naphthylamino)-1,3,5-triazine-2,4-diyl)bis[(amino-1-methylethyl)ammonium]formate (CAS No 108225-03-2) |
| 183 | 6-(哌嗪基)-2,4-嘧啶二胺-3-氧化物(米诺地尔)及其盐和衍生物 | 6-(Piperidinyl)-2,4-pyrimidinediamine-3-oxide (minoxidil) and its salts and derivatives |
| 184 | 6,10-二甲基-3,5,9-十二碳三烯-2-酮 | 6,10-Dimethyl-3,5,9-undecatrien-2-one (CAS No 141-10-6) |
| 185 | 6-羟基-1-(3-异丙氧基丙基)-4-甲基-2-氧-5-[4-(苯偶氮基)苯偶氮基]-1,2-二羟-3-吡啶腈 | 6-Hydroxy-1-(3-isopropoxypropyl)-4-methyl-2-oxo-5-[4-(phenylazo)phenylazo]-1,2-dihydro-3-pyridine carbo-nitrile (CAS No 85136-74-9) |
| 186 | 6-异丙基-2-十氢萘酚 | 6-Isopropyl-2-decahydronaphthalenol (CAS No 34131-99-2) |
| 187 | 2-甲氧基-5-甲基苯胺 | 6-Methoxy-*m*-toluidine(*p*-cresidine) (CAS No 120-71-8) |
| 188 | 7,11-二甲基-4,6,10-十二碳三烯-3-酮 | 7,11-Dimethyl-4,6,10-dodecatrien-3-one (CAS No 26651-96-7) |
| 189 | 7-[2-羟基-3-(2-羟乙基-*N*-甲氨基]丙基]茶碱 | 7-[2-Hydroxy-3-(2-hydroxyethyl-*N*-methylamino) propyl ] theophylline (xanthinol) |
| 190 | 7-乙氧基-4-甲基香豆素 | 7-Ethoxy-4-methylcoumarin(CAS No 87-05-8) |
| 191 | 7-甲氧基香豆素 | 7-Methoxycoumarin (CAS No 531-59-9) |
| 192 | 7-甲基香豆素 | 7-Methylcoumarin (CAS No 2445-83-2) |
| 193 | 9-乙烯基咔唑 | 9-Vinylcarbazole (CAS No 1484-13-5) |
| 194 | 4-(7-羟基-2,4,4-三甲基-2-苯并二氢吡喃基)间苯二酚-4-基-三-(6-重氮基-5,6-二氢化-5-氧代萘-1-磺酸盐)和4-(7-羟基-2,4,4-三甲基-2-苯并二氢吡喃基)间苯二酚双(6-重氮基-5,6-二氢化-5-氧代萘-1-磺酸盐)的2:1 混合物 | A 2:1 mixture of: 4-(7-hydroxy-2,4,4-trimethyl-2-chromanyl)resorcinol-4-yl-tris(6-diazo-5,6-dihydro-5-oxonaphthalen-1-sulfonate) and 4-(7-hydroxy-2,4,4-trimethyl-2-chromanyl) resorcinolbis(6-diazo-5,6-dihydro-5-oxonaphthalen-1-sulfonate) (CAS No 140698-96-0) |
| 195 | 1,3,5-三(3-氨基甲基苯基)-1,3,5-(1*H*,3*H*,5*H*)-三嗪-2,4,6-三酮和    3,5-双(3-氨基甲基苯基)-1-聚[3,5-双(3-氨基甲基苯基)-2,4,6-三氧代-1,3,5-(1*H*,3*H*,5*H*)-三唑-1-基]-1,3,5-(1*H*,3*H*,5*H*)-三嗪-2,4,6-三酮混合低聚物的混合物 | A mixture of: 1,3,5-tris(3-aminomethylphenyl)-1,3,5-(1*H*,3*H*,5*H*)-triazine-2,4,6-trione and a mixture of oligomers of 3,5-bis(3-aminomethylphenyl)-1-poly[3,5-bis(3-aminomethylphenyl)-2,4,6-trioxo-1,3,5-(1*H*,3*H*,5*H*)-triazin-1-yl]-1,3,5-(1*H*,3*H*,5*H*)-triazine-2,4,6-trione(EC  No  421-550-1) |
| 196 | 4-[[双-(4-氟苯基)甲基甲硅烷基]甲基]-4H-1,2,4-三唑和  1-[[双(4-氟苯基)甲基甲硅烷基]甲基]-1H-1,2,4-三唑的混合物 | A mixture of: 4-[[bis-(4-fluorophenyl)methylsilyl]methyl]-4H-1,2,4-triazole and 1-[[bis-(4-fluorophenyl)methyl-silyl]methyl]-1H-1,2,4-triazole(EC No 403-250-2) |
| 197 | 下列化合物的混合物: 4-烯丙基-2,6-双(2,3-环氧丙基)苯酚,4-烯丙基-6-(3-(6-(3-(4-烯丙基-2,6-双(2,3-环氧丙基)-苯氧基)2-羟基丙基)-4-烯丙基苯-2-(2,3-环氧丙基)-苯氧基)2-羟基丙基)-4-烯丙基苯-2-(2,3-环氧丙基)-苯氧基-2-羟基丙基)苯酚,4-烯丙基苯-6-(3-(4-烯丙基-2,6-双(2,3-环氧丙基)-  苯氧基-2-羟基丙基)-2-(2,3-环氧丙基)苯氧基)苯酚和 4-烯丙基苯-6-(3-(6-(3-(4-烯丙基-2,6-双(2,3-环氧丙基)-苯氧基)-2-羟基丙基)-4-烯丙基苯-2-(2,3-环氧丙基)苯氧基)2-羟基丙基)苯酚 | A mixture of: 4-allyl-2,6-bis (2,3-epoxypropyl)phenol, 4-allyl-6-(3-(6-(3-(4-allyl-2,6-bis(2,3-epoxypropyl)-phenoxy)-2-hydroxypropyl)-4-allyl-2-(2,3-epoxypropyl)phenoxy)-2-hydroxypropyl)-4-allyl-2-(2,3-epoxypropyl)phenoxy)-2-hydroxypropyl)phenol,4-allyl-6-(3-(4-allyl-2,6-bis(2,3-epoxypropyl)phenoxy)-2-hydroxypropyl)-2-(2,3-epoxypropyl)phenol and 4-allyl-6-(3-(6-(3-(4-allyl-2,6-bis(2,3-epoxypropyl)-phenoxy)-2-hydroxypropyl)-4-allyl-2-(2,3-epoxypropyl)phenoxy)-2,3-epoxypropyl)phenol(EC No 417-470-1) |
| 198 | 5-[(4-[(7-氨基-1-羟基-3-磺代-2-萘基)偶氮]-2,5-二乙氧基苯基)偶氮]-2-[(3-膦酰基苯基)偶氮]苯甲酸和 5-[(4-[(7-氨基-1-羟基-3-磺代-2-萘基)偶氮]-2,5-二乙氧基苯基)偶氮]-3-[(3-膦酰基苯基)偶氮]苯甲酸的混合物 | A mixture of: 5-[(4-[(7-amino-1-hydroxy-3-sulfo-2-naphthyl) azo]-2,5-diethoxyphenyl)azo]-2 -[(3-phosphonophenyl)azo]benzoic acid and 5-[(4-[(7-amino-1-hydroxy-3-sulfo-2-naphthyl)azo]-2,5-diethoxyphenyl)azo]-3-[(3-phosphonophenyl) azo]benzoic acid (CAS No 163879-69-4) |

| No. | Chinese Name | English Name |
|---|---|---|
| 199 | 4-(3-乙氧基羰基-4-(5-(3-乙氧基羰基-5-羟基-1-(4-磺酸基苯基)吡唑-4-基)戊-2,4-二烯基)-4,5-二氢化-5-氧代吡唑-1-基)苯磺酸二钠盐和 4-(3-乙氧基羰基-4-(5-(3-乙氧基羰基-5-环氧化-1-(4-磺酸基苯基)吡唑-4-基)戊-2,4-二烯基)-4,5-二氢化-5-氧代吡唑-1-基)苯磺酸三钠盐的混合物 | A mixture of: disodium 4-(3-ethoxycarbonyl-4-(5-(3-ethoxycarbonyl-5-hydroxy-1-(4-sulfonatophenyl)pyrazol-4-yl)penta-2,4-dienylidene)-4,5-dihydro-5-oxopyrazol-1-yl)benzenesulfonate and trisodium 4-(3-ethoxycarbonyl-4-(5-(3-ethoxycarbonyl-5-oxido-1-(4-sulfonatophenyl)pyrazol-4-yl)penta-2,4-dienylidene)-4,5-dihydro-5-oxopyrazol-1-yl)benzenesulfonate (EC No 402-660-9) |
| 200 | N-[3-羟基-2-(2-甲基丙烯酰氨基甲氧基)丙氧基甲基]-2-甲基丙烯酰胺和 N-2,3-双-(2-甲基丙烯酰氨基甲氧基)丙氧基甲基)-2-甲基丙烯酰胺和甲基丙烯酰胺和 2-甲基-N-(2-甲基丙烯酰氨基甲氧基甲基)-丙烯酰胺和N-(2,3-二羟基丙氧基甲基)-2-甲基丙烯酰胺的混合物(EC No 412-790-8) | A mixture of: N-[3-Hydroxy-2-(2-Methylacryloylaminomethoxy)propoxymethyl]-2-methylacrylamide and N-2,3-bis-(2-Methylacryloylaminomethoxy)propoxymethyl]-2-methylacrylamide and methacrylamide and 2-methyl-N-(2-methylacryloylaminomethoxymethyl)-acrylamide and N-(2,3-dihydroxypropoxymethyl)-2-methylacrylamide(EC No 412-790-8) |
| 201 | 4,4'-亚甲基双[2-(4-羟基苄基)-3,6-二甲基苯酚]和 6-重氮基-5,6-二氢化-5-氧代-萘磺酸盐的 1:2 反应产物及 4,4'-亚甲基双[2-(4-羟基苄基)-3,6-二甲基苯酚]和6-重氮基-5,6-二氢化-5-氧代萘磺酸盐的1:3 反应产物的混合物 | A mixture of: reaction product of 4,4'-methylenebis[2-(4-hydroxybenzyl)-3,6-dimethylphenol] and 6-diazo-5,6-dihydro-5-oxo-naphthalenesulfonate(1:2) and reaction product of 4,4'-methylenebis [2-(4-hydroxybenzyl)-3,6-dimethylphenol] and 6-diazo-5,6-dihydro-5-oxonaphthalenesulfonate(1:3)(EC No 417-980-4) |
| 202 | 苯并[a]芘的含量大于0.005%(w/w)的吸收油，来自双环芳烃和杂环碳氢化合物馏分 | Absorption oils, bicyclo arom and heterocylic hydrocarbon fraction (CAS No 101316-45-4), if they contain> 0.005% (w/w) benzo[a]pyrene |
| 203 | 醋硝香豆素 | Acenocoumarol [3-(2-acetyl-1-(p-nitrophenyl) ethyl)-4-hydroxycoumarin] |
| 204 | 乙酰胺 | Acetamide (CAS No 60-35-5) |
| 205 | 乙腈 | Acetonitrile |
| 206 | 乌头碱(欧乌头主要生物碱)及其盐类 | Aconitine (principal alkaloid of *aconitum napellus L.*) and its salts |
| 207 | 欧乌头属(叶子、根和草药制剂) | *Aconitum napellus L.* (leaves, roots and galenical preparations) |
| 208 | 丙烯酰胺，在本规范的别处规定的除外 | Acrylamide,unless regulated dlsewhere in this Directive (CAS No 79-06-1) |
| 209 | 丙烯腈 | Acrylonitrile (CAS No 107-13-1) |
| 210 | 侧金盏花及其制剂 | *Adonis vernalis L.* and its preparations |
| 211 | 甲草胺；草不绿 | Alachlor (CAS No 15972-60-8) |
| 212 | 土木香根油 | Alanroot oil (*Inula helenium*) (CAS No 97676-35-2) |
| 213 | 艾氏剂 | Aldrin (CAS No 309-00-2) |
| 214 | 五氰亚硝酰基高铁酸碱金属盐 | Alkali pentacyanonitrosylferrate (2-) |
| 215 | 五氯苯酚的碱金属盐 | Alkali salts of pentachlorophenol (CAS No 131-52-2and7778-73-6) |
| 216 | 丁二烯含量大于0.1%(w/w)的$C_{1-2}$链烷烃 | Alkanes, $C_{1-2}$ (CAS No 68475-57-0), if they contain > 0.1%(w/w) butadiene |
| 217 | $C_{12-26}$支链和直链烷烃，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Alkanes, $C_{12-26}$-branched and linear (CAS No 90622-53-0), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 218 | 丁二烯含量大于0.1%(w/w)的富$C_3$的$C_{1-4}$烷烃 | Alkanes, $C_{1-4}$, $C_3$-rich (CAS No 90622-55-2), if they contain > 0.1%(w/w) butadiene |

| No. | Chinese Name | English Name |
|---|---|---|
| 219 | 丁二烯含量大于0.1%(w/w)的C$_{2-3}$链烷烃 | Alkanes, C$_{2-3}$ (CAS No 68475-58-1), if they contain > 0.1%(w/w) butadiene |
| 220 | 丁二烯含量大于0.1%(w/w)的C$_{3-4}$链烷烃 | Alkanes, C$_{3-4}$ (CAS No 68475-59-2), if they contain > 0.1%(w/w) butadiene |
| 221 | 丁二烯含量大于0.1%(w/w)的C$_{4-5}$链烷烃 | Alkanes, C$_{4-5}$ (CAS No 68475-60-5), if they contain > 0.1%(w/w) butadiene |
| 222 | 氯代C$_{10-13}$烷烃 | Alkanes,C$_{10-13}$ chloro (CAS No 85535-84-8) |
| 223 | 炔醇类以及它们的酯类、醚类、盐类 | Alkyne alcohols, their esters、ethers and salts |
| 224 | 阿洛拉胺及其盐类 | Alloclamide and its salts (2-allyloxy-4-choro-*N*- (2-diethylaminoethyl) benzamide) |
| 225 | 烯丙基氯(3-氯丙烯) | Allyl chloride (3-chloropropene) (CAS No 107-05-1) |
| 226 | 烯丙缩水甘油醚 | Allyl glycidyl ether (CAS No 106-92-3) |
| 227 | 烯丙基芥子油(异硫氰酸烯丙酯) | Allyl isothiocyanate |
| 228 | α-哌嗪-2-基苄基乙酸酯左旋的苏型(左法哌酯)及其盐类 | Alpha-piperidin-2-yl benzyl acetate laevorotatory threoform (levophacetoperane) and its salts |
| 229 | α-山道年 | Alpha-santonin [(3*S*,5a*R*,9b*S*)-3,3a,4,5,5a,9b-hexahydro-3,5a,9-trimethylnaphto [1,2-b] furan-2,8-dione] |
| 230 | 氨基己酸及其盐类 | Aminocaproic acid (6-aminohexanoic acid) and its salts |
| 231 | 阿米替林及其盐类 | Amitriptyline (5- (3-dimethylaminopropylidene)-10, 11-dihydro-5*H*-dibenzo-(a,d) cycloheptene) and its salts |
| 232 | 杀草强(氨三唑) | Amitrole (CAS No 61-82-5) |
| 233 | 大阿米芹及其植物制剂 | *Ammi majus* and its galenical preparations |
| 234 | 4-二甲氨基苯甲酸戊酯,混合的异构体(帕地马酯) | Amyl 4-dimethylaminobenzoate, mixed isomers (padimate A (INN)) |
| 235 | 亚硝酸戊酯类 | Amyl nitrites |
| 236 | 印防己(果实) | *Anamirta cocculus L.* (fruit) |
| 237 | 苯胺及其盐类以及卤化、磺化的衍生物类 | Aniline, its salts and its halogenated and sulphonated derivatives |
| 238 | 蒽油 | Anthracene oil |
| 239 | 甾族结构的抗雄激素物质 | Antiandrogens of steroidal structure |
| 240 | 抗生素类 | Antibiotics |
| 241 | 锑及锑化合物 | Antimony and its compounds |
| 242 | 加拿大大麻(夹竹桃麻,大麻叶罗布麻)及其制剂 | *Apocynum cannabinum L.* and its preparations |
| 243 | 阿扑吗啡及其盐类 | Apomorphine (R5,6,6a,7-tetrahydro-6-methyl-4H-dibenzo (de,g)-quinoline-10,11-diol) and its salts |
| 244 | 槟榔碱 | Arecoline (methyl 1,2,5,6-tetrahydro-1-methylnicotinate) |
| 245 | 马兜铃酸及其酯(盐); 马兜铃属及其制剂 | Aristolochic acid and its salts; *Aristolochia* spp and their preparations |
| 246 | 苯并[a]芘的含量大于0.005%(w/w)的C$_{20-28}$多环烃芳碳氢化合物, 来自煤 | Aromatic hydrocarbons, C$_{20-28}$, polycyclic, mixed coal-tar pitch-polyethylene polypropylene |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| | 焦油沥青与聚乙烯聚丙烯混合物的热解衍生物 | pyrolysis-derived(CAS No 101794-74-5), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 247 | 苯并[a]芘的含量大于0.005%(w/w)的C<sub>20-28</sub>多环芳烃碳氢化合物，来自煤焦油沥青与聚乙烯混合物的热解衍生物 | Aromatic hydrocarbons, C$_{20-28}$, polycyclic, mixed coal-tar pitch-polyethylene pyrolysis-derived (CAS No101794-75-6), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 248 | 苯并[a]芘的含量大于0.005%(w/w)的C<sub>20-28</sub>多环芳烃碳氢化合物，来自煤焦油沥青与聚乙烯混合物的热解衍生物 | Aromatic hydrocarbons, C$_{20-28}$, polycyclic, mixed coal-tar pitch-polystyrene pyrolysis-derived (CAS No 101794-76-7), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 249 | 砷及砷化合物 | Arsenic and its compounds |
| 250 | 石棉 | Asbestos (CAS No 12001-28-4) |
| 251 | 颠茄及其制剂 | *Atropa belladonna L.* and its preparations |
| 252 | 阿托品及其盐类和衍生物 | Atropine, its salts and derivatives |
| 253 | 阿扎环醇及其盐类 | Azacyclonol (α,α-diphenyl-α-piperid-4-ylmethanol) and its salts |
| 254 | 唑啶草酮 | Azafenidin(CAS No 68049-83-2) |
| 255 | 吖丙啶; 1-氮杂环丙烷; 环乙亚胺 | Aziridine (CAS No 151-56-4) |
| 256 | 偶氮苯 | Azobenzene (CAS No 103-33-3) |
| 257 | 巴比妥酸盐类 | Barbiturates |
| 258 | 钡盐类(除硫酸钡, 表3中的硫化钡与表6中着色剂的不溶性钡盐, 色淀和颜料外) | Barium salts, with the exception of barium sulphate, barium sulphide under the conditions laid down in table 3, and lakes, salts and pigments prepared from the colouring agents listed in table 6 |
| 259 | 贝美格及其盐类 | Bemegride (ethyl-3-methylglutarimide)and its salts |
| 260 | 贝那替秦 | Benactyzine (2-diethylaminoethyl benzilate) |
| 261 | 苄氟噻嗪及其衍生物 | Bendroflumethiazide (3-benzyl-3,4-dihydro-6-trifluoromethyl-2H-1,2,4-benzothiadiazine-7-sulfonamide 1,1-dioxide ) and its derivatives |
| 262 | 苯菌灵; 苯雷特 | Benomyl (CAS No 17804-35-2) |
| 263 | 苯并[e]醋亚菲 | Benz(e)acephenanthrylene (CAS No 205-99-2) |
| 264 | 苯并[a]蒽 | Benz[a]anthracene (CAS No 56-55-3) |
| 265 | 苯扎托品及其盐类 | Benzatropine (tropine benzhydryl ether; 3-(diphenylmethoxy)tropane) and its salts |
| 266 | 苯并吖庚因及苯并二吖庚因 | Benzazepines and benzodiazepines |
| 267 | 苯 | Benzene |
| 268 | 联苯胺(4,4'-二氨基联苯) | Benzidine (4,4'-diaminobiphenyl) |
| 269 | 乙酸联苯胺 | Benzidine acetate (CAS No 36341-27-2) |
| 270 | 联苯胺基偶氮染料 | Benzidine based azo dyes |

| No. | Chinese Name | English Name |
|---|---|---|
| 271 | 二盐酸联苯胺 | Benzidine dihydrochloride (CAS No 531-85-1) |
| 272 | 硫酸联苯胺 | Benzidine sulphate (CAS No 21136-70-9) |
| 273 | 苯咯溴铵 | Benzilonium bromide (1,1-diethyl-3-hydroxypyrrolidinium bromide benzilate) |
| 274 | 苯并咪唑-2(3H)-酮 | Benzimidazol-2(3H)-one |
| 275 | 苯并[k]荧蒽 | Benzo(k)fluoranthene (CAS No 207-08-9) |
| 276 | 苯并[a]芘 | Benzo[def]chrysene (=benzo[a]pyrene) (CAS No 50-32-8) |
| 277 | 苯并[e]芘 | Benzo[e]pyrene (CAS No 192-97-2) |
| 278 | 苯并[j]荧蒽 | Benzo[j]fluoranthene (CAS No 205-99-2) |
| 279 | 4-羟基-3-甲氧基肉桂醇的苯甲酸酯(天然精油中的规定含量除外) | Benzoates of 4-hydroxy-3-methoxycinnamyl alcohol except for normal content in natural essences used |
| 280 | 2,4-二溴-丁酸苄酯 | Benzyl 2,4-dibromobutanoate (CAS No 23085-60-1) |
| 281 | 苯基丁基邻苯二甲酸酯 | Benzyl butyl phthalate(CAS No 85-68-7) |
| 282 | 苄基氰 | Benzyl cyanide (CAS No 140-29-4) |
| 283 | 铍及铍化合物 | Beryllium and its compounds |
| 284 | 贝托卡因及其盐类 | Betoxycaine (2-(2-diethylaminoethoxy) ethyl 3-amino-4-butoxybenzoate) and its salts |
| 285 | 比他维林 | Bietamiverine (2-diethylaminoethyl α-phenyl-1-piperidineacetate) |
| 286 | 乐杀螨 | Binapacryl (CAS No 485-31-4) |
| 287 | 联苯-2-基胺 | Biphenyl-2-yl amine (CAS No 90-41-5) |
| 288 | 4-氨基联苯及其盐 | Biphenyl-4-ylamine (CAS No 92-67-1) and its salts |
| 289 | 邻苯二甲酸双(2-乙基己基)酯 | Bis (2-ethylhexyl) phthalate (CAS No 117-81-7) |
| 290 | 邻苯二甲酸双(2-甲氧乙基)酯 | Bis (2-methoxyethyl) phthalate (CAS No 117-82-8) |
| 291 | 双(2-甲氧基乙基)醚 | Bis (2-methyoxyethyl) ether (CAS No 111-96-6) |
| 292 | 双-(2-氯乙基)醚 | Bis(2-chloroethyl) ether (CAS No 111-44-4) |
| 293 | 双(环戊二烯基)-双(2,6-二氟-3-(吡咯-1-基)-苯基)钛 | Bis(cyclopentadienyl)-bis(2,6-difluoro-3-(pyrrol-1-yl)-phenyl)titanium(CAS　No125051-32-3) |
| 294 | 双酚 A(二酚基丙烷) | Bisphenol A(4,4'-isopropylidenediphenol) (CAS No 80-05-7) |
| 295 | 硫氯酚 | Bithionol [2,2'-thiobis (4,6-dichlorophenol)] |
| 296 | 托西溴苄铵 | Bretylium tosilate ((o-bromobenzyl) ethyldimethylammonium p-toluenesulfonate) |
| 297 | 溴(元素状态) | Bromine, elemental |
| 298 | 溴米索伐 | Bromisoval (1-(2-bromo-3-methylbutyryl) urea) |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 299 | 溴乙烷 | Bromoethane (CAS No 74-96-6) |
| 300 | 溴乙烯 | Bromoethylene (CAS No593-60-2) |
| 301 | 溴代甲烷 | Bromomethane (CAS No 74-83-9) |
| 302 | 溴苯腈庚酸酯 | Bromoxynil heptanoate (ISO)(CAS No 56634-95-8) |
| 303 | 溴苯那敏及其盐类 | Brompheniramine (3-(p-bromophenyl)-N,N-dimethyl-3-pyrid-2-ylpropylamine) and its salts |
| 304 | 番木鳖碱 | Brucine |
| 305 | 丁二烯 | Buta-1,3-diene (CAS No 106-99-0) |
| 306 | 丁二烯含量大于或等于0.1%(w/w)的丁烷 | Butane (CAS No 106-97-8), if it contains ≥0.1%(w/w) butadiene |
| 307 | 布坦卡因及其盐类 | Butanilicaine (2-butylamino-6'-chloro-o-acetotoluidide) and its salts |
| 308 | 布托哌啉及其盐类 | Butopiprine (2-butoxyethyl α-phenyl-1-piperidineacetate) and its salts |
| 309 | 缩水甘油丁醚 | Butyl glycidyl ether (CAS No 2426-08-6) |
| 310 | 溶剂黄 14 | Solvent Yellow 14 (CAS No 842-07-9) |
| 311 | 镉和镉的化合物 | Cadmium and its compounds |
| 312 | 斑蝥(表 3 中所列仅用于头发用品的斑蝥酊中所含斑蝥素除外) | Cantharides, *cantharis vesicatoria,* with the exception of cantharides tincture listed in table 3 |
| 313 | 敌菌丹 | Captafol (2425-06-1) |
| 314 | 卡普托胺 | Captodiame   (2-(p-butylmercaptobenzhydrylmercapto)-N,N-dimethylethylamine) |
| 315 | 卡拉美芬及其盐类 | Caramiphen (2-diethylaminoethyl ester of 1-phenylcyclopentanecarboxylic acid ) and its salts |
| 316 | 卡巴多司 | Carbadox (CAS No 6804-07-5) |
| 317 | 甲萘威(甲氨甲酸萘酯) | Carbaryl (CAS No 63-25-2) |
| 318 | 多菌灵 | Carbendazim (CAS No 10605-21-7) |
| 319 | 二硫化碳 | Carbon disulphide |
| 320 | 一氧化碳 | Carbon monoxide (CAS No 630-08-0) |
| 321 | 四氯化碳 | Carbon tetrachloride |
| 322 | 卡溴脲 | Carbromal (1-(2-bromo-2-ethylbutyryl) urea) |
| 323 | 氨磺丁脲 | Carbutamide (N'- (butylcarbamoyl) sulfanilamide; 1-butyl-3-sulfanilylurea) |
| 324 | 卡立普多 | Carisoprodol (2-carbamyloxymethyl-2-isopropylcarbamyloxymethylpentane) |
| 325 | 过氧化氢酶 | Catalase |
| 326 | 儿茶酚 | Catechol |

| No. | Chinese Name | English Name |
|---|---|---|
| 327 | 人的细胞、组织或其产品 | Cells, tissues or products of human origin |
| 328 | 吐根酚碱及其盐 | Cephaeline and its salts |
| 329 | 土荆芥(精油) | *Chenopodium ambrosioides* (essential oil) |
| 330 | 灭螨猛 | Chinomethionate (CAS No 2439-01-2) |
| 331 | 纯氯丹 | Chlordane ,pur (CAS No 57-74-9) |
| 332 | 开蓬; 十氯酮 | Chlordecone (CAS No 143-50-0) |
| 333 | 氯苯甲脒 | Chlordimeform (CAS No 6164-98-3) |
| 334 | 氯 | Chlorine |
| 335 | 氮芥及其盐类 | Chlormethine (2,2'-dichloro-*N*-methyldiethylamine; bis (2-chloroethyl) methylamine) and its salts |
| 336 | 氯乙醛 | Chloroacetaldehyde (CAS No 107-20-0) |
| 337 | 氯乙烷 | Chloroethane |
| 338 | 氯仿 | Chloroform |
| 339 | 氯代甲烷 | Chloromethane (CAS No 74-87-3) |
| 340 | 氯气甲基甲基醚 | Chloromethyl methyl ether (CAS No 107-30-2) |
| 341 | 氯美扎酮 | Chloromezanone |
| 342 | 氯丁二烯(2-氯-1,3-丁二烯) | Chloroprene (stabilized) (2-chlorobuta-1,3-diene) (CAS No 126-99-8) |
| 343 | 四氯二氰苯; 百菌清 | Chlorothalonil (CAS No 1897-45-6) |
| 344 | 绿麦隆(*N'*-(3-氯-4-甲苯基)-*N,N*-甲基脲) | Chlorotoluron(3-(3-chloro-*p*-tolyl)-1,1-dimethylurea) (CAS No 15545-48-9) |
| 345 | 氯苯沙明 | Chlorphenoxamine   (2-[1-(*p*-chlorophenyl)-1-phenylethoxy]-*N,N*-dimethylethylamine) |
| 346 | 氯磺丙脲 | Chlorpropamide (1-(*p*-chlorophenylsulfonyl)-3-propylurea) |
| 347 | 氯普噻吨及其盐类 | Chlorprothixene (trans isomer of 3-(2-chlorothioxanthen-9-ylidene) -*N,N*-dimethylpropylamine; taractan) and its salts |
| 348 | 氯噻酮 | Chlortalidone [2-chloro-5-(1-hydroxy-3-oxo-1-isoindolinyl) benzenesulfonamide] |
| 349 | 氯唑沙宗 | Chlorzoxazone (5-chloro-2-benzoxazolinone) |
| 350 | 乙菌利 | Chlozolinate (CAS No 84332-86-5) |
| 351 | 胆碱盐类及它们的酯类,例如氯化胆碱 | Choline salts and their esters, e.g. Choline chloride ((2-hydroxyethyl)- trimethylammonium chloride) |
| 352 | 铬、铬酸及其盐类 | Chromium; chromic acid and its salts |
| 353 | 𫇭屈 | Chrysene (CAS No 205-99-2) |

| No. | Chinese Name | English Name |
|---|---|---|
| 354 | 辛可卡因及其盐类 | Cinchocaine (2-butoxy-*N*-(2-diethylaminecethyl) cinchoninamide) and its salts |
| 355 | 辛可芬及其盐类,衍生物以及衍生物的盐类 | Cinchophen (2-phenylcinchoninic acid ), its salts, derivatives and salts of these derivatives |
| 356 | 催化裂解处理的澄清油(石油) | Clarified oils (petroleum),catalytic cracked (CAS No 64741-75-9) |
| 357 | 加氢脱硫催化裂解的澄清油(石油) | Clarified oils(petroleum), hydrodesulfurised catalytic cracked (CAS No 68333-26-6) |
| 358 | 麦角菌及其生物碱和草药制剂 | *Claviceps purpurea tul.*, its alkaloids and galenical preparations |
| 359 | 氯非那胺 | Clofenamide (4-chloro-1,3-benzenedisulfon-amide) |
| 360 | 滴滴涕 | Clofenotane; DDT (ISO) |
| 361 | 苯并[a]芘的含量大于0.005%(w/w)的液体溶剂萃取的液态煤 | Coal liquids, liq solvent extn (CAS No 94114-48-4), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 362 | 苯并[a]芘的含量大于0.005%(w/w)的液态煤，来自液体溶剂萃取的煤溶液 | Coal liquids, liq solvent extn soln(CAS No 94114-47-3), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 363 | 苯磺酸钴 | Cobalt benzenesulphonate |
| 364 | 二氯化钴 | Cobalt dichloride (CAS No7646-79-9) |
| 365 | 硫酸钴 | Cobalt sulphate (CAS No 10124-43-3) |
| 366 | 秋水仙碱及其盐类和衍生物 | Colchicine, its salts and derivatives |
| 367 | 秋水仙糖苷及其衍生物 | Colchicoside and its derivatives |
| 368 | 秋水仙及其草药制剂 | *Colchicum autumnale L.* And its galenical preparations |
| 369 | 着色剂 CI 12075 及其色淀、颜料及盐类 | Colouring agent CI 12075 and its lakes, pigments and salts |
| 370 | 着色剂 CI 12140 | Colouring agent CI 12140 |
| 371 | 着色剂 CI 13065 | Colouring agent CI 13065 |
| 372 | 着色剂 CI 15585 | Colouring agent CI 15585 |
| 373 | 着色剂 CI 26105 | Colouring agent CI 26105 |
| 374 | 着色剂 CI 42535 | Colouring agent CI 42535 |
| 375 | 着色剂 CI 42555<br>着色剂 CI 42555-1<br>着色剂 CI 42555-2 | Colouring agent CI 42555<br>Colouring agent CI 42555-1<br>Colouring agent CI 42555-2 |
| 376 | 着色剂 CI 42640 | Colouring agent CI 42640 |
| 377 | 着色剂 CI 45170 和 CI 45170: 1 | Colouring agent CI 45170 and CI 45170:1 |
| 378 | 着色剂 CI 61554 | Colouring agent CI 61554 |
| 379 | 毒芹碱 | Coniine |

| No. | Chinese Name | English Name |
|---|---|---|
| 380 | 毒参(果实、粉末和草药制剂) | *Conium maculatum L.* (fruit, powder, galenical preparations) |
| 381 | 铃兰毒甙 | Convallatoxin |
| 382 | 木香根油 | Costus root oil(Saussurea Lappa Clarke) |
| 383 | 库美香豆素 | Coumetarol (3,3'-(2-methoxyethylidene) bis (4-hydroxycoumarin)) |
| 384 | 苯并[a]芘的含量大于0.005%(w/w)的不含二氢芘的的杂酚油，来自二氢芘馏分 | Creosote oil, acenaphthene fraction, acenaphthene-free (CAS No 90640-85-0), if it contains > 0.005% (w/w) benzo[a]pyrene |
| 385 | 苯并[a]芘的含量大于 0.005%(w/w)的杂酚油，来自洗涤油的二氢芘馏分 | Creosote oil, acenaphthene fraction, wash oil, if it contains > 0.005 %(w/w)benzo[a]pyrene (CAS No 90640-84-9) |
| 386 | 苯并[a]芘的含量大于 0.005%(w/w)的杂酚油，来自洗涤油的高沸点馏分 | Creosote oil, high-boiling distillate, wash oil, if it contains > 0.005 %(w/w) benzo[a]pyrene (CAS No 70321-79-8) |
| 387 | 苯并[a]芘的含量大于 0.005%(w/w)的杂酚油 | Creosote oil, if it contains > 0.005 %(w/w) benzo[a]pyrene (CAS No 61789-28-4) |
| 388 | 苯并[a]芘的含量大于 0.005%(w/w)的杂酚油，来自洗涤油的低沸点馏分 | Creosote oil, low-boiling distillate, wash oil, if it contains > 0.005 %(w/w) benzo[a]pyrene (CAS No 70321-80-1) |
| 389 | 苯并[a]芘的含量大于 0.005%(w/w)的杂酚油 | Creosote, if it contains > 0.005 %(w/w) benzo[a]pyrene (CAS No 8001-58-9) |
| 390 | 巴豆(巴豆油) | *Croton tiglium* (oil) |
| 391 | 巴豆醛 | Crotonaldehyde (CAS No 4170-30-3) |
| 392 | 粗制和精制煤焦油 | Crude and refined coal tars |
| 393 | 箭毒和箭毒碱 | Curare and curarine |
| 394 | 仙客来醇 | Cyclamen alcohol (CAS No 4756-19-8) |
| 395 | 环拉氨酯 | Cyclarbamate (1,1-bis (phenylcarbamoyloxymethyl) cyclopentane) |
| 396 | 赛克利嗪及其盐类 | Cyclizine (1-benzhydryl-4-methylpiperazine) and its salts |
| 397 | 放线菌酮 | Cycloheximide (CAS No 66-81-9) |
| 398 | 环美酚及其盐类 | Cyclomenol (2-cyclohexyl-3,5-xylenol; 2-cyclohexyl-3,5-dimethylphenol) and its salts |
| 399 | 环磷酰胺及其盐类 | Cyclophosphamide (2[bis(2-chloroethyl) amino] tetralydro-2H-1, 3, 2- oxazaphesphorine 2-oxide) and its salts |
| 400 | 丁酰肼; N-二甲氨基琥珀酰胺酸 | Daminozide (CAS No 1596-84-5) |
| 401 | 曼陀罗及其草药制剂 | *Datura stramonium L.* And its galenical preparations |
| 402 | 醋谷地阿诺 | Deanol aceglumate |
| 403 | 癸亚甲基双(三甲铵)盐类，例如: 十烃溴铵 | Decamethylenebis (trimethylammonium) salts, e.g.decamethonium bromide |
| 404 | 右美沙芬及其盐类 | Dextromethorphan [(+)-3-methoxy-N-methylmorphinan] and its salts |

| No. | Chinese Name | English Name |
|---|---|---|
| 405 | 右丙氧吩 | Dextropropoxyphene (a-(+)-4-dimethylamino-3-methyl-1,2-diphenyl-2-butanol propionate ester) |
| 406 | 燕麦敌 | Di-allate (CAS No 2303-16-4) |
| 407 | 二氨基甲苯, 工业品－4-甲基-间-苯二胺和 2-甲基-间-苯二胺的混合物 (甲基苯二胺) | Diaminotoluene, technical product -mixture of 4-methyl-m-phenylene diamine and 2-methyl-m-phenylene diamine methyl-phenylenediamine(CAS No 25376-45-8) |
| 408 | 重氮甲烷 | Diazomethane (CAS No 334-88-3) |
| 409 | 二苯并[a,h]蒽 | Dibenz[a,h]anthracene (CAS No 53-70-3) |
| 410 | 二溴 N-水杨酰苯胺类 | Dibromosalicylanilides |
| 411 | 邻苯二甲酸二丁酯 | Dibutyl phthalate (CAS No84-74-2) |
| 412 | 二氯乙烷类(乙烯基氯类) | Dichloroethanes (ethylene chlorides) |
| 413 | 二氯乙烯类(乙炔基氯类) | Dichloroethylenes (acetylene chlorides) |
| 414 | 二氯 N-水杨酰苯胺类 | Dichlorosalicylanilides |
| 415 | 双香豆素 | Dicoumarol (3,3'-methylenebis (4-hydroxyconmarin)) |
| 416 | 狄氏剂 | Dieldrin (CAS No 60-57-1) |
| 417 | 磷酸-4-硝基苯基二乙基酯 | Diethyl 4-nitrophenyl phosphate |
| 418 | 马来酸二乙酯 | Diethyl maleate (CAS No 141-05-9) |
| 419 | 硫酸二乙酯 | Diethyl sulphate (CAS No 64-67-5) |
| 420 | 二乙基氨基甲酰氯 | Diethylcarbamoyl-chloride (CAS No 88-10-8) |
| 421 | 二苯沙秦 | Difencloxazine (4-(2-(p-chloro-a-phenylhenzyloxy) ethyl)morpholine) |
| 422 | 毛地黄苷和洋地黄的各种苷 | Digitaline and all heterosides of *digitalis purpurea L.* |
| 423 | 二氢香豆素 | Dihydrocoumarine (CAS No 119-84-6) |
| 424 | 二氢速甾醇 | Dihydrotachysterol (dichystrol) |
| 425 | 二甲基柠康酸酯 | Dimethyl citraconate (CAS No 617-54-9) |
| 426 | 二甲基亚砜 | Dimethyl sulfoxide |
| 427 | 硫酸二甲酯 | Dimethyl sulphate (CAS No 77-78-1) |
| 428 | 二甲胺 | Dimethylamine |
| 429 | 二甲基氨基甲酰氯 | Dimethylcarbamoyl chloride (CAS No 79-44-7) |
| 430 | 二甲基甲酰胺 | Dimethylformamide |
| 431 | 二甲基亚硝胺 | Dimethylnitrosoamine (CAS No 62-75-9) |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 432 | 二甲基氨磺酰氯化物 | Dimethylsulphamoyl-chloride (CAS No 13360-57-1) |
| 433 | 地美戊胺及其盐类 | Dimevamide (4-dimethylamino-2,2-diphenylvaleramide) and its salts |
| 434 | 三氧化二镍 | Dinickel trioxide (CAS No 1314-06-3) |
| 435 | 二硝基苯酚同分异构体 | Dinitrophenol isomers |
| 436 | 二硝基甲苯, 工业级 | Dinitrotoluene, technical grade (CAS No 121-14-2) |
| 437 | 二硝基甲苯 | Dinitrotoluene (CAS No 25321-14-6) |
| 438 | 敌螨普 | Dinocap (ISO) (CAS No 39300-45-3) |
| 439 | 地乐酚[2-(1-甲基正丙基)-4,6-二硝基苯酚]及其盐类和酯类,在本规范的别处规定的除外 | Dinoseb (CAS No 88-85-7),its salts and esters with the exception of those specified elsewhere in this list |
| 440 | 地乐硝酚,它的盐和酯 | Dinoterb (CAS No1420-07-1),its salts and esters |
| 441 | 二恶烷 | Dioxane |
| 442 | 二羟西君及其盐类 | Dioxethedrin (1-(3,4-dihydroxyphenyl)-2-ethylamino-1-propanol) and its salts |
| 443 | 苯海拉明及其盐类 | Diphenhydramine (2-diphenylmethoxy-*N*,*N*-dimethylamine;dimedrol) and its salts |
| 444 | 地芬诺酯 | Diphenoxylate hydrochloride (ethyl ester of 1-(3-cyano-3,3-diphenylpropyl)-4- phenylisonipecotic acid) |
| 445 | 二苯胺 | Diphenylamine (CAS No 122-39-4) |
| 446 | 二苯醚的八溴衍生物 | Diphenylether; octabromo derivate (CAS No 32536-52-0) |
| 447 | 二苯拉林及其盐类 | Diphenylpyraline (4-benzhydryloxy-1-methylpiperidine) and its salts |
| 448 | 3,3'-[[1,1'-联苯]-4,4'-二基双(偶氮)]双(4-萘胺-1-磺酸)二钠 | Disodium 3,3'-[[1,1'-biphenyl]-4,4'-diyl bis(azo)] bis (4-aminonaphthalene-1-sulphonate) (CAS No 573-58-0) |
| 449 | 4-氨基-3-[[4'-(2,4-二氨基苯)偶氮][1,1'-联苯]-4-基]偶氮]-5-羟基苯-6-(苯偶氮基)萘-2,7-二磺酸二钠 | Disodium 4-amino-3-[[4'-[(2,4-diaminophenyl)azo][1,1'-biphenyl]-4-yl]azo]-5-hydroxy-6-(phenylazo)naphthalene-2,7-disulphonate (CAS No 1937-37-7) |
| 450 | [5-[[4'-[[2,6-二羟基-3-[(2-羟基-5-磺苯基)偶氮]苯基][1,1'-联苯]-4-基]偶氮]水杨酰(4-)]铜酸(2-)二钠 | Disodium[5-[[4'-[[2,6-dihydroxy-3-[(2-hydroxy-5-sulphophenyl)azo]phenyl][1,1'-biphenyl]-4-yl]azo]salicylato(4-)]cuprate(2-) (CAS No 16071-86-6) |
| 451 | 分散黄 3 | Disperse Yellow 3 (CAS No 2832-40-8) |
| 452 | 苯并[a]芘的含量大于0.005%(w/w)的含稠环芳烃的煤-石油馏分 | Distillates (coal-petroleum), condensed-ring arom(CAS No 68188-48-7), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 453 | 酸处理的(石油)轻馏分, 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), acid-treated light (CAS No 64742-14-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 454 | 酸处理的(石油)中间馏分, 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), acid-treated middle (CAS No 64742-13-8), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |

| No. | Chinese Name | English Name |
|-----|-------------|-------------|
| 455 | 丁二烯含量大于0.1%(w/w)富戊间二烯的含C₃₋₄的石油馏分 | Distillates (petroleum), C$_{3-6}$, piperylene-rich (CAS No 68477-35-0), if they contain > 0.1%(w/w) butadiene |
| 456 | 活性炭处理的轻石蜡馏分(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), carbon-treated light paraffinic (CAS No 100683-97-4), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 457 | 催化重整分馏塔处理的(石油)残液高沸点馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), catalytic reformer fractionator residue, high-boiling (CAS No 68477-29-2), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 458 | 催化重整分馏塔处理的(石油)残液中沸点馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), catalytic reformer fractionator residue, intermediate-boiling (CAS No 68477-30-5), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 459 | 催化重整分馏塔处理的(石油)残液低沸点馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), catalytic reformer fractionator residue, low-boiling (CAS No 68477-31-6), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 460 | 含浓重芳烃的催化重整(石油)馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), catalytic reformer, heavy arom conc CAS No 91995-34-5), except if the full refininghistory is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 461 | 化学中和的(石油)中间馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), chemically neutralised middle (CAS No 64742-30-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 462 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的重环烷(石油) 馏分 | Distillates (petroleum), clay-treated heavy naphthenic (CAS No 64742-44-5), if they contain > 3 % (w/w) DMSO extract |
| 463 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的重石蜡(石油)馏分 | Distillates (petroleum), clay-treated heavy paraffinic (CAS No 64742-36-5), if they contain > 3 % (w/w) DMSO extract |
| 464 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的轻环烷(石油) 馏分 | Distillates (petroleum), clay-treated light naphthenic (CAS No 64742-45-6), if they contain > 3 % (w/w) DMSO extract |
| 465 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的轻石蜡(石油) 馏分 | Distillates (petroleum), clay-treated light paraffinic (CAS No 64742-37-6), if they contain > 3 % (w/w) DMSO extract |
| 466 | 粘土处理的(石油)中间馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), clay-treated middle (CAS No 64742-38-7), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 467 | 二甲基亚砜提取物含量大于3%(w/w)的复合脱蜡处理的重石蜡馏分(石油) | Distillates (petroleum), complex dewaxed heavy paraffinic (CAS No 90640-91-8), if they contain > 3 % (w/w) DMSO extract |
| 468 | 二甲基亚砜提取物含量大于3%(w/w)的复合脱蜡处理的轻石蜡馏分(石油) | Distillates (petroleum), complex dewaxed light paraffinic (CAS No 90640-92-9), if they contain > 3 % (w/w) DMSO extract |
| 469 | 二甲基亚砜提取物含量大于3%(w/w)的加氢脱蜡的重环烷馏分(石油) | Distillates (petroleum), dewaxed heavy paraffinic, hydrotreated (CAS No 91995-39-0) if they contain > 3 % (w/w) DMSO extract |
| 470 | 二甲基亚砜提取物含量大于3%(w/w)的加氢脱蜡的轻环烷馏分(石油) | Distillates (petroleum), dewaxed light paraffinic, hydrotreated (CAS No 91995-40-3), if they contain > 3 |

27

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| | | % (w/w) DMSO extract |
| 471 | 二甲基亚砜提取物含量大于3%(w/w)的重加氢裂解的(石油)馏分 | Distillates (petroleum), heavy hydrocracked (CAS No 64741-76-0), if they contain > 3 % (w/w) DMSO extract |
| 472 | 深度精制的(石油)中间馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), highly refined middle (CAS No 90640-93-0), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 473 | 二甲基亚砜提取物含量大于3%(w/w)的加氢裂解溶剂精制的轻馏分(石油) | Distillates (petroleum), hydrocracked solvent-refined light (CAS No 97488-73-8), if they contain > 3 % (w/w) DMSO extract |
| 474 | 二甲基亚砜提取物含量大于3%(w/w)的脱蜡的加氢裂解溶剂精制馏分(石油) | Distillates (petroleum), hydrocracked solvent-refined, dewaxed (CAS No 91995-45-8), if they contain > 3 % (w/w) DMSO extract |
| 475 | 加氢脱硫的全程中间馏分(石油) | Distillates (petroleum), hydrodesulfurised full-range middle (CAS No 101316-57-8) |
| 476 | 加氢脱硫重度催化裂解馏分(石油) | Distillates (petroleum), hydrodesulfurised heavy catalytic cracked (CAS No 68333-28-8) |
| 477 | 加氢脱硫中度催化裂解馏分(石油) | Distillates (petroleum), hydrodesulfurised intermediate catalytic cracked (CAS No 68333-27-7) |
| 478 | 加氢脱硫处理的(石油)中间馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), hydrodesulfurised middle (CAS No 64742-80-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 479 | 二甲基亚砜提取物含量大于3%(w/w)的加氢重环烷(石油) 馏分 | Distillates (petroleum), hydrotreated heavy naphthenic (CAS No 64742-52-5), if they contain > 3 % (w/w) DMSO extract |
| 480 | 二甲基亚砜提取物含量大于3%(w/w)的加氢重石蜡(石油) 馏分 | Distillates (petroleum), hydrotreated heavy paraffinic (CAS No 64742-54-7), if they contain > 3 % (w/w) DMSO extract |
| 481 | 二甲基亚砜提取物含量大于3%(w/w)的加氢轻环烷(石油) 馏分 | Distillates (petroleum), hydrotreated light naphthenic (CAS No 64742-53-6), if they contain > 3 % (w/w) DMSO extract |
| 482 | 二甲基亚砜提取物含量大于3%(w/w)的加氢轻石蜡(石油) 馏分 | Distillates (petroleum), hydrotreated light paraffinic (CAS No 64742-55-8), if they contain > 3 % (w/w) DMSO extract |
| 483 | 加氢的(石油)中间馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), hydrotreated middle (CAS No 64742-46-7), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 484 | 活性炭处理的中间馏分石蜡(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), intermediate paraffinic, carbon-treated (CAS No 100683-98-5), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 485 | 粘土处理的中间馏分石蜡(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), intermediate paraffinic, clay-treated (CAS No 100683-99-6), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 486 | 轻链烷馏分(石油) | Distillates (petroleum), light paraffinic (CAS No 64741-50-0) |
| 487 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的溶剂脱蜡的重石蜡馏分(石油) | Distillates (petroleum), solvent dewaxed heavy paraffinic, clay-treated (CAS No 90640-94-1), if they contain> 3 % (w/w) DMSO extract |

| No. | Chinese Name | English Name |
|---|---|---|
| 488 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的溶剂脱蜡轻石蜡馏分(石油) | Distillates (petroleum), solvent dewaxed light paraffinic, clay-treated (CAS No 90640-96-3), if they contain > 3 % (w/w) DMSO extract |
| 489 | 二甲基亚砜提取物含量大于3%(w/w)的氢化的溶剂脱蜡轻石蜡馏分(石油) | Distillates (petroleum), solvent dewaxed light paraffinic, hydrotreated (CAS No 90640-97-4), if they contain> 3 % (w/w) DMSO extract |
| 490 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂脱蜡处理的重环烷(石油) 馏分 | Distillates (petroleum), solvent-dewaxed heavy naphthenic (CAS No 64742-63-8), if they contain > 3 % (w/w) DMSO extract |
| 491 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂脱蜡处理的重石蜡(石油) 馏分 | Distillates (petroleum), solvent-dewaxed heavy paraffinic (CAS No 64742-65-0), if they contain > 3 % (w/w) DMSO extract |
| 492 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂脱蜡处理的轻环烷(石油) 馏分 | Distillates (petroleum), solvent-dewaxed light naphthenic (CAS No 64742-64-9), if they contain > 3 % (w/w) DMSO extract |
| 493 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂脱蜡处理的轻石蜡(石油) 馏分 | Distillates (petroleum), solvent-dewaxed light paraffinic (CAS No 64742-56-9), if they contain > 3 % (w/w) DMSO extract |
| 494 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制处理的重环烷(石油)馏分 | Distillates (petroleum), solvent-refined heavy naphthenic (CAS No 64741-96-4), if they contain > 3 % (w/w) DMSO extract |
| 495 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制处理的重石蜡(石油)馏分 | Distillates (petroleum), solvent-refined heavy paraffinic (CAS No 64741-88-4), if they contain > 3 % (w/w) DMSO extract |
| 496 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制的加氢裂解轻馏分(石油) | Distillates (petroleum), solvent-refined hydrocracked light (CAS No 94733-09-2), if they contain > 3 % (w/w) DMSO extract |
| 497 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制的加氢重馏分(石油) | Distillates (petroleum), solvent-refined hydrogenated heavy (CAS No 97488-74-9), if they contain > 3 % (w/w) DMSO extract |
| 498 | 二甲基亚砜提取物含量大于3%(w/w)的加氢的溶剂精制氢化重馏分(石油) | Distillates (petroleum), solvent-refined hydrotreated heavy, hydrogenated (CAS No 94733-08-1), if they contain> 3 % (w/w) DMSO extract |
| 499 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制处理的轻环烷(石油)馏分 | Distillates (petroleum), solvent-refined light naphthenic (CAS No 64741-97-5), if they contain > 3 % (w/w) DMSO extract |
| 500 | 二甲基亚砜提取物含量大于3%(w/w)的加氢的溶剂精制的轻环烷馏分(石油) | Distillates (petroleum), solvent-refined light naphthenic, hydrotreated (CAS No 91995-54-9), if they contain> 3 % (w/w) DMSO extract |
| 501 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制处理的轻度石蜡(石油)馏分 | Distillates (petroleum), solvent-refined light paraffinic (CAS No 64741-89-5), if they contain > 3% (w/w) DMSO extract |
| 502 | 溶剂精制的(石油)中间馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), solvent-refined middle (CAS No 64741-91-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 503 | 脱硫的(石油)中间馏分，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Distillates (petroleum), sweetened middle (CAS No 64741-86-2), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |

| No. | Chinese Name | English Name |
|---|---|---|
| 504 | 酸处理的重环烷馏分(石油) | Distillates (petroleum),acid-treated heavy naphthenic (CAS No 64742-18-3) |
| 505 | 酸处理的重链烷馏分(石油) | Distillates (petroleum),acid-treated heavy paraffinic (CAS No 64742-20-7) |
| 506 | 酸处理的轻环烷馏分(石油) | Distillates (petroleum),acid-treated light naphthenic (CAS No 64742-19-4) |
| 507 | 酸处理的轻链烷馏分(石油) | Distillates (petroleum),acid-treated light paraffinic (CAS No 67742-21-8) |
| 508 | 化学中和的轻环烷馏分(石油) | Distillates (petroleum),chemically neutralized light naphthenic (CAS No 64742-03-6) |
| 509 | 化学中和的轻链烷馏分(石油) | Distillates (petroleum),chemically neutralized light paraffinic (CAS No 64742-28-5) |
| 510 | 裂解蒸汽裂解石油馏分(石油) | Distillates (petroleum),cracked steam-cracked petroleum distillates(CAS No 68477-38-3) |
| 511 | 重环烷馏分(石油) | Distillates (petroleum),heavy naphthenic (CAS No 64741-53-3) |
| 512 | 重链烷馏分(石油) | Distillates (petroleum),heavy paraffinic (CAS No 64741-51-1) |
| 513 | 重度热裂解馏分(石油) | Distillates (petroleum),heavy thermal cracked (CAS No 64741-81-7) |
| 514 | 重度催化裂解馏分(石油) | Distillates (petroleum),heavy,catalytic cracked (CAS No 64741-61-3) |
| 515 | 重度蒸汽裂解馏分(石油) | Distillates (petroleum),heavy,steam-cracked (CAS No 101631-14-5) |
| 516 | 加氢脱硫、轻度催化裂解的馏分(石油) | Distillates (petroleum),hydrodesulfurised light catalytic cracked (CAS No 68333-25-5) |
| 517 | 加氢脱硫中度焦化馏分(石油) | Distillates (petroleum),hydrodesulfurised middle coker (CAS No 101316-59-0) |
| 518 | 加氢脱硫、热裂解的中间馏分(石油) | Distillates (petroleum),hydrodesulfurised thermal cracked middle (CAS No 85116-53-6) |
| 519 | 中度催化裂解及热降解的馏分(石油) | Distillates (petroleum),intermediate catalytic cracked,thermally degraded (CAS No 92201-59-7) |
| 520 | 减压蒸馏的中等沸点馏分(石油) | Distillates (petroleum),intermediate vacuum(CAS No 70592-76-6) |
| 521 | 轻度催化裂解的馏分(石油) | Distillates (petroleum),light catalytic cracked (CAS No 64741-59-9) |
| 522 | 轻度催化裂解热降解处理的馏分(石油) | Distillates (petroleum),light catalytic cracked,thermally degraded (CAS No 92201-60-0) |
| 523 | 轻度加氢裂化处理的石油馏出液 | Distillates (petroleum),light hydrocracked (CAS No 64741-77-1) |
| 524 | 轻环烷馏分(石油) | Distillates (petroleum),light naphthenic (CAS No 64741-52-2) |
| 525 | 轻度蒸汽裂解石脑油馏分(石油) | Distillates (petroleum),light steam-cracked naphtha (CAS No 68475-80-9) |
| 526 | 轻度热裂解的馏分(石油) | Distillates (petroleum),light thermal cracked (CAS No 64741-82-8) |
| 527 | 减压蒸馏的低沸点馏分(石油) | Distillates (petroleum),light vacuum(CAS No 70592-77-7) |
| 528 | 石油残油减压蒸馏馏分(石油) | Distillates (petroleum),petroleum residues vacuum(CAS No 68955-36-2) |
| 529 | 减压蒸馏馏分(石油) | Distillates (petroleum),vacuum (CAS No 70592-78-8) |
| 530 | 化学中和的重环烷馏分(石油) | Distillates(petroleum),chemically neutralized heavy naphthenic (CAS No 64742-34-3) |
| 531 | 化学中和的重链烷馏分(石油) | Distillates(petroleum),chemically neutralized heavy paraffinic (CAS No 64742-27-4) |

| No. | Chinese Name | English Name |
|---|---|---|
| 532 | 中度催化裂解的馏分(石油) | Distillates(petroleum),intermediate catalytic cracked (CAS No 64741-60-2) |
| 533 | 双硫仑; 塞仑 | Disulfiram (tetraethylthiuram disulfide; bis (diethylthiocarbamyl) disulfide); thiram(ISO) |
| 534 | 二硫代-2,2'-双吡啶-二氧化物 1,1'(添加三水合硫酸镁)(双吡硫酮+硫酸镁) | Dithio-2,2'-bispyridine-dioxide 1,1'(additive with trihydrated magnesium sulphate)-(pyrithione disulphide+magnesium sulphate) |
| 535 | 敌草隆 | Diuron (CAS No 330-54-1) |
| 536 | 五氧化二钒 | Divanadium pentaoxide (CAS No 1314-62-1) |
| 537 | 4,6-二硝基邻甲酚 | DNOC (CAS No534-52-1) |
| 538 | 十二氯五环[5.2.1.0$^{2,6}$.0$^{3,9}$.0$^{5,8}$]癸烷 | Dodecachloropentacyclo[5.2.1.0$^{2,6}$.0$^{3,9}$.0$^{5,8}$]decane (CAS No 2385-85-5) |
| 539 | 多西拉敏及其盐类 | Doxylamine (2-[α-(2-dimethylaminoethoxy)-α-methylbenzyl] pyridine; histadoxylamine) and its salts |
| 540 | 依米丁及其盐类和衍生物 | Emetine, its salts and derivatives |
| 541 | 麻黄碱及其盐类 | Ephedrine and its salts |
| 542 | 肾上腺素 | Epinephrine (3,4-dihydroxy-α-methylaminomethylbenzyl alcohol; adrenaline) |
| 543 | 氟环唑 | Epoxiconazole (CAS No 133855-98-8) |
| 544 | (环氧乙基)苯 | (Epoxyethyl)benzene (CAS No 96-09-3) |
| 545 | 骨化醇和胆骨化醇(维生素 D$_2$ 和 D$_3$) | Ergocalciferol and cholecalciferol (vitamins D$_2$ and D$_3$) |
| 546 | 毛沸石 | Erionite (CAS No 12510-42-8) |
| 547 | 毒扁豆碱(依色林)及其盐类 | Eserine or physostigmine and its salts |
| 548 | 带游离氨基的 4-氨基苯甲酸酯类(表 5 中允许使用的除外) | Esters of 4-aminobenzoic acid, with the free amino group, with the exception of that given in table 5 |
| 549 | 乙硫异烟胺 | Ethionamide (2-ethylisonicotinthioamide; α-ethylisonicotinic thioamide; 2-ethyl-4-thiocarbamoylpyridine) |
| 550 | 依索庚嗪及其盐类 | Ethoheptazine (4-carbethoxy-1-methyl-4-phenylhexamethylenimine) and its salts |
| 551 | 丙烯酸乙酯 | Ethyl acrylate (CAS No 140-88-5) |
| 552 | 双(4-羟基-2-氧代-1-苯并吡喃-3-基)乙酸乙酯及酸的盐类 | Ethyl bis (4-hydroxy-2-oxo-1-benzopyran-3-yl) acetate and salts of the acid |
| 553 | 乙二醇二甲醚 | Ethylene glycol dimethyl ether (CAS No 110-71-4) |
| 554 | 环氧乙烷 | Ethylene oxide |
| 555 | 苯丁酰脲 | Ethylphenacemide (1-(2-phenylbutyryl) urea) |
| 556 | 苯并[a]芘的含量大于0.005%(w/w)的褐煤提取残渣 | Extract residues (coal), brown (CAS No 91697-23-3), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 557 | 苯并[a]芘的含量大于 0.005%(w/w)的煤提取残渣, 来自洗涤油提取残渣的酸化杂酚油 | Extract residues (coal), creosote oil acid, wash oil extract residue, if it contains > 0.005 %(w/w) benzo[a]pyrene (CAS No 122384-77-4) |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 558 | 二甲基亚砜提取物含量大于3%(w/w)的含高浓度芳烃的重环烷馏分溶剂提мах液(石油) | Extracts (petroleum), heavy naphthenic distillate solvent, arom conc (CAS No 68783-00-6), if they contain> 3 % (w/w) DMSO extract |
| 559 | 二甲基亚砜提取物含量大于3%(w/w)的加氢脱硫重环烷馏分溶剂提取物(石油) | Extracts (petroleum), heavy naphthenic distillate solvent, hydrodesulfurised (CAS No 93763-10-1), if they contain > 3 % (w/w) DMSO extract |
| 560 | 二甲基亚砜提取物含量大于3%(w/w)的加氢重环烷馏分溶剂提取物(石油) | Extracts (petroleum), heavy naphthenic distillate solvent, hydrotreated (CAS No 90641-07-9), if they contain> 3 % (w/w) DMSO extract |
| 561 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的重石蜡馏分的溶剂提取物 | Extracts (petroleum), heavy paraffinic distillate solvent, clay-treated (CAS No 92704- 08-0), if they contain > 3 % (w/w) DMSO extract |
| 562 | 二甲基亚砜提取物含量大于3%(w/w)的加氢重石蜡馏分溶剂提取物(石油) | Extracts (petroleum), heavy paraffinic distillate solvent, hydrotreated (CAS No 90641-08-0), if they contain> 3 % (w/w) DMSO extract |
| 563 | 二甲基亚砜提取物含量大于3%(w/w)的重石蜡馏分溶剂脱沥青提取液(石油) | Extracts (petroleum), heavy paraffinic distillates, solvent-deasphalted (CAS No 68814-89-1), if they contain> 3 % (w/w) DMSO extract |
| 564 | 二甲基亚砜提取物含量大于3%(w/w)的加氢轻石蜡馏分溶剂提取物(石油) | Extracts (petroleum), hydrotreated light paraffinic distillate solvent (CAS No 91995- 73-2), if they contain > 3 % (w/w) DMSO extract |
| 565 | 二甲基亚砜提取物含量大于3%(w/w)的加氢脱硫轻环烷馏分溶剂提取物(石油) | Extracts (petroleum), light naphthenic distillate solvent, hydrodesulfurised (CAS No 91995-75-4), if they contain> 3 % (w/w) DMSO extract |
| 566 | 二甲基亚砜提取物含量大于3%(w/w)的酸处理的轻石蜡馏分出液溶剂提取物(石油) | Extracts (petroleum), light paraffinic distillate solvent, acid-treated (CAS No 91995-76-5), if they contain > 3 % (w/w) DMSO extract |
| 567 | 二甲基亚砜提取物含量大于3%(w/w)的活性炭处理的轻石蜡馏分的溶剂提取物(石油) | Extracts (petroleum), light paraffinic distillate solvent, carbon-treated (CAS No 100684-02-4), if they contain> 3 % (w/w) DMSO extract |
| 568 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的轻石蜡馏分的溶剂提取物(石油) | Extracts (petroleum), light paraffinic distillate solvent, clay-treated (CAS No 100684- 03-5), if they contain > 3 %(w/w) DMSO extract |
| 569 | 二甲基亚砜提取物含量大于3%(w/w)的加氢脱硫的轻石蜡馏分出液溶剂提取物(石油) | Extracts (petroleum), light paraffinic distillate solvent, hydrodesulfurised (CAS No 91995-77-6), if they contain> 3 % (w/w) DMSO extract |
| 570 | 二甲基亚砜提取物含量大于3%(w/w)的加氢轻石蜡馏分溶剂提取物(石油) | Extracts (petroleum), light paraffinic distillate solvent, hydrotreated (CAS No 90641-09-1), if they contain > 3 % (w/w) DMSO extract |
| 571 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的轻减压柴油溶剂提取物(石油) | Extracts (petroleum), light vacuum gas oil solvent, clay-treated (CAS No 100684-05-7), if they contain > 3 % (w/w) DMSO extract |
| 572 | 二甲基亚砜提取物含量大于3%(w/w)的加氢的轻减压瓦斯油溶剂提取物(石油) | Extracts (petroleum), light vacuum gas oil solvent, hydrotreated (CAS No 91995-79-8), if they contain > 3 % (w/w) DMSO extract |
| 573 | 二甲基亚砜提取物含量大于3%(w/w)的活性炭处理的轻减压油溶剂提取物(石油) | Extracts (petroleum), light vacuum, gas oil solvent, carbon-treated (CAS No 100684-04-6), if they contain > 3 % (w/w) DMSO extract |

| No. | Chinese Name | English Name |
|---|---|---|
| 574 | 二甲基亚砜提取物含量大于3%(w/w)的加氢脱硫的溶剂脱蜡重石蜡馏分溶剂提取物 | Extracts (petroleum), solvent-dewaxed heavy paraffinic distillate solvent, hydrodesulfurised (CAS No 93763-11-2), if they contain > 3 % (w/w) DMSO extract |
| 575 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制处理的重石蜡馏分溶剂提取液(石油) | Extracts (petroleum), solvent-refined heavy paraffinic distillate solvent (CAS No 68783-04-0), if they contain> 3 % (w/w) DMSO extract |
| 576 | 重环烷馏分的溶剂提取物(石油) | Extracts (petroleum),heavy naphthenic distillate solvent (CAS No 64742-11-6) |
| 577 | 重链烷馏分的溶剂提取物(石油) | Extracts (petroleum),heavy paraffinic distillate solvent (CAS No 64742-04-7) |
| 578 | 轻环烷馏分的溶剂提取物(石油) | Extracts (petroleum),light naphthenic distillate solvent (CAS No 64742-03-6) |
| 579 | 轻链烷馏分的溶剂提取物(石油) | Extracts (petroleum),light paraffinic distillate solvent (CAS No 64742-05-8) |
| 580 | 轻减压瓦斯油的溶剂提取物(石油) | Extracts (petroleum),light vacuum gas oil solvent (CAS No 91995-78-7) |
| 581 | 酚二唑 | Fenadiazole (*o*-(1,3,4-oxadiazol-2-yl) phenol) |
| 582 | 异嘧菌醇 | Fenarimol (CAS No 60168-88-9) |
| 583 | 非诺唑酮 | Fenozolone   (2-ethylamino-5-phenyl-2-cxazolin-4-one) |
| 584 | 丁苯吗啉 | Fenpropimorph (CAS No 67564-91-4) |
| 585 | 倍硫磷 | Fenthion (CAS No 55-38-9) |
| 586 | 薯瘟锡 | Fentin acetate (CAS No 900-95-8) |
| 587 | 毒菌锡 | Fentin hydroxide (CAS No 76-87-9) |
| 588 | 非尼拉朵 | Fenyramidol [ α -(2-pyridylaminomethyl) benzyl alcohol] |
| 589 | 无花果叶的纯净萃 | Fig leaf absolute (*Ficus carica*) (CAS No 68916-52-9) |
| 590 | 氟阿尼酮 | Fluanisone (4'-fluoro-4-[4-(*o*-methoxyphenyl) piperazin-1-yl] butyrophenone) |
| 591 | 氟甲吡啶氧酚丙酸丁酯 | Fluazifop-buty1(CAS No 69806-50-4) |
| 592 | 氟甲吡啶氧酚丙酸丁酯(稳杀得; 吡氟乐草灵; 氟草除) | Fluazifo-P-butyl (CAS No 79241-46-6) |
| 593 | 氟噁嗪酮 | Flumioxazin (CAS No 103361-09-07) |
| 594 | 氟苯乙砜 | Fluoresone (ethyl *p*-fluorophenyl sulfone) |
| 595 | 氟尿嘧啶 | Fluorouracil (5-fluorouracil) |
| 596 | 氟硅唑 | Flusilazole (CAS No 85509-19-9) |
| 597 | 二甲基亚砜提取物含量大于3%(w/w)的脚子油(石油) | Foots oil (petroleum) (CAS No 64742-67-2), if it contains > 3 % (w/w) DMSO extract |
| 598 | 二甲基亚砜提取物含量大于3%(w/w)的酸处理的脚子油(石油) | Foots oil (petroleum), acid-treated (CAS No 93924-31-3), if it contains > 3 % (w/w) DMSO extract |
| 599 | 二甲基亚砜提取物含量大于3%(w/w)的活性炭处理的脚子油(石油) | Foots oil (petroleum), carbon-treated (CAS No 97862-76-5), if it contains > 3 % (w/w) DMSO extract |
| 600 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的脚子油(石油) | Foots oil (petroleum), clay-treated (CAS No 93924-32-4), if it contains > 3 % (w/w) DMSO extract |

| No. | Chinese Name | English Name |
|---|---|---|
| 601 | 二甲基亚砜提取物含量大于3%(w/w)的加氢脚子油(石油) | Foots oil (petroleum), hydrotreated (CAS No 92045-12-0), if it contains > 3 % (w/w) DMSO extract |
| 602 | 二甲基亚砜提取物含量大于3%(w/w)的硅酸处理的脚子油(石油) | Foots oil (petroleum), silicic acid-treated (CAS No 97862-77-6), if it contains > 3 % (w/w) DMSO extract |
| 603 | 甲酰胺 | Formamide (CAS No 75-12-7) |
| 604 | 丁二烯含量大于0.1%(w/w)的燃料油，来自原油馏分 | Fuel gases, crude oil distillates (CAS No 68476-29-9), if they contain > 0.1%(w/w) butadiene |
| 605 | 6 号燃料油 | Fuel oil, No 6(CAS No 68553-00-4) |
| 606 | 4 号燃料油 | Fuel oil, No.4 (CAS No 68476-31-3) |
| 607 | 燃料油残液 | Fuel oil, residual (CAS No 68476-33-5) |
| 608 | 高硫燃料油，来自直馏柴油残液 | Fuel oil, residues-straight-run gas oils, high-sulfur (CAS No 68476-32-4) |
| 609 | 丁二烯含量大于0.1%(w/w)的燃料油 | Fuel-gases (CAS No 68476-26-6), if they contain > 0.1%(w/w) butadiene |
| 610 | 柴油机燃料，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Fuels, diesel (CAS No 68334-30-5), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 611 | 柴油机燃料，来自加氢裂解氢化煤的溶剂提取液 | Fuels, diesel, coal solvent extn., hydrocracked hydrogenated (CAS No 94114-59-7) |
| 612 | 2 号柴油机燃料 | Fuels, diesel, No.2 (CAS No 68476-34-6) |
| 613 | 喷气飞机燃料，来自加氢裂解氢化煤的溶剂提取液 | Fuels,jet aircraft,coal solvent extn., hydrocracked hydrogenated (CAS No 94114-58-6) |
| 614 | 高硫高沸点燃料油 | Fues oil, heavy, high-sulfur (CAS No 92045-14-2) |
| 615 | 2 号燃料油 | Fues oil, No.2 (CAS No 68476-30-2) |
| 616 | 呋喃 | Furan (CAS No 110-00-9) |
| 617 | 呋喃唑酮 | Furazolidone (3-(5-nitro-2-furfurylideneamino)-2-oxazolidinone) |
| 618 | 糠基三甲基铵盐类,例如: 呋喃碘铵 | Furfuryltrimethylammonium salts, e.g.furtrethonium iodide |
| 619 | 呋喃香豆素类(如: 三甲沙林,8-甲氧基补骨脂素(花椒毒素),5-甲氧基补骨脂素(佛手柑内酯)等),天然香精中存在的正常含量除外。在防晒和晒黑产品中，呋喃香豆素的含量应小于 1mg/kg. | Furocoumarines (e.g. Trioxysalan , 8-methoxypsoralen, 5-methoxypsoralen) except for normal content in natural essences used. In sun protection and in bronzing products, furocoumarines shall be below 1 mg/kg. |
| 620 | 加兰他敏 | Galantamine (1, 2, 3, 4, 6, 7, 7a, 11c-octahydro-9-methoxy-2-methylbenzofuro- (4, 3, 2- e, f, g) (2) benzazocin-2-ol) |
| 621 | 戈拉碘铵 | Gallamine triethiodide (1,2,3-tris(2-diethylaminoethoxy) benzene trethiodide) |
| 622 | 酸处理的柴油(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Gas oils (petroleum), acid-treated (CAS No 64742-12-7), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 623 | 化学中和的柴油(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Gas oils (petroleum), chemically neutralised (CAS No 64742-29-6), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |

| No. | Chinese Name | English Name |
|---|---|---|
| 624 | 常压蒸馏的高沸点柴油(石油) | Gas oils (petroleum), heavy atmospheric (CAS No 68783-08-4) |
| 625 | 加氢脱硫的柴油(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Gas oils (petroleum), hydrodesulfurised (CAS No 64742-79-6), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 626 | 溶剂精制的柴油(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Gas oils (petroleum), solvent-refined (CAS No 64741-90-8), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 627 | 重度减压处理的柴油(石油) | Gas oils (petroleum),heavy,vacuum (CAS No 64741-57-7) |
| 628 | 加氢脱硫焦化减压蒸馏高沸点柴油(石油) | Gas oils (petroleum),hydrodesulfurised coker heavy vacuum (CAS No 85117-03-9) |
| 629 | 加氢脱硫减压蒸馏高沸点柴油(石油) | Gas oils (petroleum),hydrodesulfurised heavy vacuum (CAS No 64742-086-5) |
| 630 | 加氢脱硫蒸馏的柴油(石油) | Gas oils (petroleum),hydrotreated vacuum (CAS No 64742-59-2) |
| 631 | 轻度减压热裂解加氢脱硫的柴油(石油) | Gas oils (petroleum),light vacuum,thermal-cracked hydrodesulfurised (CAS No 97926-59-5) |
| 632 | 蒸汽裂解的柴油(石油) | Gas oils (petroleum),steam-cracded (CAS No 68527-18-4) |
| 633 | 热裂解加氢脱硫处理的柴油(石油) | Gas oils (petroleum),thermal-cracked,hydrodesulfurised (CAS No 92045-29-9) |
| 634 | 加氢柴油, 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Gas oils, hydrotreated (CAS No 97862-78-7), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 635 | 石蜡柴油, 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Gas oils, paraffinic (CAS No 93924-33-5), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 636 | 丁二烯含量大于0.1%(w/w)的采用烷基化进料的汽油(石油) | Gases (petroleum), alkylation feed (CAS No 68606-27-9), if they contain > 0.1%(w/w) butadiene |
| 637 | 丁二烯含量大于0.1%(w/w)的氨系统进料汽油(石油) | Gases (petroleum), amine system feed (CAS No 68477-65-6), if they contain > 0.1%(w/w) butadiene |
| 638 | 丁二烯含量大于0.1%(w/w)的苯单元产生的加氢脱硫的汽油(石油)尾气 | Gases (petroleum), benzene unit hydrodesulferised off (CAS No 68477-66-7), if they contain > 0.1%(w/w) butadiene |
| 639 | 丁二烯含量大于0.1%(w/w)的汽油(石油), 来自苯单元加氢脱戊烷塔顶馏馏分 | Gases (petroleum), benzene unit hydrotreater depentaniser overheads (CAS No 68602-82-4), if they contain> 0.1%(w/w)butadiene |
| 640 | 丁二烯含量大于0.1%(w/w)富氢的苯系统循环的汽油(石油) | Gases (petroleum), benzene unit recycle, hydrogen-rich (CAS No 68477-67-8), if they contain > 0.1%(w/w) butadiene |
| 641 | 丁二烯含量大于0.1%(w/w)的汽油(石油), 来自富氢氮的调合油 | Gases (petroleum), blend oil, hydrogen-nitrogen-rich (CAS No 68477-68-9), if they contain > 0.1%(w/w) butadiene |
| 642 | 丁二烯含量大于0.1%(w/w)的汽油(石油),丁烷分离塔顶馏分 | Gases (petroleum), butane splitter overheads (CAS No 68477-69-0), if they contain > 0.1%(w/w) butadiene |
| 643 | 丁二烯含量大于0.1%(w/w)的含$C_{1-5}$湿汽油(石油) | Gases (petroleum), $C_{1-5}$, wet (CAS No 68602-83-5), if they contain > 0.1%(w/w) Butadiene |
| 644 | 丁二烯含量大于0.1%(w/w)的含$C_{2-3}$汽油(石油) | Gases (petroleum), $C_{2-3}$ (CAS No 68477-70-3), if they contain > 0.1%(w/w) butadiene |
| 645 | 丁二烯含量大于0.1%(w/w)的脱硫的$C_{2-4}$汽油(石油) | Gases (petroleum), $C_{2-4}$, sweetened (CAS No 68783-65-3), if they contain > 0.1%(w/w) butadiene |

| No. | Chinese Name | English Name |
|---|---|---|
| 646 | 丁二烯含量大于0.1%(w/w)的C₂溢流汽油(石油) | Gases (petroleum), C₂-return stream (CAS No 68477-84-9), if they contain > 0.1%(w/w) butadiene |
| 647 | 丁二烯含量大于0.1%(w/w)的含C₃₋₄汽油(石油) | Gases (petroleum), C₃₋₄ (CAS No 68131-75-9), if they contain > 0.1%(w/w) butadiene |
| 648 | 丁二烯含量大于0.1%(w/w)富异丁烷的含C₃₋₄的汽油(石油) | Gases (petroleum), C₃₋₄, isobutane-rich (CAS No 68477-33-8), if they contain > 0.1%(w/w) butadiene |
| 649 | 丁二烯含量大于0.1%(w/w)的烯烃-烷烃烷基化进料的C₃₋₅汽油(石油) | Gases (petroleum), C₃₋₅ olefinic-paraffinic alkylation feed (CAS No 68477-83-8), if they contain > 0.1%(w/w) butadiene |
| 650 | 丁二烯含量大于0.1%(w/w)的富C₄汽油(石油) | Gases (petroleum), C₄-rich (CAS No 68477-85-0), if they contain > 0.1%(w/w) butadiene |
| 651 | 丁二烯含量大于0.1%(w/w)的C₆₋₈催化重整的汽油(石油) | Gases (petroleum), C₆₋₈ catalytic reformer (CAS No 68477-81-6), if they contain > 0.1%(w/w) butadiene |
| 652 | 丁二烯含量大于0.1%(w/w)的C₆₋₈催化重整循环的汽油(石油) | Gases (petroleum), C₆₋₈ catalytic reformer recycle (CAS No 68477-80-5), if they contain > 0.1%(w/w) butadiene |
| 653 | 丁二烯含量大于0.1%(w/w)的催化重整循环的富氢C₆₋₈汽油(石油) | Gases (petroleum), C₆₋₈ catalytic reformer recycle, hydrogen-rich (CAS No 68477-82-7), if they contain > 0.1%(w/w)butadiene |
| 654 | 丁二烯含量大于0.1%(w/w)的汽油(石油), 来自催化裂解石脑油脱丁烷塔 | Gases (petroleum), catalytic cracked naphtha debutanizer (CAS No 68952-76-1), if they contain > 0.1%(w/w) butadiene |
| 655 | 丁二烯含量大于0.1%(w/w)的富C₃无酸汽油(石油), 来自催化裂解石脑油脱丙烷塔塔顶馏分 | Gases (petroleum), catalytic cracked naphtha depropaniser overhead, C₃-rich acid-free (CAS No 68477-73-6), if they contain > 0.1%(w/w) butadiene |
| 656 | 丁二烯含量大于0.1%(w/w)的汽油(石油), 来自催化裂解塔顶馏分 | Gases (petroleum), catalytic cracked overheads (CAS No 68409-99-4), if they contain > 0.1%(w/w) butadiene |
| 657 | 丁二烯含量大于0.1%(w/w)的催化裂解汽油(石油) | Gases (petroleum), catalytic cracker (CAS No 68477-74-7), if they contain > 0.1%(w/w) butadiene |
| 658 | 丁二烯含量大于0.1%(w/w)的富C₁₋₅催化裂解汽油(石油) | Gases (petroleum), catalytic cracker, C₁₋₅-rich (CAS No 68477-75-8), if they contain > 0.1%(w/w) butadiene |
| 659 | 丁二烯含量大于0.1%(w/w)的催化裂解汽油(石油) | Gases (petroleum), catalytic cracking (CAS No 68783-64-2), if they contain > 0.1%(w/w) butadiene |
| 660 | 丁二烯含量大于0.1%(w/w)的富C₂₋₄汽油(石油), 来自催化聚合石脑油稳定塔塔顶馏分 | Gases (petroleum), catalytic polymd naphtha stabiliser overhead, C₂₋₄-rich (CAS No 68477-76-9), if they contain > 0.1%(w/w) butadiene |
| 661 | 丁二烯含量大于0.1%(w/w)的汽油(石油), 来自催化重整石脑油汽提塔塔顶馏分 | Gases (petroleum), catalytic reformed naphtha stripper overheads (CAS No 68477-77-0), if they contain > 0.1%(w/w) butadiene |
| 662 | 丁二烯含量大于0.1%(w/w)的汽油(石油), 来自催化重整直馏石脑油稳定塔塔顶馏分 | Gases (petroleum), catalytic reformed straight-run naphtha stabiliser overheads (CAS No 68513-14-4), if they contain > 0.1%(w/w) butadiene |
| 663 | 丁二烯含量大于0.1%(w/w)的催化重整的富C₁₋₄汽油(石油) | Gases (petroleum), catalytic reformer, C₁₋₄-rich (CAS No 68477-79-2), if they contain > 0.1%(w/w)butadiene |
| 664 | 丁二烯含量大于0.1%(w/w)的富C₄无酸汽油(石油), 来自催化裂解柴油脱丙烷塔塔底物 | Gases (petroleum), catalytic-cracked gas oil depropaniser bottoms, C₄-rich acid-free (CAS No 68477-71-4), if they contain > 0.1%(w/w) butadiene |
| 665 | 丁二烯含量大于0.1%(w/w)的富C₃₋₅汽油(石油), 来自催化裂解石脑油脱丁烷塔塔底物 | Gases (petroleum), catalytic-cracked naphtha debutaniser bottoms, C₃₋₅-rich (CAS No 68477-72-5), if they contain > 0.1%(w/w) butadiene |

| No. | Chinese Name | English Name |
|-----|-------------|-------------|
| 666 | 丁二烯含量大于0.1%(w/w)的原油蒸馏及催化裂解的汽油(石油) | Gases (petroleum), crude distn and catalytic cracking (CAS No 68989-88-8), if they contain > 0.1%(w/w) butadiene |
| 667 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自原油分馏尾气 | Gases (petroleum), crude oil fractionation off (CAS No 68918-99-0), if they contain > 0.1%(w/w) butadiene |
| 668 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自脱乙烷塔塔顶馏分 | Gases (petroleum), deethaniser overheads (CAS No 68477-86-1), if they contain > 0.1%(w/w) butadiene |
| 669 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自脱己烷尾气 | Gases (petroleum), dehexaniser off (CAS No 68919-00-6), if they contain > 0.1%(w/w)butadiene |
| 670 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自脱异丁烷塔塔顶馏分 | Gases (petroleum), deisobutaniser tower overheads (CAS No 68477-87-2), if they contain > 0.1%(w/w)butadiene |
| 671 | 丁二烯含量大于0.1%(w/w)的汽油，来自脱丙烷油脚分馏塔尾气 | Gases (petroleum), depropaniser bottoms fractionation off (CAS No 68606-34-8), if they contain > 0.1%(w/w) butadiene |
| 672 | 丁二烯含量大于0.1%(w/w)的富丙烯汽油(石油)，来自脱丙烷干塔 | Gases (petroleum), depropaniser dry, propene-rich (CAS No 68477-90-7), if they contain > 0.1%(w/w) butadiene |
| 673 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自脱丙烷塔塔顶馏分 | Gases (petroleum), depropaniser overheads (CAS No 68477-91-8), if they contain > 0.1%(w/w) butadiene |
| 674 | 丁二烯含量大于0.1%(w/w)的汽油，来自加氢精制脱硫汽提塔馏分尾气 | Gases (petroleum), distillate unifiner desulfurisation stripper off (CAS No 68919-01-7), if they contain > 0.1%(w/w) butadiene |
| 675 | 丁二烯含量大于0.1%(w/w)的干馏汽油(石油)尾气，来自汽油浓缩单元 | Gases (petroleum), dry sour, gas-concn- unit-off (CAS No 68477-92-9), if they contain > 0.1%(w/w) butadiene |
| 676 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自流化催化裂解分馏塔尾气 | Gases (petroleum), fluidised catalytic cracker fractionation off (CAS No 68919-02-8) if they contain > 0.1%(w/w) butadiene |
| 677 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自流化催化裂解洗气二级吸收塔尾气 | Gases (petroleum), fluidised catalytic cracker scrubbing secondary absorber off (CAS No 68919-03-9), if they contain > 0.1%(w/w) butadiene |
| 678 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自流化催化裂解分流塔塔顶馏分 | Gases (petroleum), fluidised catalytic cracker splitter overheads (CAS No 68919-20-0), if they contain > 0.1%(w/w)butadiene |
| 679 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自全程馏分的直馏石脑油脱己烷塔尾气 | Gases (petroleum), full-range straight-run naphtha dehexaniser off (CAS No 68513-15-5), if they contain> 0.1%(w/w) butadiene |
| 680 | 丁二烯含量大于0.1%(w/w)的经汽油浓缩再吸收塔蒸馏的汽油(石油) | Gases (petroleum), gas concn reabsorber distn(CAS No 68477-93-0), if they contain > 0.1%(w/w) butadiene |
| 681 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自二乙醇胺洗涤塔尾气的柴油 | Gases (petroleum), gas oil diethanolamine scrubber off (CAS No 92045-15-3), if they contain > 0.1%(w/w) butadiene |
| 682 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自加氢脱硫的柴油流出液 | Gases (petroleum), gas oil hydrodesulfurisation effluent (CAS No 92045-16-4), if they contain > 0.1%(w/w) butadiene |
| 683 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自加氢脱硫清洗的柴油 | Gases (petroleum), gas oil hydrodesulfurisation purge (CAS No 92045-17-5), if they contain > 0.1%(w/w) butadiene |

| No. | Chinese Name | English Name |
|---|---|---|
| 684 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自汽油回收工厂脱丙烷塔塔顶馏分 | Gases (petroleum), gas recovery plant depropaniser overheads (CAS No 68477-94-1), if they contain > 0.1%(w/w) butadiene |
| 685 | 丁二烯含量大于0.1%(w/w)的经Girbatol单元进料处理的汽油(石油) | Gases (petroleum), Girbatol unit feed (CAS No 68477-95-2), if they contain > 0.1%(w/w) butadiene |
| 686 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自加氢脱硫汽提塔重馏分尾气 | Gases (petroleum), heavy distillate hydrotreater desulfurisation stripper off (CAS No 68919-04-0), if they contain > 0.1%(w/w) butadiene |
| 687 | 丁二烯含量大于0.1%(w/w)的富碳氢汽油(石油)，来自加氢裂解脱丙烷塔尾气 | Gases (petroleum), hydrocracking depropaniser off, hydrocarbon-rich (CAS No 68513-16-6), if they contain> 0.1%(w/w) butadiene |
| 688 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自加氢裂解低压分离塔 | Gases (petroleum), hydrocracking low-pressure separator (CAS No 68783-06-2), if they contain > 0.1%(w/w)butadiene |
| 689 | 丁二烯含量大于0.1%(w/w)的汽油(石油)尾气，来自氢吸收塔 | Gases (petroleum), hydrogen absorber off (CAS No 68477-96-3), if they contain > 0.1%(w/w) butadiene |
| 690 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自加氢流出液闪蒸槽尾气 | Gases (petroleum), hydrogenator effluent flash drum off (CAS No 92045-18-6), if they contain > 0.1%(w/w) butadiene |
| 691 | 丁二烯含量大于0.1%(w/w)的富氢汽油(石油) | Gases (petroleum), hydrogen-rich (CAS No 68477-97-4), if they contain > 0.1%(w/w) butadiene |
| 692 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自加氢酸化煤油脱戊烷稳定塔的尾气 | Gases (petroleum), hydrotreated sour kerosine depentaniser stabiliser off (CAS No 68911-58-0), if they contain> 0.1%(w/w) butadiene |
| 693 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自加氢酸化煤油闪蒸槽 | Gases (petroleum), hydrotreated sour kerosine flash drum (CAS No 68911-59-1), if they contain > 0.1%(w/w) butadiene |
| 694 | 丁二烯含量大于0.1%(w/w)的富氢-氮汽油(石油)，来自循环加氢调和油 | Gases (petroleum), hydrotreater blend oil recycle, hydrogen-nitrogen-rich (CAS No 68477-98-5), if they contain> 0.1%(w/w) butadiene |
| 695 | 丁二烯含量大于0.1%(w/w)的无硫化氢富C₄汽油(石油)，来自异构化石脑油分馏塔 | Gases (petroleum), isomerised naphtha fractionator, C₄-rich, hydrogen sulfide-free (CAS No 68477-99-6), if they contain > 0.1%(w/w) butadiene |
| 696 | 丁二烯含量大于0.1%(w/w)的轻蒸汽裂浓丁二烯的汽油(石油) | Gases (petroleum), light steam-cracked, butadiene conc(CAS No 68955-28-2), if they contain > 0.1%(w/w) butadiene |
| 697 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自轻直馏汽油分馏稳定塔尾气 | Gases (petroleum), light straight run gasoline fractionation stabiliser off (CAS No 68919-05-1), if they contain> 0.1%(w/w)butadiene |
| 698 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自轻直馏石脑油稳定塔尾气 | Gases (petroleum), light straight-run naphtha stabiliser off (CAS No 68513-17-7), if they contain > 0.1%(w/w) butadiene |
| 699 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自石脑油蒸汽裂解的高压残液 | Gases (petroleum), naphtha steam cracking high-pressure residual (CAS No 92045-19-7), if they contain > 0.1%(w/w)butadiene |
| 700 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自石脑油精制加氢脱硫汽提塔尾气 | Gases (petroleum), naphtha unifiner desulfurisation stripper off (CAS No 68919-06-2), if they contain > 0.1%(w/w) butadiene |
| 701 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自炼油厂汽油蒸馏尾气 | Gases (petroleum), oil refinery gas distn off (CAS No 68527-15-1), if they contain > 0.1%(w/w) butadiene |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 702 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，　来自铂重整产品分离塔尾气 | Gases (petroleum), platformer products separator off (CAS No 68814-90-4), if they contain > 0.1%(w/w) butadiene |
| 703 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自轻馏分分馏的铂重整稳定塔尾气 | Gases (petroleum), platformer stabiliser off, light ends fractionation (CAS No 68919-07-3), if they contain> 0.1%(w/w) butadiene |
| 704 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自原油蒸馏的预闪蒸塔尾气 | Gases (petroleum), preflash tower off, crude distn(CAS No 68919-08-4), if they contain > 0.1%(w/w)butadiene |
| 705 | 丁二烯含量大于0.1%(w/w)的循环处理的富氢汽油(石油) | Gases (petroleum), recycle, hydrogen-rich (CAS No 68478-00-2), if they contain > 0.1%(w/w) butadiene |
| 706 | 丁二烯含量大于0.1%(w/w)的炼油厂汽油(石油) | Gases (petroleum), refinery (CAS No 68814-67-5), if they contain > 0.1%(w/w) butadiene |
| 707 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自精炼厂的调合油 | Gases (petroleum), refinery blend (CAS No 68783-07-3), if they contain > 0.1%(w/w) butadiene |
| 708 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自重整流出液高压闪蒸槽尾气 | Gases (petroleum), reformer effluent high-pressure flash drum off (CAS No 68513-18-8), if they contain > 0.1%(w/w) butadiene |
| 709 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自重整流出液低压闪蒸槽尾气 | Gases (petroleum), reformer effluent low-pressure flash drum off (CAS No 68513-19-9), if they contain > 0.1%(w/w) butadiene |
| 710 | 丁二烯含量大于0.1%(w/w)的重整补偿的富氢汽油(石油) | Gases (petroleum), reformer make-up, hydrogen-rich (CAS No 68478-01-3), if they contain > 0.1%(w/w) butadiene |
| 711 | 丁二烯含量大于0.1%(w/w)的重整加氢汽油(石油) | Gases (petroleum), reforming hydrotreater (CAS No 68478-02-4), if they contain > 0.1%(w/w) butadiene |
| 712 | 丁二烯含量大于0.1%(w/w)的富氢汽油(石油)，来自补偿重整加氢塔 | Gases (petroleum), reforming hydrotreater make-up, hydrogen-rich (CAS No 68478-04-6), if they contain> 0.1%(w/w) butadiene |
| 713 | 丁二烯含量大于0.1%(w/w)的富氢-甲烷汽油(石油)，来自重整加氢塔 | Gases (petroleum), reforming hydrotreater, hydrogen-methane-rich (CAS No 68478-03-5), if they contain> 0.1%(w/w) butadiene |
| 714 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自残渣减粘轻度裂解尾气 | Gases (petroleum), residue visbreaking off (CAS No 92045-20-0), if they contain > 0.1%(w/w) butadiene |
| 715 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自流化催化裂解塔顶馏出物分馏塔的二级吸收塔尾气 | Gases (petroleum), secondary absorber off, fluidised catalytic cracker overheads fractionator (CAS No 68602-84-6), if they contain > 0.1%(w/w) butadiene |
| 716 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自流化催化裂解及柴油脱硫塔顶馏分分馏的海绵吸收塔尾气 | Gases (petroleum), sponge absorber off, fluidised catalytic cracker and gas oil desulfuriser overhead fractionation(CAS No 68955-33-9), if they contain > 0.1%(w/w) butadiene |
| 717 | 丁二烯含量大于0.1%(w/w)的蒸汽裂解富C₃汽油(石油) | Gases (petroleum), steam-cracker C₃-rich (CAS No 92045-22-2), if they contain > 0.1%(w/w) butadiene |
| 718 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自直馏石脑油催化重整稳定塔顶馏分 | Gases (petroleum), straight-run naphtha catalytic reformer stabiliser overhead (CAS No 68955-34-0), if they contain > 0.1%(w/w) butadiene |
| 719 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，来自直馏石脑油催化重整尾气 | Gases (petroleum), straight-run naphtha catalytic reforming off (CAS No 68919-09-5), if they contain > 0.1%(w/w) butadiene |
| 720 | 丁二烯含量大于0.1%(w/w)的汽油(石油)，直馏稳定塔尾气 | Gases (petroleum), straight-run stabiliser off (CAS No 68919-10-8), if they contain > 0.1%(w/w) |

| No. | Chinese Name | English Name |
|---|---|---|
| | | butadiene |
| 721 | 丁二烯含量大于0.1%(w/w)的来自焦油汽提塔尾气的汽油(石油) | Gases (petroleum), tar stripper off (CAS No 68919-11-9), if they contain > 0.1%(w/w)butadiene |
| 722 | 丁二烯含量大于0.1%(w/w)的热裂解蒸馏汽油(石油) | Gases (petroleum), thermal cracking distn (CAS No 68478-05-7), if they contain > 0.1%(w/w) butadiene |
| 723 | 丁二烯含量大于0.1%(w/w)的来自加氢精制汽提塔尾气的汽油(石油) | Gases (petroleum), unifiner stripper off (CAS No 68919-12-0), if they contain > 0.1%(w/w) butadiene |
| 724 | 糖皮质激素类 | Glucocorticoids |
| 725 | 格鲁米特及盐类 | Glutethimide (2-ethyl-2-phenylglutarimide) and its salts |
| 726 | 格列环脲 | Glyclyclamide (1-cyclohexyl-3-(p-toluenesulfonyl) urea) |
| 727 | 金盐类 | Gold salts |
| 728 | 愈创甘油醚 | Guaifenesin [3-(0-methoxyphenoxy)-1,2-propanediol; glyceryl guaiacolate] |
| 729 | 胍乙啶及其盐类 | Guanethidine (1-[2-(1-azacyclooctyl)ethyl] guanidine) and its salts |
| 730 | 氟哌啶醇 | Haloperidol (4-[4-(p-chlorophenyl) -4-hydroxypiperidino]-4'-fluorobutyrophenone) |
| 731 | 七氯 | Heptachlor (CAS No 76-44-8) |
| 732 | 七氯一环氧化物 | Heptachlor-epoxide (CAS No 1024-57-3) |
| 733 | 六氯苯 | Hexachlorobenzene (CAS No 118-74-1) |
| 734 | 六氯乙烷 | Hexachloroethane |
| 735 | 四磷酸六乙基酯 | Hexaethyl tetraphosphate |
| 736 | 六氢化香豆素 | Hexahydrocoumarin(CAS No 700-82-3) |
| 737 | 六氢化环戊(c)吡咯-1-(1H)-铵    N-乙氧基羰基-N-(聚砜基)氮烷化物 | Hexahydrocyclopenta(c)pyrrole-(1H)-ammorium N-ethoxycarbonyl-N-(polylsulfonyl)azanide (EC No418-350-1) |
| 738 | 六甲基磷酸-三酰胺 | Hexamethylphosphoric-triamide (CAS No 680-31-9) |
| 739 | 2-己酮 | Hexan-2-one (CAS No 591-78-6) |
| 740 | 己烷 | Hexane (CAS No 110-54-3) |
| 741 | 已丙氨酯 | Hexapropymate (1-(2-propynyl) cyclohexanol carbamate) |
| 742 | 北美黄连碱和北美黄连次碱以及它们的盐类 | Hydrastine, hydrastinine and their salts |
| 743 | 酰肼类及其盐类 | Hydrazides and their salts |
| 744 | 肼、肼的衍生物以及它们的盐类 | Hydrazine, its derivatives and their salts |
| 745 | 氢化松香基醇 | Hydroabietyl alcohol (CAS No 13393-93-6) |
| 746 | 富含芳烃的C₂₆₋₅₅碳氢化合物 | Hydrocarbons C₂₆₋₅₅,arom.Rich (CAS No 97722-04-8) |
| 747 | 来自溶剂萃取的轻环烷烃C₁₁₋₁₇碳氢化合物, 除非清楚全部精炼过程并且 | Hydrocarbons, C₁₁₋₁₇, solvent-extd light naphthenic (CAS No 97722-08-2), except if the full refining |

| No. | Chinese Name | English Name |
|-----|-------------|--------------|
| | 能够证明所获得的物质不是致癌物 | history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 748 | 来自加氢石蜡轻馏分的$C_{12-20}$碳氢化合物，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Hydrocarbons, $C_{12-20}$, hydrotreated paraffinic, distn lights (CAS No 97675-86-0), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 749 | 丁二烯含量大于0.1%(w/w)的$C_{1-3}$碳氢化合物 | Hydrocarbons, $C_{1-3}$ (CAS No 68527-16-2), if they contain > 0.1%(w/w) butadiene |
| 750 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{13-27}$碳氢化合物，来自溶剂提取的轻环烷 | Hydrocarbons, $C_{13-27}$, solvent-extd light naphthenic (CAS No 97722-09-3), if they contain > 3 % (w/w) DMSO extract |
| 751 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{13-30}$碳氢化合物，来自富芳烃的溶剂提取的环烷馏分 | Hydrocarbons, $C_{13-30}$, arom-rich, solvent-extd naphthenic distillate (CAS No 95371-04-3), if they contain> 3 % (w/w) DMSO extract |
| 752 | 丁二烯含量大于0.1%(w/w)的$C_{1-4}$碳氢化合物 | Hydrocarbons, $C_{1-4}$ (CAS No 68514-31-8), if they contain > 0.1%(w/w) butadiene |
| 753 | 丁二烯含量大于0.1%(w/w)的脱丁烷馏分$C_{1-4}$碳氢化合物 | Hydrocarbons, $C_{1-4}$, debutanizer fraction (CAS No 68527-19-5), if they contain > 0.1%(w/w) butadiene |
| 754 | 丁二烯含量大于0.1%(w/w)的脱硫$C_{1-4}$碳氢化合物 | Hydrocarbons, $C_{1-4}$, sweetened (CAS No 68514-36-3), if they contain > 0.1%(w/w) butadiene |
| 755 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{14-29}$碳氢化合物，来自溶剂提取的轻环烷 | Hydrocarbons, $C_{14-29}$, solvent-extd light naphthenic (CAS No 97722-10-6), if they contain > 3 % (w/w) DMSO extract |
| 756 | 来自加氢中间馏分的轻$C_{16-20}$碳氢化合物，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Hydrocarbons, $C_{16-20}$, hydrotreated middle distillate, distn Lights (CAS No 97675- 85-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 757 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{16-32}$碳氢化合物，来自富芳烃的溶剂提取的环烷馏分 | Hydrocarbons, $C_{16-32}$, arom rich, solvent-extd naphthenic distillate (CAS No 95371-05-4), if they contain> 3 % (w/w) DMSO extract |
| 758 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{17-30}$碳氢化合物，来自加氢蒸馏的轻馏分 | Hydrocarbons, $C_{17-30}$, hydrotreated distillates, distn Lights (CAS No 97862-82-3), if they contain > 3 % (w/w) DMSO extract |
| 759 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{17-30}$碳氢化合物，来自加氢溶剂脱沥青常压蒸馏的残液的轻馏分 | Hydrocarbons, $C_{17-30}$, hydrotreated solvent-deasphalted atm distn residue, distn lights (CAS No 97675-87-1), if they contain > 3 % (w/w) DMSO extract |
| 760 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{17-40}$碳氢化合物，来自加氢溶剂脱沥青蒸馏残液的减压蒸馏轻馏分 | Hydrocarbons, $C_{17-40}$, hydrotreated solvent-deasphalted distn residue, vacuum distn lights (CAS No 97722-06-0), if they contain > 3 % (w/w) DMSO extract |
| 761 | 二甲基亚砜提取物含量大于3%(w/w)的$C_{20-50}$碳氢化合物，来自残油的氢化减压蒸馏 | Hydrocarbons, $C_{20-50}$, residual oil hydrogenation vacuum distillate (CAS No 93924- 61-9), if they contain > 3 % (w/w) DMSO extract |
| 762 | 二甲基亚砜提取物含量大于3%(w/w)的氢化的溶剂脱蜡重石蜡$C_{20-50}$碳氢化合物 | Hydrocarbons, $C_{20-50}$, solvent dewaxed heavy paraffinic, hydrotreated (CAS No 90640-95-2), if they contain> 3 % (w/w) DMSO extract |
| 763 | 二甲基亚砜提取物含量大于3%(w/w)的加氢$C_{20-58}$碳氢化合物 | Hydrocarbons, $C_{20-58}$, hydrotreated (CAS No 97926-70-0), if they contain > 3 % (w/w) DMSO extract |
| 764 | 丁二烯含量大于0.1%(w/w)的$C_{2-4}$碳氢化合物 | Hydrocarbons, $C_{2-4}$ (CAS No 68606-25-7), if they contain > 0.1%(w/w) butadiene |
| 765 | 丁二烯含量大于0.1%(w/w)富$C_3$的$C_{2-4}$碳氢化合物 | Hydrocarbons, $C_{2-4}$, $C_3$-rich (CAS No 68476-49-3), if they contain > 0.1%(w/w) butadiene |

| No. | Chinese Name | English Name |
|---|---|---|
| 766 | 二甲基亚砜提取物含量大于3%(w/w)的脱芳构化C<sub>27-42</sub>碳氢化合物 | Hydrocarbons, C$_{27-42}$, dearomatised (CAS No 97862-81-2), if they contain > 3 % (w/w) DMSO extract |
| 767 | 二甲基亚砜提取物含量大于3%(w/w)的C<sub>27-42</sub>环烷烃碳氢化合物 | Hydrocarbons, C$_{27-42}$, naphthenic (CAS No 97926-71-1), if they contain > 3 % (w/w) DMSO extract |
| 768 | 二甲基亚砜提取物含量大于3%(w/w)的脱芳构化C<sub>27-45</sub>碳氢化合物 | Hydrocarbons, C$_{27-45}$, dearomatised (CAS No 97926-68-6), if they contain > 3 % (w/w) DMSO extract |
| 769 | 二甲基亚砜提取物含量大于3%(w/w)的C<sub>27-45</sub>碳氢化合物, 来自环烷减压蒸馏 | Hydrocarbons, C$_{27-45}$, naphthenic vacuum distn(CAS No 97862-83-4), if they contain > 3 % (w/w) DMSO extract |
| 770 | 丁二烯含量大于0.1%(w/w)的C<sub>3</sub>碳氢化合物 | Hydrocarbons, C$_3$ (CAS No 68606-26-8), if they contain > 0.1%(w/w) butadiene |
| 771 | 丁二烯含量大于0.1%(w/w)的C<sub>3-4</sub>碳氢化合物 | Hydrocarbons, C$_{3-4}$ (CAS No 68476-40-4), if they contain > 0.1%(w/w) butadiene |
| 772 | 丁二烯含量大于0.1%(w/w)的碳氢化合物, 来自富C<sub>3-4</sub>的石油馏分 | Hydrocarbons, C$_{3-4}$-rich, petroleum distillate (CAS No 68512-91-4), if they contain > 0.1%(w/w) butadiene |
| 773 | 二甲基亚砜提取物含量大于3%(w/w)的C<sub>37-65</sub>碳氢化合物, 来自加氢脱青的减压蒸馏的残液 | Hydrocarbons, C$_{37-65}$, hydrotreated deasphalted vacuum distn Residues (CAS No 95371-08-7), if they contain> 3 % (w/w) DMSO extract |
| 774 | 二甲基亚砜提取物含量大于3%(w/w)的C<sub>37-68</sub>碳氢化合物, 来自脱蜡脱青加氢的减压蒸馏的残液 | Hydrocarbons, C$_{37-68}$, dewaxed deasphalted hydrotreated vacuum distn Residues (CAS No 95371-07-6), if they contain > 3 % (w/w) DMSO extract |
| 775 | 丁二烯含量大于0.1%(w/w)的C<sub>4</sub>碳氢化合物 | Hydrocarbons, C$_4$ (CAS No 87741-01-3), if they contain > 0.1%(w/w) butadiene |
| 776 | 丁二烯含量大于0.1%(w/w)的无1,3-丁二烯和异丁烯的C<sub>4</sub>碳氢化合物 | Hydrocarbons, C$_{4, 1,3}$-butadiene- and isobutene-free (CAS No 95465-89-7), if they contain > 0.1%(w/w) butadiene |
| 777 | 丁二烯含量大于0.1%(w/w)的蒸汽裂解C<sub>4</sub>馏分的碳氢化合物 | Hydrocarbons, C$_4$, steam-cracker distillate (CAS No 92045-23-3), if they contain > 0.1%(w/w) butadiene |
| 778 | 丁二烯含量大于0.1%(w/w)的C<sub>4-5</sub>碳氢化合物 | Hydrocarbons, C$_{4-5}$ (CAS No 68476-42-6), if they contain > 0.1%(w/w) butadiene |
| 779 | 二甲基亚砜提取物含量大于3%(w/w)的碳氢化合物, 来自溶剂脱蜡的加氢裂的石蜡蒸馏残液 | Hydrocarbons, hydrocracked paraffinic distn residues, solvent-dewaxed (CAS No 93763-38-3), if they contain> 3 % (w/w) DMSO extract |
| 780 | C<sub>16-20</sub>碳氢化合物, 来自溶剂脱蜡, 加氢裂解的烷烃蒸馏残液 | Hydrocarbons,C$_{16-20}$, solvent-dewaxed hydrocracked paraffinic distn.Residue (CAS No 97675-88-2) |
| 781 | 氢氟酸及其正盐,配合物以及氢氟化物(表 3 中的氟化合物除外) | Hydrofluoric acid, its normal salts, its complexes and hydrofluorides with the exception of those given in table 3 |
| 782 | 氰化氢及其盐类 | Hydrogen cyanide and its salts |
| 783 | 8-羟喹啉及其硫酸盐(表 3 中的 8-羟喹啉及其硫酸盐除外) | Hydroxy-8-quinoline and its sulphate, except for the uses provided in table 3 |
| 784 | 羟嗪 | Hydroxyzine [2-(2-(4-(p-chlore-α -phenylbenzyl)-1-piperazinyl) ethoxy)ethanol] |
| 785 | 东莨菪碱及其盐类和衍生物 | Hyoscine, its salts and derivatives |
| 786 | 莨菪碱及其盐类和衍生物 | Hyoscyamine, its salts and derivatives |
| 787 | 莨菪(叶、果实、粉和草药制剂) | *Hyoscyamus niger L.* (leaves, seeds, powder and galenical preparations) |
| 788 | 咪唑啉-2-硫酮 | Imidazolidine-thione (CAS No 96-45-7) |

| No. | Chinese Name | English Name |
|-----|-------------|--------------|
| 789 | 欧前胡内酯 | Imperatorin (9-(3-methoxylbut-2-enyloxy)furo(3, 2-g) chromen-7-one) |
| 790 | 无机亚硝酸盐类(亚硝酸钠除外) | Inorganic nitrites, with the exception of sodium nitrite |
| 791 | 2,5-双(1-氮杂环丙烯基)-3,6-二丙氧基-1,4-苯醌 | Inproquone (2,5-bis (1-aziridinyl)-3,6-dipropoxy-1,4-benzoquinone) |
| 792 | 碘 | Iodine |
| 793 | 碘代甲烷 | Iodomethane (CAS No 74-88-4) |
| 794 | 碘苯腈; 4-羟基-3,5-二碘苯甲腈 | Ioxynil (CAS No 1689-83-4) |
| 795 | 吐根(根、粉末及草药制剂) | Ipecacuanha (*cephaelis ipecacuanha brot.* And related species) (roots, powder and galenical preparations) |
| 796 | 异丙二酮 | Iprodione (CAS No 36734-19-7) |
| 797 | 丁二烯含量大于或等于0.1%(w/w)的异丁烷 | Isobutane (CAS No 75-28-5), if it contains ≥0.1%(w/w) butadiene |
| 798 | 亚硝酸异丁酯 | Isobutyl nitrite(CAS No 542-56-3) |
| 799 | 异卡波肼 | Isocarboxazide (1-benzyl-2-(6-methylisoxazol-3-ylcarbonyl) hydrazine) |
| 800 | 异美汀及其盐类 | Isometheptene (6-methyl-2-methylaminohept-5-ene) and its salts |
| 801 | 异丙肾上腺素 | Isoprenaline (3,4-dihydroxy-α -(isopropylaminomethyl) benzyl alcohol) |
| 802 | 稳定的橡胶基质(2-甲基-1,3-丁二烯) | Isoprene (stabilized) (2-methyl-1,3-butadiene) (CAS No 78-79-5) |
| 803 | 硝酸异山梨酯 | Isosorbide dinitrate (1,4:3,6-dianhydrosorbitol 2,5-dinitrate) |
| 804 | 异噁氟草 | Isoxaflutole (CAS No 141112-29-0) |
| 805 | 叉子园柏的叶子, 精油及其草药制剂 | *Juniperus sabina L.* (leaves, essential oil and galenical preparations) |
| 806 | 酮康唑 | Ketoconazole |
| 807 | 亚胺菌 | Kresoxim-methyl (CAS No 143390-89-0) |
| 808 | 铅和铅化合物 | Lead and its compounds |
| 809 | 利多卡因 | Lidocaine |
| 810 | 利农伦 | Linuron (CAS No 330-55-2) |
| 811 | 北美山梗菜及其草药制剂 | *Lobelia inflata L.* And its galenical preparations |
| 812 | 洛贝林及其盐类 | Lobeline (2-(β-hydroxyphenethyl)-1-methyl-6-phenacylpiperidine) and its salts |
| 813 | 润滑脂, 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Lubricating greases (CAS No 74869-21-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 814 | 二甲基亚砜提取物含量大于3%(w/w)的润滑油 | Lubricating oils (CAS No 74869-22-0), if they contain > 3 % (w/w) DMSO extract |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 815 | 二甲基亚砜提取物含量大于3%(w/w)的来自原油的石蜡润滑油(石油) | Lubricating oils (petroleum), base oils, paraffinic (CAS No 93572-43-1), if they contain > 3 % (w/w) DMSO extract |
| 816 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂萃取、脱沥青、脱蜡加氢处理的碳原子数大于25的润滑油(石油) | Lubricating oils (petroleum), C>25, solvent-extd, deasphalted, dewaxed, hydrogenated (CAS No 101316-69-2), if they contain > 3 % (w/w) DMSO extract |
| 817 | 二甲基亚砜提取物含量大于3%(w/w) 的加氢中性油基高粘C$_{15-30}$润滑油(石油) | Lubricating oils (petroleum), C$_{15-30}$, hydrotreated neutral oil-based (CAS No 72623- 86-0), if they contain > 3 % (w/w) DMSO extract |
| 818 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂萃取、脱蜡加氢的C$_{17-32}$润滑油(石油) | Lubricating oils (petroleum), C$_{17-32}$, solvent-extd, dewaxed, hydrogenated (CAS No 101316-70-5), if they contain > 3 % (w/w) DMSO extract |
| 819 | 二甲基亚砜提取物含量大于3%(w/w)的加氢的溶剂萃取及脱蜡的C$_{17-35}$润滑油(石油) | Lubricating oils (petroleum), C$_{17-35}$, solvent-extd, dewaxed, hydrotreated (CAS No 92045-42-6), if they contain> 3 % (w/w) DMSO extract |
| 820 | 二甲基亚砜提取物含量大于3%(w/w)的加氢裂解溶剂脱蜡的润滑油(石油) | Lubricating oils (petroleum), C$_{18-27}$, hydrocracked solvent-dewaxed (CAS No 97488-95-4), if they contain > 3 % (w/w) DMSO extract |
| 821 | 二甲基亚砜提取物含量大于3%(w/w)的C$_{18-40}$润滑油, 以溶剂脱蜡的加氢裂解轻馏分为基础 | Lubricating oils (petroleum), C$_{18-40}$, solvent-dewaxed hydrocracked distillate-based (CAS No 94733-15-0), if they contain > 3 % (w/w) DMSO extract |
| 822 | 二甲基亚砜提取物含量大于3%(w/w)的C$_{18-40}$润滑油, 以溶剂脱蜡的加氢残油为基础 | Lubricating oils (petroleum), C$_{18-40}$, solvent-dewaxed hydrogenated raffinate-based (CAS No 94733-16-1), if they contain > 3 % (w/w) DMSO extract |
| 823 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂萃取、脱蜡加氢的C$_{20-35}$润滑油(石油) | Lubricating oils (petroleum), C$_{20-35}$, solvent-extd, dewaxed, hydrogenated (CAS No 101316-71-6), if they contain > 3 % (w/w) DMSO extract |
| 824 | 二甲基亚砜提取物含量大于3%(w/w)的加氢中性油基高粘C$_{20-50}$润滑油(石油) | Lubricating oils (petroleum), C$_{20-50}$, hydrotreated neutral oil-based, high-viscosity (CAS No 72623-85-9), if they contain > 3 % (w/w) DMSO extract |
| 825 | 二甲基亚砜提取物含量大于3%(w/w) 的加氢中性油基高粘C$_{20-50}$润滑油(石油) | Lubricating oils (petroleum), C$_{20-50}$, hydrotreated neutral oil-based (CAS No 72623- 87-1), if they contain > 3 % (w/w) DMSO extract |
| 826 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂萃取、脱蜡加氢的C$_{24-50}$润滑油(石油) | Lubricating oils (petroleum), C$_{24-50}$, solvent-extd, dewaxed, hydrogenated (CAS No 101316-72-7), if they contain > 3 % (w/w) DMSO extract |
| 827 | 二甲基亚砜提取物含量大于3%(w/w)的加氢裂解非芳香性的溶剂脱石蜡处理的润滑油(石油) | Lubricating oils (petroleum), hydrocracked nonarom solvent-deparaffined (CAS No 92045-43-7), if they contain> 3 % (w/w) DMSO extract |
| 828 | 麦角二乙胺及其盐类 | Lysergide (N,N-diethyllysergamide; lysergic acid diethylamide) and its salts |
| 829 | 孔雀石绿的盐酸盐和草酸盐 | Malachite green hydrochloride (CAS No 569-64-2) malachite green oxalate (CAS No 18015-76-4) |
| 830 | 丙二腈 | Malononitrile |
| 831 | 甘露莫司汀及其盐类 | Mannomustine (1,6-bis (2-chloroethylamino)-1,6-dideoxy-D-mannitol) and its salts |
| 832 | 美卡拉明(3-甲氨基异莰烷) | Mecamylamine (3-methylaminoisobornane) |

| No. | Chinese Name | English Name |
|---|---|---|
| 833 | 美非氯嗪及其盐类 | Mefeclorazine (1-(o-chlorophenyl)-4-(3,4-dimethoxyphenethyl) piperazine) and its salts |
| 834 | 美芬新及其酯类 | Mephenesin (o-cresyl glyceryl ether; 3-(o-methylphenoxy)-1,2-propanediol) and its esters |
| 835 | 甲丙氨酯 | Meprobamate (2-methyl-2-propyl-1,3-propanediol dicarbamate) |
| 836 | 汞和汞化合物(表4中的汞化合物除外) | Mercury and its compounds, except those special cases included in table 4 |
| 837 | 聚乙醛 | Metaldehyde |
| 838 | 甲胺苯丙酮及其盐类 | Metamfepramone (2-dimethylaminopropiophenone) and its salts |
| 839 | 美索庚嗪及其盐类 | Metethoheptazine (4-ethoxycarbonyl-1,3-dimethyl-4-phenylhexamethylenimine) and its salts |
| 840 | 二甲双胍及其盐类 | Metformin (1,1-dimethylbiguanide; N,N-dimethylguanylguanidine) and its salts |
| 841 | 甲醇 | Methanol |
| 842 | 美沙吡林及其盐类 | Methapyrilene (N,N-dimethyl-N'-(2-pyridyl)-N'-(2-thenyl) ethylenediamine) and its salts |
| 843 | 美庚嗪及其盐类 | Metheptazine (4-carbomethoxy-1,2-dimethyl-4-phenylhexamethylenimine) and its salts |
| 844 | 美索巴莫 | Methocarbamol |
| 845 | 甲氨喋呤 | Methotrexate (N-[p-[(2, 4-diamino-6-pteridylmethyl) methylamino] benzoyl]-L-(+)-glutamic acid) |
| 846 | 甲氧基乙酸 | Methoxyacetic acid (CAS No 625-45-6) |
| 847 | 异氰酸甲酯 | Methyl isocyanate (CAS No 624-83-9) |
| 848 | 反式-2-丁烯酸甲基酯 | Methyl trans-2-butenoate (CAS No 623-43-8) |
| 849 | (亚甲基双(4,1-亚苯基偶氮(1-(3-(二甲基氨基)丙基)-1,2-二氢化-6-羟基-4-甲基-2-氧代嘧啶-5,3-二基)))-1,1'-二吡啶盐的二氯化物二盐酸化物 | (Methylenebis(4,1-phenylenazo(1-(3-(dimethylamino)propyl)-1,2-dihydro-6-hydroxy-4-methyl-2-oxopyridine-5,3-diyl)))-1,1'-dipyridinium dichloride dihydrochloride(EC No 401-500-5) |
| 850 | 甲基丁香酚，除天然香料含有并在产品中含量不大于以下浓度外: (a) 0.01%香精中含量; (b) 0.004%古龙水中含量; (c) 0.002%香脂中含量; (d) 0.001%淋洗类产品; (e) 0.0002% 其它驻留类产品和口腔卫生产品 | Methyleugenol (CAS No 93-15-2) except for normal content in the natural essences used and provided that the concentration does not exceed: (a) 0.01% in fine fragrance; (b) 0.004% in eau de toilette; (c) 0.002% in fragrance cream; (d) 0.001% in rinse-off products; (e) 0.0002% in other leave-on products and oral hygiene products |
| 851 | 乙酸(甲基-ONN-氧化偶氮基)甲酯 | (Methyl-ONN-azoxy)methyl acetate (CAS No 592-62-1) |
| 852 | 甲基环氧乙烷 | Methyloxirane (CAS No 75-56-9) |
| 853 | 哌甲酯及其盐类 | Methylphenidate (methyl α-phenyl-2-piperid-2-ylacetate) and its salts |
| 854 | 甲乙哌酮及其盐类 | Methyprylon (3,3-diethyl-5-methyl-2,4-piperidinedione) and its salts |
| 855 | 甲硝唑 | Metronidazole |
| 856 | 美替拉酮 | Metyrapone (2-methyl-1,2-dipyrid-3-yl-1-propanone) |
| 857 | 矿石棉，[ 不规则晶体排列，且碱金属氧化物和碱土金属氧化物(Na₂O + | Mineral wool,with the exception of those specified elsewhere in this Annex;[Man-made vitreous |

| No. | Chinese Name | English Name |
|---|---|---|
| | K₂O + CaO + MgO + BaO含量大于 18%(以重量计)的人造玻璃质(硅酸盐)纤维), 在本附录中别处详细说明的那些除外 | (silicate) fibres with random orientation with alkaline oxide and alkali earth oxide (Na$_2$O+K$_2$O+CaO+MgO+BaO)content greater than 18% by weight] |
| 858 | 莫非布宗 | Mofebutazone (4-butyl-1-phenyl-3,5-pyrazolidinedione) |
| 859 | 禾草敌 | Molinate (ISO) (CAS No 2212-67-1) |
| 860 | 久效磷 | Monocrotophos (CAS No 6923-22-4) |
| 861 | 灭草隆 | Monuron (CAS No 150-68-5) |
| 862 | 吗啉及其盐类 | Morpholine (diethyleneimideoxide) and its salts |
| 863 | 吗啉-4-碳酰氯 | Morpholine-4-carbonyl chloride (CAS No 15159-40-7) |
| 864 | 间苯二胺及其盐类 | *m*-Phenylenediamine and its salts (CAS No 108-45-2) |
| 865 | 二异氰酸间-甲苯亚基酯 | *m*-Tolylidene diisocyanate (CAS No 26471-62-5) |
| 866 | [(间-甲苯氧基)甲基]环氧乙烷 | [(*m*-Tolyloxy)methyl]oxirane (CAS No 2186-25-6) |
| 867 | 腈菌唑, 2-(4-氯苯基)-2-(1*H*-1,2,4-三唑-1-基甲基)己腈 | Myclobutanil, 2-(4-chlorophenyl)-2-(1*H*-1,2,4-triazol-1-yl methyl)hexanenitrile (CAS No 88671-89-0) |
| 868 | *N*-(3-氨甲酰基-3,3-二苯丙基)-*N*,*N*-二异丙基甲基铵盐类。例如: 异丙碘铵 | *N*-(3-carbamoyl-3,3-diphenylpropyl)-*N*,*N*-diisopropylmethylammonium salts, e.g. Isopropamide iodide |
| 869 | *N*-(三氯甲硫代代)-4-环己烯-1,2-联羧酰胺(克霉丹) | *N*-(trichloromethylthio)-4-cyclohexene-1,2-dicarboximide (captan) |
| 870 | *N*-(三氯甲硫基)邻苯二甲酰亚胺 | *N*-(trichloromethylthio)phthalimide (CAS No 133-07-3) |
| 871 | *N*,*N*,*N'*,*N'*-四缩水甘油基-4,4'-二氨基-3,3'-二乙基二苯基甲烷 | *N*,*N*,*N'*,*N'*-tetraglycidyl-4,4'-diamino-3,3'-diethyldiphenylmethane (CAS No 130728-76-6) |
| 872 | *N*,*N*,*N'*,*N'*-四甲基-4,4'-二苯氨基甲烷 | *N*,*N*,*N'*,*N'*-tetramethyl-4,4'-methylendianiline(CAS No 101-61-1) |
| 873 | *N*,*N'*-((甲基亚氨基)二乙烯)双(乙基二甲基氨)盐,如: 阿扎溴铵 | *N*,*N'*-[(methylimino) diethylene] bis (ethyldimethylammonium) salts, e.g. Azamethonium bromide |
| 874 | *N*,*N'*-五甲亚基双(三甲基铵)盐,如: 五甲溴铵 | *N*,*N'*-pentamethylenebis (trimethylammonium) salts, e.g. Pentamethonium bromide |
| 875 | *N*,*N*-双(2-氯乙基)甲胺-*N*-氧化物及其盐类 | *N*,*N*-bis(2-chloroethyl)methylamine *N*-oxide and its salts |
| 876 | *N*,*N*-二甲基乙酰胺 | *N*,*N*-dimethylacetamide (CAS No 127-19-5) |
| 877 | *N*,*N*-二甲基苯胺 | *N*,*N*-dimethylaniline (CAS No 121-69-7) |
| 878 | *N*,*N*-二甲基苯胺四(戊氟化苯基)硼酸盐 | *N*,N-dimethylanilinium tetrakis (pentafluorophenyl)borate (CAS No 118612-00-3) |
| 879 | *N*,*N*-二甲基甲酰胺 | *N*,*N*-dimethylformamide (CAS No 68-12-2) |
| 880 | *N*,*N'*-六甲亚基双(三甲基铵)盐, 如: 六甲溴铵 | *N*,*N'*-hexamethylenebis(trimethylammonium) salts, e g hexamethonium bromide |
| 881 | *N*-[2-(3-乙酰基-5-硝基噻吩-2-基偶氮)-5-二乙基氨基苯基]乙酰胺 | *N*-[2-(3-acetyl-5-nitrothiophen-2-ylazo)-5-diethylaminophenyl] acetamide (EC No 416-860-9) |
| 882 | *N'*-(4-氯-邻-甲苯基)N,N-二甲基甲脒-氢氯化物 | *N'*-(4-chloro-o-tolyl)-*N*,N-dimethylformamidine monohydrochloride (CAS No 19750-95-9) |
| 883 | *N*-2-萘基苯胺 | *N*-2-naphthylaniline (CAS No 135-88-6) |

| No. | Chinese Name | English Name |
|---|---|---|
| 884 | *N*-5-氯苯噁唑-2-基乙酰胺 | *N*-5-chlorobenzoxazol-2-ylacetamide |
| 885 | 烯丙吗啡及其盐类和醚类 | Nalorphine (*N*-allylnormorphine; *N*-allyl-*N*-desmethylmorphine), its salts and ethers |
| 886 | 萘甲唑啉及其盐类 | Naphazoline [2-(1-naphthylmethyl)-2-imidazoline] and its salts |
| 887 | 溶剂精制、加氢脱硫的重石脑油(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Naphtha (petroleum), solvent-refined hydrodesulfurised heavy (CAS No 97488-96-5), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 888 | 萘 | Naphthalene (CAS No 91-20-3) |
| 889 | 二甲基亚砜提取物含量大于3%(w/w)的催化脱蜡处理的重环烷油(石油) | Naphthenic oils (petroleum), catalytic dewaxed heavy (CAS No 64742-68-3), if they contain > 3 % (w/w) DMSO extract |
| 890 | 二甲基亚砜提取物含量大于3%(w/w)的催化脱蜡处理的轻环烷油(石油) | Naphthenic oils (petroleum), catalytic dewaxed light (CAS No 64742-69-4), if they contain > 3 % (w/w) DMSO extract |
| 891 | 二甲基亚砜提取物含量大于3%(w/w)的复合脱蜡处理的重环烷油(石油) | Naphthenic oils (petroleum), complex dewaxed heavy (CAS No 64742-75-2), if they contain > 3 % (w/w) DMSO extract |
| 892 | 二甲基亚砜提取物含量大于3%(w/w)的复合脱蜡处理的轻环烷油(石油) | Naphthenic oils (petroleum), complex dewaxed light (CAS No 64742-76-3), if they contain > 3 % (w/w) DMSO extract |
| 893 | 麻醉药类(凡是中华人民共和国药政法规定管制的麻醉药品品种) | Narcotics, natural and synthetic controlled by the Drug Administration Law of the People's Republic of China |
| 894 | *N*-环己基-*N*-甲氧基-2,5-二甲基-3-糠酰胺 | *N*-cyclohexyl-*N*-methoxy-2,5-dimethyl-3-furamide (CAS No 60568-05-0) |
| 895 | 钕和钕盐类 | Neodymium and its salts |
| 896 | 新斯的明及其盐类, 如溴新斯的明 | Neostigmine and its salts (e.g.neostigmine bromide ) |
| 897 | 镍 | Nickel (CAS No 7440-02-0) |
| 898 | 碳酸镍 | Nickel carbonate (CAS No 3333-67-3) |
| 899 | 二氢氧化镍 | Nickel dihydroxide (CAS No 12054-48-7) |
| 900 | 二氧化镍 | Nickel dioxide (CAS No 12035-36-8) |
| 901 | 一氧化镍 | Nickel monoxide (CAS No 1313-99-1) |
| 902 | 硫酸镍 | Nickel sulphate (CAS No 7786-81-4) |
| 903 | 硫化镍 | Nickel sulphide (CAS No 16812-54-7) |
| 904 | 尼古丁及其盐类 | Nicotine [3- (1-methyl-2-pyrrolidyl) pyridine] and its salts |
| 905 | 硝基苯 | Nitrobenzene |
| 906 | 硝基甲酚类及其碱金属盐 | Nitrocresols and their alkali metal salts |
| 907 | 咔唑的硝基衍生类 | Nitroderivatives of carbazole |

| No. | Chinese Name | English Name |
|---|---|---|
| 908 | 除草醚 | Nitrofen (CAS No 1836-75-5) |
| 909 | 呋喃妥因 | Nitrofurantoin (1-(5-nitro-2-furfurylideneamino)-hydantoin) |
| 910 | 亚硝胺 | Nitrosamines |
| 911 | 亚硝基二丙胺 | Nitrosodipropylamine (CAS No 621-64-7) |
| 912 | 硝基芪(硝基 1,2 二苯乙烯)类, 它们的同系物及衍生物 | Nitrostilbenes, their homologues and their derivatives |
| 913 | 硝羟喹啉及其盐类 | Nitroxoline (5-nitro-8-quinolinol) and its salts |
| 914 | *N*-甲基乙酰胺 | *N*-Methylacetamide (CAS No 79-16-3) |
| 915 | *N*-甲基甲酰胺 | *N*-Methylformamide (CAS No 123-39-7) |
| 916 | 壬基苯酚<br>支链 4-壬基苯酚 | Nonylphenol (CAS No 25154-52-3)<br>4-nonylphenol, branched (CAS No 84852-15-3) |
| 917 | 去甲肾上腺素及其盐类 | Noradrenaline (norepinephrine) and its salts |
| 918 | 那可丁及其盐类 | Noscapine [(-)-1-(6, 7-dimethoxy-3-phthalidyl) -8-methoxy-2-methyl-6,7-methylenedioxy-1,2,3,4-tetrahydroisoquinoline] and its salts |
| 919 | *O,O'*-(乙烯基甲基硅烷)二[(4-甲基-2-酮)]肟 | *O,O'*-(ethenylmethylsilylene) di[(4-methylpentan-2-one) oxime](EC No 421-870-1) |
| 920 | *O,O'*-二乙酰基-*N*-烯丙基-*N*-去甲基吗啡 | *O,O'*-diacetyl-*N*-allyl-*N*-normorphine |
| 921 | *O,O'*-二乙基-*O*-(4-硝基苯基)硫代磷酸酯(对硫磷) | *O,O'*-diethyl *O*-4-nitrophenyl phosphorothioate (parathion-ISO) |
| 922 | 邻-茴香胺(甲氧基苯胺; 氨基苯甲醚) | *o*-Anisidine (CAS No 90-04-0) |
| 923 | 奥他莫辛 | Octamoxin (1-(1-methylheptyl)-hydrazine) and its salts |
| 924 | 辛戊胺 | Octamylamine (2-isoamylamino-6-methylheptane) and its salts |
| 925 | 奥托君及其盐类 | Octodrine (1,5-dimethylhexylamine; 2-amino-6-methylheptane) and its salts |
| 926 | 邻-联(二)茴香胺基偶氮染料 | *o*-Dianisidine based azo dyes |
| 927 | 雌激素类 | Oestrogens |
| 928 | 月桂树籽油 | Oil from the seeds of *Laurus nobilis L.* |
| 929 | 欧夹竹桃苷 | Oleandrin |
| 930 | 邻苯二胺及其盐类 | *o*-Phenylenediamine and its salts |
| 931 | 邻-联甲苯胺基染料 | *o*-Tolidine based dyes |
| 932 | 稻思达 | Oxadiargyl (ISO) (CAS No 39807-15-3) |
| 933 | (乙二酰双亚氢乙烯)双[(邻-氯苯基)二乙基铵]盐, 如: 安贝氯铵 | (Oxalylbisiminoethylene) bis [(*o*-chlorobenzyl) diethylammonium]salts, e.g. ambenomium chloride |
| 934 | 奥沙那胺及其衍生物 | Oxanamide (2,3-epoxy-2-ethylhexanamide) and its derivatives |

| No. | Chinese Name | English Name |
|---|---|---|
| 935 | 环氧乙烷甲醇, 4-甲苯磺酸盐(S)- | Oxiranemethanol, 4-methylbenzene-sulfonate, (S)- (CAS No 70987-78-9) |
| 936 | 羟芬利定及其盐类 | Oxpheneridine (ethyl ester of 1-(β-hydroxyphenethyl)-4-phenylpiperidine-4- carboxylic acid) and its salts |
| 937 | 氧代双(氯甲烷),双(氯甲基)醚 | Oxybis[chloromethane],bis (Chloromethyl) ether (CAS No 542-88-1) |
| 938 | 二甲基亚砜提取物含量大于3%(w/w)的催化脱蜡处理的重石蜡油(石油) | Paraffin oils (petroleum), catalytic dewaxed heavy (CAS No 64742-70-7), if they contain > 3 % (w/w) DMSO extract |
| 939 | 二甲基亚砜提取物含量大于3%(w/w)的催化脱蜡处理的轻石蜡油(石油) | Paraffin oils (petroleum), catalytic dewaxed light (CAS No 64742-71-8), if they contain > 3 % (w/w) DMSO extract |
| 940 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制的脱蜡重石蜡油(石油) | Paraffin oils (petroleum), solvent-refined dewaxed heavy (CAS No 92129-09-4), if they contain > 3 % (w/w) DMSO extract |
| 941 | 苯并[a]芘的含量大于0.005%(w/w)的固体石蜡, 来自褐煤高温煤焦油 | Paraffin waxes (coal), brown-coal high-temp tar (CAS No 92045-71-1), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 942 | 苯并[a]芘的含量大于0.005%(w/w)的固体石蜡, 来自活性炭处理的褐煤高温煤焦油 | Paraffin waxes (coal), brown-coal high-temp tar, carbon-treated (CAS No 97926-76-6), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 943 | 苯并[a]芘的含量大于0.005%(w/w)的固体石蜡, 来自粘土处理的褐煤高温煤焦油 | Paraffin waxes (coal), brown-coal high-temp tar, clay-treated (CAS No 97926-77-7), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 944 | 苯并[a]芘的含量大于0.005%(w/w)的固体石蜡, 来自加氢处理的褐煤高温煤焦油 | Paraffin waxes (coal), brown-coal high-temp tar, hydrotreated (CAS No 92045-72-2), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 945 | 苯并[a]芘的含量大于0.005%(w/w)的固体石蜡, 来自硅酸处理的褐煤高温煤焦油 | Paraffin waxes (coal), brown-coal high-temp tar, silicic acid-treated (CAS No 97926-78-8), if they contain> 0.005% (w/w) benzo[a]pyrene |
| 946 | 帕拉米松 | Paramethasone  (6α-fluoro-16α-methylpregna-1,4-diene-11β,17,21-triol-3,20-dione) |
| 947 | 对乙氧卡因及其盐类 | Parethoxycaine (2-diethylaminoethyl ester of pethoxybenzoic acid) and its salts |
| 948 | p-氯三氯甲基苯 | p-Chlorobenzotrichloride (CAS No 5216-25-1) |
| 949 | 石榴皮碱(异石榴皮碱)及其盐类 | Pelletierine (isopelletierine) and its salts |
| 950 | 匹莫林及其盐类 | Pemoline (2-amino-5-phenyl-2-oxazolin-4-one) and its salts |
| 951 | 五氯乙烷 | Pentachloroethane |
| 952 | 五氯苯酚 | Pentachlorophenol (CAS No 87-86-5) |
| 953 | 戊四硝酯 | Pentaerithrityl tetranitrate (pentaerythritol tetranitrate) |
| 954 | 秘鲁香酯 | Peru balsam(INCI name: Myroxylon pereirae; CAS No 8007-00-9) |
| 955 | 陪喃氯醛 | Petrichloral (1,1',1'',1'''-(neopentanetetryltetraoxy) tetrakis (2,2,2-trichloroethanol)) |
| 956 | 矿脂, 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Petrolatum (CAS No 8009-03-8), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |

| No. | Chinese Name | English Name |
|-----|-------------|--------------|
| 957 | 氧化铝处理的矿脂(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Petrolatum (petroleum), alumina-treated (CAS No 85029-74-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 958 | 活性炭处理的矿脂(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Petrolatum (petroleum), carbon-treated (CAS No 97862-97-0), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 959 | 粘土处理的矿脂(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Petrolatum (petroleum), clay-treated (CAS No 100684-33-1), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 960 | 加氢的矿脂(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Petrolatum (petroleum), hydrotreated (CAS No 92045-77-7), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 961 | 氧化处理的矿脂(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Petrolatum (petroleum), oxidised (CAS No 64743-01-7), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 962 | 硅酸处理的矿脂(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Petrolatum (petroleum), silicic acid-treated (CAS No 97862-98-1), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 963 | 石油 | Petroleum (CAS No 8002-05-9) |
| 964 | 丁二烯含量大于0.1%(w/w)的液化石油气 | Petroleum gases, liquefied (CAS No 68476-85-7), if they contain > 0.1%(w/w) butadiene |
| 965 | 丁二烯含量大于0.1%(w/w)的脱硫液化石油气 | Petroleum gases, liquefied, sweetened (CAS No 68476-86-8), if they contain > 0.1%(w/w) butadiene |
| 966 | 丁二烯含量大于0.1%(w/w)的脱硫C4馏分液化石油气 | Petroleum gases, liquefied, sweetened, C₄ fraction (CAS No 92045-80-2), if they contain > 0.1%(w/w) butadiene |
| 967 | 丁二烯含量大于0.1%(w/w)的石油产品, 来自炼油厂气油 | Petroleum products, refinery gases (CAS No 68607-11-4), if they contain > 0.1%(w/w) butadiene |
| 968 | 醋酰尿素苯 | Phenacemide |
| 969 | 非那二醇 | Phenaglycodol |
| 970 | 芬美曲秦及其衍生物和盐类 | Phenmetrazine (3-methyl-2-phenylmorpheline) its derivatives and salts |
| 971 | 苯酚 | Phenol (CAS No 108-95-2) |
| 972 | 吩噻秦及其化合物 | Phenothiazine (dibenzoparathiazine; thiodiphenylamine) and its compounds |
| 973 | 苯丙氨酯 | Phenprobamate (3-phenylpropyl carbamate) |
| 974 | 苯丙香豆素 | Phenprocoumon (4-hydroxy-3-(1-phenylpropyl) coumarin) |
| 975 | 保泰松 | Phenylbutazone (4-butyl-2,2-diphenyl-3,5-pyrazolidinedione) |
| 976 | 磷胺; 大灾虫 | Phosphamidon (CAS No 13171-21-6) |
| 977 | 磷及金属磷化物 | Phosphorus and metal phosphides |
| 978 | 毒扁豆 | *Physostigma venenosum balf* |
| 979 | 商陆及其制剂 | *Phytolacca spp.* and their preparations |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 980 | 苦味酸(2,4,6-三硝基苯酚) | Picric acid (2,4,6-trinitrophenol) |
| 981 | 印防己毒素 | Picrotoxin |
| 982 | 毛果云香碱及其盐类 | Pilocarpine (5-((4-ethyl-2,3,4,5-tetrahydrofuran-5-on-3-yl) methyl)-1-methylimidazole) and its salts |
| 983 | 毛果芸香及其草药制剂 | *Pilocarpus jaborandi holmes* and its galenical preparations |
| 984 | 匹哌氮酯及其盐类 | Pipazetate (2-(2-piperid-1-ylethoxy) ethyl ester of 10*H*-pyrido (3,2-b)(1,4) benzothiazine 10-carboxylic acid ) and its salts |
| 985 | 哌苯甲醇及其盐类 | Pipradrol (α-piperid-2-ylbenzhydrol) and its salts |
| 986 | 哌库碘铵 | Piprocurarium |
| 987 | 苯并[a]芘的含量大于 0.005%(w/w)的沥青 | Pitch (CAS No 61789-60-4) if it contains >0.005%((w/w))benzo[a]pyrene |
| 988 | 苯并[a]芘的含量大于0.005%(w/w)的沥青, 来自热处理的高温煤焦油 | Pitch, coal tar, high-temp, heat-treated (CAS No 121575-60-8), if it contains > 0.005% (w/w) benzo[a]pyrene |
| 989 | 苯并[a]芘的含量大于0.005%(w/w)的沥青, 来自高温煤焦油次级馏分 | Pitch, coal tar, high-temp, secondary (CAS No 94114-13-3), if it contains > 0.005% (w/w) benzo[a]pyrene |
| 990 | 苯并[a]芘的含量大于0.005%(w/w)的沥青, 来自低温煤焦油 | Pitch, coal tar, low-temp(CAS No 90669-57-1), if it contains > 0.005% (w/w) benzo[a]pyrene |
| 991 | 苯并[a]芘的含量大于0.005%(w/w)的沥青, 来自热处理的低温煤焦油 | Pitch, coal tar, low-temp, heat-treated (CAS No 90669-58-2), if it contains > 0.005% (w/w) benzo[a]pyrene |
| 992 | 苯并[a]芘的含量大于0.005%(w/w)的沥青, 来自氧化的低温煤焦油 | Pitch, coal tar, low-temp, oxidised (CAS No 90669-59-3), if it contains > 0.005% (w/w) benzo[a]pyrene |
| 993 | 苯并[a]芘的含量大于0.005%(w/w)的沥青, 来自煤焦油-石油 | Pitch, coal tar-petroleum (CAS No 68187-57-5), if it contains > 0.005% (w/w) benzo[a]pyrene |
| 994 | 甲硫泊尔定 | Poldine methylsulfate (2-benzilyloxymethyl-1,1-dimethylpyrrolidinium methosulfate) |
| 995 | 溴酸钾 | Potassium bromate (CAS No 7758-01-2) |
| 996 | 对氨基苯乙醚(4-乙氧基苯胺) | *p*-Phenetidine (4-ethoxyaniline)(CAS No 156-43-4) |
| 997 | 普莫卡因 | Pramocaine |
| 998 | 丙磺舒 | Probenecid (*p*-(dipropylsulfamoyl) benzoic acid) |
| 999 | 普鲁卡因胺及其盐类和衍生物 | Procainamide (*p*-amino-*N*-(2-diethylaminoethyl) benzamide), its salts and derivatives |
| 1000 | 孕激素类 | Progestogens |
| 1001 | 硝酸甘油(丙三醇三硝酸酯) | Propane-1,2,3-triyl trinitrate |
| 1002 | 克螨特 | Propargite (ISO) (CAS No 2312-35-8) |
| 1003 | 丙帕硝酯 | Propatylnitrate (2-ethyl-2-(hydroxymethyl)-1,3-propanediol trinitrate 1,1,1-trisnitrato methylpropane) |
| 1004 | 丙唑嗪 | Propazine (CAS No 139-40-2) |
| 1005 | 丙醇酸内酯 | Propiolactone (CAS No 57-57-8) |

| No. | Chinese Name | English Name |
|---|---|---|
| 1006 | 异丙安替比林 | Propyphenazone (4-isopropyl-2, 3-dimethyl-1-phenyl-3-pyrazolin-5-one) |
| 1007 | 氯甲丙炔基苯甲酰胺 | Propyzamide (CAS No 23950-58-5) |
| 1008 | 桂樱(樱桂水) | *Prunus laurocerasus L.* ('cherry laurel water') |
| 1009 | 赛洛西宾 | Psilocybine [3-(2-dimethylaminoethyl) indol-4-yl dihydrogen phosphate] |
| 1010 | [(对-甲苯氧基)甲基]环氧乙烷 | [(*p*-Tolyloxy)methyl]oxirane (CAS No 2186-24-5) |
| 1011 | 吡蚜酮 | Pymetrozine (ISO) (CAS No 123312-89-0) |
| 1012 | 除虫菊及其草药制剂 | *Pyrethrum album L.* And its galenical preparations |
| 1013 | 吡硫鎓钠 | Pyrithione sodium (INNM) |
| 1014 | 焦棓酚 | Pyrogallol |
| 1015 | 一水化膦酸(*R*)-α-苯乙铵(-)-(1*R*,2*S*)-(1,2-环丙基)酯 | (*R*)-α-phenylethylammonium (-)-(1*R*,2*S*)-(1,2-epoxypropyl)phosphonate monohydrate (CAS No 25383-07-7) |
| 1016 | (*R*)-5-溴-3-(1-甲基-2-吡咯) | (*R*)-5-bromo-3-(1-methyl-2-pyrrolidinyl methyl)-1*H*-indole (CAS No 143322-57-0) |
| 1017 | *R*-1-氯-2,3-环氧丙烷 | *R*-1-Chloro-2,3-epoxypropane (CAS No 51594-55-9) |
| 1018 | *R*-2,3-环氧-1-丙醇 | *R*-2,3-Epoxy-1-propanol (CAS No 57044-25-4) |
| 1019 | 放射性物质 (1) | Radioactive substances (1) |
| 1020 | 含饱和及不饱和C₃-₅但不含丁二烯的残油(石油), 来自蒸汽裂解C₄馏分的乙酸亚铜铵萃取物 | Raffinates (petroleum), steam-cracked C₄ fraction cuprous ammonium acetate extn, C₃-₅ and C₃-₅ unsatd, butadiene-free (CAS No 97722-19-5) |
| 1021 | 萝芙木生物碱类及其盐类 | *Rauwolfia serpentina* alkaloids and their salts |
| 1022 | 苯乙酮, 甲醛, 环己胺, 甲醇和乙酸的反应产物 | Reaction product of acetophenone, formaldehyde, cyclohexylamine, methanol and acetic acid(EC No 406-230-1) |
| 1023 | 石油残油 | Residual oils (petroleum) (CAS No 93821-66-0) |
| 1024 | 二甲基亚砜提取物含量大于3%(w/w)的活性炭处理的溶剂脱蜡的残油(石油) | Residual oils (petroleum), carbon-treated solvent-dewaxed (CAS No 100684-37-5), if they contain > 3 % (w/w) DMSO extract |
| 1025 | 二甲基亚砜提取物含量大于3%(w/w)的催化脱蜡的石油残油 | Residual oils (petroleum), catalytic dewaxed (CAS No 91770-57-9), if they contain > 3 % (w/w) DMSO extract |
| 1026 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的(石油)残油 | Residual oils (petroleum), clay-treated (CAS No 64742-41-2), if they contain > 3 % (w/w) DMSO extract |
| 1027 | 二甲基亚砜提取物含量大于3%(w/w)的粘土处理的溶剂脱蜡的残油(石油) | Residual oils (petroleum), clay-treated solvent-dewaxed (CAS No 100684-38-6), if they contain > 3 % (w/w) DMSO extract |
| 1028 | 二甲基亚砜提取物含量大于3%(w/w)的加氢解酸处理及溶剂脱蜡处理的残油(石油) | Residual oils (petroleum), hydrocracked acid-treated solvent-dewaxed (CAS No 92061-86-4), if they contain > 3 % (w/w) DMSO extract |

| No. | Chinese Name | English Name |
|---|---|---|
| 1029 | 二甲基亚砜提取物含量大于3%(w/w)的加氢(石油)残油 | Residual oils (petroleum), hydrotreated (CAS No 64742-57-0), if they contain > 3 % (w/w) DMSO extract |
| 1030 | 二甲基亚砜提取物含量大于3%(w/w)的加氢溶剂脱蜡的(石油)残油 | Residual oils (petroleum), hydrotreated solvent dewaxed (CAS No 90669-74-2), if they contain > 3 % (w/w) DMSO extract |
| 1031 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂脱沥青处理的(石油)残油 | Residual oils (petroleum), solvent deasphalted (CAS No 64741-95-3), if they contain > 3 % (w/w) DMSO extract |
| 1032 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂脱蜡处理的(石油)残油 | Residual oils (petroleum), solvent-dewaxed (CAS No 64742-62-7), if they contain > 3 % (w/w) DMSO extract |
| 1033 | 二甲基亚砜提取物含量大于3%(w/w)的溶剂精制处理的(石油)残油 | Residual oils (petroleum), solvent-refined (CAS No 64742-01-4), if they contain > 3 % (w/w) DMSO extract |
| 1034 | 苯并[a]芘的含量大于 0.005%(w/w)的煤焦油残渣, 来自杂酚油蒸馏 | Residues (coal tar), creosote oil distn., if it contains > 0.005 %(w/w) benzo[a]pyrene (CAS No 92061-93-3) |
| 1035 | 苯并[a]芘的含量大于0.005%(w/w)的液体溶剂萃取的煤残留物 | Residues (coal), liq solvent extn(CAS No 94114-46-2), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 1036 | 丁二烯含量大于0.1%(w/w)的来自烷基化分流塔的富C₄石油残渣 | Residues (petroleum), alkylation splitter, C₄-rich (CAS No 68513-66-6), if they contain > 0.1%(w/w) butadiene |
| 1037 | 催化重整分馏塔残渣蒸馏的残液(石油) | Residues (petroleum), catalytic reformer fractionator residue distn. (CAS No 68478-13-7) |
| 1038 | 含稠环芳烃的焦化洗涤塔处理物的蒸馏残液(石油) | Residues (petroleum), coker scrubber,condensed-ring-arom.-contg (CAS No 68783-13-1) |
| 1039 | 重焦化减压蒸馏的低沸点残液(石油) | Residues (petroleum), heavy coker and light vacuum (CAS No 68512-61-8) |
| 1040 | 重焦化柴油及减压蒸馏柴油的残液(石油) | Residues (petroleum), heavy coker gas oil and vacuum gas oil (CAS No 68478-17-1) |
| 1041 | 减压蒸馏的低沸点残液(石油) | Residues (petroleum), light vacuum (CAS No 68512-62-9) |
| 1042 | 蒸汽裂解低沸点残液(石油) | Residues (petroleum), steam-cracked light (CAS No68513-69-9) |
| 1043 | 初馏低硫残液(石油) | Residues (petroleum), topping plant ,low-sulfur(CAS No 68607-30-7) |
| 1044 | 常压塔处理的残液(石油) | Residues (petroleum),atm.tower (CAS No 64741-57-7) |
| 1045 | 常压蒸馏残液(石油) | Residues (petroleum),atmospheric (CAS No 68333-22-2) |
| 1046 | 催化裂化残液(石油) | Residues (petroleum),catalytic cracking (CAS No 92061-97-7) |
| 1047 | 催化重整分馏塔处理的残液(石油) | Residues (petroleum),catalytic reformer fractionator (CAS No 64741-67-9) |
| 1048 | 加氢裂解残液(石油) | Residues (petroleum),hydrocracked (CAS No 64741-75-9) |
| 1049 | 加氢脱硫常压塔蒸馏残液(石油) | Residues (petroleum),hydrodesulfurised atmospheric tower (CAS No 64742-78-5) |
| 1050 | 加氢蒸汽裂解石脑油残液(石油) | Residues (petroleum),hydrogenated steam-cracked naphtha (CAS No 92062-00-5) |
| 1051 | 蒸汽裂解残液(石油) | Residues (petroleum),steam-cracked (CAS No 64742-90-1) |
| 1052 | 蒸汽裂解热裂解石脑油残液(石油) | Residues (petroleum),steam-cracked heat-soaked naphtha (CAS No 93763-85-0) |

| No. | Chinese Name | English Name |
|-----|--------------|--------------|
| 1053 | 蒸汽裂解石脑油蒸馏残液(石油) | Residues (petroleum),steam-cracked naphtha distn. (CAS No 92062-04-9) |
| 1054 | 蒸汽裂解蒸馏残液(石油) | Residues (petroleum),steam-cracked,distillates (CAS No 90669-75-3) |
| 1055 | 蒸汽裂解的树脂状塔底残液(石油) | Residues (petroleum),steam-cracked,resinous (CAS No 68955-36-2) |
| 1056 | 热裂解残液(石油) | Residues (petroleum),thermal cracked (CAS No64741-80-6) |
| 1057 | 减压蒸馏的低沸点残液(石油) | Residues (petroleum),vacuum,light (CAS No 90669-76-4) |
| 1058 | 蒸汽裂解及热处理的残液(石油) | Residues, steam cracked, thermally treated (CAS No 98219-64-8) |
| 1059 | 间苯二酚二缩水甘油醚 | Resorcinol diglycidyl ether (CAS No 101-90-6) |
| 1060 | (S)-2,3-二氢-1H-吲哚-羧酸 | (S)-2,3-Dihydro-1H-indole-carboxylic acid (CAS No 79815-20-6) |
| 1061 | 黄樟素(黄樟脑)，[当加入化妆品中的天然成分中含有，且不超过如下浓度时除外: 化妆品成品中 100mg/kg; 牙齿及口腔卫生用品中 50mg/kg(专供儿童使用的牙膏中禁止使用)] | Safrole except for normal content in the natural essences used and provided the concentration does not exceed: 100mg/kg in the finished product; 50mg/kg in products for dental and oral hygiene, and provided that safrole is not present in toothpastes intended specifically for children |
| 1062 | 4,4'-碳亚氨基双(N,N-二甲基苯胺)的盐 | Salts of 4,4'-carbonimidoyl bis(N,N-dimethylaniline) |
| 1063 | O-烷基二硫代碳酸的盐类 | Salts of O-alkyldithiocarbonic acids |
| 1064 | 邻-联(二)茴香胺的盐 | Salts of o-dianisidine |
| 1065 | 种子藜芦(沙巴草)(种子和草药制剂) | Schoenocaulon officinale Lind. (seeds and galenical preparations) |
| 1066 | 仲链烷胺和仲链烷醇胺类和它们的盐类 | Secondary alkyl and alkanolamine and their salts |
| 1067 | 硒及其化合物(表 3 中在限定条件下使用的二硫化硒除外) | Selenium and its compounds with the exception of selenium disulphide under the conditions set out under the reference in table 3 |
| 1068 | 西玛津 | Simazine (CAS No 122-34-9) |
| 1069 | 软蜡(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum) (CAS No 64742-61-6), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1070 | 酸处理的软蜡(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), acid-treated (CAS No 90669-77-5), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1071 | 活性炭处理的软蜡(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), carbon-treated (CAS No 100684-49-9), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1072 | 粘土处理的软蜡(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), clay-treated (CAS No 90669-78-6), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1073 | 加氢的软蜡(石油)，除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), hydrotreated (CAS No 92062-09-4), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1074 | 低熔点软蜡(石油)，  除非清楚全部精炼过程并且能够证明所获得的物质 | Slack wax (petroleum), low-melting (CAS No 92062-10-7), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |

| No. | Chinese Name | English Name |
|---|---|---|
| | 不是致癌物 | |
| 1075 | 活性炭处理的低熔点软蜡(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), low-melting, carbon-treated (CAS No 97863-04-2), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1076 | 粘土处理的低熔点软蜡(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), low-melting, clay-treated (CAS No 97863-05-3), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1077 | 加氢的低溶点软蜡(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), low-melting, hydrotreated (CAS No 92062-11-8), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1078 | 硅酸处理的低熔点软蜡(石油), 除非清楚全部精炼过程并且能够证明所获得的物质不是致癌物 | Slack wax (petroleum), low-melting, silicic acid-treated (CAS No 97863-06-4), except if the full refining history is known and it can be shown that the substance from which it is produced is not a carcinogen |
| 1079 | 2-(1-羟甲基环己基)乙酸钠 | Sodium hexacyclonate (sodium 2-(1-hydroxymethylcyclohexyl)acetate) |
| 1080 | 龙葵及其草药制剂 | *Solanum nigrum L.* And its galenical preparations |
| 1081 | 司巴丁及其盐类 | Sparteine and its salts |
| 1082 | 螺内酯 | Spironolactone (17-hydroxy-7-mercapto-3-oxo-17α-pregn-4-eno-21-carboxylic acid r-tactone 7-acetate) |
| 1083 | 乳酸锶 | Strontium lactate |
| 1084 | 硝酸锶 | Strontium nitrate |
| 1085 | 多羧酸锶 | Strontium polycarboxylate |
| 1086 | 羊角拗质素及其糖苷配基以及相应的衍生物 | Strophantines, their aglucones and their respective derivatives |
| 1087 | 羊角拗及其草药制剂 | *Strophantus* species and their galenical preparations |
| 1088 | 士的宁及其盐类 | Strychnine and its salts |
| 1089 | 马钱子和它的草药制剂 | *Strychnos* species and their galenical preparations |
| 1090 | 具有雄激素效应的物质 | Substances with androgenic effect |
| 1091 | 丁二腈(琥珀腈) | Succinonitrile |
| 1092 | 草克死 | Sulfallate (CAS No 95-06-7) |
| 1093 | 磺吡酮 | Sulfinpyrazone   (1,2-diphenyl-4-(2-phenylsulfinylethyl)-3,5-pyrazolidinedione) |
| 1094 | 磺胺类药物(磺胺和其氢基的一个或多个氢原子被取代的衍物)及其盐类 | Sulphonamides (sulphanilamide and its derivatives obtained by substitution of one or more H-atoms of the -NH$_2$ groups) and their salts |
| 1095 | 舒噻美 | Sultiame (sulthiane; [2-(p-sulfamoylphenyl) tetrahydro-1,2-thiazine 1,1-dioxide]) |
| 1096 | 对中枢神经系统起作用的拟交感胺类和中国卫生部发布的管制精神类药品(咖啡因除外) | Sympathicomimetic amines acting on the central nervous system and the medicins, natural and synthetic, controlled by the Drug Administration Law of the People's Republic of China (except caffien) |

| No. | Chinese Name | English Name |
|---|---|---|
| 1097 | 合成箭毒类 | Synthetic curarizants |
| 1098 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化裂解澄清油及热裂解分馏回流接收器的减压渣油 | Tail gas (petroleum), catalytic cracked clarified oil and thermal cracked vacuum residue fractionation reflux drum (CAS No 68478-21-7), if it contains > 0.1%(w/w) butadiene |
| 1099 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自石油催化裂解的馏分及催化裂解石脑油馏分吸收塔 | Tail gas (petroleum), catalytic cracked distillate and catalytic cracked naphtha fractionation absorber (CAS No68307-98-2), if it contains > 0.1%(w/w) butadiene |
| 1100 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化裂解馏分及石脑油的稳定塔 | Tail gas (petroleum), catalytic cracked distillate and naphtha stabiliser (CAS No 68952-77-2), if it contains> 0.1%(w/w) butadiene |
| 1101 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化裂解石脑油稳定吸收塔 | Tail gas (petroleum), catalytic cracked naphtha stabilisation absorber (CAS No 68478-22-8), if it contains> 0.1%(w/w) butadiene |
| 1102 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化裂解分馏吸收塔 | Tail gas (petroleum), catalytic cracker refractionation absorber (CAS No 68478-25-1), if it contains > 0.1%(w/w)butadiene |
| 1103 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化裂解，催化重整及加氢脱硫联合分馏塔 | Tail gas (petroleum), catalytic cracker, catalytic reformer and hydrodesulferised combined fractionater (CAS No68478-24-0), if it contains > 0.1%(w/w) butadiene |
| 1104 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化加氢脱硫石脑油分离塔 | Tail gas (petroleum), catalytic hydrodesulfurised naphtha separator (CAS No 68952-79-4), if it contains > 0.1%(w/w)butadiene |
| 1105 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化聚合石脑油分馏稳定塔 | Tail gas (petroleum), catalytic polymn. naphtha fractionation stabiliser (CAS No68307-99-2), if it contains > 0.1%(w/w) butadiene |
| 1106 | 丁二烯含量大于0.1%(w/w)的无硫化氢石油尾气，来自催化重整石脑油分馏稳定塔 | Tail gas (petroleum), catalytic reformed naphtha fractionation stabiliser, hydrogen sulfide-free (CAS No 68308-00-9), if it contains > 0.1%(w/w) butadiene |
| 1107 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化重整石脑油分馏稳定塔 | Tail gas (petroleum), catalytic reformed naphtha fractionation stabiliser (CAS No 68478-26-2), if it contains > 0.1%(w/w) butadiene |
| 1108 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自经催化重整石脑油分离器 | Tail gas (petroleum), catalytic reformed naphtha separator (CAS No 68478-27-3), if it contains > 0.1%(w/w) butadiene |
| 1109 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自催化重整石脑油稳定塔 | Tail gas (petroleum), catalytic reformed naphtha stabiliser (CAS No 68478-28-4), if it contains > 0.1%(w/w) butadiene |
| 1110 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自加氢分离塔的裂解馏分 | Tail gas (petroleum), cracked distillate hydrotreater separator (CAS No 68478-29-5), if it contains > 0.1%(w/w) butadiene |
| 1111 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自石油裂解馏分催化加氢汽提塔 | Tail gas (petroleum), cracked distillate hydrotreater stripper (CAS No 68308-01-0), if it contains > 0.1%(w/w) butadiene |
| 1112 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自柴油催化裂解吸收塔 | Tail gas (petroleum), gas oil catalytic cracking absorber (CAS No 68308-03-2), if it contains > 0.1%(w/w) butadiene |
| 1113 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自汽油回收工厂 | Tail gas (petroleum), gas recovery plant (CAS No 68308-04-3), if it contains > 0.1%(w/w) butadiene |
| 1114 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自汽油回收工厂脱乙烷塔 | Tail gas (petroleum), gas recovery plant deethaniser (CAS No 68308-05-4), if it contains > 0.1%(w/w) |

| No. | Chinese Name | English Name |
|---|---|---|
| | | butadiene |
| 1115 | 丁二烯含量大于0.1%(w/w)的无酸石油尾气，来自加氢脱硫馏分及加氢脱硫石脑油分馏塔 | Tail gas (petroleum), hydrodesulfurised distillate and hydrodesulfurised naphtha fractionator, acid-free (CAS No68308-06-5), if it contains > 0.1%(w/w) butadiene |
| 1116 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自加氢脱硫直馏石脑油分离塔 | Tail gas (petroleum), hydrodesulfurised straight-run naphtha separator (CAS No 68478-30-8), if it contains> 0.1%(w/w) butadiene |
| 1117 | 丁二烯含量大于0.1%(w/w)的无硫化氢石油尾气，来自加氢脱硫真空柴油汽提塔 | Tail gas (petroleum), hydrodesulfurised vacuum gas oil stripper, hydrogen sulfide-free (CAS No 68308-07-6), if it contains > 0.1%(w/w) butadiene |
| 1118 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自异构化石脑油分馏稳定塔 | Tail gas (petroleum), isomerised naphtha fractionation stabiliser (CAS No 68308-08-7), if it contains > 0.1%(w/w) butadiene |
| 1119 | 丁二烯含量大于0.1%(w/w)的无硫化氢石油尾气，来自直馏石脑油分馏稳定塔的轻馏分 | Tail gas (petroleum), light straight-run naphtha stabiliser, hydrogen sulfide-free (CAS No 68308-09-8), if it contains > 0.1%(w/w) butadiene |
| 1120 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自丙烷-丙烯烷基化进料预处理脱乙烷塔 | Tail gas (petroleum), propane-propylene alkylation feed prep deethaniser (CAS No 68308-11-2), if it contains> 0.1%(w/w) butadiene |
| 1121 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自饱和汽油工厂的富C₄混流 | Tail gas (petroleum), saturate gas plant mixed stream, C₄-rich (CAS No 68478-32-0), if it contains > 0.1%(w/w) butadiene |
| 1122 | 丁二烯含量大于0.1%(w/w)的富C₁₋₂石油尾气，来自饱和汽油回收工厂 | Tail gas (petroleum), saturate gas recovery plant, C₁₋₂-rich (CAS No 68478-33-1), if it contains > 0.1%(w/w) butadiene |
| 1123 | 丁二烯含量大于0.1%(w/w)的无硫化氢石油尾气，来自加氢脱硫处理的直馏馏分 | Tail gas (petroleum), straight-run distillate hydrodesulferised, hydrogen sulfide-free (CAS No 68308-10-1), if it contains > 0.1%(w/w) butadiene |
| 1124 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自加氢脱硫的直馏石脑油 | Tail gas (petroleum), straight-run naphtha hydrodesulferised (CAS No 68952-80-7), if it contains > 0.1%(w/w) butadiene |
| 1125 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自热裂解碳氢化合物分馏稳定塔的石油焦化产物 | Tail gas (petroleum), thermal cracked hydrocarbon fractionation stabiliser, petroleum coking (CAS No 68952-82-9), if it contains > 0.1%(w/w) butadiene |
| 1126 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自热裂解馏分、柴油及石脑油吸收塔 | Tail gas (petroleum), thermal-cracked distillate, gas oil and naphtha absorber (CAS No 68952-81-8), if it contains > 0.1%(w/w) butadiene |
| 1127 | 丁二烯含量大于0.1%(w/w)的无硫化氢石油尾气，来自加氢脱硫的真空瓦斯油 | Tail gas (petroleum), vacuum gas oil hydrodesulferised, hydrogen sulfide-free (CAS No 68308-12-3), if it contains > 0.1%(w/w) butadiene |
| 1128 | 丁二烯含量大于0.1%(w/w)的石油尾气，来自热裂解真空渣油 | Tail gas (petroleum), vacuum residues thermal cracker (CAS No 68478-34-2), if it contains > 0.1%(w/w) butadiene |
| 1129 | 替法唑啉及其盐类 | Tefazoline (2-(5,6,7,8-tetrahydronaphth-1-ylmethyl )-2-imidazoline) and its salts |
| 1130 | 碲及碲化合物 | Tellurium and its compounds |
| 1131 | 丁苯那嗪及其盐类 | Tetrabenazine(1,3,4,6,7,llb-hexahydro-3-isobutyl-9,10-dimethoxy-2*H*-berzo(a)quinolizin-2-one) and its salts |

| No. | Chinese Name | English Name |
|---|---|---|
| 1132 | 四溴 *N*-水杨酰苯胺 | Tetrabromosalicylanilides |
| 1133 | 丁卡因及其盐类 | Tetracaine (deanol *p*-butylaminobenzoate) and its salts |
| 1134 | 四羰基镍 | Tetracarbonyl nickel (CAS No 13463-39-3) |
| 1135 | 四氯乙烯 | Tetrachloroethylene |
| 1136 | 四氯 *N*-水杨酰苯胺 | Tetrachlorosalicylanilides |
| 1137 | 焦磷酸四乙酯 | Tetraethyl pyrophosphate; TEPP (ISO) |
| 1138 | 丙酸(+/-)-四羟糠基-(*R*)-2-[4-(6-氯-2-喹喔啉氧基)苯氧基]酯 | (+/-)-Tetrahydrofurfuryl-(*R*)-2-[4-(6-chloroquinoxalin-2-yloxy)phenyloxy]propionate(CAS No 119738-06-6) |
| 1139 | 四氢化噻喃-3-甲醛 | Tetrahydrothiopyran-3-carboxaldehyde (CAS No 61571-06-0) |
| 1140 | 四氢唑啉及其盐类 | Tetrahydrozoline and its salts |
| 1141 | 3,3'-[[1,1'-联苯]-4,4'-二基-双(偶氮)]双[5-氨基-4-羟基萘-2,7-二磺酸四钠 | Tetrasodium 3,3'-[[1,1'-biphenyl]-4,4'-diyl bis(azo)]bis [5-amino-4-hydroxynaphthalene-2,7-disulphonate] (CAS No 2602-46-2) |
| 1142 | 四乙溴铵 | Tetryammonium bromide (tetraethylammonium bromide) |
| 1143 | 沙立度胺及其盐类 | Thalidomide [*N*-(2,6-dicxopiperid-3-yl) phthalimide] and its salts |
| 1144 | 铊和铊的化合物 | Thallium and its compounds |
| 1145 | (1) 头颅骨，包括脑以及眼、扁桃体和脊髓：<br>——达到 12 月龄的牛科动物<br>——12 月龄以上或从牙龈已萌出一个永久性门齿的羊和山羊科动物<br>(2) 羊和山羊科动物的脾脏以及由此获得的原料。<br>(3) 卫生部 2002 年第 3 号公告中Ⅰ类牛、羊动物源性原料成分。<br>但是，牛羊脂肪衍生物(含在卫生部发布的 2002 年第 3 号公告中Ⅱ类牛、羊动物源性原料成分)可以使用，如果生产者使用下述方法，并且是严格保证的：<br>——酯基转移作用或水解作用至少是在 200℃,以及适宜的相应压力下 20 分钟(甘油和脂肪酸及酯)的条件下进行<br>——与 NaOH(12mol/L)皂化作用(甘油和肥皂)是在下述条件下进行：<br>分批法: 95℃ 3h<br>连续法: 140℃, 2bars (2000h Pa) 8 分钟或相等条件 | (1) The skull , including the brain and eyes, tonsils and spinal cord of:<br>——bovine animals aged 12 months<br>——ovine and caprine animals which are aged over 12 months or have a permanent incissor tooth erupted through the gum;<br>(2) The spleens of ovine and caprine animals and ingredients derived therefrom<br>Ingredients list as class 1 substances in the bullten No.3, 2002 promulgated by ministry of public health and it's salts.<br>However, tallow derivatives (including the substances list as class 2 ingredients in the bullten No.3, 2002 promulgated by ministry of public health) may be used provided that the following methods have been used and strictly certified by the producer:<br>——transesterification or hydrolysis at at least 200℃ and at an appropriate corresponding pressure, for 20 minutes (glycerol, fatty acids and fatty acid esters)<br>——saponification with NaOH 12mol/L (glycerol and soap):<br>batch process: at 95℃ for 3 hours; or<br>continuous process : at 140℃, 2 bars (2000 h pa) for 8 minutes or equivalent conditions. |
| 1146 | 黄花夹竹桃苷提取物 | *Thevetia neriifolia juss.* Glycoside extract |
| 1147 | 甲巯咪唑 | Thiamazole (1-methyl-2-imidazolethiol) |
| 1148 | 硫代乙酰胺 | Thioacetamide (CAS No 62-55-5) |

| No. | Chinese Name | English Name |
|---|---|---|
| 1149 | 噻吩甲酸甲酯 | Thiophanate-methyl (CAS No 23564-05-8) |
| 1150 | 噻替派 | Thiotepa [tris(1-aziridinyl) phosphine sulfide] |
| 1151 | 硫脲及其衍生物(表 3 中限用的除外) | Thiourea and its derivatives, with the exception of the one listed in table 3. |
| 1152 | 秋兰姆二硫化物类 | Thiuram disulphides |
| 1153 | 秋兰姆单硫化物类 | Thiuram monosulphides |
| 1154 | 甲状丙酸及其盐类 | Thyropropic acid (4-(4-hydroxy-3-iodophenoxy)-3,5-diiodohydrocinnamie acid) and its salts |
| 1155 | 短杆菌素 | Thyrothricine |
| 1156 | 托硼生 | Tolboxane  (5-methyl-5-propyl-2-p-tolyl-1,3,2-dioxaborinane) |
| 1157 | 甲苯磺丁脲 | Tolbutamide (1-butyl-3-(p-toluenesulfonyl) urea; 1-butyl-3-tosylurea) |
| 1158 | 硫酸甲苯胺(1:1) | Toluidene sulphate(1:1) (CAS No540-25-0) |
| 1159 | 甲苯胺类及其同分异构体,盐类以及卤化和磺化衍生物 | Toluidines, their isomers, salts and halogenated and sulphonated derivatives |
| 1160 | 4-甲苯胺盐酸盐 | Toluidium chloride (CAS No 540-23-8) |
| 1161 | [(甲苯氧基)甲基]环氧乙烷, 羟甲苯基缩水甘油醚 | [(Toluloxy)methyl]oxirane,cresyl glycidyl ether (CAS No 26447-14-3) |
| 1162 | 毒杀芬 | Toxaphene (CAS No 8001-35-2) |
| 1163 | 反式-2-庚烯醛 | *Trans*-2-heptenal (CAS No 18829-55-5) |
| 1164 | 反式-2-己烯醛二乙基乙缩醛 | *Trans*-2-hexenal diethyl acetal (CAS No 67746-30-9) |
| 1165 | 反式-2-己烯醛二甲基乙缩醛 | *Trans*-2-hexenal dimethyl acetal (CAS No 18318-83-7) |
| 1166 | 反式-4-环己基-L-脯氨酸-盐酸盐 | *Trans*-4-cyclohexyl-L-proline monohydro-chloride (CAS No 90657-55-9) |
| 1167 | 反式-4-苯基-L-脯氨酸 | *Trans*-4-phenyl-L-proline(CAS No 96314-26-0) |
| 1168 | 反苯环丙胺及其盐类 | Tranylcypromine (DL-trans-2-phenylcyclopropylamine) and its salts |
| 1169 | 曲他胺 | Tretamine (2,4,6-tris (1-aziridinyl)-s-triazine; triethylenemelamine) |
| 1170 | 维甲酸(视黄酸)及其盐类 | Tretinoin (retinoic acid) and its salts |
| 1171 | 氨苯喋啶及其盐类 | Triamterene (2,4,7-triamino-6-phenylpteridine) and its salts |
| 1172 | 磷酸三丁酯 | Tributyl phosphate (CAS No 126-73-8) |
| 1173 | 三氯氮芥及其盐类 | Trichlormethine (tris (2-chloroethyl) amine; 2,2',2''-trichlorotriethylamine) and its salts |
| 1174 | 三氯乙酸 | Trichloroacetic acid |
| 1175 | 三氯乙烯 | Trichloroethylene (CAS No 79-01-6) |
| 1176 | 三氯硝基甲烷(氯化苦) | Trichloronitromethane (chloropicrine) |

| No. | Chinese Name | English Name |
|---|---|---|
| 1177 | 克啉菌; 十三吗啉 | Tridemorph (CAS No 24602-86-6) |
| 1178 | 三氟碘甲烷 | Trifluoroiodomethane (CAS No 2314-97-8) |
| 1179 | 三氟哌多 | Trifluperidol (1-[3-(p-fluorobenzoyl) propyl]-4-(m-trifluoromethylpheryl)-4- piperidinol) |
| 1180 | 二硫化三镍 | Trinickel disulphide (CAS No 12035-72-2) |
| 1181 | 三聚甲醛(1,3,5-三恶烷) | Trioxymethylene(1,3,5-trioxan) (CAS No 110-88-3) |
| 1182 | 曲帕拉醇 | Triparanol   (2-(p-chlorophenyl)-1-[p-2-diethylaminoethoxy)phenyl-1-(p-tolyl)]ethanol) |
| 1183 | 曲吡那敏 | Tripelennamine [N-benzyl-N′,N′-dimethyl-N-(2-pyridyl) ethylenediamine] |
| 1184 | 磷酸三(2-氯乙)酯 | Tris(2-chloroethyl) phosphate (CAS No 115-96-8) |
| 1185 | 双(7-乙酰氨基-2-(4-硝基-2-氧苯偶氮基)-3-磺基-1-萘酚基)-1-铬酸三钠 | Trisodium bis (7-acetamido-2-(4-nitro-2-oxidophenylazo)-3-sulfonato-1-naphtholato)chromate (1-)(EC No400-810-8) |
| 1186 | 三钠[4′-(8-乙酰氨基-3,6-二磺基-2-萘偶氮基)-4′′-(6-苯甲酰氨基-3-磺基-2- 萘 偶 氮 基 )- 联 苯 -1,3′,3′′,1′′′- 四 羟 连 -O,O′,O′′,O′′′] 铜 (II) (EC No 413-590-3) | Trisodium[4′-(8-acetylamino-3,6-disulfonato-2-naphthylazo)-4′′-(6-benzoylamino-3-sulfonato-2-naphth ylazo)-biphenyl-1,3′,3′′,1′′′-tetraolato-O,O′,O′′,O′′′]copper(II)(EC No 413-590-3) |
| 1187 | 磷酸三甲酚酯 | Tritolyl phosphate |
| 1188 | 异庚胺及其同分异构体和盐类 | Tuaminoheptane (2-aminoheptane; 2-heptylamine), its isomers and salts |
| 1189 | 尿烷; 氨基甲酸乙酯 | Urethane (CAS No 51-79-6) |
| 1190 | (白)海葱及其草药制剂 | *Urginea scilla stern.* and its galenical preparations |
| 1191 | 以下化合物的 UVCB 缩合产物: 四倍-氯化羟基甲基膦, 尿素和蒸馏的氢化 C₁₆-₁₈ 牛油烷基胺 | UVCB condensation product of: tetrakis-hydroxymethylphosphonium chloride, urea and distilled hydrogenated C$_{16-18}$ tallow alkylamine (CAS No 166242-53-1) |
| 1192 | 疫苗、毒素或血清 | Vaccines, toxins or serums |
| 1193 | α-氨基异戊酰胺 | Valinamide (CAS No 20108-78-5) |
| 1194 | 戊诺酰胺 | Valnoctamide (2-ethyl-3-methylvaleramide) |
| 1195 | 藜芦碱,其盐类及其草药制剂 | Veratrine, its salts and galenical preparations |
| 1196 | 藜芦的根及草药制剂 | *Veratrum spp.* And their preparations |
| 1197 | 马鞭草油 | Verbena oil (*Lippia citriodora* Kunth) (CAS No 8024-12-2) |
| 1198 | 烯菌酮 | Vinclozolin (CAS No 50471-44-8) |
| 1199 | 氯乙烯单体 | Vinyl chloride monomer |
| 1200 | 偏氯乙烯(1,1-二氯乙烯) | Vinylidene chloride(1,1-dichloroethylene) (CAS No 75-35-4) |
| 1201 | 华法林及其盐类 | Warfarin (3- (α-acetonylbenzyl) -4-hydroxycaumarin) and its salts |

| No. | Chinese Name | English Name |
|---|---|---|
| 1202 | 苯并[a]芘的含量大于0.005%(w/w)的固体废弃物，来自煤焦油的沥青炼焦过程 | Waste solids, coal-tar pitch coking (CAS No 92062-34-5), if they contain > 0.005% (w/w) benzo[a]pyrene |
| 1203 | 二甲苯胺类及它们的同分导构体，盐类以及卤化的和磺化的衍生物 | Xylidines, their isomers, salts and halogenated and sulphonated derivatives |
| 1204 | 赛洛唑啉及其盐类 | Xylometazoline [2-(4-*tert*-butyl-2,6-dimethylbenzyl)-2-imidazoline] and its salts |
| 1205 | 育亨宾及其盐类 | Yohimbine (16α-carbomethoxyyohimban-17α-ol; ester of yohimbic acid) and its salts |
| 1206 | 二甲基二硫代氨基甲酸锌；福美锌 | Ziram (CAS No 137-30-4) |
| 1207 | 锆和它的化合物(表 3 中锆的配合物类以及表 6 中着色剂的锆色淀，盐和颜料除外) | Zirconium and its compounds,with the exception of the complexes listed in table 3 and of zirconium lakes, salts and pigments of colouring agents listed in table 6 |
| 1208 | 氯苯唑胺 | Zoxazolamine (2-amino-5-chlorobenzoxazole) |

(1) Naturally occurring radioactive substances and radioactive substances resulting from man-made environmental pollution are not included in the limits. However, the amount of these radioactive substances must not be increased during the production of cosmetics and must not exceed the basic limits set for the protection of workers' health and the protection of the public from radiation damage.

(2) Strontium and its compounds other than strontium lactate, strontium nitrate and strontium polycarboxylate listed in this table are not included in this provision.

Table 2(2) Prohibited Components for Cosmetics[1]

(in Latin alphabetical order)

| No. | Chinese Name | Protoplankton Latin name |
|---|---|---|
| 1 | 毛茛科乌头属植物 | *Aconitum L, (Ranunculaceae).* |
| 2 | 毛茛科侧金盏花属植物 | *Adonis L, (Ranunculaceae).* |
| 3 | 卜芥 | *Alocasia cucullata (Lour.) Schott* |
| 4 | 海芋 | *Alocasia odora (Roxb.) K.Koch* |
| 5 | 蒟蒻 | *Amorphophallus rivieri Durieu; Amorphophallus sinensis Belval* |
| 6 | 打破碗花花 | *Anemone hupehensis Lemoine* |
| 7 | 白芷 | *Angelica dahurica(Fisch. ex Hoffm.) Benth. et Hook. f.* |
| 8 | 杭白芷 | *Angelica dahurica(Fisch. ex Hoffm.)Benth. et Hook. f. var. formosana(Boiss.) Shan et Yuan* |
| 9 | 茄科山莨菪属植物 | *Anisodus Link et Otto, (Solanaceae).* |
| 10 | 槟榔 | *Areca catechu L.* |
| 11 | 青木香 | *Aristolochia delilis siel et Zuuo.* |
| 12 | 广防己 | *Aristolochia fangchi Y. C. Wu ex L. D. Chou et S. M. Hwang* |
| 13 | 关木通 | *Aristolochia manshuriensis Kom.* |
| 14 | 马兜铃科细辛属植物 | *Asarum L, ( Aristolochiaceae).* |
| 15 | 芥子 | *Brassica juncea (L.) Czern. et Coss.; Sinapis alba L.* |
| 16 | 鸦胆子 | *Brucea javanica (L.) Merr.* |
| 17 | 蟾酥 | *Bufo bufo gargarizans Cantor ; Bufo melanostictus Schneider* |
| 18 | 长春花 | *Catharanthus roseus (L.) G.Don* |
| 19 | 牛心茄子(海杧果) | *Cerbera manghas L.* |
| 20 | 白屈菜 | *Chelidonium majus L.* |
| 21 | 藜 | *Chenopodium album L.* |
| 22 | 威灵仙 | *Clematis chinensis Osbeck; Clematis hexapetala Pall.; Clematis manshurica Rupr.* |
| 23 | 铃兰 | *Convallaria keiskei Miq.* |
| 24 | 马桑 | *Coriaria sinica Maxim.* |
| 25 | 紫堇 | *Corydalis incisa (Thunb.) Pers.* |
| 26 | 文殊兰 | *Crinum asiaticum L. var. sinicum Bak.* |

| No. | Chinese Name | Protoplankton Latin name |
|-----|--------------|--------------------------|
| 27 | 野百合(农吉利) | *Crotalaria sessiliflora L.* |
| 28 | 大戟科巴豆属植物 | *Croton L, (Euphorbiaceae).* |
| 29 | 芫花(根、全草) | *Daphne genkwa Sieb. et Zucc.* |
| 30 | 茄科蔓陀罗属植物 | *Datura L., (Solanaceae).* |
| 31 | 鱼藤 | *Derris trifoliata Lour.* |
| 32 | 玄参科毛地黄属植物 | *Digitalis L, (Scrophulariaceae).* |
| 33 | 白薯莨 | *Dioscorea hispida Dennst.* |
| 34 | 茅膏菜 | *Drosera peltata Sm.var.lunata (Buch.-Ham.)C.B.Clarke* |
| 35 | 绵马贯众 | *Dryopteris crassirhizoma Nakai* |
| 36 | 麻黄科麻黄属植物 | *Ephedra Tourn. ex L, (Ephedraceae).* |
| 37 | 葛上亭长 | *Epicauta gorhami Mars.* |
| 38 | 大戟科大戟属植物 | *Euphorbia L, (Euphorbiaceae).* |
| 39 | 藤黄 | *Garcinia morella Desv.* |
| 40 | 钩吻 | *Gelsemium elegans Benth.* |
| 41 | 红娘子 | *Huechys sanguinea De Geer.* |
| 42 | 大风子 | *Hydnocarpus anthelmintica Pierre ; Hydnocarpus hainanensis (Merr.)Sleum.* |
| 43 | 天仙子 | *Hyoscyamus niger L. (Leaves Seeds)* |
| 44 | 莽草 | *Illicium lanceolatum A.C.Smith* |
| 45 | 丽江山慈姑 | *Iphigenia indica Kunth et Benth.* |
| 46 | 桔梗科半边莲属植物 | *Lobelia L, (Campanulaceae).* |
| 47 | 石蒜 | *Lycoris radiata Herb.* |
| 48 | 青娘子 | *Lytta caraganae Pallas* |
| 49 | 博落回 | *Macleaya cordata (Willd.) R. Br.* |
| 50 | 地胆 | *Meloe coarctatus Motsch.* |
| 51 | 含羞草 | *Mimosa pudica L.* |
| 52 | 夹竹桃 | *Nerium indicum Mill.* |
| 53 | 臭常山 | *Orixa japonica Thunb.* |
| 54 | 北五加皮(香加皮) | *Periploca sepium Bge.* |

| No. | Chinese Name | Protoplankton Latin name |
|-----|--------------|--------------------------|
| 55 | 牵牛子 | *Pharbitis nil(L.) Choisy. ; Pharbitis purpurea (L.) Voigt* |
| 56 | 商陆 | *Phytolacca acinosa Roxb; Phytolacca americana L.* |
| 57 | 半夏 | *Pinellia ternata (Thunb.) Breit.* |
| 58 | 紫雪花 | *Plumbago indica L.* |
| 59 | 白花丹 | *Plumbago zeylanica L.* |
| 60 | 补骨脂 | *Psoralea corylifolia L.* |
| 61 | 毛茛科毛茛属植物 | *Ranunculus L, (Ranunculaceae).* |
| 62 | 罗芙木 | *Rauvolfia verticillata (Lour.)Baill.* |
| 63 | 闹羊花 | *Rhododendron molle G. Don* |
| 64 | 万年青 | *Rohdea japonica Roth* |
| 65 | 乌桕 | *Sapium sebiferum (L.) Roxb.* |
| 66 | 一叶荻 | *Securinega suffruticosa (Pall.) Rehd.* |
| 67 | 苦参实 | *Sophora flavescens Ait.* |
| 68 | 羊角拗子 | *Strophanthus divaricatus (Lour.) Hook. et Arn.* |
| 69 | 菊科千里光属植物 | *Senecio L, (Compositae).* |
| 70 | 茵芋 | *Skimmia reevesiana Fortune* |
| 71 | 狼毒 | *Stellera chamaejasme L.* |
| 72 | 马钱科马钱属植物 | *Strychnos L, (Loganiaceae).* |
| 73 | 黄花夹竹桃 | *Thevetia peruviana (Pers.) K. Schum.* |
| 74 | 昆明山海棠 | *Tripterygium hypoglaucum (LévL.) Hutch.* |
| 75 | 雷公藤 | *Tripterygium wilfordii Hook.f.* |
| 76 | 白附子 | *Typhonium giganteum Engl.* |
| 77 | 百合科藜芦属植物 | *Veratrum L, (Liliaceae).* |
| 78 | 了哥王 | *Wikstroemia indica (L.) C.A.Mey.* |

(1) Prohibited substances in this list include their extracts and products

Table 3 Restricted substances in cosmetic components

(in alphabetical order by INCI name)

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| 1 | α-羟基酸及其盐类和酯类[1] | -Hydroxy acids and their salts, esters | None | | Total 6% (as acid) | pH ≥ 3.5 (except for drenching hair products) | If used in non-sunscreen skin care cosmetics containing ≥ 3% -hydroxy acids or if -hydroxy acids are claimed on the label, it should be stated "with sunscreen Cosmetics used simultaneously" |
| 2 | 6-甲基香豆素 | 6-Methyl coumarin | 6-Methyl coumarin | Oral hygiene products | 0.003% | | |
| 3 | (1) 碱金属的硫化物类 (2) 碱土金属的硫化物类 | (1) Alkali sulphides (2) Alkaline earth sulphides | (1) Alkali sulfides (2) Alkaline earth sulfides | Depilatories Depilatories | 2% (in sulphur) 6% (in sulphur) | pH ≤ 12.7 pH ≤ 12.7 | Prevent children from grasping; avoid contact with eyes Prevent children from grasping; avoid contact with eyes |
| 4 | 烷基(C12-C22)三甲基铵溴化物或氯化物[2] | Alkyl(C12-C22) trimethyl ammonium, bromide and chloride | Alkyl(C12-C22) trimonium bromide and chloride | (a) Residency products (b) Drenching products | (a) 0.25% | | |
| 5 | 氟化铝 | Aluminium fluoride | Aluminium fluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains aluminium fluoride |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 氯化羟锆铝配合物 $(Al_xZr(OH)_yCl_z)$ 和氯化羟锆铝甘氨酸配合物 | Aluminium zirconium chloride hydroxide complexes; $Al_xZr(OH)_{y\,Clz}$ and the aluminium zirconium chloride hydroxide glycine complexes | Aluminium zirconium chloride hydroxide complexes $Al_xZr(OH)_{yClz}$ and the aluminium zirconium chloride hydroxide glycine complexes | Antiperspirant | 20% (as anhydrous aluminium hydroxyzirconium chloride)<br><br>5.4% (in zirconium) | The ratio of the number of aluminium atoms to the number of zirconium atoms should be between 2 and 10; the ratio of the number of atoms of (Al+Zr) to the number of chlorine atoms should be between 0.9 and<br><br>Between 2.1; not for use in aerosol products | Not to be used on irritated or damaged skin |
| 7 | 氨 | Ammonia | Ammonia | | 6% (as $NH_3$) | | If containing more than 2% ammonia, specify "contains ammonia". |
| 8 | 氟化铵 | Ammonium fluoride | Ammonium fluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains ammonium fluoride |
| 9 | 氟硅酸铵 | Ammonium fluorosilicate | Ammonium fluorosilicate | Oral hygiene products | 0.15% (in F), when compared to the permitted<br><br>When other fluorides are mixed, the total F concentration<br><br>not more than 0.15% | | Ammonium fluorosilicate containing |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| 10 | 单氟磷酸铵 | Ammonium monofluorophosphate | Ammonium monofluorophosphate | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains ammonium monofluorophosphate |
| 11 | 苯扎氯铵，苯扎溴铵，苯扎糖精铵 [2] | Benzalkonium chloride, bromide and saccharinate | Benzalkonium chloride, bromide and saccharinate | (a) Drenching hair products (b) Other products | (a) 3% (as benzalkonium chloride) (b) 0.1% (as benzalkonium chloride) | (a) If the alkyl chain of benzalkonium chloride, benzalkonium bromide, benzalkonium saccharin used in the finished product equal to or less than $C_{14}$, the amount shall not be greater than 0.5% (to Benzalkonium chloride) | (a) Avoid contact with eyes (b) Avoid contact with eyes |
| 12 | 苯甲酸及其钠盐 [2] | Benzoic acid Sodium benzoate | Benzoic acid Sodium benzoate | (a) Drenching products (b) Oral Care Products | (a) 2.5% (as acid) (b) 1.7% (as acid) | | |
| 13 | 过氧苯甲酰 | Benzoyl peroxide | Benzoyl peroxide | Artificial nail system | 0.7% (concentration at the time of use) | For professional use only | For professional use only; avoid contact with skin; read instructions carefully |
| 14 | 苯甲醇（2） | Benzyl alcohol | Benzyl alcohol | Solvents, perfumes and fragrances | | | |

| 15 | (1) 硼酸, 硼酸盐和四硼酸盐(禁用物质表 2(1) 所列成分除外) | (1) Boric acid, borates and tetraborates with the exception of substances in table 2(1) | (1) Boric acid, borates and tetraborates with the exception of substances in table 2(1) | (a) talcum powder<br><br>(b) Oral hygiene products<br><br>(c) Other products ( Bathing<br><br>and perm products excluded) | (a) 5% (as boric acid)<br><br>(b) 0.1% (as boric acid)<br><br>(c) 3% (as boric acid) | (a) Not for use on children under 3 years of age; not for use on flaking or irritated skin when the concentration of free soluble borate in the product exceeds 1.5% (as boric acid)<br><br>(b) shall not be used for persons under three years of age<br><br>Products for children<br><br>(c) shall not be used for persons under three years of age<br><br>Products for children; Products<br><br>Free soluble borates in<br><br>Concentrations above 1.5% (as boric acid)<br><br>not for stripping (in the case of a single count)<br><br>of or irritated skin | (a) Do not use on children under 3 years of age; do not use if skin is flaking or irritated<br><br>(b) Do not swallow; under 3 years of age<br><br>Do not use on children<br><br>(c) Children under three years of age<br><br>Do not use; skin peeling or<br><br>Do not use when irritated |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| | (2) 四硼酸盐 | (2) Tetraborates | (2) Tetraborates | (a)  Bath products | (a) 18% (as boric acid) | (a) products that must not be used on children under three years of age | (a)  Do not use on children under 3 years of age |
| | | | | (b)  Perm products | (b) 8% (as boric acid) | | (b)  Rinse well |
| 16 | 氟化钙 | Calcium fluoride | Calcium fluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains calcium fluoride |
| 17 | 氢氧化钙 | Calcium hydroxide | Calcium hydroxide | (a)  Hair straighteners containing calcium hydroxide and guanidine salts | (a) 7% (by weight of calcium hydroxide) | | (a)  Contains strong alkali; avoid contact with eyes; may cause blindness; prevent children from grasping |
| | | | | (b)  pH regulator for hair removal agents | | (b) pH ≤ 12.7 | (b)  Contains strong alkali; avoid contact with eyes; prevent children from grasping |
| | | | | (c)  Other applications, such as pH Conditioners, processing aids | | (c) pH ≤ 11 | |
| 18 | 单氟磷酸钙 | Calcium monofluorophosphate | Calcium monofluorophosphate | Oral hygiene products | 0.15% (in F), when mixed with other fluorides permitted in this table, total F concentration | | Contains calcium monofluorophosphate |

| | | | | | not more than 0.15% | | |
|---|---|---|---|---|---|---|---|
| 19 | 斑蝥素 | Cantharides tincture | None | For use in hair regrowth agents only | 1% | Banned in children's products | Contains Bacitracin; prevent children from grasping; do not use on children; Avoid contact with eyes |
| 20 | 鲸蜡基胺氢氟酸盐 | Hexadecyl ammonium fluoride | Cetylamine hydrofluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Cetylamine containing hydrofluoric acid salt |
| 21 | 氯胺T | Tosylchloramide sodium | Chloramine T | | 0.2% | | |
| 22 | 碱金属的氯酸盐类 | Chlorates of alkali metals | Chlorates of alkali metals | (a) Toothpaste (b) Other uses | (a) 5% (b) 3% | | |
| 23 | 二氨基嘧啶氧化物 | 2,4-Diamino-pyrimidine 3-oxide | Diaminopyrimidine oxide | Hair care products | 1.5% | | |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| 24 | 二氯甲烷 | Dichloromethane | Dichloromethane | | 35% (total concentration must not exceed 35% when mixed with 1,1,1-trichloroethane) | The maximum impurity content must not exceed 0.2%. | |
| 25 | 双氯酚 | Dichlorophen | Dichlorophen | | 0.5% | | Contains diclofenac |
| 26 | 二(羟甲基)亚乙基硫脲 | 1,3-Bis(hydroxymethyl)imidazolidine-2-thione | Dimethylol ethylene thiourea | (a) Hair care products (b) Nail Care Products | (a) 2% (b) 2% | (a) Not for use in aerosol products (b) pH of the product at the time of use The value must be below 4 | Bis(hydroxymethyl)ethylene thiourea containing |
| 27 | 羟乙磷酸及其盐类 | Etidronic acid and its salts(1-hydroxyethylidene-di-phosphonic acid and its salts) | Etidronic acid and its salts | (a) Hair care products (b) Soap, Soap | (a) 1.5% (as hydroxyethyl phosphate) (b) 2% (as hydroxyethyl phosphate) | | |
| 28 | 脂肪酸双链烷酰胺及脂肪酸双链烷醇酰胺 | Fatty acid dialkylamides and dialkanolamides | Fatty acid dialkylamides and dialkanolamides | | Secondary chain alkylamine max 0.5% | Not for use with nitrosating systems; sec-alkylamine max 5% (for raw materials); nitrosamines max 50g/kg; store in nitrite free containers | |
| 29 | 甲醛[2] | Formaldehyde | Formaldehyde | Nail hardener | 5% (in formaldehyde) | Formaldehyde is required for concentrations above 0.05%. | Contains formaldehyde[3]; Protects the skin with oil |

71

| 30 | 过氧化氢和其它释放过氧化氢的化合物或混合物, 如过氧化脲和过氧化锌 | Hydrogen peroxide, and other compounds or mixtures that release hydrogen peroxide, including carbamide peroxide and zinc peroxide | Hydrogen peroxide and other compounds or mixtures that release hydrogen peroxide, including urea peroxide and zinc peroxide | (a)  Hair care products | (a)  12% (40 v/v of oxygen, in terms of $H_{2}O_{2}$ present or released) | | (a)  Wear suitable gloves; contains hydrogen peroxide; avoid contact with eyes; rinse immediately if product accidentally gets into eyes |
| | | | | (b)  Skin care products | (b)  4% (in terms of the presence or release of $H_{2}O_{2}$ count) | | (b)  Contains hydrogen peroxide; avoid contact with eyes; rinse immediately if product accidentally gets into eyes |
| | | | | (c)  Finger (Toe) nail hardening products | (c)  2% (based on the presence or release of $H_{2}O_{2}$ count) | | (c)  Contains hydrogen peroxide; avoid contact with eyes; rinse immediately if product accidentally gets into eyes |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| | | | | (d) Oral hygiene products | (d) 0.1% (based on the presence or release of $H_2O_2$ count) | | |
| 31 | 氢醌 | Hydroquinone | Hydroquinone | Artificial nail system | 0.02% (concentration at the time of use) | For professional use only | For professional use only; Avoid contact with skin; Carefully Read usage notes |
| 32 | 氢醌二甲基醚 | Hydroquinone methylether | None | Artificial nail system | 0.02% (concentration at the time of use) | For professional use only | For professional use only; avoid contact with skin; read instructions carefully |
| 33 | 无机亚硫酸盐类和亚硫酸氢盐类 [2] | Inorganic sulphites and hydrogen sulphites | Inorganic sulfites and hydrogen sulfites | (a) Oxidative hair dyes <br> (b) Perm and straightning products <br> (c) Automatic tanning products for the face <br> (d) Automatic tanning for the body Products | (a) 0.67 % (as free $SO_2$) <br> (b) 6.7 % (as free $SO_2$) <br> (c) 0.45% (as free $SO_2$) <br> (d) 0.40% (in terms of free $SO_2$) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | 氢氧化锂 | Lithium hydroxide | Lithium hydroxide | (a) Hair straightener<br><br>1.  Generally used<br><br>2.  Professional use<br><br>(b)  pH regulator for hair removal agents<br><br>(c)  Other applications, e.g. pH regulator (for drench products only) | (a)<br><br>1. 2% by weight [4]<br><br>2. 4.5% by weight [4] | (b) pH ≤ 12.7<br><br>(c) pH ≤ 11 | (a)<br><br>1.  Contains strong alkali; avoid contact with eyes; may cause blindness; prevent children from grasping<br><br>2.  For professional use only; avoid contact with eyes; may cause blindness<br><br>(b) Contains strong alkalis; avoid contact with eyes; prevent children from grasping |
| 35 | 氟化镁 | Magnesium fluoride | Magnesium fluoride | Oral hygiene products | 0.15% (in F), when mixed with other fluorides permitted in this table, total F concentration<br><br>not more than 0.15% | | Contains magnesium fluoride |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| 36 | 氟硅酸镁 | Magnesium fluorosilicate | Magnesium fluorosilicate | Oral hygiene products | 0.15% (in F), when mixed with other fluorides permitted in this table, total F concentration not more than 0.15% | | Magnesium fluorosilicate containing |
| 37 | 单链烷胺, 单链烷醇胺及它们的盐类 | Monoalkylamines, monoalkanolamines and their salts | Monoalkylamines, monoalkanolamines and their salts | | | Not for use with nitrosating systems; minimum purity: 99%; maximum seco-alkylamine content 0.5% (for raw materials); Nitrosamines max 50g/kg; Store in a nitrite free room. Inside the container of nitrates | |
| 38 | 麝香酮 | Musk ketone | Musk ketone | All cosmetics (except oral hygiene products) | (a) Flavouring 1.4% (b) Floral water 0.56% (c) Other products 0.042% | | |
| 39 | 麝香二甲苯 | Musk xylene | None | All cosmetics (except oral hygiene products) | (a) Flavouring 1.0% (b) Floral water 0.4% (c) Other products 0.03% | | |
| 40 | 尼克(甲)醇氢氟酸盐 | Nicomethanol hydrofluoride | Nicomethanol hydrofluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration | | Hydrofluoric acid salt containing nikonomers |

| | | | | | shall not exceed 0.15% | | |
|---|---|---|---|---|---|---|---|
| 41 | 硝甲烷 | Nitromethane | Nitromethane | Rust inhibitor | 0.3% | | |
| 42 | 氟化十八烯基铵 | Octadecenyl-ammonium fluoride | Octadecenyl ammonium fluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Octadecylammonium fluoride |
| 43 | 奥拉氟 | 3-(N-Hexadecyl-N-2-hydroxyethylammonio)propylbis(2-hydroxyethyl)ammonium difluoride | Olaflur | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains Olafur |
| 44 | 草酸及其酯类和碱金属盐类 | Oxalic acid, its esters and alkaline salts | Oxalic acid, its esters and alkaline salts | Hair care products | 5% | | For professional use only |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
|---|---|---|---|---|---|---|---|
| 45 | 羟基喹啉, 羟基喹啉硫酸盐 | Quinolin-8-ol and bis(8-hydroxyquinolinium) sulphate | Oxyquinoline, oxyquinoline sulfate | (a)  Stabilizer for hydrogen peroxide in drench hair care products<br><br>(b)  Used as peroxide in non-rinse hair care products<br><br>Hydrogen stabilizer | (a) 0.3% (in bases)<br><br><br><br>(b) 0.03% (in bases) | | |
| 46 | 二氢氟酸棕榈酰基三羟乙基丙烯二胺 | *NN'N'*-Tris (polyoxyethylene)-N-hexadecylpropylenediamine<br><br>dihydrofluoride | Palmityl trihydroxyethyl propylenediamine dihydrofluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Palmitoyl tris(hydroxyethyl)propylene diamine containing dihydrofluoric acid |
| 47 | 苯氧异丙醇 [2] | l-Phenoxy-propan-2-ol | Phenoxyisopropanol | (a)  For drenching products only<br><br>(b)  Forbidden for oral hygiene products | 2% | | |
| 48 | 聚丙烯酰胺 | Polyacrylamides | Polyacrylamides | (a)  Residual Skin Care Products<br><br><br>(b)  Other products | | (a)  Maximum residue of acrylamide monomer 0.1mg/kg<br><br>(b)  Maximum residue of acrylamide monomer 0.5mg/kg | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 49 | 氟化钾 | Potassium fluoride | Potassium fluoride | Oral hygiene products | 0.15% (in F), when mixed with other fluorides permitted in this table, total F concentration not more than 0.15% | | Contains potassium fluoride |
| 50 | 氟硅酸钾 | Potassium fluorosilicate | Potassium fluorosilicate | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Potassium fluorosilicate containing |
| 51 | 氢氧化钾(或氢氧化钠) | Potassium or sodium hydroxide | Potassium hydroxide, sodium hydroxide | (a) Finger (toe) nail care fluids | (a) 5% (by weight)[4] | | (a) Contains strong alkali; avoid contact with eyes; may cause blindness; prevent children from grasping |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| | | | | (b) Hair straighteners<br><br>1.  Generally used<br><br><br><br>2.  Professional use<br><br><br>(c)  pH regulator for hair removal agents<br>(d)  Other applications, such as pH<br>Conditioners | (b)<br><br>1. 2% (by weight)[4]<br><br><br><br>2. 4.5% (by weight)[4]<br><br><br><br><br><br>(c) pH ≤ 12.7<br><br>(d) pH ≤ 11 | | (b)<br><br>1.  Contains strong alkali; avoid contact with eyes; may cause blindness; prevent children from grasping<br>2.  For professional use only; avoid contact with eyes; may cause blindness<br>(c) Avoid contact with eyes; prevent children from grasping it |
| 52 | 单氟磷酸钾 | Potassium monofluorophosphate | Potassium monofluorophosphate | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains potassium monofluorophosphate |
| 53 | 奎宁及其盐类 | Quinine and its salts | Quinine and its salts | (a) Shampoo (drenching type)<br>(b)  Hairspray (leave-in) | (a) 0.5% (as quinine)<br>(b) 0.2% (as quinine) | | |

| 54 | 间苯二酚 | Resorcinol | Resorcinol | Hair lotions and shampoos | 0.5% | | Contains resorcinol |
|---|---|---|---|---|---|---|---|
| 55 | 水杨酸 [2] | Salicylic acid | Salicylic acid | (a) Leave-in and shower skin care products<br><br>(b) Drenching hair products | (a) 2.0%<br><br><br><br>(b) 3.0% | Not to be used in products for children under 3 years of age, except for shampoos | Contains salicylic acid |
| 56 | 硫化硒 | Selenium disulphide | Selenium disulfide | Anti-dandruff shampoo | 1% | | Contains selenium sulphide; avoid contact with eyes or damaged skin |
| 57 | 硝酸银 | Silver nitrate | Silver nitrate | Products that can only be used to colour eyelashes and eyebrows exclusively | 4% | | Contains silver nitrate; if product is accidentally introduced into the eyes, rinse immediately |
| 58 | 氟化钠 | Sodium fluoride | Sodium fluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains sodium fluoride |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| 59 | 氟硅酸钠 | Sodium fluorosilicate | Sodium fluorosilicate | Oral hygiene products | 0.15% (in F), when mixed with other fluorides permitted in this table, total F concentration not more than 0.15% | | Sodium fluorosilicate containing |
| 60 | 单氟磷酸钠 | Sodium monofluorophosphate | Sodium monofluorophosphate | Oral hygiene products | 0.15% (in F), when mixed with other fluorides permitted in this table, total F concentration not more than 0.15% | | Contains sodium monofluorophosphate |
| 61 | 亚硝酸钠 | Sodium nitrite | Sodium nitrite | Rust inhibitor | 0.2% | Not to be mixed with secondary and/or tertiary chain alkylamines or other substances that can form nitrosamines | |
| 62 | 氟化亚锡 | Stannous fluoride | Stannous fluoride | Oral hygiene products | 0.15% (as F), when mixed with other fluorides permitted in this table, the total F concentration shall not exceed 0.15% | | Contains stannous fluoride |
| 63 | 乙酸锶半水合物[5] | Strontium acetate hemihydrate | Strontium acetate hemihydrate | Toothpaste | 3.5% (in strontium), when mixed with other permitted strontium products, the total strontium content shall not exceed 3.5% | | Contains strontium acetate; not suitable for children |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 64 | 氯化锶六水合物[5] | Strontium chloride hexahydrate | Strontium chloride hexahydrate | (a) Toothpaste<br><br>(b) Shampoos and face care products | (a) 3.5% (in strontium), when mixed with other permitted strontium products, the total strontium content shall not exceed 3.5%<br><br>(b) 2.1% (in strontium), when mixed with other permitted strontium products, the total strontium content shall not exceed 2.1% | | Contains strontium chloride; not recommended for children |
| 65 | 氢氧化锶[5] | Strontium hydroxide | Strontium hydroxide | pH regulators in hair removal products | 3.5% (in strontium) | pH ≤ 12.7 | Prevent children from grasping; avoid contact with eyes |
| 66 | 过氧化锶[5] | Strontium peroxide | Strontium peroxide | Professional hair care products for drenching | 4.5% (based on strontium in ready-to-use products) | All products must comply with the requirements for the release of hydrogen peroxide | Avoid contact with eyes; rinse immediately if product accidentally enters eyes; for professional use only; suitable for wearing of gloves |
| 67 | 滑石：水合硅酸镁 | Talc: hydrated magnesium silicate | Talc: hydrated magnesium silicate | (a) Powdered products for children under 3 years<br><br>(b) Other products | | | (a) Keep powders away from the nose and mouth of children |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| 68 | (1) 巯基乙酸及其盐类 | (1) Thioglycollic acid and its salts | (1) Thioglycolic acid and its salts | (a) Hair curlers or straighteners<br>1. Generally used<br>2. Professional use<br><br>(b) Depilatories<br><br><br><br>(c) Other hair care products that remove after use | (a)<br><br>1. 8% ready to use, pH 7-9.5<br>2. 11% ready to use, pH 7-9.5<br><br>(b) 5% ready to use, pH 7-12.7<br><br><br>(c) 2% ready to use, pH 7-9.5<br><br>The above percentages are based on thioglycolic acid | (a)  The following notes are required:<br>Avoid contact with eyes; if product gets into eyes, rinse immediately with plenty of water and seek medical attention; wear suitable gloves<br>(b)  The following notes are required:<br>Avoid contact with eyes; if product is accidentally introduced into the eyes, flush with plenty of water and seek medical attention immediately<br>(c)  The following notes are required:<br>Avoid contact with eyes; if product gets into eyes, rinse immediately with plenty of water and seek medical attention; wear suitable gloves | (a)  Contains thioglycolic acid; Use as directed; Prevent children from grasping; For professional use only<br><br>(b)  Contains thioglycolic acid; Use as directed; Prevent children from grasping<br><br><br>(c)  Contains thioglycolic acid salt; Use as directed; Prevent children from grasping |
| | (1) 巯基乙酸酯类 | | | | | | |
| | | (2) Thioglycollic acid esters | (2) Thioglycolic acid esters | Hair curlers or straighteners<br>1. Generally used<br>2. Professional use | | The following notes are required:<br>May cause allergic | Contains thioglycolate; Use as |

83

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 1. 8% ready to use, pH 6-9.5<br><br>2. 11% ready to use, pH 6-9.5<br><br>The above percentages are based on thioglycolic acid | reactions in contact with skin; avoid contact with eyes; if product gets into eyes accidentally, flush with plenty of water and seek medical attention immediately; wear suitable gloves | directed; Protect from children; For professional use only |
| 69 | 三链烷胺, 三链烷醇胺及它们的盐类 | Trialkylamines, trialkanolamines and their salts | Trialkylamines, trialkanolamines and their salts | (a) Non-showering products<br>(b) Other products | (a) 2.5% | Not for use with Nitrosating system; Minimum purity: 99%; Maximum seco-alkylamine content 0.5% (for raw materials); Nitrosamines max 50g/kg; Store in a nitrite free room.<br><br>Inside the container of nitrates | |
| 70 | 三氯卡班 [2] | Triclocarban (INN) | Triclocarban | Drenching skin care products | 1.5% | Purity standard: 3,3',4,4'-Tetrachloroazobenzene less than 1mg/kg; | |

| No. | Name of substance | | | Restrictions | | | The conditions of use that must be printed on the cosmetic label and Cautions |
|---|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | Application and/or scope of use | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | |
| | | | | | | 3,3',4,4'-Tetrachloroazo Benzene less than 1mg/kg | |
| 71 | 水溶性锌盐(苯酚磺酸锌和吡啶翁锌除外) | Water-soluble zinc salts with the exception of zinc 4-Hydroxybenzenesulphonate and zinc pyrithione | Water-soluble zinc salts with the exception of zinc phenolsulphonate and zinc pyrithione | | 1% (in zinc) | | |
| 72 | 苯酚磺酸锌 | Zinc 4-Hydroxybenzene sulphonate | Zinc phenolsulfonate | Deodorants, antiperspirants and astringents | 6% (as anhydrous matter) | | Avoid contact with eyes |
| 73 | 吡硫翁锌 [2] | Pyrithione zinc (INN) | Zinc pyrithione | Anti-dandruff drenching hair products | 1.5% | | |

(1) Alpha-hydroxy acids are carboxylic acids in which the alpha-carbon hydrogen is replaced by a hydroxyl group, including tartaric, glycolic, malic, lactic, citric and other acids. "Salts" refers to their sodium, potassium, calcium, magnesium, ammonium and alcoholamine salts; "Esters" refers to methyl, ethyl, propyl, isopropyl, butyl, isobutyl and phenyl esters, etc.

(2)  When these restricted substances are used as preservatives, the specific requirements are listed in Table 4 of the restricted preservatives.

(3)  Only when the concentration exceeds 0.05% should it be labelled.

(4) The content of NaOH, LiOH or KOH is given by weight of NaOH. In the case of mixtures, the total amount must not exceed the requirements in the column "Maximum permitted concentration in cosmetics".

(5)  Strontium and its compounds other than those listed in this table are not included in this provision.

Table 4   Restricted preservatives in cosmetic components [1]

(in alphabetical order by INCI name)

| No. | Name of substance | | | Maximum permissible concentration in cosmetic products | Scope of use and restrictions | Conditions of use and precautions that must be printed on the label |
|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | | | |
| 1 | 2-溴-2-硝基丙烷-1,3 二醇 | Bronopol (INN) | 2-Bromo-2-nitropropane-1,3-diol | 0.1% | Avoiding the formation of nitrosamines | |
| 2 | 5-溴-5-硝基-1,3-二噁烷 | 5-Bromo-5-nitro-1,3-dioxane | 5-Bromo-5-nitro-1,3-dioxane | 0.1% | For drench products only; to avoid the formation of nitrosamines | |
| 3 | 7-乙基二环噁唑啉 | 5-Ethyl-3,7-dioxa-1-azabicyclo[3.3.0]octane | 7-Ethylbicyclooxazolidine | 0.3% | Forbidden in oral hygiene products and products that come into contact with mucous membranes | |
| 4 | 烷基($C_{12}$-$C_{22}$)三甲基铵溴化物或氯化物 [2] | Alkyl($C_{12}$-$C_{22}$) trimethyl ammonium, bromide and chloride | Alkyl($C_{12}$-$C_{22}$) trimonium bromide and chloride | 0.1% | | |
| 5 | 苯扎氯铵, 苯扎溴铵, 苯扎糖精铵 [2] | Benzalkonium chloride, bromide and saccharinate | Benzalkonium chloride, bromide and saccharinate | 0.1% (as benzalkonium chloride) | | Avoid contact with eyes |
| 6 | 苄索氯铵 | Benzethonium chloride | Benzethonium chloride | 0.1% | (1)  Drenching products (2)  Residual products other than oral hygiene products | |
| 7 | 苯甲酸及其盐类和酯类 [2] | Benzoic acid, its salts and esters | Benzoic acid, its salts and esters | 0.5% (as acid) | | |
| 8 | 苯甲醇 [2] | Benzyl alcohol | Benzyl alcohol | 1.0% | | |
| 9 | 甲醛苄醇半缩醛 | Benzylhemiformal | Benzylhemiformal | 0.15% | For drenching products only | |

| 10 | 溴氯芬 | 6,6-Dibromo-4,4-dichloro-2,2'-methylene-diphenol | Bromochlorophen | 0.1% | | |
| 11 | 氯己定及其二葡萄糖酸盐, 二醋酸盐和二盐酸盐 | Chlorhexidine (INN) and its digluconate,diacetate and dihydrochloride | Chlorhexidine and its digluconate, diacetate and dihydrochloride | 0.3% (expressed as chlorhexidine) | | |
| 12 | 氯乙酰胺 | 2-Chloroacetamide | Chloroacetamide | 0.3% | | Chloroacetamide |
| 13 | 三氯叔丁醇 | Chlorobutanol (INN) | Chlorobutanol | 0.5% | Not for use in aerosol products | Contains trichloro-tert-butanol |
| 14 | 苄氯酚 | 2-Benzyl-4-chlorophenol | Chlorophene | 0.2% | | |
| 15 | 氯二甲酚 | 4-Chloro-3,5-xylenol | Chloroxylenol | 0.5% | | |
| 16 | 氯苯甘醚 | 3-(p-chlorophenoxy)-propane-1,2-diol | Chlorphenesin | 0.3% | | |

| No. | Name of substance | | | Maximum permissible concentration in cosmetic products | Scope of use and restrictions | Conditions of use and precautions that must be printed on the label |
| --- | --- | --- | --- | --- | --- | --- |
| | Chinese Name | English Name | INCI Name | | | |
| 17 | 氯咪巴唑 | 1-(4-chlorophenoxy)-1-(imidazol-1-yl)-3,3-dimethylbutan-2-one | Climbazole | 0.5% | | |
| 18 | 脱氢醋酸及其盐类 | 3-Acetyl-6-methylpyran-2,4 (3H)-dione and its salts | Dehydroacetic acid | 0.6% (as acid) | Not for use in aerosol products | |
| 19 | 双(羟甲基)咪唑烷基脲 | N-(Hydroxymethyl)-N-(dihydroxy methyl-1,3-dioxo-2,5-imidazolinid yl-4)-N'-(hydroxymethyl) urea | Diazolidinyl urea | 0.5% | | |
| 20 | 二溴己脒及其盐类, 包括二溴己脒羟乙磺酸盐 | 3,3'-Dibromo-4,4'-hexamethylene dioxydibenzamidine and its salts (including isethionate) | Dibromohexamidine and its salts, including dibromohexamidine isethionate | 0.1% | | |
| 21 | 二氯苯甲醇 | 2,4-Dichlorobenzyl alcohol | Dichlorobenzyl alcohol | 0.15% | | |
| 22 | 二甲基噁唑烷 | 4,4-Dimethyl-1,3-oxazolidine | Dimethyl oxazolidine | 0.1% | The pH of the final product must not be less than 6 | |
| 23 | DMDM 乙内酰脲 | 1,3-Bis(hydroxymethyl)-5,5-dimeth ylimidazolidine-2,4-dione | DMDM hydantoin | 0.6% | | |
| 24 | 甲醛和多聚甲醛 [2] | Formaldehyde and paraformaldehyde | Formaldehyde and paraformaldehyde | 0.2% (except oral hygiene products) 0.1% (Oral hygiene products) (based on free formaldehyde) | Not for use in aerosol products | |
| 25 | 甲酸及其钠盐 | Formic acid and its sodium salt | Formic acid and its sodium salt | 0.5% (as acid) | | |
| 26 | 戊二醛 | Glutaraldehyde (Pentane-1,5-dial) | Glutaral | 0.1% | Not for use in aerosol products | Contains glutaraldehyde (when the concentration of |

| | | | | | glutaraldehyde in the finished product exceeds 0.05%) |
|---|---|---|---|---|---|
| 27 | 己脒定及其盐, 包括己脒定二个羟乙基磺酸盐和己脒定对羟基苯甲酸盐 | 1,6-Di(4-amidinophenoxy)-n-hexane and its salts (including isethionate and p-hydroxybenzoate) | Hexamidine and its salts, including hexamidine diisethionate and hexamidine paraben | 0.1% | |
| 28 | 海克替啶 | Hexetidine (INN) | Hexetidine | 0.1% | |
| 29 | 咪唑烷基脲 | 3,3'-Bis(1-hydroxymethyl-2,5-dioxoimidazolidin-4-yl)-1,1'-methylenediurea | Imidazolidinyl urea | 0.6% | |
| 30 | 无机亚硫酸盐类和亚硫酸氢盐类 [2] | Inorganic sulphites and hydrogensulphites | Inorganic sulfites and hydrogen sulfites | 0.2% (as free $SO_2$) | |

| No. | Name of substance | | | Maximum permissible concentration in cosmetic products | Scope of use and restrictions | Conditions of use and precautions that must be printed on the label |
|-----|---------------------|---|---|------|------|------|
|     | Chinese Name | English Name | INCI Name | | | |
| 31 | 碘丙炔醇丁基氨甲酸酯 | 3-Iodo-2-propynylbutylcarbamate | Iodopropynyl butylcarbamate | 0.05% | Not for use in oral hygiene and lip products | For products left on the skin after use, when the concentration exceeds 0.02%, the following warning should be stated: Contains iodine |
| 32 | 乌洛托品 | Hexamethylenetetramine (INN) | Methenamine | 0.15% | | |
| 33 | 甲基二溴戊二腈 | 1,2-Dibromo-2,4-dicyanobutane | Methyldibromo glutaronitrile | 0.1% | For drenching products only | |
| 34 | 甲基异噻唑啉酮 | 2-Methylisothiazol-3(2*H*)-one | Methylisothiazolinone | 0.01% | | |
| 35 | 甲基氯异噻唑啉酮和甲基异噻唑啉酮与氯化镁及硝酸镁的混合物 | Mixture of 5-chloro-2-methylisothiazol-3(2*H*)-one and 2-Methylisothiazol-3(2*H*)-one with magnesium chloride and magnesium nitrate | Mixture of methylchloroisothiazolinone and methylisothiazolinone with magnesium chloride and magnesium nitrate | 0.0015% (based on a 3:1 mixture of methylchloroisothiazolinone and methylisothiazolinone) | | |
| 36 | *o*-伞花烃-5-醇 | 4-Isopropyl-m-cresol | o-Cymen-5-ol | 0.1% | | |
| 37 | *o*-苯基苯酚 | Biphenyl-2-ol and its salts | o-Phenylphenol | 0.2% (as phenol) | | |
| 38 | 4-羟基苯甲酸及其盐类和酯类 | 4-Hydroxybenzoic acid and its salts and esters | 4-Hydroxybenzoic acid and its salts and esters | Monoester: 0.4% (as acid) Mixed esters: 0.8% (as acid) | | |
| 39 | *p*-氯-*m*-甲酚 | 4-Chloro-m-cresol | p-Chloro-m-cresol | 0.2% | Forbidden to use on products that come into | |

| | | | | | contact with mucous membranes | |
|---|---|---|---|---|---|---|
| 40 | 苯氧乙醇 | 2-Phenoxyethanol | Phenoxyethanol | 1.0% | | |
| 41 | 苯氧异丙醇 [2] | 1-Phenoxypropan-2-ol | Phenoxyisopropanol | 1.0% | For drenching products only | |
| 42 | 吡罗克酮乙醇胺盐 | 1-Hydroxy-4-methyl-6(2,4,4-trimethylpentyl)2-pyridon and its monoethanolamine salt | Piroctone olamine | (a) 1.0% (b) 0.5% | (a)  Drenching products (b)  Other products | |
| 43 | 盐酸聚氨丙基双胍 | Poly(1-hexamethylenebiguanide) hydrochloride | Polyaminopropyl biguanide hydrochloride | 0.3% | | |
| 44 | 丙酸及其盐类 | Propionic acid and its salts | Propionic acid and its salts | 2% (as acid) | | |
| 45 | 聚季铵盐-15 | Methenamine 3-chloroallylochloride (INNM) | Quaternium-15 | 0.2% | | |
| 46 | 水杨酸及其盐类 [2] | Salicylic acid and its salts | Salicylic acid and its salts | 0.5% (as acid) | Not to be used in products for children under 3 years of age, except for shampoos | Do not use on children under three years old [3] |

| No. | Name of substance | | | Maximum permissible concentration in cosmetic products | Scope of use and restrictions | Conditions of use and precautions that must be printed on the label |
|---|---|---|---|---|---|---|
| | Chinese Name | English Name | INCI Name | | | |
| 47 | 苯汞的盐类, 包括硼酸苯汞 | Phenylmercuric salts (including borate) | Salts of phenylmercury, including borate | 0.007% (in Hg), if mixed with other mercury compounds in this specification, the maximum concentration of Hg remains 0.007% | For use with eye make-up and eye make-up removers only | Phenylmercury containing compounds |
| 48 | 沉积在二氧化钛上的氯化银 | Silver chloride deposited on titanium dioxide | Silver chloride deposited on titanium dioxide | 0.004% (as AgCl) | 20% ((w/w)) AgCl deposited on $_{TiO2}$, prohibited for use in products for children under 3 years of age, oral hygiene products and and products for the eye and lip area | |
| 49 | 羟甲基甘氨酸钠 | Sodium hydroxymethylamino acetate | Sodium hydroxymethylglycinate | 0.5% | | |
| 50 | 碘酸钠 | Sodium iodate | Sodium iodate | 0.1% | For drenching products only | |
| 51 | 山梨酸及其盐类 | Sorbic acid (hexa-2,4-dienoic acid) and its salts | Sorbic acid and its salts | 0.6% (as acid) | | |
| 52 | 硫柳汞 | Thiomersal (INN) | Thimerosal | 0.007% (in Hg), if mixed with other mercury compounds in this specification, the maximum concentration of Hg remains 0.007% | For use with eye make-up and eye make-up removers only | Thimerosal containing |

| 53 | 三氯卡班 [2] | Triclocarban (INN) | Triclocarban | 0.2% | Purity standard: 3,3',4,4'-Tetrachloroazobenzene less than 1mg/kg; 3,3',4,4'-Tetrachloroazobenzene oxide less than 1mg/kg | |
| 54 | 三氯生 | Triclosan (INN) | Triclosan | 0.3% | | |
| 55 | 十一烯酸及其盐类 | Undec-10-enoic acid and salts | Undecylenic acid and salts | 0.2% (as acid) | | |
| 56 | 吡硫翁锌 [2] | Pyrithione zinc (INN) | Zinc pyrithione | 0.5% | For use in drench products, not for use in oral hygiene products | |

(1) a The preservatives listed in the table are substances added to cosmetics with the aim of inhibiting the growth of micro-organisms in that cosmetic.

b Other substances in cosmetic products that have an anti-microbial effect, such as many essential oils and certain alcohols, are not included in this table.

c In the table, "salts" means salts of a preservative with cations of sodium, potassium, calcium, magnesium, ammonium and ammonium alcohol; or salts of a preservative with anions of chloride, bromide, sulphate and acetate. In the table, "esters" means methyl, ethyl, propyl, isopropyl, butyl, isobutyl and phenyl esters.

d All cosmetic products containing formaldehyde or any of the formaldehyde-releasing substances listed in this table must be labelled "Contains formaldehyde" when the concentration of formaldehyde in the finished product exceeds 0.05% (in terms of free formaldehyde).

(2) When these preservatives are restricted substances, the requirements are listed in Table 3 of the restricted substances.

(3) Only if the product is likely to be used by children under 3 years of age and in prolonged contact with the skin.

Table 5 Restricted sunscreens in cosmetic components [1]

(in alphabetical order by INCI name)

| No. | Name of substance | | | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | Conditions of use and precautions that must be printed on the label |
|-----|------|------|------|------|------|------|
| | Chinese Name | English Name | INCI Name | | | |
| 1 | 3-亚苄基樟脑 | 3-Benzylidene camphor | 3-Benzylidene camphor | 2% | | |
| 2 | 4-甲基苄亚基樟脑 | 3-(4'-Methylbenzylidene)-d-l camphor | 4-Methylbenzylidene camphor | 4% | | |
| 3 | 二苯酮-3 | Oxybenzone (INN) | Benzophenone-3 | 10% | | Diphenyl acetone-3[2]-containing |
| 4 | 二苯酮-4二苯酮-5 | 2-Hydroxy-4-methoxybenzophenone-5-sulfonic acid and its sodium salt | Benzophenone-4 Benzophenone-5 | 5% (as acid) | | |
| 5 | 亚苄基樟脑磺酸 | Alpha-(2-oxoborn-3-ylidene)-toluene-4-sulphonic acid and its salts | Benzylidene camphor sulfonic acid | 6% (as acid) | | |
| 6 | 双-乙基己氧苯酚甲氧苯基三嗪 | (1,3,5)-Triazine-2,4-bis((4-(2-ethyl-hexyloxy)-2-hydroxy)-phenyl)-6-(4-methoxyphenyl) | Bis-ethylhexyloxyphenol methoxyphenyl triazine | 10% | | |
| 7 | 丁基甲氧基二苯甲酰基甲烷 | 1-(4-Tert-butylphenyl)-3-(4-methoxyphenyl)propane-1,3-dione | Butyl methoxydibenzoylmethane | 5% | | |
| 8 | 樟脑苯扎铵甲基硫酸盐 | *N,N*,N-trimethyl-4-(2-oxoborn-3-ylidenemethyl) anilinium methyl sulphate | Camphor benzalkonium methosulfate | 6% | | |
| 9 | 二乙氨基羟苯甲酰基苯甲酸己酯 | Benzoic acid, 2-(4-(diethylamino) -2-hydyoxybenzoyl) -,hexyl ester | Diethylamino hydyoxybenzoyl hexyl benzoate | 10% | | |
| 10 | 二乙基己基丁酰胺基三嗪酮 | Benzoic acid, 4,4'-((6-((((( 1,1-dimethylethyl) amino) carbonyl)phenyl)amino) 1,3,5-triazine-2,4-diyl)diimino)bis-, bis-(2-ethylhexyl) ester | Diethylhexyl butamido triazone | 10% | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 2,2'-双-(1,4-亚苯基)1*H*-苯并咪唑-4,6-二磺酸)的二钠盐 | Disodium salt of 2,2'-bis-(1,4-phenylene)1H-benzimidazole-4,6-disulphonic acid | Disodium phenyl dibenzimidazole tetrasulfonate | 10% (as acid) | | |
| 12 | 甲酚曲唑三硅氧烷 | Phenol, 2-(2H-benzotriazol-2-yl)-4-methyl-6-(2-Methyl-3-(1,3,3,3-tetramethyl-1-(trimethylsilyl)oxy)-disiloxanyl)propyl | Drometrizole trisiloxane | 15% | | |
| 13 | PABA 乙基己酯 | 4-Dimethyl amino benzoate of ethyl-2-hexyl | Ethylhexyl dimethyl PABA | 8% | | |
| 14 | 甲氧基肉桂酸乙基己酯 | 2-Ethylhexyl 4-methoxycinnamate | Ethylhexyl methoxycinnamate | 10% | | |
| 15 | 水杨酸乙基己酯 | 2-Ethylhexyl salicylate | Ethylhexyl salicylate | 5% | | |

| 16 | 乙基己基三嗪酮 | 2,4,6-Trianilino-(p-carbo-2'-ethylhexyl-l'-oxy)-1,3,5-triazine | Ethylhexyl triazone | 5% | | |
| 17 | 胡莫柳酯 | Homosalate (INN) | Homosalate | 10% | | |
| 18 | p-甲氧基肉桂酸异戊酯 | Isopentyl-4-methoxycinnamate | Isoamyl p-methoxycinnamate | 10% | | |
| 19 | 亚甲基双-苯并三唑四甲基丁基酚 | 2,2'-Methylene bis-6-(2H-benzotriazol-2yl)-4-(tetramethyl-butyl)-1,1,3,3-phenol | Methylene bis-benzotriazolyl tetramethylbutylphenol | 10% | | |
| 20 | 奥克立林 | 2-Cyano-3,3-diphenyl acrylic acid, 2-ethylhexyl ester | Octocrylene | 10% (as acid) | | |
| 21 | 对氨基苯甲酸 | 4-Aminobenzoic acid | PABA | 5% | | |
| 22 | PEG-25 对氨基苯甲酸 | Ethoxylated ethyl-4-aminobenzoate | PEG-25 PABA | 10% | | |
| 23 | 苯基苯并咪唑磺酸及其钾、钠和三乙醇胺盐 | 2-Phenylbenzimidazole-5-sulphonic acid and its potassium, sodium, and triethanolamine salts | Phenylbenzimidazole sulfonic acid and its potassium, sodium, and triethanolamine salts | 8% (as acid) | | |
| 24 | 聚丙烯酰胺甲基亚苄基樟脑 | Polymer of N-{(2 and 4)-[(2-oxoborn-3-ylidene) methyl]benzyl} acrylamide | Polyacrylamidomethyl benzylidene camphor | 6% | | |
| 25 | 聚硅氧烷-15 | Dimethicodiethylbenzalmalonate | Polysilicon-15 | 10% | | |
| 26 | 对苯二亚甲基二樟脑磺酸 | 3,3'-(1,4-Phenylenedimethylene)bis(7,7-dimethyl-2-oxobicyclo-[2.2.1]hept-1-yl-methanesulphonic acid) and its salts | Terephthalylidene dicamphor sulfonic acid and its salts | 10% (as acid) | | |
| 27 | 二氧化钛(3) | Titantum dioxide | Titantum dioxide | 25% | | |
| 28 | 氧化锌(3) | Zinc oxide | Zinc oxide | 25% | | |

(1)  For the purposes of this specification, sunscreens are substances added to sunscreen cosmetics to filter out certain ultraviolet rays in order to protect the skin from certain harmful effects of radiation. These sunscreens may be added to other cosmetic products under the limits and conditions of use specified in this Code. Other sunscreens added to cosmetic products solely for the

purpose of protecting the product from UV damage are not included in this list, but are used in amounts proven safe by safety assessment.

(2)  This is not required on the label if the concentration is 0.5% or less and the purpose of use is only to protect the product.

(3)  When these sunscreens are used as colourants, the specific requirements are shown in Colourants Table 6.

Table 6  Restricted colourants in cosmetic components [1]

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 Various cosmetics | 2 Cosmetics other than those for the eyes | 3 Specifically for cosmetics that do not come into contact with mucous membranes | 4 Cosmetics designed for temporary contact with the skin only | |
| 1 | CI 10006 | PIGMENT GREEN 8 | Green | 颜料绿 8 | | | | + | |
| 2 | CI 10020 | ACID GREEN 1 | Green | 酸性绿 1 | | | + | | |
| 3 | CI 10316 [2] | ACID YELLOW 1 | Yellow | 酸性黄 1 | | + | | | 1-Naphthol Not more than 0.2%; 2,4-Dinitro-1-naphthol (2,4-Dinitro-1-naphthol) not more than 0.03% |
| 4 | CI 11680 | FOOD YELLOW 1 | Yellow | 食品黄 1 | | | + | | |
| 5 | CI 11710 | PIGMENT YELLOW 3 | Yellow | 颜料黄 3 | | | + | | |
| 6 | CI 11725 | PIGMENT ORANGE 1 | Orange | 颜料橙 1 | | | | + | |
| 7 | CI 11920 | FOOD ORANGE 3 | Orange | 食品橙 3 | + | | | | |
| 8 | CI 12010 | SOLVENT RED 3 | Red | 溶剂红 3 | | | + | | |

| 9 | CI 12085 [2] | PIGMENT RED 4 | Red | 颜料红 4 | | + | | | 2-Chloro-4-nitroaniline<br><br>(2-Chloro-4-nitrobenzenamine) not more than 0.3%; 2-Naphthol<br><br>(2-Naphthalenol) not more than 1%;    2,4-Dinitrophenylamine<br><br>(2,4-Dinitrobenzenamine) not more than 0.02%; 1-[(2,4-Dinitrophenyl)  ]-2-naphthol  (1-[(2,4-Dinitrophenyl)azo]-)<br><br>2-naphthalenol) not more than 0.5%; 4-[(2-chloro-4-nitrophenyl)azo]-1-naphthalenol (4-[(2-Chloro-4-nitrophenyl)azo]-1-naphthalenol) not more than 0.5%; 1-[(4-nitrophenyl)azo]-2- naphthalenol (1-[(4-Nitrophenyl)azo]-2-naphthalenol) not more than 0.3%; 1-[(4-chloro-2-nitrophenyl)azo]-2-naphthalenol (1-[(4-Chloro-2-nitrophenyl)azo]-2-naphthalenol) not more than 0.3% |
| 10 | CI 12120 | PIGMENT RED 3 | Red | 颜料红 3 | | | | + | |
| 11 | CI 12370 | PIGMENT RED 112 | Red | 颜料红 112 | | | | + | |
| 12 | CI 12420 | PIGMENT RED 7 | Red | 颜料红 7 | | | | + | Maximum concentration of 4-Chloro-o-toluidine in this colourant: 5mg/kg |
| 13 | CI 12480 | PIGMENT BROWN 1 | Brown | 颜料棕 1 | | | | + | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 Various cosmetics | 2 Cosmetics other than those for the eyes | 3 Specifically for cosmetics that do not come into contact with mucous membranes | 4 Cosmetics designed for temporary contact with the skin only | |
| 14 | CI 12490 | PIGMENT RED 5 | Red | 颜料红 5 | + | | | | |
| 15 | CI 12700 | DISPERSE YELLOW 16 | Yellow | 分散黄 16 | | | | + | |
| 16 | CI 13015 | FOOD YELLOW 2 | Yellow | 食品黄 2 | + | | | | |
| 17 | CI 14270 | ACID ORANGE 6 | Orange | 酸性橙 6 | + | | | | |
| 18 | CI 14700 | FOOD RED 1 | Red | 食品红 1 | + | | | | 5-氨基-2,4-二甲基-1-苯磺酸及其钠盐(5-Amino-2,4-dimethyl-1-benzenesulfonic acid and its sodium salt) 不超过 0.2%; 4-羟基-1-萘磺酸及其钠盐(4-Hydroxy-1-naphthalenesulfonic acid and its sodium salt) 不超过 0.2% |
| 19 | CI 14720 | FOOD RED 3 | Red | 食品红 3 | + | | | | 4-Aminonaphthalene-1-sulfonic acid and 4-Hydroxynaphthalene-1-sulfonic acid not exceeding 0.5% in total; unsulphonated aromatic primary amines not exceeding 0.01% (as aniline) ) |
| 20 | CI 14815 | FOOD RED 2 | Red | 食品红 2 | + | | | | |
| 21 | CI 15510 [2] | ACID ORANGE 7 | Orange | 酸性橙 7 | | + | | | 2-Naphthol not more than 0.4%; Sulfanilic acid, sodium salt not more than 0.2%; 4,4'-(Diazoamino)-dibenzenesulfonic acid not more than 0.1%; 4,4'-(Diazoamino)-dibenzenesulfonic acid dibenzenesulfonic acid) not more than 0.1% |

| 22 | CI 15525 | PIGMENT RED 68 | Red | 颜料红 68 | + | | | | |
| 23 | CI 15580 | PIGMENT RED 51 | Red | 颜料红 51 | + | | | | |
| 24 | CI 15620 | ACID RED 88 | Red | 酸性红 88 | | | | + | |
| 25 | CI 15630 (2) | PIGMENT RED 49 | Red | 颜料红 49 | + | | | | Maximum concentration in cosmetic products 3% |
| 26 | CI 15800 | PIGMENT RED 64 | Red | 颜料红 64 | | | + | | Aniline not more than 0.2%; Calcium 3-hydroxy-2-naphthoate<br><br>(3-Hydroxy-2-naphthoic acid, calcium salt) not more than 0.4% |
| 27 | CI 15850 (2) | PIGMENT RED 57 | Red | 颜料红 57 | + | | | | 2- 氨 基 -5- 甲 基 苯 磺 酸 钙 盐 (2-Amino-5-methylbenzensulfonic acid, calcium salt)不超过 0.2%; 3-羟基-2- 萘基羧酸钙盐(3-Hydroxy-2-naphthalene carboxylic acid, calcium salt)不超过 0.4%; 未磺化芳香伯胺不超过 0.01%(以苯胺计) |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | |
| | | | | | Various cosmetics | Cosmetics other than those for the eyes | Specifically for cosmetics that do not come into contact with mucous membranes | Cosmetics designed for temporary contact with the skin only | |
| 28 | CI 15865 [(2)] | PIGMENT RED 48 | Red | 颜料红 48 | + | | | | |
| 29 | CI 15880 | PIGMENT RED 63 | Red | 颜料红 63 | + | | | | 2-氨基-1-萘磺酸钙(2-Amino-1- naphthalenesulfonic acid, calcium salt)不超过 0.2%; 3-羟基-2-萘甲酸(3-Hydroxy-2-naphthoic acid)不超过 0.4% |
| 30 | CI 15980 | FOOD ORANGE 2 | Orange | 食品橙 2 | + | | | | |
| 31 | CI 15985 [(2)] | FOOD YELLOW 3 | Yellow | 食品黄 3 | + | | | | 4-氨基苯-1-磺酸(4-Aminobenzene-1-sulfonic acid)、3-羟基萘-2,7-二磺酸(3-Hydroxynaphthalene- 2,7-disulfonic acid)、6-羟基萘-2-磺酸(6-Hydroxynaphthalene-2-sulfonic acid)、7- 羟 基 萘 -1,3- 二 磺 酸 (7-Hydroxynaphthalene 1,3-disulfonic acid) and 4,4'-diazoaminodi(benzene sulfonic acid) in a total amount not exceeding 0.5%; 6,6 6,6'-Oxydi(2-naphthalene sulfonic acid) disodium salt not more than 1.0%; unsulphonated aromatic primary amine not more than 0.01 % (as aniline) |
| 32 | CI 16035 | FOOD RED 17 | Red | 食品红 17 | + | | | | 6-Hydroxy-2-naphthalene sulfonic acid, sodium salt, not more than 0.3%; 4-Amino-5-methoxy-2-methylbenzene 6,6'-Oxydi(2-naphthalene sulfonic acid) disodium salt (not more than 1.0%); 6,6'-Oxydi(2-naphthalene sulfonic acid) disodium salt Not more than 1.0%; Unsulphonated aromatic primary amines not exceeding 0.01% (as aniline) |

| 33 | CI 16185 | FOOD RED 9 | Red | 食品红 9 | + | | | | 4-氨基萘-1-磺酸(4-Aminonaphthalene-1-sulfonic acid)、3-羟基萘-2,7- 二磺酸(3-Hydroxynaphthalene-2,7-disulfonic acid)、6-羟基萘-2-磺酸(6-Hydroxynaphthalene-2-sulfonic acid) 、 7- 羟 基 萘 -1,3- 二 磺 酸 (7- Hydroxynaphthalene-1,3-disulfonic acid)和 7-羟基萘-1,3,6- 三磺酸(7-Hydroxy naphthalene-1,3,6- trisulfonic acid)总量不超过 0.5%; 未磺化芳香伯胺不超过 0.01%(以苯胺计) |
| 34 | CI 16230 | ACID ORANGE 10 | Orange | 酸性橙 10 | | | + | | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | |
| | | | | | Various cosmetics | Cosmetics other than those for the eyes | Specifically for cosmetics that do not come into contact with mucous membranes | Cosmetics designed for temporary contact with the skin only | |
| 35 | CI 16255 [(2)] | FOOD RED 7 | Red | 食品红 7 | + | | | | 4-氨基萘-1-磺酸(4-Aminonaphthalene-1-sulfonic acid)、3-羟基萘-2,7-二磺酸(3- Hydroxynaphthalene-2,7-disulfonic acid)、6-羟基萘-2-磺酸(6-Hydroxynaphthalene-2-sulfonic acid)、7- 羟基萘 -1,3- 二磺酸 (7-Hydroxynaphthalene 1,3-disulfonic acid) and 7-Hydroxy naphthalene-1,3,6-trisulfonic acid (not more than 0.5% in total); unsulphonated aromatic primary amines not more than 0.01% (as aniline) |
| 36 | CI 16290 | FOOD RED 8 | Red | 食品红 8 | + | | | | |
| 37 | CI 17200 [(2)] | FOOD RED 12 | Red | 食品红 12 | + | | | | 4-Amino-5-hydroxy-2,7-naphthalenedisulfonic acid, disodium salt; 4,5-dihydroxy-3-(phenylazo)-2,7-naphthalenedisulfonic acid, disodium salt; 4,5-dihydroxy-3-(phenylazo)-2,7-naphthalenedisulfonic acid, disodium salt; 4,5-dihydroxy-3-(phenylazo)-2,7-naphthalenedisulfonic acid, disodium salt; 4,5-dihydroxy-3-(phenylazo)-2,7-naphthalenedisulfonic acid, disodium salt 4,5-Dihydroxy-3-(phenylazo)-2,7-naphthalenedisulfonic acid, disodium salt Not more than 3%; Aniline Not more than 25mg/kg; 4-aminoazobenzene Not more than 0.3%; 4,5-Dihydroxy-3-(phenylazo)-2,7-naphthalenedisulfonic acid, disodium salt Not more than 0.3%; 4,5-Dihydroxy-3-(phenylazo)-2,7-naphthalenedisulfonic acid, disodium salt Aminoazobenzene not more than 100g/kg; 1,3-Diphenyltriazene not more than 125g/kg; 4-Aminobiphenyl not more than 275 g/kg; |

| | | | | | | | | | Azobenzene not more than 1mg/kg; Benzidine not more than 20g/kg |
|---|---|---|---|---|---|---|---|---|---|
| 38 | CI 18050 | FOOD RED 10 | Red | 食品红 10 | | | | + | 5-Acetamido-4-hydroxynaphthalene-2,7-disulfonic acid and 5-Amino-4-hydroxynaphthalene-2,7-disulfonic acid in a total quantity of not more than 0.5%; unsulphonated aromatic primary amines not more than 0.01% (as aniline). not more than 0.5% in total; not more than 0.01% (as aniline) of unsulphonated aromatic primary amines) |
| 39 | CI 18130 | ACID RED 155 | Red | 酸性红 155 | | | | | + |
| 40 | CI 18690 | ACID YELLOW 121 | Yellow | 酸性黄 121 | | | | | + |
| 41 | CI 18736 | ACID RED 180 | Red | 酸性红 180 | | | | | + |
| 42 | CI 18820 | ACID YELLOW 11 | Yellow | 酸性黄 11 | | | | | + |
| 43 | CI 18965 | FOOD YELLOW 5 | Yellow | 食品黄 5 | + | | | | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | |
| | | | | | Various cosmetics | Cosmetics other than those for the eyes | Specifically for cosmetics that do not come into contact with mucous membranes | Cosmetics designed for temporary contact with the skin only | |
| 44 | CI 19140 [2] | FOOD YELLOW 4 | Yellow | 食品黄 4 | + | | | | 4-Hydrazinobenzene sulfonic acid; 4-Aminobenzene; 4-Hydrazinobenzene sulfonic acid 1-sulfonic acid (4-Aminobenzene-1-sulfonic acid), 5-Oxo-1-(4-sulfophenyl)-2-pyrazoline-3-carboxylic acid (5-Oxo-1-(4-sulfophenyl)-2-pyrazoline-3-carboxylic acid), 4,4 4,4'-Diazoaminodi(benzene sulfonic acid) and Tetrahydroxy succinic acid in a total amount not exceeding 0.5%; unsulphonated aromatic Not more than 0.01% by weight of aniline |
| 45 | CI 20040 | PIGMENT YELLOW 16 | Yellow | 颜料黄 16 | | | | + | Maximum concentration of 3,3'-dimethylbenzidine in this colourant: 5mg/kg |
| 46 | CI 20470 | ACID BLACK 1 | Black | 酸性黑 1 | | | | + | |
| 47 | CI 21100 | PIGMENT YELLOW 13 | Yellow | 颜料黄 13 | | | | + | Maximum concentration of 3,3'-dimethylbenzidine in this colourant: 5mg/kg |
| 48 | CI 21108 | PIGMENT YELLOW 83 | Yellow | 颜料黄 83 | | | | + | Maximum concentration of 3,3'-dimethylbenzidine in this colourant: 5mg/kg |
| 49 | CI 21230 | SOLVEN TYELLOW 29 | Yellow | 溶剂黄 29 | | | + | | |
| 50 | CI 24790 | ACID RED 163 | Red | 酸性红 163 | | | + | | |

| 51 | CI 27755 | FOOD BLACK 2 | Black | 食品黑 2 | + | | | | |
| 52 | CI 28440 | FOOD BLACK 1 | Black | 食品黑 1 | + | | | | 4-Acetamido-5-hydroxy naphthalene-1,7-disulfonic acid, 4-Amino-5-hydroxy naphthalene-1,7-disulfonic acid, 8-Aminonaphthalene-2-sulfonic acid and 4,4'-bis-azoamines. disulfonic acid, 8-Aminonaphthalene-2-sulfonic acid and 4,4'-diazoaminodiphenyl sulfonic acid. diazoaminodi-(benzenesulfonic acid) not more than 0.8% in total; unsulphonated aromatic primary amines not more than 0.01% (as aniline) |
| 53 | CI 40215 | DIRECT ORANGE 39 | Orange | 直接橙 39 | | | | + | |
| 54 | CI 40800 | FOOD ORANGE 5 | Orange | 食品橙 5 | + | | | | |
| 55 | CI 40820 | FOOD ORANGE 6 | Orange | 食品橙 6 | + | | | | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | |
| | | | | | Various cosmetics | Cosmetics other than those for the eyes | Specifically for cosmetics that do not come into contact with mucous membranes | Cosmetics designed for temporary contact with the skin only | |
| 56 | CI 40825 | FOOD ORANGE 7 | Orange | 食品橙 7 | + | | | | |
| 57 | CI 40850 | FOOD ORANGE 8 | Orange | 食品橙 8 | + | | | | |
| 58 | CI 42045 | ACID BLUE 1 | Blue | 酸性蓝 1 | | | + | | |
| 59 | CI 42051 [(2)] | FOOD BLUE 5 | Blue | 食品蓝 5 | + | | | | 3-Hydroxy benzaldehyde, 3-Hydroxy benzoic acid, 3-Hydroxy-4-sulfobenzoic acid and N,N Not more than 0.5% total diethylamino benzenesulfonic acid; not more than 4.0% colourless parent (Leuco base); not more than 0.01% unsulphonated aromatic primary amine (as aniline) |
| 60 | CI 42053 | FOOD GREEN 3 | Green | 食品绿 3 | + | | | | 无色母体(Leuco base)不超过 5%; 2-,3-,4-甲酰基苯磺酸及其钠盐 (2-,3-,4-Formylbenzenesulfonic acids and their sodium salts)总量不超过 0.5%; 3-和 4-[乙基(4-磺苯基)氨基]甲基苯磺酸及其二钠盐(3- and 4-[(Ethyl(4-sulfophenyl)amino)methyl]benzenesulfonic acid and its disodium salts) 总量不超过 0.3%; 2- 甲酸基-5- 羟基苯磺酸及其钠盐(2-Formyl-5- hydroxybenzenesulfonic acid and its sodium salt) 不超过 0.5% |
| 61 | CI 42080 | ACID BLUE 7 | Blue | 酸性蓝 7 | | | | + | |

| 62 | CI 42090 | FOOD BLUE 2 | Blue | 食品蓝 2 | + | | | | 2-,3- and 4-Formyl benzene sulfonic acids, not more than 1.5% total; 3-(Ethyl(4-sulfophenyl)amino)methyl benzene sulfonic acid) not more than 0.3%; colourless parent (Leuco base) not more than 5.0%; unsulphonated aromatic primary amines not more than 0.01% (as aniline) |
| 63 | CI 42100 | ACID GREEN 9 | Green | 酸性绿 9 | | | | + | |
| 64 | CI 42170 | ACID GREEN 22 | Green | 酸性绿 22 | | | | + | |
| 65 | CI 42510 | BASIC VIOLET 14 | Purple | 碱性紫 14 | | | + | | |
| 66 | CI 42520 | BASIC VIOLET 2 | Purple | 碱性紫 2 | | | | + | Maximum concentration in cosmetic products 5mg/kg |
| 67 | CI 42735 | ACID BLUE 104 | Blue | 酸性蓝 104 | | | + | | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 Various cosmetics | 2 Cosmetics other than those for the eyes | 3 Specifically for cosmetics that do not come into contact with mucous membranes | 4 Cosmetics designed for temporary contact with the skin only | |
| 68 | CI 44045 | BASIC BLUE 26 | Blue | 碱性蓝 26 | | | + | | |
| 69 | CI 44090 | FOOD GREEN 4 | Green | 食品绿 4 | + | | | | 4,4'-Bis(dimethylamino) benzhydryl alcohol not more than 0.1%; 4,4'-bis(dimethylamino) benzophenone 4,4'-Bis(dimethylamino) benzophenone) not more than 0.1%; 3-Hydroxynaphthalene-2,7- disulfonic acid not more than 0.2%; colourless parent ( Leuco base) not more than 5.0%; Unsulphonated aromatic primary amine not more than 0.01% (as aniline) |
| 70 | CI 45100 | ACID RED 52 | Red | 酸性红 52 | | | | + | |
| 71 | CI 45190 | ACID VIOLET 9 | Purple | 酸性紫 9 | | | | + | |
| 72 | CI 45220 | ACID RED 50 | Red | 酸性红 50 | | | | + | |
| 73 | CI 45350 | ACID YELLOW 73 | Yellow | 酸性黄 73 | + | | | | Maximum concentration in cosmetics 6%; Resorcinol not more than 0.5%; Phthalic acid not more than 1%; 2-(2,4-Dihydroxybenzoyl) benzoic acid not more than 0.5% |
| 74 | CI 45370 [2] | ACID ORANGE 11 | Orange | 酸性橙 11 | + | | | | 2-(6-Hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid, not more than 1%; 2-(Bromo-6-hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid, not more than 2%. (Bromo-6- hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid) not more than 2% |

| 75 | CI 45380 [2] | ACID RED 87 | Red | 酸性红 87 | + | | | | 2-(6-Hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid, not more than 1%; 2-(Bromo-6-hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid (Bromo-6- hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid) not more than 2%; 2-(Bromo-6-hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid |
| 76 | CI 45396 | SOLVEN TORANGE 16 | Orange | 溶剂橙 16 | + | | | | For lipstick, only the free (acidic) form of the colourant is permitted, and the maximum concentration is 1%. |
| 77 | CI 45405 | ACID RED 98 | Red | 酸性红 98 | | + | | | 2-(6-Hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid, not more than 1%; 2-(Bromo-6-hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid (Bromo-6- hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid) not more than 2%; 2-(Bromo-6-hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid |
| 78 | CI 45410 [2] | ACID RED 92 | Red | 酸性红 92 | + | | | | 2-(6-Hydroxy-3-oxo-3H-occupant-9-yl) benzoic acid |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 Various cosmetics | 2 Cosmetics other than those for the eyes | 3 Specifically for cosmetics that do not come into contact with mucous membranes | 4 Cosmetics designed for temporary contact with the skin only | |
| | | | | | | | | | (2-(6-Hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid) not more than 1%; 2-(Bromo-6-hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid (2-(Bromo-6-hydroxy-3-oxo-3H-xanthen-9-yl)benzoic acid) not more than 2% |
| 79 | CI 45425 | ACID RED 95 | Red | 酸性红 95 | + | | | | Triiodoresorcinol not more than 0.2%; 2-(2,4-dihydroxy-3,5-dicarbonylbenzoyl) benzoic acid (2-(2,4-dihydroxy-3,5-carbonyl)benzoic acid) -dioxobenzoyl) benzoic acid) not more than 0.2% |
| 80 | CI 45430 [(2)] | FOOD RED 14 | Red | 食品红 14 | + | | | | Triiodoresorcinol not more than 0.2%; 2-(2,4-dihydroxy-3,5-dicarbonylbenzoyl) benzoic acid not more than 0.2%; 2-(2,4-dihydroxy-3,5-dioxobenzoyl) benzoic acid |
| 81 | CI 47000 | SOLVENT YELLOW 33 | Yellow | 溶剂黄 33 | | | + | | Phthalic acid not more than 0.3%; 2-Methylquinoline (Quinaldine) not more than 0.2% |
| 82 | CI 47005 | FOOD YELLOW 13 | Yellow | 食品黄 13 | + | | | | 2-methylquinoline, 2-methylquinoline sulfonic acid, phthalic acid, 2,6-dimethyl quinoline and 2,6-dimethyl quinoline 2-(2-quinolinyl)2,3-dihydro-1,3-indane-1,3-dione  4mg/kg; Unsulphonated aromatic primary amine not more than 0.01% (as aniline) |
| 83 | CI 50325 | ACID VIOLET 50 | Purple | 酸性紫 50 | | | + | | |

| 84 | CI 50420 | ACID BLACK 2 | Black | 酸性黑 2 | | | + | | |
| 85 | CI 51319 | PIGMENT VIOLET 23 | Purple | 颜料紫 23 | | | | + | |
| 86 | CI 58000 | PIGMENT RED 83 | Red | 颜料红 83 | + | | | | |
| 87 | CI 59040 | SOLVENT GREEN 7 | Green | 溶剂绿 7 | | | + | | 1,3,6- 芘三磺 酸三钠 (Trisodium salt of 1,3,6-pyrene trisulfonic acid) 不超过 6%; 1,3,6,8- 芘四磺酸四钠 (Tetrasodium salt of 1,3,6,8-pyrene tetrasulfonic acid) 不 超 过 1%; 芘(Pyrene)不超过 0.2% |
| 88 | CI 60724 | DISPERSE VIOLET 27 | Purple | 分散紫 27 | | | | + | |
| 89 | CI 60725 | SOLVENT VIOLET 13 | Purple | 溶剂紫 13 | + | | | | p-Toluidine not more than 0.2%; 1-Hydroxy-9,10-anthracenedione not more than 0.5%; 1,4-dihydroxy |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 Various cosmetics | 2 Cosmetics other than those for the eyes | 3 Specifically for cosmetics that do not come into contact with mucous membranes | 4 Cosmetics designed for temporary contact with the skin only | |
| | | | | | | | | | 1,4-Dihydroxy-9,10-anthracenedione (1,4-Dihydroxy-9,10-anthracenedione) not more than 0.5% |
| 90 | CI 60730 | ACID VIOLET 43 | Purple | 酸性紫 43 | | | + | | 1-Hydroxy-9,10-anthracenedione not more than 0.2%; 1,4-dihydroxy-9,10-anthracenedione anthracenedione) not more than 0.2%; *p-Toluidine* (p-Toluidine) not more than 0.1%; p-Toluidine sulfonic acids (sodium salts) not more than 0.2% |
| 91 | CI 61565 | SOLVENT GREEN 3 | Green | 溶剂绿 3 | + | | | | p-Toluidine Not more than 0.1%; 1,4-Dihydroxyanthraquinone Not more than 0.2%; 1-Hydroxy-4-[(4-methyl phenyl)amino]-9,10-anthracenedione Not more than 5%; 1-Hydroxy-4-[(4-methyl phenyl)amino]-9,10-anthracenedione 1-Hydroxy-4-[(4-methyl phenyl)amino]-9,10-anthracenedione (not more than 5%) |
| 92 | CI 61570 | ACID GREEN 25 | Green | 酸性绿 25 | + | | | | 1,4-Dihydroxy anthraquinone Not to exceed 2-Amino-m-toluene sulfonic acid; 0.2%; 2-Amino-m-toluene sulfonic acid acid) not more than 0.2% |
| 93 | CI 61585 | ACID BLUE 80 | Blue | 酸性蓝 80 | | | | + | |
| 94 | CI 62045 | ACID BLUE 62 | Blue | 酸性蓝 62 | | | | + | |
| 95 | CI 69800 | FOOD BLUE 4 | Blue | 食品蓝 4 | + | | | | |

| 96 | CI 69825 | VAT BLUE 6 | Blue | 还原蓝 6 | + | | | | |
|----|----------|------------|------|---------|---|---|---|---|---|
| 97 | CI 71105 | VAT ORANGE 7 | Orange | 还原橙 7 | | | + | | |
| 98 | CI 73000 | VAT BLUE 1 | Blue | 还原蓝 1 | + | | | | |
| 99 | CI 73015 | FOOD BLUE 1 | Blue | 食品蓝 1 | + | | | | Isatin-5-sulfonic acid, 5-Sulfoanthranilic acid and Anthranilic acid in a total amount not exceeding 0.5%; unsulphonated aromatic primary amines not exceeding 0.01% (as aniline) |
| 100 | CI 73360 | VAT RED 1 | Red | 还原红 1 | + | | | | |
| 101 | CI 73385 | VAT VIOLET 2 | Purple | 还原紫 2 | + | | | | |
| 102 | CI 73900 | PIGMENT VIOLET 19 | Purple | 颜料紫 19 | | | | + | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 Various cosmetics | 2 Cosmetics other than those for the eyes | 3 Specifically for cosmetics that do not come into contact with mucous membranes | 4 Cosmetics designed for temporary contact with the skin only | |
| 103 | CI 73915 | PIGMENT RED 122 | Red | 颜料红 122 | | | | + | |
| 104 | CI 74100 | PIGMENT BLUE 16 | Blue | 颜料蓝 16 | | | | + | |
| 105 | CI 74160 | PIGMENT BLUE 15 | Blue | 颜料蓝 15 | + | | | | |
| 106 | CI 74180 | DIRECT BLUE 86 | Blue | 直接蓝 86 | | | | + | |
| 107 | CI 74260 | PIGMENT GREEN 7 | Green | 颜料绿 7 | | + | | | |
| 108 | CI 75100 | NATURAL YELLOW 6 | Yellow | 天然黄 6 | + | | | | |
| 109 | CI 75120 | NATURAL ORANGE 4 | Orange | 天然橙 4 | + | | | | |
| 110 | CI 75125 | NATURAL YELLOW 27 | Yellow | 天然黄 27 | + | | | | |
| 111 | CI 75130 | NATURAL YELLOW 26 | Orange | 天然黄 26 | + | | | | |
| 112 | CI 75135 | RUBIXANTHIN | Yellow | 玉红黄 | + | | | | |
| 113 | CI 75170 | NATURAL WHITE 1 | White | 天然白 1 | + | | | | |
| 114 | CI 75300 | NATURAL YELLOW 3 | Yellow | 天然黄 3 | + | | | | |
| 115 | CI 75470 | NATURAL RED 4 | Red | 天然红 4 | + | | | | |

| 116 | CI 75810 | NATURAL GREEN 3 | Green | 天然绿 3 | + | | | | |
| 117 | CI 77000 | PIGMENT METAL 1 | White | 颜料金属 1 (铝, Al) | + | | | | |
| 118 | CI 77002 | PIGMENT WHITE 24 | White | 颜料白 24 | + | | | | |
| 119 | CI 77004 | PIGMENT WHITE 19 | White | 颜料白 19 | + | | | | |
| 120 | CI 77007 | PIGMENT BLUE 29 | Blue | 颜料蓝 29 | + | | | | |
| 121 | CI 77015 | PIGMENT RED 101, 102 | Red | 颜料红 101, 102 (氧化铁着色的硅酸镁) | + | | | | |
| 122 | CI 77019 | PIGMENT WHITE 20 | White | 颜料白 20(云母) | + | | | | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | |
| | | | | | Various cosmetics | Cosmetics other than those for the eyes | Specifically for cosmetics that do not come into contact with mucous membranes | Cosmetics designed for temporary contact with the skin only | |
| 123 | CI 77120 | PIGMENT WHITE 21, 22 | White | 颜料白 21, 22 (硫酸钡, BaSO₄) | + | | | | |
| 124 | CI 77163 | PIGMENT WHITE 14 | White | 颜料白 14 (氯氧化铋, BiOCl) | + | | | | |
| 125 | CI 77220 | PIGMENT WHITE 18 | White | 颜料白 18 (碳酸钙, CaCO₃) | + | | | | |
| 126 | CI 77231 | PIGMENT WHITE 25 | White | 颜料白 25 (硫酸钙, CaSO₄) | + | | | | |
| 127 | CI 77266 | PIGMENT BLACK 6,7 | Black | 颜料黑 6, 7 | + | | | | Polycyclic aromatic hydrocarbon limit: 1g of colourant sample plus 10g of cyclohexane, the extract should be colourless and the fluorescence intensity under UV light should not exceed that of a control solution of quinine sulfate (0.1g of quinine sulfate dissolved in 1000mL of 0.01mol/L sulphuric acid) |
| 128 | CI 77267 | PIGMENT BLACK 9 | Black | 颜料黑 9 | + | | | | |
| 129 | CI 77268:1 | FOOD BLACK 3 | Black | 食品黑 3 | + | | | | |
| 130 | CI 77288 | PIGMENT GREEN 17 | Green | 颜料绿 17 (三氧化二铬, Cr₂O₃) | + | | | | No free chromate ions |
| 131 | CI 77289 | PIGMENT GREEN 18 | Green | 颜料绿 18 | + | | | | No free chromate ions |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | $(Cr_2O(OH)_4)$ | + | | | |
| 132 | CI 77346 | PIGMENT BLUE 28 | Blue | 颜料蓝 28 | + | | | |
| 133 | CI 77400 | PIGMENT METAL 2 | Brown | 颜料金属 2 (铜, Cu) | + | | | |
| 134 | CI 77480 | PIGMENT METAL 3 | Brown | 颜料金属 3 (金, Au) | + | | | |
| 135 | CI 77489 | FERROUS OXIDE | Orange | 氧化亚铁, FeO | + | | | |
| 136 | CI 77491 | PIGMENT RED 101, 102 | Red | 颜料红 101, 102 (氧化铁, $Fe_2O_3$) | + | | | |
| 137 | CI 77492 | PIGMRNT YELLOW 42, 43 | Yellow | 颜料黄 42, 43 (FeO(OH).$nH_2O$) | + | | | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | |
| | | | | | Various cosmetics | Cosmetics other than those for the eyes | Specifically for cosmetics that do not come into contact with mucous membranes | Cosmetics designed for temporary contact with the skin only | |
| 138 | CI 77499 | PIGMENT BLACK 11 | Black | 颜料黑 11 (FeO+Fe$_2$O$_3$) | + | | | | |
| 139 | CI 77510 | PIGMENT BLUE 27 | Blue | 颜料蓝 27 (Fe$_4$(Fe(CN)$_6$)$_3$+FeNH$_4$Fe(CN)$_6$) | + | | | | Cyanide ion free |
| 140 | CI 77713 | PIGMENT WHITE 18 | White | 颜料白 18 (碳酸锰, MnCO$_3$) | + | | | | |
| 141 | CI 77718 | PIGMENT WHITE 26 | White | 颜料白 26(滑石) | + | | | | |
| 142 | CI 77742 | PIGMENT VIOLET 16 | Purple | 颜料紫 16 ((NH$_4$)$_2$MnP$_2$O$_7$) | + | | | | |
| 143 | CI 77745 | MANGANESE PHOSPHATE | Red | 磷酸锰, Mn$_3$(PO$_4$)$_2$.7H$_2$O | + | | | | |
| 144 | CI 77820 | SILVER | White | 银, Ag | + | | | | |
| 145 | CI 77891[3] | PIGMENT WHITE 6 | White | 颜料白 6 (二氧化钛, TiO$_2$) | + | | | | |
| 146 | CI 77947[3] | PIGMENT WHITE 4 | White | 颜料白 4 (氧化锌, ZnO) | + | | | | |
| 147 | | ACID RED 195 | Red | 酸性红 195 | | | + | | |

120

| 148 | | ALUMINUM, ZINC, MAGNESINM and CALCIUM STEARATE | White | 硬脂酸铝、锌、镁、钙盐 | + | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 149 | | ANTHOCYANINS | Red | 花色素苷 | + | | | | |
| 150 | | BEET ROOT RED | Red | 甜菜根红 | + | | | | |
| 151 | | BROMOCRESOL GREEN | Green | 溴甲酚绿 | | | | + | |
| 152 | | BROMOTHYMOL BLUE | Blue | 溴百里酚蓝 | | | | + | |
| 153 | | CAPSANTHIN, CAPSORUBIN | Orange | 辣椒红 | + | | | | |

| No. | Colourant index number (Color Index) | Colorant Index Generic Name (C.I. generic name) | Colour | Colorant Index Common Chinese Name | Permissible range of use | | | | Other restrictions and requirements |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 Various cosmetics | 2 Cosmetics other than those for the eyes | 3 Specifically for cosmetics that do not come into contact with mucous membranes | 4 Cosmetics designed for temporary contact with the skin only | |
| 154 | | CARAMEL | Brown | 焦糖 | + | | | | |
| 155 | | LACTOFLAVIN | Yellow | 乳黄素 | + | | | | |
| 156 | | SORGHUM RED | Coffee | 高粱红 | | + | | | |

(1) a Salts and colour deposits formed by the colouring agents listed in a are also permitted with substances not included in Schedule 2 of the Prohibited Substances.

  b Colourants with more than one salt are indicated by a number after a colon, e.g. 15850:1, 15850:2. If not specified, the common Chinese Name is taken as the main name without the colon. If there is more than one common Chinese Name, the name with "food" is used.

(2)  Insoluble barium, strontium, zirconium precipitates, salts and pigments are also permitted for these colourants, which must pass an insolubility test.

(3)  When these colourants are used as sunscreens, the specific requirements are listed in Table 5 of the sunscreens.

Table 7   Temporary permission to use hair dyes in cosmetic components [1]

(in alphabetical order by INCI name)

| No. | Name of substance | | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | Conditions of use and precautions that must be printed on the label |
|---|---|---|---|---|---|
| | Chinese Name | INCI Name | | | |
| 1 | 1,3-双-(2,4-二氨基苯氧基)丙烷 HCl | 1,3-Bis-(2,4-diaminophenoxy) propane HCl | 2.0 (in free base) | When used in combination with oxidised milk, the maximum concentration should be 1.0%. | |
| 2 | 1,3-双-(2,4-二氨基苯氧基)丙烷 | 1,3-Bis-(2,4-diaminophenoxy) propane | 2.0 | When used in combination with oxidised milk, the maximum concentration should be 1.0%. | |
| 3 | 1,5-萘二酚(CI76625) | 1,5-Naphthalenediol | 1.0 | When mixed with oxidised milk, the maximum concentration should be 0.5%. | |
| 4 | 1-羟乙基 4,5-二氨基吡唑硫酸盐 | 1-Hydroxyethyl   4,5-Diaminopyrazole sulfate | 2.25 | When mixed with Milk Oxide, the maximum concentration should be 1.125%. | |
| 5 | 1-萘酚(CI76605) | 1-Naphthol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | Contains 1-naphthol |
| 6 | 2,4-二氨基苯酚 [2] | 2,4-Diaminophenol | 10.0 | | Diaminophenol containing |
| 7 | 2,4-二氨基苯酚 HCl [2] | 2,4-Diaminophenol HCl | 10.0 (in free base) | | Diaminophenol containing |
| 8 | 2,4-二氨基苯氧基乙醇HCl | 2,4-Diaminophenoxyethanol HCl | 4.0 (in free base) | When mixed with Milk Oxide, the maximum concentration should be 2.0%. | |
| 9 | 2,4-二氨基苯氧基乙醇硫酸盐 | 2,4-Diaminophenoxyethanol sulfate | 4.0 (in free base) | When mixed with Milk Oxide, the maximum concentration should be 2.0%. | |
| 10 | 2,6-二氨基吡啶 | 2,6-Diaminopyridine | 0.004 | When mixed with milk oxide, the maximum concentration should be 0.002%. | |
| 11 | 2,6-二氨基吡啶硫酸盐 | 2,6-Diaminopyridine sulfate | 0.004 (in free base) | When mixed with milk oxide, the maximum concentration should be 0.002%. | |

123

| 12 | 2,6-二羟乙基氨基甲苯 | 2,6-Dihydroxyethylaminotoluene | 2.0 | When mixed with Milk Oxide, the maximum concentration should be 1.0%. | |
| 13 | 2,6-二甲氧基-3,5-吡啶二胺 HCl | 2,6-Dimethoxy-3,5-pyridinediamine HCl | 0.5 | When mixed with oxidised milk, the maximum concentration should be 0.25%. | |
| 14 | 2,7-萘二酚(CI76645) | 2,7-Naphthalenediol | 1.0 | When mixed with oxidised milk, the maximum concentration should be 0.5%. | |
| 15 | 2-氨基-3-羟基吡啶 | 2-Amino-3-hydroxypyridine | 0.6 | When mixed with oxidised milk, the maximum concentration should be 0.3%. | |
| 16 | 2-氨基-4-羟乙氨基茴香醚 | 2-Amino-4-hydroxyethylaminoanisole | 3.0 | When mixed with oxidised milk, the maximum concentration should be 1.5%. | |
| 17 | 2-氨基-4-羟乙氨基茴香醚硫酸盐 | 2-Amino-4-hydroxyethylaminoanisole sulfate | 3.0 (in free base) | When mixed with oxidised milk, the maximum concentration should be 1.5%. | |
| 18 | 2-氨基-6-氯-4-硝基苯酚 | 2-Amino-6-chloro-4-nitrophenol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 19 | 2-氨基-6-氯-4-硝基苯酚HCl | 2-Amino-6-chloro-4-nitrophenol HCL | 2.0 (in free base) | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 20 | 2-氯-*p*-苯二胺 | 2-Chloro-p-phenylenediamine | 0.1 | When mixed with oxidised milk, the maximum concentration should be 0.05%. | |
| 21 | 2-氯-*p*-苯二胺硫酸盐 | 2-Chloro-p-phenylenediamine sulfate | 1.0 | When mixed with milk oxide, the maximum concentration should be 0.5%. | |

| No. | Name of substance | | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | Conditions of use and precautions that must be printed on the label |
|---|---|---|---|---|---|
| | Chinese Name | INCI Name | | | |
| 22 | 2-羟乙基苦氨酸 | 2-Hydroxyethyl picramic acid | (a) 3.0 (b) 2.0[3] | When mixed with oxidised milk, the maximum concentration should be 1.5%. | |
| 23 | 2-甲基-5-羟乙氨基苯酚 | 2-Methyl-5-hydroxyethylaminophenol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 24 | 2-甲基雷琐辛 | 2-Methylresorcinol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | Containing 2-Methylresorcin |
| 25 | 2-硝基-*p*-苯二胺 | 2-Nitro-p-phenylenediamine | 0.3 | When mixed with oxidised milk, the maximum concentration should be 0.15%. | |
| 26 | 2-硝基-*p*-苯二胺 2HCl | 2-Nitro-p-phenylenediamine dihydrochloride | 0.3 (in free base) | When mixed with oxidised milk, the maximum concentration should be 0.15%. | |
| 27 | 2-硝基-*p*-苯二胺硫酸盐 | 2-Nitro-p-phenylenediamine sulfate | 0.3 (in free base) | When mixed with oxidised milk, the maximum concentration should be 0.15%. | |
| 28 | 3-硝基-4-羟乙氨基苯酚 | 3-Nitro-p-hydroxyethylaminophenol | 6.0 | When mixed with Milk Oxide, the maximum concentration should be 3.0%. | |
| 29 | 4,4'-二氨基二苯胺[2] | 4,4'-Diaminodiphenylamine | 6.0 | | Phenylenediamine containing |
| 30 | 4,4'-二氨基二苯胺硫酸盐[2] | 4,4'-Diaminodiphenylamine sulfate | 6.0 (in free base) | | Phenylenediamine containing |
| 31 | 4-氨基-2-羟基甲苯 | 4-Amino-2-hydroxytoluene | 3.0 | When mixed with milk oxide, the maximum concentration should be 1.5%. | |
| 32 | 4-氨基-3-硝基苯酚 | 4-Amino-3-nitrophenol | 3.0 | When mixed with oxidised milk, the maximum concentration should be 1.5%. | |
| 33 | 4-氨基-*m*-甲酚 | 4-Amino-m-cresol | 3.0 | When mixed with milk oxide, the maximum concentration should be 1.5%. | |

| 34 | 4-氯雷琐辛 | 4-Chlororesorcinol | 1.0 | When mixed with milk oxide, the maximum concentration should be 0.5%. | |
| 35 | 4-羟丙氨基-3-硝基苯酚 | 4-Hydroxypropylamino-3-nitrophenol | (a) 5.2 (b) 2.6[3] | When mixed with oxidised milk, the maximum concentration should be 2.6%. | |
| 36 | 4-硝基-*o*-苯二胺 | 4-Nitro-o-phenylenediamine | 1.0 | When mixed with milk oxide, the maximum concentration should be 0.5%. | |
| 37 | 4-硝基-*o*-苯二胺硫酸盐 | 4-Nitro-o-phenylenediamine sulfate | 1.0 (in free base) | When mixed with milk oxide, the maximum concentration should be 0.5%. | |
| 38 | 5-氨基-4-氯-*o*-甲酚 | 5-Amino-4-chloro-o-cresol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 39 | 5-氨基-6-氯-*o*-甲酚 | 5-Amino-6-chloro-o-cresol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 40 | 6-氨基-*m*-甲酚 | 6-Amino-m-cresol | 2.4 | When mixed with milk oxide, the maximum concentration should be 1.2%. | |
| 41 | 6-氨基-*o*-甲酚 | 6-Amino-o-cresol | 3.0 | When mixed with milk oxide, the maximum concentration should be 1.5%. | |
| 42 | 6-羟基吲哚 | 6-Hydroxyindole | 1.0 | When mixed with oxidised milk, the maximum concentration should be 0.5%. | |
| 43 | 6-甲氧基-2-甲氨基-3-氨基吡啶 HCl (HC 蓝 7 号) | 6-Methoxy-2-methylamino-3-aminopyridine HCl | 2.0 | When mixed with Milk Oxide, the maximum concentration should be 1.0%. | |
| 44 | 酸性橙3号(CI10385) | Acid Orange 3 | 0.2 | | |

| No. | Name of substance | | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | Conditions of use and precautions that must be printed on the label |
| --- | --- | --- | --- | --- | --- |
| | Chinese Name | INCI Name | | | |
| 45 | 酸性紫43号(CI60730) | Acid Violet 43 | 1.0 | The purity of the dyestuff used must not be <80%, and the impurity content must meet the following requirements: volatile components (135°C) and chlorides and sulphates (as sodium salts) <18%, water insoluble matter must not be <0.4%, 1-hydroxy -9,10-anthracenedione (1-hydroxy-9,10-anthracenedione) Less than 0.2%, p-甲苯胺(p-toluidine)小于0.1%, p-甲苯胺磺酸钠(p-tolluidine sulfonic acids, sodium salts)小于0.2%, 其它染料 (subsidiary colors) 小于1%, 铅小于20mg/kg, 砷小于3mg/kg, 汞小于1mg/kg | |
| 46 | 碱性蓝26号(CI44045) | Basic Blue 26 | 0.5 | When mixed with milk oxide, the maximum concentration should be 0.25%. | |
| 47 | 碱性橙 31 号 | Basic orange 31 | 0.2 | When mixed with oxidised milk, the maximum concentration should be 0.1%. | |
| 48 | 碱性红 51 号 | Basic red 51 | 0.2 | When mixed with oxidised milk, the maximum concentration should be 0.1%. | |
| 49 | 碱性红 76 号(CI12245) | Basic red 76 | 2.0 | | |
| 50 | 碱性紫14号(CI42510) | Basic Violet 14 | 0.3 | When mixed with milk oxide, the maximum concentration should be 0.15%. | |
| 51 | 碱性黄 87 号 | Basic yellow 87 | 0.2 | When mixed with oxidised milk, the maximum concentration should be 0.1%. | |
| 52 | 分散黑 9 号 | Disperse Black 9 | 0.4 | | |
| 53 | 分散紫1号 | Disperse Violet 1 | 1.0 | When mixed with milk oxide, the maximum | |

| | | | | concentration should be 0.5%. | |
|---|---|---|---|---|---|
| 54 | 分散紫4号(CI61105) | Disperse violet 4 | 0.08 | When mixed with oxidised milk, the maximum concentration should be 0.04%. | |
| 55 | HC橙1号 | HC Orange No.1 | 3.0 | | |
| 56 | HC红1号 | HC Red No.1 | 0.5 | | |
| 57 | HC红3号 | HC Red No.3 | 0.5 | The free diethanolamine content in the raw material is ≤ 0.5% and must not be combined with nitrosated substances. | |
| 58 | HC黄2号 | HC Yellow No.2 | 3.0 | When mixed with milk oxide, the maximum concentration should be 1.5%. | |
| 59 | HC 黄 4 号 | HC Yellow No.4 | 3.0 | | |
| 60 | HC 黄 6 号 | HC Yellow No.6 | (a) 2.0 (b) 1.0[3] | When mixed with Milk Oxide, the maximum concentration should be 1.0%. | |
| 61 | 氢醌[4] | Hydroquinone | 0.3 | | Contains hydroquinone |
| 62 | 羟苯并吗啉 | Hydroxybenzomorpholine | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 63 | 羟乙基-2-硝基-*p*-甲苯胺 | Hydroxyethyl-2-nitro-p-toluidine | (a) 2.0 (b) 1.0[3] | When mixed with Milk Oxide, the maximum concentration should be 1.0%. | |

| No. | Name of substance | | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | Conditions of use and precautions that must be printed on the label |
|-----|-------------------|--|----------------------------------------------------------|--------------------------------------|----------------------------------------------------------------------|
| | Chinese Name | INCI Name | | | |
| 64 | 羟乙基-3,4-亚甲二氧基苯胺HCl | Hydroxyethyl-3,4-methylenedioxyaniline HCl | 3.0 | When mixed with milk oxide, the maximum concentration should be 1.5%. | |
| 65 | 羟乙基-*p*-苯二胺硫酸盐 | Hydroxyethyl-p-phenylenediamine sulfate | 3.0 | When mixed with oxidised milk, the maximum concentration should be 1.5%. | |
| 66 | 羟丙基双(*N*-羟乙基-*p*-苯二胺)HCl | Hydroxypropylbis(N-hydroxyethyl-p-phenylenediamine) HCl | 3.0 | When mixed with oxidised milk, the maximum concentration should be 1.5%. | |
| 67 | *m*-氨基苯酚 | m-Aminophenol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 68 | *m*-氨基苯酚HCl | m-Aminophenol HCl | 2.0 (in free base) | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 69 | *m*-氨基苯酚硫酸盐 | m-Aminophenol sulfate | 2.0 (in free base) | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 70 | *N*,*N*-双(2-羟乙基)-*p*-苯二胺硫酸盐 [2] | *N*,N-bis(2-hydroxyethyl)-p-phenylenediamine sulfate | 6.0 (in free base) | | Phenylenediamine containing |
| 71 | *N*,*N*-二乙基-*p*-苯二胺硫酸盐 [2] | *N*,N-diethyl-p-phenylenediamine sulfate | 6.0 (in free base) | | Phenylenediamine containing |
| 72 | *N*,*N*-二乙基甲苯-2,5-二胺HCl [2] | *N*,N-diethyltoluene-2,5-diamine HCl | 10.0 (in free base) | | Phenylenediamine containing |
| 73 | *N*,*N*-二甲基-*p*-苯二胺 [2] | *N*,N-dimethyl-p-phenylene diamine | 6.0 | | Phenylenediamine containing |
| 74 | *N*,*N*-二甲基-*p*-苯二胺硫酸盐 [2] | *N*,N-dimethyl-p-phenylenediamine sulfate | 6.0 (in free base) | | Phenylenediamine containing |
| 75 | *N*-苯基-*p*-苯二胺(CI76085) [2] | N-phenyl-p-phenylenediamine | 6.0 | | Phenylenediamine containing |

| 76 | *N*-苯基-*p*-苯二胺 HCl(CI76086) ⁽²⁾ | N-phenyl-p-phenylenediamine HCl | 6.0 (in free base) | | Phenylenediamine containing |
| 77 | *N*-苯基-*p*-苯二胺硫酸盐 ⁽²⁾ | N-phenyl-p-phenylenediamine sulfate | 6.0 (in free base) | | Phenylenediamine containing |
| 78 | *o*-氨基苯酚 | o-Aminophenol | 2.0 | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 79 | *o*-氨基苯酚硫酸盐 | o-Aminophenol sulfate | 2.0 (in free base) | When mixed with milk oxide, the maximum concentration should be 1.0%. | |
| 80 | *p*-氨基苯酚 | p-Aminophenol | 1.0 | When mixed with milk oxide, the maximum concentration should be 0.5%. | |
| 81 | *p*-氨基苯酚硫酸盐 | p-Aminophenol sulfate | 1.0 (in free base) | When mixed with milk oxide, the maximum concentration should be 0.5%. | |
| 82 | 苯基甲基吡唑啉酮 | Phenyl methyl pyrazolone | 0.5 | When mixed with milk oxide, the maximum concentration should be 0.25%. | |
| 83 | *p*-甲基氨基苯酚 | p-Methylaminophenol | 3.0 | When mixed with milk oxide, the maximum concentration should be 1.5%. | |
| 84 | *p*-甲基氨基苯酚硫酸盐 | p-Methylaminophenol sulfate | 3.0 (in free base) | When mixed with milk oxide, the maximum concentration should be 1.5%. | |
| 85 | *p*-苯二胺 ⁽²⁾ | p-Phenylenediamine | 6.0 | | Phenylenediamine containing |

| No. | Name of substance | | Maximum permissible concentration in cosmetic products | Other restrictions and requirements | Conditions of use and precautions that must be printed on the label |
|---|---|---|---|---|---|
| | Chinese Name | INCI Name | | | |
| 86 | *p*-苯二胺HCl [2] | p-Phenylenediamine HCl | 6.0 (in free base) | | Phenylenediamine containing |
| 87 | *p*-苯二胺硫酸盐 [2] | p-Phenylenediamine sulfate | 6.0 (in free base) | | Phenylenediamine containing |
| 88 | 间苯二酚[4] | Resorcinol | 5.0 | | Contains resorcinol |
| 89 | 苦氨酸钠 | Sodium picramate | 0.1 | When mixed with oxidised milk, the maximum concentration should be 0.05%. | |
| 90 | 四氨基嘧啶硫酸盐 | Tetraaminopyrimidine sulfate | 5.0 | When mixed with oxidised milk, the maximum concentration should be 2.5%. | |
| 91 | 甲苯-2,5-二胺 [2] | Toluene-2,5-diamine | 10.0 | | Phenylenediamine containing |
| 92 | 甲苯-2,5-二胺硫酸盐 [2] | Toluene-2,5-diamine sulfate | 10.0 (in free base) | | Phenylenediamine containing |
| 93 | 甲苯-3,4-二胺 [2] | Toluene-3,4-diamine | 10.0 | | Phenylenediamine containing |

(1)  The following warnings are required on all product labels: may cause allergic reactions in some individuals, skin testing should be carried out according to the instructions; should not be used to colour eyebrows or eyelashes and should be rinsed immediately if accidentally inserted into the eyes; suitable gloves should be worn for professional use.

(2)  These substances may be used individually or in combination, the sum of the ratio of the concentration of each ingredient in the cosmetic product to the maximum limit concentration specified in the table must not be greater than 1.

(3)  Maximum concentration for use as an ingredient in semi-permanent hair dyes.

(4)  These substances may be used individually or in combination, the sum of the ratio of the concentration of each ingredient in the cosmetic product to the maximum limit concentration specified in the table must not be greater than 2.

# Part II Methods of Toxicological Test

# I. **General Provisions**

**1   Scope**

This specification specifies the toxicological testing requirements for the safety evaluation of cosmetic ingredients and their products.

**2   Testing of cosmetic ingredients**

New raw materials for cosmetic products, generally requiring the following toxicological tests.

（1）Acute oral and acute percutaneous toxicity tests.

（2）Skin and acute eye irritation/corrosion tests.

（3）Skin metaplasia test.

（4）Skin phototoxicity and photosensitivity test* (this test is required for raw materials with UV absorption properties).

（5）Mutagenicity tests (at least one mutation test and one chromosomal aberration test should be included).

（6）Subchronic oral and percutaneous toxicity tests.

（7）Teratogenicity tests.

（8）Chronic toxicity/carcinogenicity combination test.

（9）Toxic metabolism and kinetic tests*.

（10）Depending on the characteristics and use of the raw material, other necessary tests may also be considered.

If the new ingredient has a similar chemical structure and properties to those already used in cosmetics, some tests may be considered for reduction.

*Test methods refer to GB7919-87 Procedures and methods for evaluating the safety of cosmetic products:

OECD Guidelines for Testing of Chemicals.

**3   Testing of cosmetic products**

3.1   Test items

In general, before a newly developed cosmetic product is placed on the market, tests should be carried out to evaluate its safety, depending on the use and type of product.

3.2   Principles for the selection of test items

3.2.1   Due to the wide range of cosmetic products, the choice of test items should be determined on a case-by-case basis.

3.2.2   Cosmetics used daily are subjected to multiple skin irritation tests, those subjected to multiple skin

irritation tests are no longer subjected to acute skin irritation tests, those used several days apart and those rinsed after use are subjected to acute skin irritation tests.

3.2.3    Acute eye irritation tests are not required for products with low potential for eye contact.

# II. Acute oral toxicity test

## 1   Scope

This specification sets out the basic principles, requirements and methods for acute oral toxicity testing in animals. This specification applies to the toxicological testing of cosmetic raw material safety.

## 2   Normative references

OECD Guidelines for Testing of Chemicals（No. 401， Feb. 1987）USEPA OPPTS Harmonized Test Guidelines（Series 870.1100, Aug. 1998）

## 3   Purpose of the test

The acute oral toxicity test is the first step in assessing the toxicity properties of cosmetic ingredients and provides information on health hazards through short oral exposure. The results of the test can be used as a basis for classification and labelling of cosmetic ingredients and for determining doses for sub-chronic toxicity tests and other toxicological tests.

## 4   Definition

4.1   Acute oral toxicity: The short-term detrimental effect on the health of an animal following a single oral administration or multiple oral administrations of a test substance over a 24h period.

4.2   Oral LD50 (Medium lethal dose): The statistical dose of a toxicant that causes the death of half of the total number of experimental animals after a single oral administration of the test substance. It is expressed as the weight per unit body weight of the test substance received (mg/kg or g/kg).

## 5   Basic principles of the test

The animals in each test group are given different doses of the test substance orally by tube feeding, one dose per group, the choice of the dose to be contaminated can be determined by pre-testing. The animals are observed for toxicity and mortality. Animals that die during the test are subjected to post-mortem examination and those that are still alive at the end of the test are executed and subjected to post-mortem examination. This method is primarily applicable to rodent studies, but can also be used for non-rodent studies.

## 6   Test method

### 6.1   Subjects

The test substance should be dissolved or suspended in a suitable medium, water is recommended as a first choice, followed by vegetable oil (e.g. corn oil) or other media (e.g. carboxymethyl cellulose, gelatine, starch, etc.) should be considered. For non-water soluble media, the toxicological properties should be known, otherwise the toxicity should be determined prior to testing. The maximum volume of liquid to be administered orally at any one time depends on the size of the animal, and is generally 1mL/100g for

rodents, up to 2mL/100g for aqueous solutions.

6.2   Laboratory animals and housing environment

Healthy adult rats and mice are preferred, but other sensitive animals may also be used. The female animals used should be non-pregnant and have not given birth. The difference in body weight between animals should not exceed 20% of the average body weight. The animals should be acclimatised in the animal house environment for at least 3-5 d prior to testing.

Laboratory animals and laboratory animal houses should comply with the corresponding national regulations. Conventional feed is selected and water is not restricted.

6.3    Dose level

Depending on the requirements of the chosen method, there should in principle be 4 to 6 dose groups of generally 10 animals each, 50/50 male and female. The spacing of the dose groups should be such as to produce a balance between toxicity and mortality, usually with a larger group spacing and a smaller number of animals for pre-testing. If the toxicity of the test substance is very low, a single limit method can be used, i.e. 10 animals (half male and half female) given an oral dose of 5000 mg/kg bw, and when no mortality is caused, multiple doses of acute oral toxicity tests can be considered.

6.4    Test procedure

6.4.1  Prior to the test, experimental animals are fasted overnight with no restriction on water intake. If other animals with high metabolic rates are used, the fasting period can be shortened.

6.4.2  For formal testing, animals are weighed and randomly grouped, then each group is given a single dose by tube feeding, or if the toxicity is estimated to be low and a single dose is too large, the animals may be given two to three doses over a 24h period, but combined as one dose. If multiple doses are administered in batches, the animals may be given a certain amount of food and water if necessary, depending on the length of the dose interval.

6.4.3  Each animal should be individually and thoroughly recorded after poisoning, with regular observation of signs of poisoning and death during the first day of poisoning, followed by a careful examination at least once a day. Keep detailed records of changes in coat and skin, eyes and mucous membranes, respiration, circulation, autonomic and central nervous system, limb movements and behaviour. Pay particular attention to the presence of tremors, convulsions, salivation, diarrhoea, lethargy and coma. The time of appearance and disappearance of signs of toxic effects and the time of death should be recorded.

6.4.4  The duration of observation is usually no more than 14 d, but is not constant and depends on the severity of the reaction, the speed of onset of symptoms and the length of the recovery period. If there are signs of delayed death, the observation period may be extended.

Surviving animals should be weighed weekly during the observation period and at the end of the observation period surviving animals should be weighed and executed for post-mortem examination.

6.4.5  Gross anatomical examination of the animals was carried out and all gross pathological changes were recorded. The animals were examined for death and survival for 24h and Orgaos that are more than 24h old and have gross pathological changes should be subjected to pathological histological examination.

6.4.6   A variety of methods can be used to determine $LD_{50}$; Horn's method, the top-down method, the probability unit-log plot method and the Kou's method are recommended.

6.5    Evaluation of test results

When evaluating the results of a test, the $LD_{50}$ should be considered in conjunction with the observed toxic effects and the post-mortem findings. The $LD_{50}$ value is the basis for classification and labelling of the toxicity of the test substance and for determining the likelihood of death in animals following ingestion through the gastrointestinal tract. The $LD_{50}$ value should always be quoted with reference to the species, sex, route of exposure and duration of observation of the experimental animal used. The evaluation should include the relationship between exposure and the incidence and severity of abnormalities (including behavioural and clinical changes, gross lesions, weight changes, lethal effects and other toxic effects) in the animal.

See Table 1 for toxicity classification.

## 7  Test reports

The test report shall include the following.

（1） Name of the test substance, physicochemical properties, method of preparation, concentration used.

（2） The species, strain and origin of the experimental animal (indicating the certificate of conformity number and animal class).

（3） The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4） The dose and grouping of animals used, the sex, number and weight range of animals used in each group.

（5） Manifestations of poisoning and death of the animal after contamination and the time of appearance, gross anatomical and pathological findings.

（6） The method for calculating $LD_{50}$.

（7） Tabulate the results and report the calculated $LD_{50}$ with its 95% confidence interval (see Table 2 for suggested tabular format).

（8） Conclusion.

## 8  Interpretation of test results

The toxicity of the subjects can be evaluated by acute oral toxicity tests and $LD_{50}$ measurements. The results are of limited validity for extrapolation to humans.

Table 1  Oral toxicity classification

| LD50 (mg/kg) | Toxicity classification |
|---|---|
| ≤ 50 | Highly toxic |
| ＞ 50-500 | Moderately toxic |
| ＞ 500 to 5000 | Low toxicity |
| ＞ 5000 | Practically non-toxic |

Table 2 Results of the acute oral toxicity test in mice

| Animal sex | Dose (mg/kg) | Number of Animals | Body weight (x±SD) (g) | | | Number of animals killed | Mortality (%) |
|---|---|---|---|---|---|---|---|
| | | | 0 day | 7 days | 14 days | | |
| | | | | | | | |

LD50 and 95% confidence interval.
Males:
Females:

# III. Acute percutaneous toxicity test

## 1   Scope

This specification sets out the basic principles, requirements and methods for acute dermal toxicity testing in animals. This specification applies to the toxicological testing of cosmetic raw material safety.

## 2   Normative references

OECD Guidelines for Testing of Chemicals（No.402，Feb. 1987）

USEPA OPPTS Harmonized Test Guidelines (Series 870.1200, Aug. 1998)

## 3   Purpose of the test

The acute dermal toxicity test determines whether the test substance can be absorbed through the skin and the short-term effects of toxic reactions, which can provide a basis for the classification and labelling of cosmetic ingredients and for determining the dose of sub-chronic toxicity tests and other toxicological tests.

## 4   Definition

4.1   Acute dermal toxicity: The effect of health damage in animals within a short period of time following a single transdermal application of the test substance.

4.2   Transdermal $_{LD50}$ (Medium lethal dose): The statistical dose of a toxicant that causes half of the total mortality of an experimental animal after a single transdermal application of the test substance. Expressed as mg/kg or g/kg per unit body weight of test substance applied.

## 5   Basic principles of the test

The subjects were given transdermally at different doses to each group of experimental animals, with one dose used for each group. Animals are observed for toxic reactions and mortality after contamination. Animals that die during the test are subjected to post-mortem examination and those that are still alive at the end of the test are executed and subjected to post-mortem examination. Acute percutaneous toxicity tests may not be performed if the test substance is known to be corrosive or highly irritating.

## 6   Test method

6.1   Subjects

Liquid subjects do not normally require dilution. If the test substance is solid, it should be ground to a fine powder and mixed with an appropriate amount of water or a medium that is non-toxic, non-irritating, does not interfere with the penetration of the test substance into the skin and does not react with the test substance to ensure good contact between the test substance and the skin. Commonly used media are olive oil, lanolin, petroleum jelly, etc.

6.2   Laboratory animals and housing environment

Healthy adult rats, rabbits or guinea pigs may be used as experimental animals, but other species of animals may also be used for testing. Female animals should be non-pregnant and have not given birth. The recommended weight range is 200g-300g for rats, 2kg-3kg for rabbits and 350g-450g for guinea pigs, and the skin should be healthy and unbroken. The animals should be acclimatised in the animal house environment for at least 3-5 days prior to testing.

Laboratory animals and laboratory animal houses should comply with the corresponding national regulations. Conventional feed is selected and water is not restricted.

6.3    Dose level

Depending on the requirements of the method chosen, there should in principle be 4 to 6 dose groups of generally 10 animals each, 50/50 male and female. The spacing of the dose groups should be such as to produce a balance between toxicity and mortality, usually with a larger group spacing and a smaller number of animals for pre-testing. If the toxicity of the test substance is very low, a single limit of 10 animals (half male and half female) may be used, i.e. 2000 mg/kg applied to the skin.

Body weight doses, when they do not cause animal mortality, may be considered without further acute percutaneous toxicity tests at multiple doses.

6.4    Test procedure

6.4.1  24h before the start of the test, cut or shave the hair on the back of the animal's trunk in the area to be poisoned. The area to be skinned should be approximately 10% of the animal's body surface area and should be determined according to the animal's body weight. For rats weighing 200g to 300g, the area should be approximately 30cm2 to 40cm2, for rabbits weighing 2kg to 3kg, 160cm2 to 210cm2 and for guinea pigs weighing 350g to 450g, 46cm2 to 54cm2.

6.4.2  The test substance is applied evenly to the dorsal skin of the animal and then covered with a thin layer of film, secured with non-irritating tape to prevent licking by the animal. If the test substance is highly toxic, the area of application may be reduced, but the application should be as thin and uniform as possible. Exposure is normally closed for 24h.

6.4.3  At the end of the contamination, the residual test substance should be removed using water or other suitable solution.

6.4.4  The period of observation should normally not exceed 14 d, but will depend on the severity of the animal's reaction, the speed of onset of symptoms and the length of the recovery period. If there are signs of delayed mortality, longer observation periods may be considered.

6.4.5  Each animal should be individually and thoroughly documented, with regular observation of signs of intoxication and death during the first day of poisoning, followed by a careful examination at least once a day. This should include changes in coat and skin, eyes and mucous membranes, as well as respiratory, circulatory, autonomic and central nervous system, limb movements and behavioural activity. Pay particular attention to the presence of tremors, convulsions, salivation, diarrhoea, lethargy, and coma. The time of death should be recorded as accurately as possible.

Surviving animals should be weighed weekly during the observation period and at the end of the observation period, and post-mortem examination should be carried out after execution.

6.4.6  Gross anatomical examination of the animals was carried out and all gross pathological changes were recorded. The animals were examined for death and survival for 24h and organs that are more than 24h old and have gross pathological changes should be subjected to pathological histological examination.

6.4.7    A variety of methods can be used to determine $LD_{50}$: Horn's method, the top-down method, the

probability unit-log plot method and the Kou's method are recommended.

6.5   Evaluation of test results

When evaluating test results, the transdermal $LD_{50}$ should be considered in conjunction with the observed toxic effects and post-mortem findings. The $LD_{50}$ value is the basis for classification and labelling of the toxicity of the test substance and for determining the likelihood of death in animals following dermal absorption. The $LD_{50}$ value should always be quoted with reference to the species, sex, route of exposure and duration of observation of the experimental animal used. The evaluation should include the relationship between exposure and the incidence and severity of abnormalities (including behavioural and clinical changes, gross lesions, weight changes, lethal effects and other toxic effects) in the animal.

See Table 1 for toxicity classification.

Table 1    Dermal toxicity classification

| LD50 (mg/kg) | Toxicity classification |
|---|---|
| < 5 | Extremly Highly toxic |
| 5 to 44 | Highly toxic |
| 44 to 350 | Moderately toxic |
| 350 to 2180 | Low toxic |
| > 2180 | Slightly toxic |

## 7    Test reports

The test report shall include the following.

（1） Name of the test substance, physicochemical properties, method of preparation, concentration used.

（2） The species, strain and origin of the experimental animal (indicating the certificate of conformity number and animal class).

（3） The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4） The dose and grouping of animals used, the sex, number and weight range of animals used in each group.

（5） Manifestations of poisoning and death of the animal after contamination and the time of appearance, gross anatomical and pathological findings.

（6） The method for calculating LD50.

（7） Tabular reporting of results and calculation of $LD_{50}$ and its 95% confidence interval (see Table 2 for suggested tabular format).

（8） Conclusion.

Table 2 Results of the acute oral toxicity test in mice

| Animal sex | Dose (mg/kg) | Number of Animals | Body weight (x±SD) (g) | | | Number of animals killed | Mortality (%) |
|---|---|---|---|---|---|---|---|
| | | | 0 day | 7 days | 14 days | | |
| | | | | | | | |

LD50 and 95% confidence interval.
Males:
Females:

## 8   Interpretation of test results

Acute percutaneous toxicity test studies and percutaneous $LD_{50}$ determinations provide information on the toxicity of the test substance percutaneously. The results have limited validity for extrapolation to humans. The results of acute percutaneous toxicity tests should be evaluated in conjunction with the results of acute toxicity tests for other routes of exposure.

# IV. Skin irritation/corrosion test

## Dermal Irritation/Corrosion Test

**1   Scope**

This specification specifies the basic principles, requirements and methods for testing skin irritation or corrosiveness in animals. This specification applies to toxicological tests for the safety of cosmetic raw materials and their products.

**2   Normative references**

OECD Guidelines for Testing of Chemicals（No.404，April 2002）

USEPA OPPTS Harmonized Test Guidelines (Series 870. 2500, Aug. 1998)

**3   Purpose of the test**

To determine and evaluate whether and to what extent cosmetic ingredients and their products have a local irritant or corrosive effect on mammalian skin.

**4   Definition**

4.1   Dermal irritation: Local reversible inflammatory changes following the application of a test substance to the skin.

4.2   Dermal corrosion: Irreversible tissue damage caused locally by the application of a test substance to the skin.

**5   Basic principles of the test**

The test substance is applied once (or more) to the skin of the test animal and the degree of local irritation of the animal's skin is observed and scored at defined time intervals. Self-control is used to evaluate the irritating effect of the test substance on the skin. The duration of observation of the acute skin irritation test should be sufficient to evaluate the reversibility or irreversibility of the effect.

Animals should be humanely executed if they show signs of severe depression and distress at any stage of the test. Subjects should be evaluated appropriately in the light of the test.

**6   Test method**

6.1   Subjects

Liquid subjects generally do not require dilution and can be used directly as a stock solution. If the test substance is solid, it should be ground to a fine powder and well moistened with water or other non-irritating solvent to ensure good contact with the skin. If other solvents are used, the effect of the solvent on skin irritation should be taken into account. For products to be used diluted, a skin irritation/corrosion test of

the prototype should be carried out first and if the test results indicate moderate irritation or more, a further skin irritation/corrosion test may be carried out on the subject at the concentration used.

If the test substance is a strong acid or base (pH ≤ 2 or ≥ 11.5), the skin irritation test may not be performed. In addition, acute skin irritation tests are not required if the test substance is known to be highly toxic by percutaneous absorption, if the percutaneous $LD_{50}$ is less than 200 mg/kg bw or if no skin irritation occurs at a dose of 2000 mg/kg bw in an acute percutaneous toxicity test.

6.2   Laboratory animals and housing environment

A wide range of mammals can be selected as experimental animals, with white rabbits being preferred. Adult, healthy animals with undamaged skin should be used, both females and males, but females should be non-pregnant and have not given birth. A minimum of four animals should be used, with additional animals required to clarify certain suspected reactions. Animals should be housed in a single cage and acclimatised in a laboratory environment for at least 3 days prior to testing.

Laboratory animals and laboratory animal houses should comply with the corresponding national regulations. Conventional feed is selected and water is not restricted.

6.3    Acute skin irritation test procedure

6.3.1    About 24 h before the test, the hair on both sides of the back of the animal was cut off without damaging the epidermis, to the left and right of the animal.

6.3.2    Approximately 0.5mL (g) of the test substance is applied directly to the skin and then covered with two layers of gauze (2.5cm x 2.5cm) and a layer of cellophane or similar, and secured with non-irritating tape and bandages. The other side of the skin was used as a control. For cosmetic products, the duration of application can be extended or shortened depending on the actual use and type of product. For cosmetic products that are rinsed after use, only the 2h application test is used. At the end of the test the residue is removed with warm water or a non-irritating solvent.

If it is suspected that the test substance may cause serious irritation or corrosion, the test can be carried out in stages by applying three pieces of gauze coated with the test substance to the skin of a rabbit at the same time or in sequence, and removing one piece of gauze at 3min, 60min and 4h after application.

6.3.3    Skin reactions were observed at 1, 24, 48 and 72 h after removal of the test substance, and the skin reactions were scored according to Table 1.

6.3.4    The duration of observation should be sufficient to observe the full course of reversible or irreversible stimulus action, usually no more than 14 d.

6.4    Multiple skin irritation test procedure

6.4.1    Before the test, the hair on both sides of the spine was cut off and the area of hair removal was 3cm x 3cm each, and the area of application was 2.5cm x 2.5cm.

6.4.2    Approximately 0.5mL (g) of the test substance is applied to one side of the skin, and when the test substance is prepared with a non-irritating solvent, the other side is applied as a control, once daily for 14 d. From the second day onwards, the hair should be cut before each application and the residual test substance removed with water or a non-irritating solvent. Observe the results after one hour and score according to Table 1, treating the control and test areas equally.

6.4.3    Evaluation of results: The mean score per animal per day was calculated according to the following formula to determine the intensity of skin irritation using Table 2.

$$\text{Average points per animal per day} = \frac{\text{Erythema and oedema points}}{14}$$

Table 1   Skin irritation response scores

| Skin Reaction | Points |
| --- | --- |
| Erythema and scab formation | |
|     No erythema | 0 |
|     Slight erythema (barely visible) | 1 |
|     Visible erythema | 2 |
|     Moderate to severe erythema | 3 |
|     Severe erythema (purplish red) to slight scab formation | 4 |
| | |
| Edema formation | |
|     No edema | 0 |
|     Slight oedema (barely visible) | 1 |

| | |
|---|---|
| Mild oedema (well-defined skin elevation) | 2 |
| Moderate oedema (skin elevation of about 1mm) | 3 |
| Severe oedema (skin bulge of more than 1mm, widening) | 4 |
| Maximum points | 8 |

## 7   Test reports

The test report should be summarised in tabular form and include the following.

（1）Name of test substance, physical and chemical properties, method of preparation and dosage. If necessary, the pH of the test substance.

（2）The species, strain, sex, weight and origin of the experimental animal (indicating the certificate of conformity number and animal class).

（3）The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4）The skin irritation response score for each animal at each observation time point.

（5）A specific description of toxic effects other than irritation.

（6）Conclusion.

## 8   Interpretation of test results

Acute skin irritation test results have limited reliability for extrapolation from animals to humans. White rabbits are in most cases more sensitive to irritating or corrosive substances than humans. The reliability of extrapolation from animals to humans would be increased if similar results were obtained when testing with other strains of animals. The use of closed exposure in the tests is an extraordinary laboratory condition, which is rarely present in the actual use of cosmetics in humans.

Table 2   Classification of skin irritation intensity

| Average points value | Strength |
|---|---|
| 0~<0.5 | Non-irritating |
| 0.5~<2.0 | Lightly irritating |
| 2.0~<6.0 | Medium irritant |
| 6.0~8.0 | Strong irritant |

Table 3   Results of the ××× test for acute skin irritation in rabbits

| Serial Number of Animals | Sex | Weight | 1h | | | | | | 24h | | | | | | 48h | | | | | | 72h | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sample | | | Control Group | | | Sample | | | Control Group | | | Sample | | | Control Group | | | Sample | | | Control Group | | |
| | | | eryt he ma | ed e m a | Total score | eryt he ma | ed e m a | Total score | eryt he ma | ed e m a | Total score | eryt he ma | ed e m a | Total score | eryt he ma | ed e m a | Total score | eryt he ma | ed e m a | Total score | eryt he ma | ed e m a | Total score | eryt he ma | ed e m a | Total score |
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Average of total score | | | | | | | | | | | | | | | | | | | | | | | | | | |

Average stimulus intensity

Table 4        Results of multiple skin irritation tests on rabbits

| Number of days | Number of animals | Score of reaction to stimulus | | | | | |
| | | Sample | | | Control Group | | |
| | | erythema | edema | Total score | erythema | edema | Total score |
| 1. | 4 | | | | | | |
| 2. | 4 | | | | | | |
| 3. | 4 | | | | | | |
| 4. | 4 | | | | | | |
| 5. | 4 | | | | | | |
| 6. | 4 | | | | | | |
| 7. | 4 | | | | | | |
| 8. | 4 | | | | | | |
| 9. | 4 | | | | | | |
| 10. | 4 | | | | | | |
| 11. | 4 | | | | | | |
| 12. | 4 | | | | | | |
| 13. | 4 | | | | | | |
| 14. | 4 | | | | | | |
| Average points per animal in 14 days | | | | | | | |
| Average points per animal each day | | | | | | | |

# V. Acute eye irritation/corrosion test

## 1   Scope

This specification specifies the basic principles, requirements and methods for acute eye irritation or corrosiveness tests in animals. This specification applies to toxicological tests for the safety of cosmetic raw materials and their products.

## 2   Normative references

OECD Guidelines for Testing of Chemicals（No 405，April 2002）

USEPA OPPTS Harmonized Test Guidelines (Series 870.2400, Aug. 1998)

## 3   Purpose of the test

To determine and evaluate whether and to what extent cosmetic ingredients and their products have an irritating or corrosive effect on the eyes of mammals.

## 4   Definition

4.1   Eye irritation: A reversible inflammatory change in the surface of the eye following contact with a test substance.

4.2   Eye corrosion: Irreversible tissue damage caused by contact with a test substance on the surface of the eye.

## 5   Basic principles of the test

A single dose of the test substance is placed in the conjunctival sac of one eye of each animal and the untreated eye is used as its own control. The irritating effect of the test substance on the eyes of the animals is evaluated by observing and scoring the extent of the irritating and corrosive effect on the eyes of the animals at specified time intervals. The observation period should be sufficient to evaluate the reversibility or irreversibility of the irritant effect.

Animals that show signs of severe depression and distress at any stage of the test should be humanely put to death and the subject evaluated appropriately in the light of the test. Animals that show corneal perforation, corneal ulceration, corneal 4 points for more than 48h, lack of light reflex for more than 72h, conjunctival ulceration, gangrene and decay, which are usually signs of irreversible damage, should also be humanely executed.

## 6   Test method

### 6.1   Subjects

The liquid test substance is normally used without dilution and can be used directly as a stock solution in an amount of 0.1 mL. If the test substance is solid or granular, it should be ground to a fine powder in an

amount of 0.1 mL by volume or not more than 100 mg by weight (the amount of toxicity should be recorded).

The eye irritation test may be dispensed with if the test substance is a strong acid or base (pH ≤ 2 or ≥ 11.5) or if it has been shown to be corrosive or highly irritating to the skin.

The aerosol product needs to be sprayed into a container and its liquid collected before use.

6.2   Laboratory animals and housing environment

Healthy adult white rabbits are preferred. A minimum of 3 rabbits should be used. The animals will be acclimatised in the experimental animal house environment for at least 3 d before the test. Both eyes of the animals should be examined (including with sodium fluorescein) within 24h prior to the start of the test. Animals with signs of eye irritation, corneal defects and conjunctival damage should not be used for the test.

Laboratory animals and laboratory animal houses should comply with the corresponding national regulations. Conventional feed is selected and water is not restricted.

6.3    Test procedure

6.3.1    The lower eyelid of one eye of the rabbit is gently pulled open and 0.1 mL (100 mg) of the test substance is dropped (or applied) into the conjunctival sac, allowing the upper and lower eyelids to close passively for 1 s to prevent loss of the test substance. The other eye was left untreated as its own control. The eye is not flushed for 24h after the drop is applied. If deemed necessary, irrigation may be performed at 24h.

6.3.2    If the results of the above test indicate that the test substance is irritating, three additional rabbits should be used for the flushing effect test, i.e. 30 s after the test substance has been administered to the rabbit's eye, a sufficient amount of water should be flushed for at least 30 s with a fast flow of water that does not cause damage to the animal's eye.

6.3.3    Clinical examination and scoring: The eyes of the animals are examined at 1, 24, 48, 72h and at 4d and 7d after the drop has been administered. If no irritation occurs at 72h, the test is terminated. If corneal involvement or other ocular irritation is found and does not recover within 7d, the observation period should be extended to determine the reversibility or irreversibility of the damage, usually for no more than 21d, and a report of the observations made at 7d, 14d and 21d should be provided. All effects of damage should be recorded and reported, except for observation of the cornea, iris and conjunctiva. The score of the ocular irritation response should be recorded at each examination according to the scoring scale for ocular damage in Table 1.

Eye irritation responses can be examined using a magnifying glass, hand-held slit lamp, biomicroscope or other applicable instrumentation. After 24h of observation and recording, the eyes of all animals are further examined by applying sodium fluorescein.

6.3.4    For post-rinsing products (e.g. facial cleansers, hair products, hair care rinses, etc.), the 30-s rinse test is performed only, i.e. the eye is closed for 1 s after the drop has been applied to the subject, and then rinsed for 30 s at the 30th s with a sufficient amount of water flowing at a fast rate that does not cause damage to the animal's eye, and then examined and scored according to 6.3.3.

6.3.5    For hair dye products, only a 4s rinse test is performed, i.e. the eye is closed for 1s after the drop has been applied and then rinsed for 30s at 4s with a sufficient amount of water flowing fast enough not to cause damage to the animal's eye, and then examined and scored according to 6.3.3.

Table 1   Scoring criteria for eye damage

| Eye damage | Points |
|---|---|
| Cornea: cloudy (whichever is the densest part) | |
| No ulcer formation or cloudiness | 0 |
| Diffuse or diffuse clouding with a clearly visible iris | 1 |
| Translucent areas easily distinguished, iris blurred | 2 |
| Appearance of greyish translucent areas with poor iris detail and barely visible pupil size | 3 |
| Cloudy corneas and unrecognisable irises | 4 |
| Iris: normal | 0 |
| marked deepening of the folds, congestion, swelling, moderate pericorneal congestion, pupil to | 1 |
| Light still responsive | |
| Bleeding, visible destruction to the naked eye, no reaction to light (or one of these reactions occurs) | 2 |

113

| | |
|---|---|
| Conjunctiva: congested (refers to lid conjunctiva, bulbar conjunctiva area) | |
|     Normal blood vessels | 0 |
|     Blood vessels are congested and bright red | |
|     Vascular congestion of a deep red colour and diffuse congestion of a purplish colour with vessels not easily distinguishable | 1 |
| | 2 |
|    Edema | 3 |
|     None | |
|     Slight oedema (including transepithelium) | 0 |
|     Significant oedema with partial eyelid ectropion oedema to near half-closed eyelids | 1 |
|     Edema to eyelid mostly closed | 2 |
| | 3 |
| | 4 |

## 7   Evaluation of results

Cosmetic ingredients - The intensity of irritation to the eye was assessed by the mean value of the irritation response score and the recovery time at the 24, 48 and 72 h observation points for the cornea, iris or conjunctiva of the animal after administration of the test substance, and was graded according to Table 2.

Table 2   Grading of eye irritation reactions

| | | |
|---|---|---|
| Reversible eye damage | Class 2A (mildly irritating) | Mean stimulus response scores for 2/3 animals: corneal clouding ≥ 1; iris ≥ 1; conjunctival congestion ≥ 2; conjunctival oedema ≥ 2 and full recovery of the above stimulus response scores at ≤ 7 days Repeat |
| | Level 2B (irritating) | Mean stimulus response scores for 2/3 animals: corneal clouding ≥ 1; iris ≥ 1; conjunctival congestion ≥ 2; conjunctival oedema ≥ 2 and full recovery of the above stimulus response scores at <21 days Repeat |
| Irreversible eye damage | | (i) the corneal, iris and/or conjunctival irritation points of either animal did not fully recover during the 21-day observation period. ②Mean stimulus response score for 2/3 animals: corneal clouding ≥3 and/or iris >1.5 |

Cosmetic products - The intensity of irritation to the eye of the test substance was assessed by the maximum integral and recovery time of the irritation response of the animal's cornea, iris or conjunctiva at the 24, 48 or 72h observation time point after administration of the test substance, as determined by the eye irritation response classification in Table 3.

Table 3   Grading of eye irritation reactions

| | | |
|---|---|---|
| Reversible eye damage | Slightly irritating | Animal's corneal and iris score = 0; conjunctival congestion and/or conjunctival oedema score ≤ 2 and score falls to 0 within <7 days |
| | Light irritation | Corneal, iris and conjunctival scores of animals fall to 0 in ≤7 days |
| | Irritability | Corneal, iris and conjunctival integrals of animals drop to 0 within 8-21 days |
| Irreversible eye damage | Corrosive | (i) The animal's corneal, iris and/or conjunctival score is >0 at day 21. (②2/3 animals with eye irritation response score: corneal clouding ≥3 and/or iris = 2 |

Note: When the corneal, iris and conjunctival scores are 0, it is judged to be non-irritating.

## 8   Test reports

The test report shall include the following.

（1）The name of the test substance, its physicochemical properties, method of preparation and dosage, and, if necessary, the pH value of the test substance.

（2）The species, strain and origin of the experimental animal (indicating the certificate of conformity

number and animal class).

（3）The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4）Tabulate the stimulus response for each animal at each observation time point (e.g. 1, 24, 48 and 72h) (see Table 4 for a suggested tabular format), tabulating the results of the experimental conditions without and 30-second rinses or 4-second rinses, respectively.

（5）A specific description of roles other than eye.

（6）Describe the method of examination (e.g. hand-held slit lamp, with sodium fluorescein) when integrated at each observation time point.

（7）Conclusion.

Table 4 XXX results of rabbit eye irritation test results

Experimental conditions: don't wash

30 (or 4) seconds

| No. Of animalss | section | Eye irritation response score | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1h | | 24h | | 48h | | 72h | | 4d | | 7d | |
| | | Sample | Control group | Sample | Control group | Sample | Control group | Sample | Control group | Sample | Control group | Sample | Control group |
| 1 | conjunctiva | | | | | | | | | | | | |
| | iris | | | | | | | | | | | | |
| | cornea | | | | | | | | | | | | |
| 2 | conjunctiva | | | | | | | | | | | | |
| | iris | | | | | | | | | | | | |
| | cornea | | | | | | | | | | | | |
| 3 | conjunctiva | | | | | | | | | | | | |
| | iris | | | | | | | | | | | | |
| | cornea | | | | | | | | | | | | |
| Level of stimulus | | | | | | | | | | | | | |

## 9   Interpretation of test results

There is limited reliability in extrapolating the results of the acute eye irritation test from animals to humans. White rabbits are in most cases more sensitive to irritating or corrosive substances than humans. The reliability of extrapolation from animals to humans would be increased if similar results were obtained when testing with other strains of animals.

# VI. Skin metaplasia test

## Skin Sensitisation Test

### 1   Scope

This specification specifies the basic principles, requirements and methods for skin metabolic tests on animals. This specification applies to toxicological tests for the safety of cosmetic raw materials and their products.

### 2   Normative references

OECD Guidelines for Testing of Chemicals（No 406，July 1992）

USEPA OPPTS Harmonized Test Guidelines (Series 870.2600, Aug. 1998)

### 3   Purpose of the test

To determine whether and to what extent repeated exposure to cosmetics and their raw materials can cause metabolic reactions in mammals.

### 4   Definition

4.1   Skin sensitization (allergic contact dermatitis)

It is an immunogenic cutaneous reaction of the skin to a substance. In humans this reaction may be characterised by pruritus, erythema, papules, blisters and fused blisters. In animals the reaction is different and may be seen only as erythema and oedema of the skin.

4.2   Induction exposure

Refers to an experimental exposure in which the body induces an allergic state through exposure to a test substance.

4.3   Induction period

The time required for the body to induce an allergic state through exposure to the test substance, usually at least one week.

4.4   Challenge exposure

The organism receives an induction exposure followed by a test exposure to the test substance again to determine whether an allergic reaction to the skin will occur.

### 5   Basic principles of the test

The animals were dermatologically applied (induction of exposure) or injected intradermally for 10 to 14 d (induction phase), then given a stimulated dose of the test substance and observed and compared with control animals for the intensity of the dermal response to the stimulated exposure.

5.1   Laboratory animals and housing environment

Healthy, adult male or female guinea pigs are generally used, and females should be used if they are not pregnant or have not given birth.

The experimental animals and the experimental animal house should comply with the corresponding national regulations. The animals should be fed a conventional diet with unrestricted water intake and should be provided with appropriate amounts of Vc.

5.2   Preparation for animal testing

The animals should be acclimatised in the experimental animal house environment for at least 3 d to 5 d before the test. The animals should be randomly divided into subject and control groups and the skin should be prepared (debrided) in the appropriate area according to the test method chosen to avoid damage to the skin. Animal weights should be recorded at the beginning and end of the test.

5.3   Complete observation of the animal, including systemic and local responses, should be carried out during both the induction and stimulation phases and fully documented.

5.4   Checking the reliability of test methods

Check every 6 months using a positive known to cause mild/moderate sensitisation. Topical closed skin coating method with at least

Allergic skin reactions occur in 30% of animals; at least 60% of animals have skin reactions by intradermal injection. Positives are generally taken

Use 2,4-dinitrochlorobenzene, cinnamaldehyde, 2-mercaptobenzothiazole or ethyl p-aminobenzoate.

## 6   Test method

6.1    Buehler Test (BT) for local closure skin coating

6.1.1    Number of animals

At least 20 in the test group and 10 in the control group.

6.1.2    Dose level

The concentration of induced exposure is the highest concentration that causes a mild skin irritation and the concentration of stimulated exposure is the highest concentration that does not cause a skin irritation. The test concentration level can be obtained by pre-testing a small number of animals (2 to 3).

Water soluble subjects can be excipients with water or non-irritating surfactants, other subjects can be excipients with 80% ethanol

(induced exposure) or acetone (excited exposure) as excipient.

6.1.3    Test procedure

6.1.3.1    About 24h before the test, the left side of the guinea pig's back was deboned to the extent of 4cm2~6cm2.

6.1.3.2    Induction of exposure: approximately 0.2 mL (g) of the test substance was applied to the skin of the de-haired area of the experimental animal, covered with two layers of gauze and one layer of cellophane, and then closed and fixed with non-irritating adhesive tape for 6 h. The procedure was repeated once on d 7 and once on d 14 in the same way.

6.1.3.3    Stimulated exposure: 14d-28d after the last induction, approximately 0.2mL of the test substance was applied to the right side of the guinea pig's back 2cm x 2cm

The debrided area (24h hair removal before contact) is then covered with two layers of gauze and a layer of cellophane and then fixed with non-irritating tape for 6h.

6.1.3.4    Skin reactions were observed at 24h and 48h after stimulated exposure and scored according to Table 1.

6.1.3.5    A negative control group is required for the test, using methods 6.1.3.2 and 6.1.3.3, with only the solvent applied as a control at the time of induction of exposure and the test substance at the time of provocation of exposure. The animals in the control group must be the same as those in the subject group. A positive control group is required at the beginning of a laboratory test for metabolic reactions or when a new animal species or strain is used.

Table 1  Skin reaction scores for allergic reaction tests

| Skin Reaction | Points |
| --- | --- |
| Erythema and scab formation | |
| No erythema | 0 |
| Slight erythema (barely visible) | 1 |
| Visible erythema (scattered or small patches of erythema) | 2 |
| Moderate to severe erythema | 3 |
| Severe erythema (purplish red) to slight scab formation | 4 |

| Edema formation | |
|---|---|
| No edema | 0 |
| Slight oedema (barely visible) | 1 |
| Moderate oedema (well-defined skin elevation) | 2 |
| Severe oedema (skin elevation of about 1mm or more) | 3 |
| Maximum points | 7 |

6.1.4   Evaluation of results

6.1.4.1   When a skin reaction score of ≥2 is observed in the test group, the animal is considered to have a positive skin reaction and the sensitizing strength of the test is determined according to Table 3.

6.1.4.2   If the results of the excitation exposure are still inconclusive, a second excitation should be given one week after the first excitation and the control groups were treated synchronously or evaluated according to 6.2.

6.2   Guinea Pig Maximinatim Test (GPMT)

The possibility of sensitisation was tested by intradermal injection of Freund Complete Adjvant (FCA)

6.2.1 Number of animals

A minimum of 10 animals should be used for the test group and a minimum of 5 for the control group. If the test results make it difficult to determine the sensitisation of the test substance, the number of animals should be increased to 20 in the test group and 10 in the control group.

6.2.2   Dose level

The concentration of induced exposure is the highest concentration that causes a mild skin irritation and the concentration of stimulated exposure is the highest concentration that does not cause a skin irritation. The test concentration level can be obtained by pre-testing a small number of animals (2 to 3).

6.2.3   Test procedure

6.2.3.1   Induced exposure (d 0)

Subjects: Three symmetrical points were designated on either side of the midline of the de-haired area on the back of the neck (2cm x 4cm) and each point was injected intradermally with 0.1mL of the solution described below.

Point 1 1:1 (v/v) mixture of FCA/water or saline. Point 2     Tolerated concentration of the subject.

Point 3   Subjects prepared with 1:1 (v/v) FCA/water or saline at the same concentration as point 2. Control group: same injection site as the test substance group.

Point 1 1:1 (v/v) mixture of FCA/water or saline. Point 2     Undiluted solvent.

Point 3 A solvent at a concentration of 50% (w/v) prepared with 1:1 (v/v) FCA/water or saline.

6.2.3.2   Induced exposure (d7).

A 2cm x 4cm filter paper coated with 0.5g (mL) of the subject was applied to the injection site for the above re-depilation, then covered with two layers of gauze and one layer of cellophane and fixed with non-irritating tape for 48 h. For subjects without skin irritation, sensitisation was added and 10% sodium dodecyl sulphate (SLS) 0.5mL was applied to the injection site 24h before the second induction exposure. control group Induction treatment with solvent only.

6.2.3.3   Excitation of exposure (21st d)

The guinea pig carcass is debrided and a 2 cm x 2 cm filter paper sheet coated with 0.5 g (mL) of the

test substance is applied to the debrided area, then covered with two layers of gauze and a layer of cellophane and fixed in place with non-stimulating tape for 24 h. The control animals are treated similarly. If the results of the stimulated contact are uncertain, a second stimulated contact can be made one week after the first stimulated contact. The control group is treated simultaneously.

6.2.4   Observation and evaluation of results

At the end of the stimulated exposure, 24, 48 and 72 h after removal of the filter paper coated with the test substance, the skin reaction should be observed (if it is necessary to remove the test residue, use water or a solvent that does not alter the existing skin reaction and does not damage the skin) and scored according to Table 2. When the skin reaction score is ≥1, the animals in the test group should be classified as positive for allergic reactions and the test should be graded for sensitization intensity according to Table 3.

Table 2   Skin reaction score for allergic reaction test

| Rating | Skin reactions |
| --- | --- |
| 0 | No skin reaction seen |
| 1 | Scattered or small patches of erythema |
| 2 | Moderate erythema and fused erythema |
| 3 | Severe erythema and oedema |

## 7   Test reports

The report should include the following.

（1） Name of the test substance, physicochemical properties, method of preparation, concentration used.

（2） The species, strain, source (indicating the certificate number and class of animal), sex and number of laboratory animals.

（3） The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4） Test methods.

（5） Animal weights at the beginning and end of the test.

（6） Results: Report skin reactions and sensitisation rates etc. for each group of animals in tabular form (see Table 4 for suggested tabular form)

(and Table 5).

（7） Conclusion.

Table 3  Allergenic intensity

| Sensitization rate (%) | | Sensitising intensity |
| --- | --- | --- |
| 0 to | 8 | weak |
| 9~ 28 | | Light |
| 29~ 64 | | Medium |

| | |
|---|---|
| 65~ 80 | Strong |
| 81~100 | Extremely strong |

Note: When the sensitization rate is 0, no skin metaplasia is seen.

Positive control test date.

Note: The number of animals that reacted as a proportion of the number of animals tested when the skin reaction score was 0, 1, 2, 3... should be entered in the skin reaction intensity column

## 8   Interpretation of test results

The results of the test should yield the sensitizing capacity and strength of the test substance. These results can only be extrapolated to humans to a very limited extent. Substances that cause strong reactions in guinea pigs may also cause some degree of metamorphosis in the population, while substances that cause weaker reactions in guinea pigs may not cause metamorphosis in the population.

# VII. Skin phototoxicity test

## Skin Phototoxicity Test

### 1   Scope

This specification sets out the basic principles, requirements and methods for skin phototoxicity testing. This specification applies to the toxicological testing of cosmetic raw materials and their product safety.

### 2   Purpose of the test

Evaluates the potential for cosmetic ingredients and their products to cause skin phototoxicity.

### 3   Definition

Phototoxicity: A dermal toxic reaction caused by a single exposure of the skin to a chemical followed by exposure to ultraviolet light, or a similar reaction occurring after systemic application of a chemical followed by exposure to ultraviolet light.

### 4   Basic principles of the test

A quantity of the test substance was applied to the de-haired skin of the animal's back and exposed to UVA light at regular intervals to observe the skin reaction and to determine whether the test substance was phototoxic.

### 5   Test method

5.1   Subjects

Liquid subjects generally do not need to be diluted and can be used directly as a stock solution. If the test substance is solid, it should be ground to a fine powder and well moistened with water or other solvents, taking into account the effect of the solvent on the skin irritation of the test animal. For cosmetic products, the original cream or liquid is generally used. The positive control is 8- methoxypsoralen

(8-methoxypsoralen, 8-Mop).

5.2   Experimental animals and housing conditions

Adult white rabbits or albino guinea pigs, half male and half female where possible, were used. Six animals are selected for the official test. The animals should be acclimatised in the experimental animal house environment for at least 3-5 d prior to testing.

The experimental animals and the experimental animal house should comply with the corresponding national regulations. The animals should be fed a conventional diet with unrestricted water intake and should be provided with appropriate amounts of Vc.

5.3   UV light source

5.3.1   UV light source: UVA with a wavelength of 320nm~400nm, if it contains UVB, the dose should not exceed $0.1 J/cm^2$.

5.3.2   Determination of intensity: 6 points on the back of the animal should be set up with a radiometer before use to determine the intensity of light

($mW/cm^2$), in mean values.

5.3.3   Calculation of exposure time: For an exposure dose of $10 \ J/cm^2$, calculate the exposure time according to the formula below.

$$\text{Illumination time (sec)} \quad \frac{\text{Irradiation dose} \ (10000 mJ \ / \ cm^2)}{\text{Light intensity} \ (mJ \ / \ cm^2 \ /sec)}$$

Note: $1 mW/cm^2 = 1 mJ/cm2/sec$

5.4   Test procedure

5.4.1   Between 18h and 24h prior to the formal phototoxicity test, the skin on both sides of the spine is debrided and the skin at the test site must be intact and free from damage and abnormalities. Four de-hairing areas are prepared (see Figure 1), each measuring approximately 2cm x 2cm.

5.4.2   The animals were fixed and 0.2mL (g) of test material was applied to debridement areas 1 and 2 as shown in Table 1. Subjects used

After 30 min, the left side (depilation zones 1 and 3) was covered with aluminium foil and taped in place, while the right side was irradiated with UVA.

5.4.3   Skin reactions were observed at 1, 24, 48 and 72h after completion and each animal's skin reaction score was determined according to Table 2.

5.4.4   To ensure the reliability of the test method, check with a positive control at least every six months. i.e. in depilation zones 1 and 2

Apply the positive control as in 5.4.2.



Figure 1 Schematic diagram of the location of the skin debridement area of the animal

Table 1   Experimental arrangements for animal de-hairing areas

| De-hairing zone number | Test treatment |
|---|---|
| 1 | Coating of the subject, without irradiation |
| 2 | Coating the subject, irradiation |
| 3 | No subject applied, no irradiation |
| 4 | No subject applied, irradiated |

Table 2   Skin irritation response scores

| Skin Reaction | Points |
|---|---|
| Erythema and scab formation | |
| No erythema | 0 |
| Slight erythema (barely visible) | 1 |
| Visible erythema | 2 |
| Moderate to severe erythema | 3 |

| | |
|---|---|
| Severe erythema (purplish red) to slight scab formation | 4 |
| Edema formation | |
| No edema | 0 |
| Slight oedema (barely visible) | 1 |
| Mild oedema (well-defined skin elevation) | 2 |
| Moderate oedema (skin elevation of about 1mm) | 3 |
| Severe oedema (skin bulge of more than 1mm, widening) | 4 |
| Maximum points | 8 |

## 6   Evaluation of results

If the number of animals with a sum of 2 or more skin reaction scores in the irradiated area after application of the test substance is 1 or more, the test substance is considered to be phototoxic if no skin reaction occurs in the unirradiated area alone.

## 7   Test reports

The report should include the following.

（1） Name of the test substance, physicochemical properties, method of preparation, concentration used.

（2） Animal species, strain, sex, weight, source (specify certificate of conformity number and animal class).

（3） The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4） The production plant, specification of the light source.

（5） Light intensity and duration of exposure and test methods.

（6） RESULTS: The scores of animals showing skin reactions are reported in tabular form (see Tables 3 and 4).

（7） Conclusion.

Table 3      Results of the ××× dermal phototoxicity test on guinea pigs

| Animal number | Sex | Weight (g) | 1h | | | | 24h | | | | 48h | | | | 72h | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | |

Note: 1, 2, 3 and 4 are the test areas shown in Table 1.

Table 4  Results of positive controls for dermal phototoxicity in guinea pigs

Skin reaction score

| Animal number | Gender | Body weight (g) | 1h | | | | 24h | | | | 48h | | | | 72h | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | |

Note: 1, 2, 3 and 4 are the experimental areas shown in Table 1.        Date of experiment.

# VIII. Salmonella typhimurium/reversion mutation test

## 1   Scope

This specification defines the basic principles, requirements and methods of the Salmonella typhimurium / revert mutation test. This specification applies to the testing of cosmetic ingredients and their products for mutations.

## 2   Normative references

OECD Guidelines for Testing of Chemicals（No.471，Adopted：21，July 1997）

## 3   Definition

3.1   Reverse mutation (Reverse mutation)

Bacteria change back from nutrient-deficient to prototrophic in response to chemical mutagens.

3.2   Gene mutation (Gene mutation)

Changes in the order of base pairs in cellular DNA in response to chemical mutagens.

3.3   Base substitution mutation A substitution of one or more base pairs in the DNA strand.

There are two forms of base substitution: transition and conversion.

A switch is the replacement of one pyrimidine on a DNA strand by another pyrimidine, or the substitution of one purine by another purine. A switch is the replacement of one pyrimidine on the DNA strand by another purine, or the substitution of one purine by another pyrimidine.

3.4   Frameshift mutation

Causes the addition or deletion of one or more base pairs to the DNA strand.

3.5   Salmonella typhimurium/reverse mutation assay

A test method for determining the histidine-deficient (his-) → protochthonous (his+) reversion mutation induced by chemicals causing base substitution or code shift mutations in Salmonella using a group of Salmonella typhimurium histidine-deficient test strains.

3.6   S9

Liver homogenates were prepared from rats induced by the combination of polychlorinated biphenyls (PCB mixture) or sodium phenobarbital and β-naphthoflavone in

The supernatant of the liver homogenate after centrifugation at 9000g for 10min.

## 4   Principle

Salmonella typhimurium histidine nutrient-deficient strains cannot synthesise histidine, so only a few spontaneously revert to mutant growth on histidine-deficient media. If a mutagen is present, the nutrient-deficient bacteria revert to the protoplastic form and therefore grow to form colonies, which determines whether the test is mutagenic.

Some mutagens require metabolic activation to cause revertant mutations, so a mixture of $S_9$ prepared from rat liver induced by an inducer is added.

## 5   Instruments and equipment

Incubators, constant temperature water baths, oscillating water bath shakers, pressure steam sterilisers, dry heat ovens, cryogenic refrigerators (-80°C) or liquid nitrogen biocontainers, ordinary refrigerators, balances (precision 0.1g and 0.0001g), mixer shakers, homogenisers, colony counters, cryogenic high-speed centrifuges, glassware, etc.

## 6   Culture media and reagents

6.1   0.5 mmol/L histidine-0.5 mmol/L biotin solution

| | |
|---|---|
| Ingredient: L-Histidine ( MW155) | 78mg |
| D-Biotin ( MW244) | 122mg |
| Add distilled water to | 1000mL |

Preparation: Heat the above ingredients to dissolve the biotin, then autoclave for 20min at 0.068MPa and store in a 4°C refrigerator.

6.2   Top agar medium

| | |
|---|---|
| Ingredients: Agar powder | 1.2g |
| Sodium chloride | 1.0g |
| Add distilled water to | 200mL |

Preparation: The above ingredients were mixed and autoclaved at 0.103 MPa for 30 min. 20 mL of 0.5 mmol/L histidine-0.5 mmol/L biotin solution was added for the experiment.

6.3   Vogel-Bonner (V-B) medium E

| | |
|---|---|
| Ingredients: raffinate (C6H8O7-H2O) | 100g |
| Dipotassium hydrogen phosphate ($_{K2HPO4}$) | 500g |
| Sodium ammonium hydrogen phosphate (NaNH4HPO4-4H2O) | 175g |
| Magnesium Sulphate (MgSO4-7H2O) | 10g |
| Add distilled water to | 1000mL |

Preparation: first dissolve the first three ingredients by heating, then slowly pour the dissolved magnesium sulfate into a volumetric flask and add distilled water to

1000mL, autoclaved at 0.103MPa for 30min and stored in a 4°C refrigerator.

6.4   20% dextrose solution

| | |
|---|---|
| Ingredients: Glucose | 200g |
| Add distilled water to | 1000mL |

Preparation: Dissolve the glucose in a small amount of distilled water, add distilled water to 1000 mL, autoclave for 20 min at 0.068 MPa and store in a refrigerator at 4°C.

6.5   Bottom agar medium

| | |
|---|---|
| Ingredients: Agar powder | 7.5g |
| Distilled water | 480mL |
| V-B medium | E10mL |
| 20% dextrose solution | 10mL |

Preparation: The first two components were autoclaved at 0.103 MPa for 30 min, then the second two components were added and mixed thoroughly and poured onto the bottom plate. The plates were prepared at 25mL per dish, cold cured and placed in an incubator at 37°C for 24h and set aside.

6.6   Nutrient Broth Medium

| | |
|---|---|
| Ingredients: Beef paste | 2.5g |
| Tryptone | 5.0g |
| Dipotassium hydrogen phosphate ($K_2HPO_4$) | 1.0g |
| Add distilled water to | 500mL |

Preparation: Mix the above ingredients, autoclave at 0.103MPa for 30min and store at 4°C in a refrigerator.

6.7   Salt solution (1.65 mol/L KCl + 0.4 mol/L $MgCl_2$)

| | |
|---|---|
| Ingredients: Potassium chloride (KCl) | 61.5g |
| Magnesium chloride (MgCl2-6H2O) | 40.7g |
| Add distilled water to | 500mL |

Preparation: Dissolve the above ingredients in water, autoclave for 30min at 0.103MPa and store at 4°C in a refrigerator.

6.8   0.2 mol/L phosphate buffer (pH 7.4)

Ingredients: Sodium dihydrogen phosphate ($NaH_2PO_4 \cdot 2H_2O$)                    2.965g

Disodium hydrogen phosphate ($Na_2HPO_4 \cdot 12H_2O$)            29.015g

Add distilled water to                                    500mL

Preparation: Dissolve the above ingredients, autoclave at 0.103MPa for 30min and store at 4°C in the refrigerator.

6.9   $S_9$ Mixture

Ingredients.                                                        Per ml $S_9$ mix

Liver S9100L

Salt solution                                        20L

Sterilised distilled water                            380L

0.2 mol/L phosphate buffer                            500L

Coenzyme II (NADP)                                    4mol

Glucose 6-phosphate (G-6-P)                            5mol

Preparation: Coenzyme II and Glucose 6-Phosphate are weighed in a sterilised triangular flask and the components are added in the reverse order described above, so that Liver $S_9$ is added to the existing buffer solution. The mixture must be prepared as needed and stored in an ice water bath. At the end of the experiment, the remaining $S_9$ mixture should be discarded.

6.10   Reagents for strain identification and special applications

6.10.1   Histidine-biotin plates

Ingredients: Agar powder                                                        15g

Distilled water                            944mL

V-B Medium                                E20mL

20% Dextrose                              20mL

Sterilized aqueous histidine hydrochloride solution (0.5g/100mL)    10mL

Sterilised 0.5 mmol/L biotin solution                    6mL

Preparation: After autoclaving the agar and water, add the sterilised 20% glucose, V-B medium and histidine solution to the hot agar solution. After the solution has cooled slightly, sterilised biotin is added, mixed and the plates are poured.

6.10.2   Ampicillin plates and ampicillin/tetracycline plates

Ingredients: agar powder                            15g

Distilled water                            940mL

V-B Salt solution                        20mL

20% dextrose                            20mL

Sterilized histidine hydrochloride solution (0.5g/100mL)        10mL

| | |
|---|---|
| Sterilisation 0.5 mmol/L biotin solution | 6mL |
| Ampicillin solution (8 mg/mL in 0.02 mol/L NaOH) | 3.15mL |
| Tetracycline solution (8mg/mL in 0.02mol/L HCl) | 0.25mL |

Preparation: Autoclave the agar and water for 20 min. Add sterile glucose, VB salt solution and histidine-biotin solution to the hot solution and mix well. Cool to approx. 50°C and add tetracycline solution and/or ampicillin solution under aseptic conditions.

The master plate should be prepared within a few days of pouring the agar plate.

6.10.3   Nutrient agar plates

| | |
|---|---|
| Ingredients: Agar powder | 7.5g |
| Nutrient Broth Medium | 500mL |

Preparation: Autoclave at 0.103MPa for 30min and pour onto the plate.

## 7   Identification of test strains and their biological characteristics

### 7.1   Test strains

A group of standard test strains TA97, TA98, TA100 and TA102 were used.

### 7.2   Biological characterisation

Newly acquired or long preserved strains must be biologically characterised prior to testing. The criteria for strain identification are shown in Table 1.

Table 1        Judgement criteria for the identification of test strains

| Strain | Histidine Defects | Lipopolysaccharide Barrier Defects | Ampicillin Vegetation resistance | Excision Repair of defects | Tetracycline Resistance | Spontaneous return to change Number of colonies* |
|--------|----|----|----|----|----|----|
| TA 97 | + | + | + | + | - | 90-180 |
| TA 98 | + | + | + | + | - | 30- 50 |
| TA100 | + | + | + | + | - | 100-200 |
| TA102 | + | + | + | - | + | 240-320 |
| Note | "+" indicates the need for histidine | "+" indicates an rfa mutation | "+" indicates a factor of R | "+" indicates that it has ΔuvrB mutation | "+" indicates the presence of the pAQ1 plasmid | *Metabolically active in vitro Slight increase in the number of spontaneous revertant colonies under chemosynthetic conditions |

### 7.2.1   Histidine Deficiency

Principle: Histidine-deficient test strains cannot synthesise histidine themselves and can only grow on histidine-supplemented media, but not on histidine-deficient media.

Identification method: The test strain enrichment solution was scribed on histidine-containing medium plates and histidine-free plates on

The results were observed after 24h incubation at 37°C.

The results showed that the histidine-deficient strains grew on histidine-containing plates, but not on histidine-free plates.

### 7.2.2   Lipopolysaccharide barrier deficiency

Principle: Strains with deep roughened (rfa) are missing a lipopolysaccharide barrier on their surface, so some large molecules such as crystalline violet can penetrate the membrane and inhibit their growth, whereas wild-type strains are unaffected by this.

Identification: aspirate 0.1mL of the bacterium to be tested onto a nutrient agar plate and place a strip of filter paper moistened with 0.1% crystalline violet solution across the line. incubate at 37°C for 24h and observe the results.

Judgement: If the bacterium to be tested appears as a transparent band at the intersection of the filter paper strip and the scribe line, it means that the strain to be tested has rfa

Mutation.

### 7.2.3   Ampicillin resistance

Principle: The test strain containing the R factor is resistant to ampicillin. The presence or absence of the plasmid was determined using ampicillin because the R factor is not very stable and can be easily lost.

Identification method: aspirate 0.1mL of the strain to be tested, scribe on a benzylpenicillin plate and incubate at 37°C for 24h before observing the results.

Judgement of results: If the test organism grows on ampicillin plates, the test organism is resistant to ampicillin and contains the R factor; otherwise, the test organism does not contain the R factor or the R factor is missing.

### 7.2.4   UV sensitivity

Principle: Strains with the ΔuvrB mutation are sensitive to UV light and cannot grow when exposed to UV light, while strains with the wild-type excision repair enzyme can grow as usual.

Identification method: 0.1mL of the bacterium to be tested was drawn onto a nutrient agar plate, half of the plate was covered with black paper and placed under a UV lamp (15W, distance 33cm) for 8 seconds. Incubate at 37°C for 24h and observe the results.

The results showed that the strains with the ΔuvrB mutation were sensitive to UV light and did not grow after radiation, while the strains with intact

The strains of the excision repair system are grown as usual.

7.2.5    Tetracycline resistance

Principle: strains with pAQI are resistant to tetracycline.

Identification method: 0.1mL of the strain to be tested was drawn onto a benzylpenicillin/tetracycline plate, incubated at 37°C for 24h and then observed.

Judgement: If the test organism grows on the ampicillin/tetracycline plate as usual, the test strain is resistant to both ampicillin and tetracycline and has the pAQI plasmid; otherwise, the test strain does not contain the pAQI plasmid.

7.2.6    Spontaneous return to change

Principle: Each of the test strains produces a spontaneous gyration at a certain frequency, called spontaneous gyration. This spontaneous gyration is a characteristic of each test strain.

Identification method: Add 0.1mL of the strain to be tested to 2mL of top agar medium containing histidine-biotin, mix well and spread onto the bottom agar plate, allow the agar to solidify, incubate at 37°C for 48h and then count the number of colonies per dish.

Judgement of results: The number of spontaneous revertant colonies for each standard test strain should meet the requirements of Table 1. The number of spontaneous revertant colonies after in vitro metabolic activation should be slightly higher than under direct action.

7.2.7    Return variation characteristics - diagnostic test

Principle: The nature of the mutagenic effect of each test strain and the effect of the $s_9$ mixture vary for each diagnostic mutagen. Identification method: Follow the procedure for the plate admixture test. The subjects are replaced with the diagnostic mutagen. Judgement of results: See Table 2 for the results of the standard strains of mutagenicity specific to certain diagnostic mutagens.

Table 2          Testing strains for mutagenicity

| Mutagens | Dose (g) | $s_9$ | TA97 | TA98 | TA100 | TA102 |
|---|---|---|---|---|---|---|
| Zolomycin | 6.0 | | -124 | 3123 | 47 | 592 |
| Sodium azide | 1.5 | | -76 | 3 | 3000 | 188 |
| ICR-191 | 1.0 | | -1640 | 63 | 185 | 0 |
| Streptavidin | 0.25 | | -inh | inh | inh | 2230 |
| Mitomycin C | 0.5 | | -inh | inh | inh | 2772 |
| 2,4,7-Trinitro-9-fluorenone | 0.20 | | -8377 | 8244 | 400 | 16 |
| 4-Nitro-O-phenylenediamine | 20 | -Such as | 2160 | 1599 | 798 | 0 |
| 4-Nitroquinoline-N-oxide | 0.5 | | -528 | 292 | 4220 | 287 |
| Methyl | 1.0 | | -174 | 23 | 2730 | 6586 |

136

| methanesulfonate | | | | | |
|---|---|---|---|---|---|
| 2-Aminofluorene | 10 | +1742 | 6194 | 3026 | 261 |
| Benzo(a)pyrene | 1.0 | +337 | 143 | 937 | 255 |

Note: inh indicates inhibition. Values in the table are net of solvent control back-variant colonies.


## 8   Induction of rat liver microsomal enzymes and preparation of s$_9$

### 8.1   Induction

The most widely used inducer of liver microsomal enzymes in rats is polychlorinated biphenyls (PCB mixture), which is administered intraperitoneally at a dose of 500 mg/kg body weight to healthy male rats weighing approximately 200 g. The inducer is dissolved in corn oil at a concentration of 200 mg/mL. The animals were decapitated on the fifth day after PCB induction and stopped eating and drinking for 12 h prior to execution.

The combination of sodium phenobarbital and β-naphthoflavone can also be used as an induction agent. Healthy male rats weighing approximately 200 g are injected orally or intraperitoneally with 80 mg/kg sodium phenobarbital and 80 mg/kg β-naphthoflavone for 3 days. Diet was stopped 16h before execution, but water was freely available. As the chemicals are injected intraperitoneally, they tend to cause the liver to form an epithelium that cannot be easily peeled off, so the use of transoral instillation is recommended.

The way to the stomach.

8.2    $_{S9}$ Preparation

First, the animal was disinfected with 75% alcohol and the abdomen was dissected. The liver was removed under sterile conditions, the connective tissue was removed and the liver was washed in an ice bath with 0.15 mol/L potassium chloride solution and placed in a beaker containing 0.15 mol/L potassium chloride solution. The liver was then centrifuged at 9000g for 10 min at 4°C on a low temperature high speed centrifuge and the supernatant $_{(S9)\ was}$ dispensed into plastic tubes. Store in a liquid nitrogen biocontainer or in a -80°C refrigerator.

All procedures are carried out in an ice-water bath and under sterile conditions. All surgical instruments and utensils used for the preparation of liver $_{S9}$ are sterilised and the viability of $_{S9\ is}$ determined by diagnostic mutagens after preparation.

## 9    Selection of solvents

If the test substance is water-soluble, sterilised distilled water can be used as the solvent; if it is fat-soluble, organic solvents with low toxicity to the test strain and no mutagenicity should be chosen. In general operation, in order to reduce the error and the influence of the solvent, the same solvent is often used in different concentrations for each dish, with a fixed addition of 100L.

## 10    Design of the dose

The criteria for determining the highest dose of a test substance are the toxicity to bacteria and their solubility. A reduction in the number of spontaneous gyrations, a clearing of the background bacteria or a reduction in the number of viable bacteria in the treated culture are all signs of toxicity.

For raw materials, the maximum dose group is generally 5mg/dish. For products, the highest dose may be the lowest inhibitory concentration for subjects with a bactericidal effect and the highest dose may be the stock solution for subjects without a bactericidal effect. There should be a minimum of four dose groups. Three parallel plates should be made for each dose.

## 11    Test procedure

11.1    Bacterial growth cultures

The strain should be incubated for 10 h at 37°C with 100 shaking cycles/min. The strain should be incubated at least 1-2 times per ml.

$\times\ ^{109}$ viable bacteria count.

11.2    Flat Blending Method

For the experiment, dispense 2.0mL of top agar medium containing 0.5mmol/L histidine-0.5mmol/L biotin solution into test tubes and keep warm in a water bath at 45°C. Then add 0.1mL of test strain enrichment solution, 0.1mL of subject solution and 0.5mL of $_{S9}$ mixture (when metabolic activation is required) to each tube in turn, mix thoroughly. Pour rapidly onto the bottom agar plate and rotate the plate to distribute evenly. Incubate horizontally for 48 h in a 37°C incubator and count the number of colonies per dish.

In addition to the dose groups of subjects, there should also be a blank control, a solvent control, a positive mutagen control and a sterile control.

**12   Data processing and judgement of results**

The number of colonies per dish for each dose group, blank control (spontaneous regression), solvent control and positive mutagen control were recorded and the mean and standard deviation were calculated.

If the number of revertant colonies is twice or more than the number of solvent control colonies and there is a dose-response relationship, the test is judged to be positive for mutagenicity.

A subject is reported as mutagenic for Salmonella typhimurium if it is positive for one of the four test strains, either with or without the addition of $_{S9.}$ If the test is negative for all four test strains, both with and without $_{S9,}$ the test will be reported as mutagenic negative.

**13   Test reports**

The test report shall include the following.

（1）  Name of the test substance, physical and chemical properties, method of preparation, solvent used.

（2）  Test strain: the test strain used.

（3）  Metabolic activation systems: inducers used.

（4）  Test method: a brief description of the procedure and, in addition to the dose grouping of the subjects, a description of the blank control, solvent control and positive control, and the criteria for determining a positive result.

（5）  Results: The results of the Ames assay are reported in tabular form for the subjects (see Table 1).

（6）  Conclusion.

Table 1 Results of the back-variation of the Ames test strains (mean ± standard deviation)

| Group | Dose mg/pad | TA97 | | TA98 | | TA100 | | TA102 | |
|---|---|---|---|---|---|---|---|---|---|
| | | -(S9) | +(S9) | -(S9) | +(S9) | -(S9) | +(S9) | -(S9) | +(S9) |
| testent | | | | | | | | | |
| Spontaneous inversion | | | | | | | | | |
| Solution control group | | | | | | | | | |
| Positive control group | | | | | | | | | |

# IX. In vitro mammalian cell chromosome aberration assay

### 1   Scope

This specification specifies the basic principles, requirements and methods for in vitro mammalian cell chromosome aberration tests. This specification applies to the detection of mutagenicity in cosmetic raw materials and their products.

### 2   Normative references

OECD Guidelines for Testing of Chemicals（No.473，July 1997）

### 3   Purpose of the test

This test is used to detect chromosomal aberrations in cultured mammalian cells to evaluate the mutagenic potential of the subject.

### 4   Definition

4.1   Structural aberration: A change in the structure of a chromosome that is detected microscopically at the mid-phase stage of cell division, manifesting itself as a deletion, fragmentation or interchange. Structural aberrations can be divided into the following two categories.

4.1.1   Chromosome-type aberration: Structural damage to a chromosome, manifested by a break or breakage at the same site on both chromosomes.

4.1.2   Chromatid-type aberration: Structural damage to chromosomes, manifested by damage to chromosome breaks or recombination of chromosome breaks.

4.2   Mitotic index: the ratio of the number of cells in the intermediate phase to the total number of cells observed; an indicator of the degree of cell proliferation.

### 5   Basic principles of testing

Cultured mammalian cells are exposed to the test subjects with and without the addition of a metabolic activation system. Cells are treated with a mid-phase division blocker (e.g. colchicine or colchicine) to stop the cells in mid-phase division and subsequently harvested, sectioned, stained and analysed for chromosomal aberrations.

Most mutagenic agents result in chromosomal haplotype aberrations, with occasional chromosomal type aberrations occurring. Although an increase in polyploidy may indicate the possibility of chromosome number aberrations, this method is not suitable for determining chromosome number aberrations.

### 6   Test method

6.1   Reagent and subject preparation

141

6.1.1   Positive controls: Suitable positive controls may be selected according to the nature and structure of the subject. Positive controls should be known breakers that elicit detectable and reproducible positive results. When exogenous activation systems are not present, methyl methanesulphonate (MMS), ethyl methanesulphonate (MMS), ethyl methanesulphonate (MMS), ethyl methanesulphonate (MMS) and ethyl methanesulphonate (MMS) may be used.

(EMS), ethyl nitrosourea, mitomycin C, 4-nitroquinoline-N

Oxide (4-nitroquinoline-N-oxide). When exogenous activation systems are present, benzo(a)pyrene (benzo

(a) pyrene), cyclophosphamide (cyclophosphamide).

6.1.2   Negative controls: There should be a negative control, i.e. containing only the same solvent as the subject group, without the subject, and otherwise treated exactly the same as the subject group. In addition, there should be a blank control if it is not proven that the selected solvent is not mutagenic and the solvent control differs significantly from the background information of the blank control in this laboratory.

6.1.3   Subjects

6.1.3.1   Preparation of the test substance: solid test substances should be dissolved or suspended in a solvent and diluted to a suitable concentration prior to use; liquid test substances can be added directly to the test system and/or diluted to a suitable concentration prior to use. The test substance should be freshly prepared prior to use, otherwise it must be verified that storage does not affect its stability.

6.1.3.2   Choice of solvent: The solvent must be non-mutagenic, not chemically reactive with the subject and not affect cell survival or $S_9$ activity. Preferred solvents are culture medium (without serum) or water. Dimethyl sulfoxide (DMSO) is also a common solvent and should be used at a concentration of no more than 0.5%.

6.1.3.3   Subject concentration setting

（1）  Selection of maximum concentration.

The factors that determine the maximum concentration are cytotoxicity, solubility of the test substance in the test system and changes in pH or osmolality.

（2）  Determination of cytotoxicity.

Cytotoxicity should be determined in the presence or absence of the activation system using indicators indicative of cell integrity and growth, such as degree of confluency, viable cell counts or mitotic index. Cytotoxicity and solubility should be determined in a pre-test.

（3）  Dose setting.

①At least 3 concentrations should be available for analysis. When cytotoxic, the concentration range should include a range from maximum toxicity to

Virtually non-toxic; usually concentration interval factor not greater than 2 to $\sqrt{10}$ .

(ii) When harvesting cells, the highest concentration should significantly reduce the degree of cell coverage, cell count or mitotic index (all should be greater than 50%).

(iii) For those compounds that are relatively non-cytotoxic, the maximum concentration should be 5 L/mL, 5 mg/mL or 0.01 mol/L.

④ For relatively insoluble substances that remain non-toxic at concentrations below the insoluble concentration, the highest dose should be, when the treatment period is over, one concentration above the solubility limit in the final culture solution. In some cases (i.e. where cytotoxicity occurs only above the lowest insoluble concentration), more than one concentration at which precipitation can be seen should be used. It is advisable to evaluate solubility both at the beginning and at the end of the test treatment, as solubility may change during exposure within the test system due to the presence of cells, $S_9$, etc. Insolubility can be identified visually, but precipitation should not interfere with observation.

6.1.4   Culture medium: MEM (Eagle) with non-essential amino acids and antimicrobials (penicillin and streptomycin at 100 IU/mL) and fetal calf serum or calf serum at 10%. Other suitable cultures can also be used.

6.1.5   Revitalisation systems

S9 mix is usually used and is obtained from rodent livers treated with an enzyme inducer (Aroclor 1254 or a combination of sodium phenobarbital and β-naphthoflavone). The amount of cofactor added to the S9 mix is left to the discretion of each laboratory, but the activity of S9mix must be identified and the positive control must be significantly activated. The following can also be used

|                                   | S90.125mL |
|-----------------------------------|-----------|
| MgC12 (0.4mol/L)                  | 0.02mL    |
| KC1 (1.65 mol/L)                  | 0.02mL    |
| Glucose-6-phosphate               | 1.791mg   |
| Coenzyme II (oxidative, NADP)     | 3.0615mg  |

Top up to 1mL with serum-free MEM culture.

6.2   Test procedure

6.2.1   Cells: Established cell lines or cell lines may be used, or primary cultured cells may be used. The cells used should be stable in terms of growth performance, chromosome number and karyotype, and rate of spontaneous chromosomal aberrations. The Chinese gopher ovary (CHO) cell line or Chinese gopher lung (CHL) cell line is recommended.

6.2.2    The test should be accompanied by a positive control, a negative control and at least 3 concentration groups of subjects available for analysis.

6.2.3    The day before the test, a certain number of cells were inoculated into culture dishes (bottles) and incubated in a $CO_2$ incubator.

6.2.4    The test is carried out with and without the addition of $S_9$ mix. At the end of the test, the culture medium containing the test substance is aspirated, the cells are washed three times with Hanks' solution, a culture medium containing 10% fetal bovine serum is added and the cells are returned to the incubator. The cells were then returned to the incubator and harvested within 24h. A mid-cell division blocker (e.g. colchicine, 4h, final concentration 1g/mL) was added 2h-4h before harvesting.

If negative results are obtained with and without the addition of $S_9$ mix as described above, an additional test should be added, i.e. the contact time between the subject and the test system should be extended to 24 h without the addition of $S_9$ mix.

Repeat test for touch time etc.

6.2.5    When the cells were harvested, they were digested with 0.25% trypsin solution. After the cells were dislodged, the trypsin action was terminated by adding a culture solution containing 10% fetal calf or calf serum, mixed well, centrifuged at 1000rpm~1200rpm for 5min~7min in a centrifuge tube, the supernatant was discarded and treated with 0.075mol/L KC1 solution at hypotonicity The supernatant was discarded and treated with 0.075 mol/L KC1 solution, followed by fixation with freshly prepared methanol and glacial acetic acid solution (3:1 volume ratio). The films were routinely produced by air-drying or flame-drying methods and stained with Kimsa stain.

6.2.6    For chromosome analysis, 100 well-dispersed mid-phase schizograms (2n±2 chromosomes) per treatment group are selected for chromosome aberration analysis for cosmetic end-products. For cosmetic raw materials, 200 (100 for positive controls) well-dispersed mid-phase divisions (2n±2 chromosomes) per treatment group are selected for chromosomal aberration analysis. The number of chromosomes in each observed cell should be recorded during the analysis and, in the case of aberrant cells, the position of the coordinates of the microscopic field and the type of aberration should also be recorded.

6.3    Statistical treatment: The rate of chromosomally aberrant cells was tested with the $X^2$ test to evaluate the mutagenicity of the subjects.

6.4    Evaluation of results: A subject is judged to be mutagenic in this test system if either.

（1）The number of chromosomal structural aberrations caused by the subjects was statistically significant and dose-related.

（2）The subject causes a statistically significant and reproducible increase at any one dose condition. A combination of biological and statistical significance should be considered in the evaluation.


## 7    Test reports

The test report shall include the following.

（1）The name of the test substance, the relevant physicochemical properties, the solvent used and its preparation, the choice of dose (the method of determination of the cytotoxicity of the test substance, its dissolution, etc. should be indicated).

（2）The name of the cell line.

（3）Experimental conditions and methods

(i) Metabolic activation system: inducer of the enzyme used in the preparation of $S_9$, the animal species

and source chosen, formulation of $S_9$ mix.

②Controls: name of positive control and concentration chosen; name of negative (solvent) control and concentration used.

(iii) Culture fluid: name of culture fluid used, type of serum and concentration used.

④ The cell density at the time of inoculation and the size of the culture dish (flask) used.

⑤ Mid-term division blockers: name, concentration used, duration of action.

(vi) Handling time: the contact time of the test subject with the test system.

(vii) Briefly describe the filming method, the number of intermediate split phases analysed, and the method of evaluating the results.

（4）  Results

① Determination of the maximum dose of the test substance and the results of the test: determination of cytotoxicity (see Table 1 for suggested tables); dissolution (see Table 2 for suggested tables); effect on pH and osmolality (osmolality) concentration, if any.

(ii) The rate of chromosomal aberrations in each treatment and control group (see Table 3 for a suggested table).

(iii) Positive controls and negative controls (commonly used solvents, e.g. DMSO) in this laboratory have historically been

Range, mean and standard deviation of chromosome aberration rates (indicate number of samples).

（5）  Conclusion.

Table 1  Toxicity of the test substance to cells

| Live Cell Counting Method | | | | Splitting Index Method | | |
|---|---|---|---|---|---|---|
| Subject concentration inoculated cells | Number of Number of live cells | Survival rate | Counting | Mid-term | Splitting | Cell Coat |
| Degree (μg/mL) | /mL/mL | (%) | Cells Number | Number of splitting phases | Index | Level of cover |

Table 2   Record of dissolution of the test substance in the selected solvent

| Concentration of the test substance (μg/mL) (slightly visible) | Name of solvent | Presence of precipitation |
| --- | --- | --- |
| | | |

Table 3 test results of the subject

## 8   Interpretation of results

Positive results indicate that the test substance caused structural aberrations in the chromosomes of cultured mammalian somatic cells.

The negative results indicate that the subjects did not cause structural aberrations in the chromosomes of cultured mammalian somatic cells under the conditions of this test.

# X. In vitro mammalian cell gene mutation assay

## In Vitro Mammalian Cell Gene Mutation Test

### 1   Scope

This specification specifies the basic principles, requirements and methods for in vitro mammalian cell mutagenicity testing. This specification applies to the detection of mutagenicity in cosmetic raw materials and their products.

### 2   Normative references

GB15193 Procedures and Methods for the Toxicological Evaluation of Food Safety 15193.12; 202003 OECD Guidelines for Testing of Chemicals (No. 476, 1997)

### 3   Purpose of the test

The test system is used to detect mutations caused by cosmetic ingredients and their products, including base pair mutations, shift mutations and deletions, in order to evaluate the likelihood of mutations caused by the subject.

### 4   Definition

Forward mutation: A mutation in a gene from the prototype to a mutant subtype that causes changes in enzymes and functional proteins.

Mutant frequency: The ratio of the number of mutant cells observed to the number of surviving cells.

### 5   Test principle

Cells were exposed to the test substance for a certain period of time with and without the addition of a metabolic activation system, and then the cells were re-passaged and cultured. Cells with normal levels of thymidine kinase are sensitive to, for example, trifluorothymidine (TFT) and therefore fail to grow and divide in culture, whereas mutant cells are not and continue to divide and form colonies in selective cultures containing 6-thioguanine (6-TG), 8-azaguanine (AG) or TFT. The mutant colonies were divided and formed. Based on the number of mutant colonies, the mutation frequency was calculated to evaluate the mutagenicity of the subject.

### 6   Test method

6.1   Reagent and subject preparation

6.1.1   Subjects

6.1.1.1   Preparation of subjects: solid subjects should be dissolved or suspended in a solvent and diluted to a suitable concentration prior to use; liquid subjects can be added directly to the test system/or diluted to a

suitable concentration prior to use. Subjects should be freshly prepared prior to use, otherwise it must be verified that storage does not affect their stability.

6.1.1.2   Choice of solvent: The solvent must be non-mutagenic, not chemically reactive with the subject and not affect cell survival or $S_9$ activity. The preferred solvent is water or an aqueous solvent. Dimethyl sulfoxide (DMSO) is also commonly used, but should not be used at concentrations greater than 0.5%.

6.1.1.3   Subject concentration setting

6.1.1.3.1   Choice of maximum concentration: The factors that determine the maximum concentration are cytotoxicity, solubility of the test substance in the test system and changes in pH or osmolality.

6.1.1.3.2   Determination of cytotoxicity: Cytotoxicity should be determined in the presence or absence of the activation system using indicators indicative of cell integrity and growth, such as relative colony formation rate or relative total cell growth (total growth). Cytotoxicity and solubility should be determined in a pre-test.

6.1.1.3.3   Dose setting

A minimum of 4 concentrations should be available for analysis. When cytotoxic, the range of concentrations should include from maximum toxicity to several

Virtually non-toxic. Usually the concentration interval factor is between 2 and $\sqrt{10}$ Between.

If the highest concentration is based on cytotoxicity, then the relative cell survival (relative colony formation rate) or relative total cell growth should be 10% to 20% (not less than 10%) for this concentration group.

For those compounds with very low cytotoxicity, the maximum concentration should be 5μL/mL, 5mg/mL or 0.0lmol/L.

For relatively insoluble substances, the maximum concentration should be at or above the solubility limit in the cell culture state. It is advisable to evaluate solubility both at the beginning and at the end of the test treatment, as solubility may change during exposure within the test system due to the presence of $S_9$ etc. Insolubility can be identified visually, but precipitation should not interfere with observation.

6.1.2   Controls: In each test, there should be a positive control and a negative (solvent) control in the presence and absence of the metabolic activation system.

6.1.2.1   Positive control: When using a metabolic activation system, the positive control must be a substance that requires metabolic activation and is capable of causing a mutation. In the absence of a metabolic activation system, positive controls may be ethyl methanesulfonate-EMS (HPRT), methyl methanesulphonate (MMS, TK), ethyl nitrosourea (ENU, HPRT), etc.  nitrosourea-ENU (HPRT test), etc. In the presence of a metabolic activation system, 3-methylcholanthrene (HPRT test; TK test), cyclophosphamide

N-nitroso-dimethylamine (HPRT), 7,12-dimethylbenzanthracene (HPRT), etc. Other suitable positive controls may also be used.

6.1.2.2   Negative controls: Negative controls (including solvent controls) should be treated the same as the test except that they do not contain the test substance. In addition, a blank control should be provided when no laboratory history is available to confirm that the solvent used is not mutagenic and has no other deleterious effects.

6.1.3   Cells: Chinese hamster lung cell line (V-79) and Chinese hamster ovary cell line commonly used for HPRT locus mutation analysis

The mouse lymphoma cell line (L5178Y) and the human lymphoblastoid cell line (TK6) are commonly used for TK locus mutation analysis. Cells should be checked for mycoplasma contamination prior to use.

6.1.4   Culture medium: The appropriate medium should be selected according to the system and cell type used for the experiment. For V-79 or CHO cells, MEM (Eagle) medium with 10% fetal bovine serum and an appropriate amount of antimicrobial agent is commonly used. For L5178Y or TK6 cells, RPMI 1640 medium with 10% horse serum and an appropriate amount of antimicrobial agent is commonly used.

6.1.5   Activation system: same as in vitro mammalian cell chromosome aberration assay.

6.1.6   Agent of choice: 6-Thioguanine (6-TG): recommended final concentration 5g/mL to 10g/mL. trifluorothymidine

(TFT): recommended final concentration of 3 g/mL.

6.1.7   Pre-treatment culture solution: THMG/THG

To reduce the rate of spontaneous mutations, cells were incubated in THMG-containing medium for 24h before the test to kill spontaneous mutated cells, and then the cells were inoculated in THG (THMG medium without methotrexate) for 1d to 3d.

THMG contains the following final concentrations of each substance other than the culture composition.

| | |
|---|---|
| Thymidine | $5 \times 10^{-6}$ mol/L |
| Hypoxanthine | $5 \times 10^{-5}$ mol/L |
| Aminoglutethimide | $4 \times 10^{-7}$ mol/L |
| Glycine | $1 \times 10^{-4}$ mol/L |

6.2   Test procedure

6.2.1   HPRT locus mutation analysis

6.2.1.1   The cells were inoculated in culture flasks 1 d before the test and incubated at 37°C.

6.2.1.2   The test was performed by aspirating the culture solution from the flask and adding a certain concentration of the subject, S9-mix (without S9-mix)

After incubation for 3h-6h, the cells were washed three times with Hank's solution and culture medium containing fetal bovine serum was added.

6.2.1.3   Cells were seeded at low density on the same day and at day 3 and inoculated at day 7 with 3 vials of each dose, and stained after 7 d to determine cell viability. An additional number of cells were inoculated in each culture flask, 8 flasks per dose, and 6-TG (final concentration 5 g/mL) was added after 3 h. After 10 d, the cells were stained and the mutant cell colonies counted.

6.2.1.4   The test results were statistically analysed using the $x_2$ test.

6.2.2   TK locus mutation analysis (L5178Y cells, 96-well plate assay)

6.2.2.1   Treatment: Take well-grown cells, adjust the density to 5 x 105/mL, add the test material at 1% volume and shake at 37°C for 3 hours. Centrifuge, discard the supernatant, wash the cells twice with PBS or serum-free medium, resuspend the cells in RPMI 1640 medium containing 10% horse serum and adjust the cell density to 2×105/mL.

6.2.2.2   $_{PE0}$ (0-day plate inoculation efficiency) was determined by taking an appropriate amount of cell suspension, diluting it in a gradient to 8 cells/mL, and inoculating a 96-well plate (0.2 mL per well, i.e. an average of 1.6 cells/well) with 1~2 plates of each dose. The number of wells with colony growth per plate was counted.

6.2.2.3   Expression: The cell suspensions obtained in step 6.2.2.1 were cultured for 2 d. Cell densities were counted daily and maintained at

106/mL or less.

6.2.2.4   $_{PE2}$ (plate inoculation efficiency at day 2): After the end of the expression culture at day 2, take an appropriate amount of cell suspension, dilute it in a gradient according to step 6.2.2.2 and inoculate a 96-well plate, counting the number of wells with colony growth per plate after 12 days of incubation.

6.2.2.5   TFT resistance mutation frequency (MF) assay: At the end of the 2nd day of expression culture, an appropriate amount of cell suspension was taken, the cell density was adjusted to 1×104/mL, TFT (trifluorothymidine, final concentration 3μg/mL) was added, mixed well and inoculated into 96-well plates (0.2 mL per well, i.e. an average of 2000 cells/well), each dose was made into 2~4  Plates were incubated at 37°C, 5% $_{CO2}$ and saturated humidity for 12 d. The number of wells with mutant colonies was counted.

6.2.2.6   Calculation

6.2.2.6.1   Flat efficiency ($_{PE0}$ and $_{PE2}$)

$$PE= \frac{-\ln(EW/TW)}{1.6}$$

where EW is the number of holes with no colony growth; TW is the total number of holes.

1.6 is the number of cells inoculated per well

6.2.2.6.2   Relative Survival Rate (%RS)

$$\text{Relative Survival Rate (\%RS)} = \frac{_{PE0}\text{(treatment)}}{_{PE0}\text{(control)}} \times 100$$

6.2.2.6.3   Mutation Frequency (MF)

$$\text{MF} (x\ ^{10\text{-}6}) = \frac{-\ln(EW/TW)/n}{PE2}$$

where EW is the number of holes with no colony growth; TW is the total number of holes.

n is the number of cells inoculated per well (2000)

## 7  Evaluation of results

A positive result for a subject in this test system can be determined in either of the following two situations.

（1）Subjects caused a statistically significant, dose-related increase in mutation frequency.

（2）The subject elicits a statistically significant and reproducible positive response at any one dose condition. A negative result is determined by the absence of mutation frequency at a %RS of ±20% (i.e. significant cytotoxicity has been produced)

It should only be made when there is a significant increase. A combination of biological and statistical significance should be considered in the evaluation.

Positive results indicate that the test substance can cause mutations in the mammalian cells used. Reproducible positive dose-response relationships are more significant.

The negative results indicate that under the conditions of this test, the subjects do not cause mutations in the mammalian cells used.

## 8  Test reports

The test report shall include the following.

（1）  The name of the test substance, the relevant physicochemical properties, the solvent used and its preparation, the choice of dose (the method of determination of the cytotoxicity of the test substance, its dissolution, etc. should be indicated).

（2）  The name of the cell line.

（3）  Experimental conditions and methods

(i) Metabolic activation systems: inducers used in the preparation of $S_9$, animal species and sources, formulation of $S_9$ mix.

② Controls: name and concentration used for positive controls; name and concentration used for negative (solvent) controls.

(iii) Culture fluid: name of culture fluid used, type of serum and concentration used.

④ The cell density at the time of inoculation and the size of the culture flask used.

⑤ Handling time: the contact time of the subject with the experimental system.

(vi) Time of expression.

(vii) Methods of outcome evaluation.

（4）  Results

① Determination of the highest dose of the test substance and results: including determination of cytotoxicity; dissolution; effect on pH and osmolyte concentration (if any).

②Test results: frequency of mutations and statistical results for the test and control groups.

(iii) Range of mutation frequencies, means and standard deviations for positive and negative controls (including commonly used solvents such as DMSO) in the history of this laboratory (indicate number of samples).

（5）  Conclusion.

# XI. Mammalian bone marrow cell chromosome aberration test

## In Vivo Mammalian Bone Marrow Cell Chromosome Aberration Test

### 1   Scope

This specification specifies the basic principles, requirements and methods of the mammalian bone marrow cell chromosome aberration test. This specification applies to the testing of cosmetic raw materials and their products for genotoxicity.

### 2   Normative references

OECD Guidelines for Testing of Chemicals（No.475，April 1997）

### 3   Purpose of the test

This test is a mutagenicity test that detects chromosomal aberrations in bone marrow cells of whole animals to evaluate the mutagenic potential of the subject.

### 4   Definition

Chromosome-type aberration: Structural damage to a chromosome, manifested by a break or breakage at the same site on both chromosomes.

Chromatid-type aberration: Structural damage to chromosomes, manifested by damage to chromosome breaks or recombination of chromosome breaks.

Numerical-type aberration: alterations in the number of chromosomes in mammalian cells.

### 5   Basic principles of testing

Mammals (e.g. rats or mice) are poisoned orally or by other suitable routes, treated with a mid-cell division blocker prior to execution and post-execution chromosome specimens of bone marrow cells are prepared for analysis of chromosomal aberrations.

This method is particularly suitable for the analysis of chromosomal aberrations that need to be taken into account following in vivo metabolic activation.

This method is not applicable if there is evidence that the substance to be tested or its metabolites do not reach the bone marrow.

### 6   Test method

6.1   Experimental animals and housing environment.

Healthy adult rodents, rats or mice are recommended, with at least 5 of each sex in each group. The animals should be acclimatised in the laboratory for at least 3-5 days and the difference in weight between

each sex at the start of the experiment should be limited to ±20%.

Laboratory animals and laboratory animal rooms should comply with the corresponding national regulations.

6.2   Subjects

6.2.1   Preparation of the test substance: The solid test substance should be dissolved or suspended in a suitable solvent and diluted to a certain concentration. Liquid reagents may be used directly or diluted. The test substance should be freshly prepared prior to use, otherwise it is necessary to verify that storage does not affect its stability.

6.2.2   Choice of solvent: The solvent does not cause toxic effects and does not react chemically with the test substance at the concentration chosen. The preferred solvent is a water-soluble solvent.

6.2.3   Dose setting: A pre-test should be performed to select the highest dose. When toxic, the highest dose can be determined as an indicator of death or inhibition of the mitotic index of bone marrow cells (above 50%). For the first sample collection, 3 doses should be set for analysis and for the second sample collection, only the highest dose group should be set.

If a single dose of 2000 mg/kg bw does not cause toxic effects, then only the 2000 mg/kg bw dose group will be established.

If the potential (desired) human exposure is too high, choose 2000 mg/kg/BW/d for 14 days or 1000mg/kg/BW/d Infection for >14 days was tested.

6.3    Controls: In each test, there should be a negative control group and a positive control group for each sex. Treatments are the same as for the subject group, except that no subjects are used.

6.3.1    Negative control: In addition to a solvent control (i.e. solvent only), a blank control should be provided if there is no documented or historical information confirming that the solvent used does not have a deleterious or mutagenic effect.

6.3.2    Positive control: The positive control should cause a significantly higher rate of structural chromosomal aberrations than the background information. The route of contamination may be different from that of the test. The positive control chosen should preferably be related to the type of subject. The following may be used: triethylenemelamine, ethyl methanesulphonate, ethyl nitrosonrea, mytomycin C and cyclophosphamide. cyclophosphamide.

6.4    The method of poisoning can be oral or any other suitable method of poisoning. It is usually done in a single dose, but if the dose is too high, it is possible to dose several times in one day, but each time should be several hours apart.

In general, the animals are poisoned once, but specimens are collected twice, i.e. each group is divided into two subgroups, subgroup 1 is killed 12h-18h after poisoning and the first specimen is collected; subgroup 2 collects the second specimen 24h after subgroup 1 is killed. If multiple staining is used, specimens are collected 12h to 18h after the last staining. A mid-cell division blocker (e.g. colchicine, administered at 4mg/kg body weight 4h prior to execution) is injected intraperitoneally prior to collection of specimens. The appropriate treatment time is 3h-5h if the animal is a mouse and 4h-5h if the animal is a Chinese hamster).

6.5    Test procedure

6.5.1    The animal is executed by cervical dislocation, the femur is removed and muscle and other tissues are removed.

6.5.2    The ends of the femur were cut off and 5mL of saline was drawn from one end of the femur using a syringe and a 10mL centrifuge tube was used to pick up the bone marrow cell suspension from the other end of the femur.

6.5.3    The cell suspension was centrifuged at 1000rpm for 5min-7min and the supernatant was removed.

6.5.4    Add 7mL of 0.075mol/L KCl solution, mix the cells gently with a dropper, place in a 37°C water bath for 7min, add 1mL~2mL of fixative (glacial acetic acid: methanol=1:3), mix well, centrifuge at 1000rpm for 5min~7min, discard the supernatant.

6.5.5    Add 7mL of fixing solution, mix well, fix for 15min, centrifuge at 1000rpm for 7min and discard the supernatant.

6.5.6    Fix 1 or 2 more times in the same way and discard the supernatant.

6.5.7    Add a few drops of fresh fixative and mix well.

6.5.8    Tablets are prepared by air-drying or flame-drying using drops in suspension.

6.5.9    Stained with Kimsa stain.

6.6    Film reading and results processing

6.6.1    Determination of mitotic index: includes all treatment groups, positive and negative controls (500-1000 counts per animal)

(one cell).

6.6.2   Counting aberrant cells: For each animal, select at least 100 well-dispersed mid-phase divisions and read them under the oil microscope. The number of chromosomes observed in the midphase should be limited to $2n\pm2$ due to the loss of chromosomes in the midphase due to mechanical disruptions such as hypotrophy. The number of chromosomes in each observed cell should be recorded during the reading, and for aberrant cells the position of the coordinates of the microscopic field and the type of aberration should also be recorded. Gaps should be recorded and listed separately and are not usually counted as structural aberrations of chromosomes. The resulting chromosomal aberration rates for each group are statistically processed using, for example, the $X^2$ test to assess whether there is a significant difference between the test and control groups.

6.7   Evaluation of results

Each animal is treated as a test unit and data for each animal should be tabulated for statistical analysis. The rate of structurally aberrated cells (%) and the number of chromosomal aberrations per cell may be used as indicators for evaluation. There are several criteria for statistical analysis, mutagenicity is determined when the subject causes a statistically significant increase in the number of chromosomal aberrations with a dose-related increase or when there is a significant increase in the number of chromosomal aberrant cells in a single dose group, in a single time sampling of the test.

A combination of biological and statistical significance should be considered in the evaluation and further tests should be carried out with changes to the test conditions if no definite conclusions can be made.

## 7   Test reports

The report should include the following items

（1）The name of the test substance, its physical and chemical properties, the solvent used and its preparation.

（2）Species and strain of animal, weight, number, sex, source (specify certificate of conformity number and class of animal).

（3）The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4）Doses and groups: principles of dose selection, doses and groups, negative and positive controls and doses.

（5）Test conditions and methods: route and protocol of transfection, methods of cytotoxicity determination, mid-cell division blockers used, their doses and sampling times, brief description of methods of chromosome preparation.

（6）The number of cells observed and analysed.

（7）Type and number of distortions and distortion rates.

（8）Conclusion.

## 8   Interpretation of results

Positive results demonstrate the ability of the test substance to cause chromosomal aberrations in the bone marrow cells of this species of animal.

The negative result indicates that the test substance did not cause chromosomal aberrations in the bone marrow cells of this species under the conditions of this test.

# XII. In vivo mammalian cell micronucleus assay

## Mammalian Erythrocyte Micronucleus Test

### 1   Scope

This specification specifies the basic principles, requirements and methods for the mammalian erythrocyte micronucleus test. This specification applies to the detection of chromosomal aberrations in cosmetic materials.

### 2   Normative references

GB14924    Standard for Laboratory Animals and Feed

OECD Guidelines for Testing of Chemicals（No.474，Adopted：21，July 1997）

### 3   Definition

Micronucleus: A chromatid monomer or a chromosome with a non-attachment point break, or an entire chromosome lost due to damage to the spindle, remains in the cytoplasm during late cell division. After the terminal phase, one or several regular secondary nuclei form alone and are contained within the cytoplasm of the daughter cell, called micronucleus because they are smaller than the main nucleus.

### 4   Principle

Any chemical that breaks chromosomes or damages chromosome and spindle junctions can be detected by the micronucleus test. Micronuclei can form in all types of bone marrow cells, but nucleated cells have little cytoplasm and micronuclei are difficult to distinguish from normal nuclear lobes and protrusions of the nucleus. Multistained erythrocytes are a stage in the development of late dividing erythrocytes from juvenile to mature erythrocytes, when the main nucleus of the erythrocyte has been expelled and the Kimsa stain is grey-blue due to the presence of ribosomes in the cytoplasm, while the ribosomes of mature erythrocytes have disappeared and are stained a pale orange-red. The presence of sufficient numbers of multistained erythrocytes in the bone marrow, the ease with which micronuclei can be identified and the low spontaneous rate of micronuclei make them the preferred cell population for micronucleus testing.

If the animal has been contaminated for more than 4 weeks, a micronucleus test may also be performed on peripheral blood positive stained red cells from the same endpoint. This method is not applicable if there is evidence that the substance to be tested or its metabolites do not reach the bone marrow.

### 5   Basic principles of the test

The animal is exposed to the test substance by appropriate means and after a certain period of time the animal is executed, the bone marrow (or peripheral blood) is removed, a smear is prepared, fixed, stained and the multistained erythrophils (red blood cells) containing micronuclei are counted under a microscope.

## 6   Instruments and apparatus

Biological microscope, dissecting scissors, forceps, haemostat, syringe, gavage needle, slides, coverslips (24mm x

(50mm), plastic suction bottles, gauze, filter paper, etc.


## 7   Reagents

### 7.1   Calf serum (inactivated)

The filtered calf serum is inactivated by holding it in a constant temperature water bath at 56°C for 30min. The inactivated calf serum is usually stored in a refrigerator freezer.

### 7.2   Giemsa staining solution

Ingredients: Kimsa dye                                                              3.8g

Methanol                                                    375mL

Glycerine                                                   125mL

Preparation: grind the dyestuff and a small amount of methanol in a emulsion, add methanol to 375mL and glycerol, mix well and keep in a constant temperature oven at 37°C for 48h. During this period, shake several times to dissolve the dyestuff, remove and filter, use after two weeks.

7.3   1/15 mol/L phosphate buffer (pH 7.4)

Ingredients: Disodium hydrogen phosphate (Na2HPO4-12H2O)          19.077g

Potassium dihydrogen phosphate ($_{KH2PO4}$)                              1.814g

Add distilled water to                                        1000mL

Preparation: Dissolve the above two ingredients in distilled water. Check the pH value with a pH test paper.

7.4   Kimsa Application Solution

Mix one part of Giemsa dye with 6 parts of 1/15 mol/L phosphate buffer. Ready to use.


## 8   Laboratory animals and housing environment

Suitable mammals are suitable for this experiment, with mice or rats being recommended. The mouse is the usual animal for the micronucleus test. The animals should be acclimatised in the laboratory for at least 3-5 days and the difference in weight between the two sexes should be limited to ±20% at the beginning of the experiment.

Laboratory animals and laboratory animal rooms should comply with the corresponding national regulations.


## 9   Dose grouping

Doses of 1/2, 1/5, 1/10, 1/20 of the $_{LD50\ of\ the\ subject\ are}$ usually taken to obtain a dose-response curve for the micronucleus. When the $_{LD50\ is}$ greater than 5g/kg body weight, the highest dose of 5g/kg body weight should be taken, usually at least 3 doses. Each dose group should consist of 10 animals, 50/50 females and males. A solvent control and a positive control group should also be used. Cyclophosphamide is commonly used as a positive control at a dose of 40mg/kg bw.

If the potential (desired) human exposure is too high, choose 2000 mg/kg/BW/d for 14 days or 1000mg/kg/BW/d Infection for >14 days was tested.

The solvent to be used for the test substance is determined by the physicochemical properties of the test substance (water-soluble and/or fat-soluble), usually water, vegetable oil or edible starch etc.


## 10   Ways and means of contamination

The route of contamination depends on the purpose of the experiment and is recommended to be by oral gavage. The 30h double dose method is used, i.e. 24h between doses and 6h after the second dose.


## 11   Test method

11.1   Sample preparation

After the animal has been dislocated and executed, the thoracic cavity is opened, the sternal stalk is cut

along the junction with the ribs, the muscle attached to it is stripped away, the blood is wiped away, the sternum is cut horizontally to expose the marrow cavity, and then the marrow fluid is squeezed out with haemostatic forceps.

Peripheral blood samples for prolonged poisoning should be taken from the caudal or ear vein, usually in two separate sessions between 18-24h and 36-48h after the first poisoning.

11.2   Smear

Bone marrow fluid (peripheral blood) is applied to a drop of calf serum at one end of the slide and mixed carefully. Generally speaking, it is appropriate to apply one slice of marrow from two sternum sections. The smear is then applied in the usual blood smear method and dried in the air for approximately 2cm to 3cm. If staining is done immediately, it needs to be placed above the flame of an alcohol lamp and slightly baked.

11.3   Fixed

The dried smear is fixed in methanol for 5 min. and should be fixed and stored even if not stained on the same day.

11.4    Dyeing

The fixed smears were placed in Giemsa application solution, stained for 10 min to 15 min and then immediately rinsed with 1/15 mol/L phosphate buffer.

11.5    Cover film

Dry the water droplets on the back of the stained piece with filter paper, then gently press the stained piece with a double layer of filter paper to absorb the residual water on the stained piece, then shake it several times in the air to dry it as soon as possible, then put it into xylene for 5 min transparently, remove it and apply an appropriate amount of optical resin glue, cover the coverslip and write the label.

11.6    Observation and counting

The cells are first examined cursorily with low magnification and then with high magnification, and areas of uniform distribution, undamaged cells and appropriate staining are selected and counted under oil immersion microscopy. Although nucleated cells containing micronuclei are not counted, the morphological integrity of the nucleated cells should be used as a criterion for judging the quality of the production.

This method looks at red blood cells containing micronuclei. Multistained red blood cells are grey-blue in colour and mature red blood cells are pale orange in colour. The micronuclei are mostly single and round, with smooth and neat margins, and the chromophobia is consistent with the nucleoplasm, which is purplish or bluish-purple.

A minimum of 2000 multistained erythrocytes (erythcytes) are counted per animal. The micronucleus rate refers to the number of erythrocytes containing micronuclei and is expressed in thousands (‰). If two or more micronuclei are present in one pleomorphic erythrocyte, the count is still based on one micronucleated cell.

Micronucleus tests performed by automated image analysis systems with flow cytometry, validated or confirmed by the Cosmetic Standards Committee, are acceptable as an alternative to this method.

## 12    Data processing and judgement of results

12.1    Data processing

Means and standard deviations of micronuclei rates for each group are reported and micronuclei rates for each dose group of subjects are compared with solvent controls using appropriate statistical methods such as the Poinsson distribution u test.

If there is no evidence of gender differences in the data obtained, data from both sexes can be combined for statistical analysis.

12.2    Result determination

A combination of biological and statistical significance should be considered in the evaluation. A positive micronucleus test may be considered if there is a statistically significant increase in the micronucleus rate for a single dose method compared to a solvent control group, and if there is a statistically significant difference between the dose groups for multiple dose methods and a dose-response relationship.

## 13    Test reports

The test report shall include the following.

（1） Name of the test substance, physical and chemical properties, method of preparation, solvent used.

（2） Species and strain of animal, weight, number, sex, source (specify certificate of conformity number and class of animal).

（3） The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal room qualification number.

（4） Dose groupings, routes and modes of contamination.

（5） Test methods: brief description of the operational steps, statistical methods used, criteria for determining results.

（6） RESULTS: The incidence of micronuclei in the bone marrow cells of the animals is reported in tabular form for the subjects (Table 1).

（7） Conclusion.

Table 1   Incidence of multistained erythrophilic micronuclei in bone marrow of ××× vs.

| Group Subjects | Dosage (g/kg body weight) | Number of animals (only) | Number of cells examined (pcs) | Number of micronucleated cells (pcs) | Micronucleus rate (‰) | P-value |
|---|---|---|---|---|---|---|

Solvent control Positive control

(mg/kg body weight)

# XIII. Testicular germ cell chromosome aberration test

## Testicle Cells Chromosome Aberration Test

### 1   Scope

This specification specifies the basic principles, requirements and methods for chromosomal aberration tests on primary spermatocytes of the mammalian testis. This specification applies to the genotoxicity testing of cosmetic raw materials.

### 2   Normative references

GB15193 Procedures and methods for the toxicological evaluation of food safety GB15193.8-2003

### 3   Purpose of the test

Detection of chromosomal damage in germ cells of male animals to evaluate the mutagenic potential of the test substance.

### 4   Basic principles of the test

The animals were exposed to the subjects by appropriate routes and after a certain period of time the animals were executed, treated with a mid-cell division blocker prior to execution and after execution chromosome specimens of primary testicular spermatocytes were prepared and observed under the microscope for chromosomal aberrations.

This method is particularly suitable for the analysis of chromosomal aberrations that need to be taken into account following in vivo metabolic activation.

This method is not applicable if there is evidence that the substance to be tested or its metabolites do not reach the testes.

### 5   Instruments and apparatus

Biological microscope, centrifuge, dissecting scissors, forceps, centrifuge tubes, flat dishes, syringes, gavage needles, slides, coverslips (24mm x 50mm), etc.

### 6   Reagents

6.1   Colchicine 0.04%: 40mg of colchicine in saline to 100mL.

6.2   Trisodium citrate 1%: Take 1g of trisodium citrate and add distilled water to 100mL.

6.3   0.075 mol/L potassium chloride solution: take 5.59 g of potassium chloride and add distilled water to 1000 mL.

6.4   Methanol/glacial acetic acid (3:1, v/v) fixative: ready to use.

6.5    60% glacial acetic acid: take 60mL of glacial acetic acid and add distilled water to 100mL, all freshly prepared.

6.6    pH 6.8 phosphate buffer.

6.6.1   1/15 mol/L disodium hydrogen phosphate solution: disodium hydrogen phosphate ($Na_2HPO_4$) 9.47 g, add distilled water to 1000 mL.

6.6.2   l/15 mol/L potassium dihydrogen phosphate solution: 9.07 g of potassium dihydrogen phosphate ($KH_2PO_4$), add distilled water to 1000 mL.

6.6.3   Mix 50mL of disodium hydrogen phosphate solution with 50mL of potassium dihydrogen phosphate solution.

6.7    Kimsa dye solution.

6.7.1   The solution was dissolved and then 125 mL of pure glycerol was added and kept at 37°C for 48h, during which time it was shaken several times and then filtered for 1-2 weeks.

6.7.2   Kimsa application solution: add lmL of stock solution to 10mL of pH 6.8 phosphate buffer.

6.8    Physiological saline, methanol.


## 7   Laboratory animals and housing environment

Suitable male rodents are used for this experiment. It is recommended to use mice, 6 to 8 weeks of age, weighing 30 g to

The animals should be acclimatised in the laboratory for at least 5 days and the difference in weight at the start of the experiment should be limited to ±20%. Laboratory animals and laboratory animal houses should comply with the appropriate national regulations.

## 8   Dose grouping

Subjects are given at least three dose groups. Dose 1/2, 1/5, 1/10 or 1/20 $_{LD50}$ respectively. When the $_{LD50\ is}$ greater than 5 g/kg body weight, the highest dose is 5 g/kg body weight. A negative (solvent) control group and a positive control group are also available. In the positive control group, cyclophosphamide (40mg/kg bw) or mitomycin C (1.5mg/kg bw to 2mg/kg bw) is administered intraperitoneally. At least 5 surviving animals in each group.

The solvent to be used for the test substance is determined by the physicochemical properties of the test substance (water-soluble and/or fat-soluble), usually water, vegetable oil or edible starch etc.

## 9   Ways and means of contamination

Depending on the purpose of the experiment, oral gavage is the recommended method of administration. The animals should be poisoned once a day (if the dose is too high, it is possible to poison them several times a day, but at intervals of several hours) for 5 d. The animals should be executed between 12 and 14 d after the first poisoning. The animals were injected intraperitoneally with a 0.04% colchicine solution at a dose of 4mg/kg bw 6h before execution.

## 10   Test method

### 10.1   Collection of materials

The testes were removed from both sides, cleaned of fat, washed in saline to remove hair and blood and placed in a small flat dish containing an appropriate amount of 1% trisodium citrate or 0.075 mol/L potassium chloride solution.

### 10.2   Production

10.2.1   Hypotonicity: the peritoneum is torn open with ophthalmic forceps and the varicose tubes are gently separated and hypotonic at room temperature, the duration of hypotonicity depends on the temperature and other specific conditions, usually between 15min and 25min.

10.2.2   Fixation: carefully aspirate the hypotonic solution and add 10mL of fixative (methanol: glacial acetic acid = 3:1) to fix. Fix for no more than 15 min the first time, pour off the fixative and then add a new fixative for more than 20 min.

10.2.3   Centrifugation: aspirate all the fixative, add 1mL to 2mL of 60% ice acetic acid, add twice the amount of fixative as soon as most of the spermatozoa have softened, beat well, transfer to a centrifuge tube, centrifuge at 1000rpm for 10min and fix again.

10.2.4   The cell suspension is then evenly dripped onto an ice-cold water slide and air-dried or flame-dried to make the slides.

10.2.5   Staining: Stain with 1:10 Kimsa stain (pH 6.8) for 20 min to 40 min.

### 10.3   Cover film

Dry the water droplets on the back of the stained piece with filter paper, then gently press the stained piece with a double layer of filter paper to absorb the residual water on the stained piece, then shake it

several times in the air to dry it as soon as possible, then put it into xylene for 5 min transparently, remove it and apply an appropriate amount of optical resin glue, cover the coverslip and write the label.

10.4    Read the film

10.4.1    Film review requirements

Look for intermediate split phases with a clear background, good dispersion and moderate chromosome shrinkage in sequence under low magnification, then analyse them under oil microscopy. The number of chromosomes observed in the mid-phase should be n pairs of bivalents, and at least 100 primary spermatocytes in the mid-phase division should be analysed per animal, as mechanical disruptions such as hypotonicity can lead to loss of chromosomes in the mid-phase. The position of the coordinates of the microscopic field and the type of aberration should also be recorded for aberrant cells.

10.4.2    Observation Items

10.4.2.1    Changes in chromosome structure

10.4.2.1.1    Breakage: damage greater than the width of the chromosome.

10.4.2.1.2    Microsomes: smaller and more rounded than broken pieces.

10.4.2.1.3    Polyvalent: During meiosis, chromosomal translocations can produce ring-like polyvalents, or chain-like polyvalents. The rate of spontaneous translocations in control adults is very low, less than 0.01%. There may be a slight increase in older animals.

10.4.2.2    X-Y and autosomal monovalents

Monovalent X-Y and autosomal chromosomes are also known as premature segregation. In control animals, X-Y monosomy is more common, with about 0-10%. The separation of X and Y can often cause sterility. Monosomy of autosomes is caused by non-association (absence of paired congeners between homologous segments), or loss of association (separation due to crossover failure); they are less common in control animals because crossovers form at the bilineage stage and normally paired associations continue until the end of Intermediate I. It often occurs in the smallest pair of autosomes.

## 11    Data processing and judgement of results

The percentage of cells with aberrant chromosome structure (%), X-Y and autosomal monovalents were calculated separately. Statistical treatment was performed using the $X^2$ test or other appropriate significance test. A positive test result was judged when there was a significant increase in aberrant cell rate in each dose group compared to the negative (solvent) control group with a dose-response relationship; or when there was a significant and reproducible increase in only one dose group.

A combination of biological and statistical significance should be considered in the evaluation. When no definitive conclusion can be made, further tests should be carried out with changes to the test conditions.

## 12    Test reports

The test report shall include the following.

（1）The name of the test substance, its physical and chemical properties, the method of preparation, the solvent used and the formulation.

（2）Species and strain of animal, weight, number, source (specify the certificate of conformity number and class of animal).

（3）The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal room qualification number.

（4）Doses and groups: principles of dose selection, doses and groups, negative and positive controls and doses.

（5）Test conditions and methods: route and protocol of staining, mid-cell division blockers used and their doses and sampling times, brief description of the method of chromosome preparation, statistical methods used.

（6）The cell types and cell numbers observed and analysed.

（7）Type and number of distortions and distortion rates.

（8）Conclusion.

## 13    Interpretation of results

Positive results demonstrate the ability of the test substance to cause chromosomal aberrations in the testicular germ cells of this species.

The negative results indicate that the test subjects did not cause chromosomal aberrations in the testicular germ cells of this species under the conditions of this test.

# XIV. Subchronic oral toxicity test

## Subchronic Oral Toxicity Test

### 1   Scope

This specification specifies the basic principles, requirements and methods for subchronic oral toxicity testing in rodents. This specification applies to the detection of subchronic oral toxicity of cosmetic ingredients.

### 2   Normative references

OECD Guidelines for Testing of Chemicals（No.408，Sep. 1998）

### 3   Purpose of the test

In the estimation and evaluation of the toxicity of cosmetic ingredients, information on the acute toxicity of the test substance is followed by a sub-chronic oral toxicity test. This test not only provides information on the health effects caused by repeated exposure to the test substance over a certain period of time, the target organ and the accumulation capacity of the test substance, but also allows the estimation of the level of no harmful effects of the exposure, which can be used to select and determine the level of exposure for chronic tests and the preliminary calculation of the safety level for population exposure.

### 4   Definition

4.1   Subchronic oral toxicity

It is an adverse reaction caused by repeated daily oral exposure to the test substance during part of the survival period of the experimental animal.

4.2   No-adverse-effect level

It is the maximum dose of the test that does not cause any harmful effects and can be expressed as the weight of the test substance per unit of animal body weight per day (mg/kg). When the test substance is mixed into the animal's feed or drinking water for poisoning, the weight of the test substance per kilogram of feed or per millilitre of drinking water (mg/kg, mg/mL) can be expressed.

### 5   Basic principles of the test

Groups of animals were orally administered with different doses of the test substance daily for 90 d. One dose was used for each group. The animals are observed daily for toxic reactions during the period of exposure. Animals that die during the period of toxicity are subjected to necropsy. All surviving animals are put to death at the end of the period of toxicity and are subjected to post-mortem examination and appropriate pathological histological examination.

**6   Test method**

6.1   Laboratory animals and housing environment

6.1.1   Selection of animal breeding lines

Rodents are routinely selected, with rats being preferred. Rats between 6 and 8 weeks of age are generally used. Animal weights should not vary by more than 10% of the average animal weight. If the test is a preparatory test to a chronic test, the same strain of animals should be used in both tests.

6.1.2   Sex and number of animals

There should be at least 20 animals (half male and half female) in each dose group, but given the importance of sub-chronic trials, the number of male and female animals in each group should be increased as appropriate. If animals are planned to be killed during the course of the test, the number of animals planned to be killed should be increased. The number of animals at the end of the test needs to be such that the toxic effects of the test substance can be effectively evaluated. In addition, a follow-up group of 20 animals (half males and half females) may be established and given the highest dose of the test substance for 90 d. Observation should continue for a period of time (usually not less than 28 d) after the full dose has been administered to determine the persistence, reversibility or delayed toxic effects.

6.1.3   Rearing environment

Laboratory animals and laboratory animal houses should comply with the corresponding national regulations. Conventional feed is selected and water is not restricted.

6.2   Dose grouping

The test should be carried out with at least three contaminated groups and one control group. The control group should be subjected to the same conditions as the test group, except that it is not exposed to the test substance. The maximum dose should be designed to cause toxic effects without causing excessive animal mortality, otherwise the evaluation of the results will be affected. The low dose group should not show any toxic effects. If population exposure levels are known, the lowest dose should be higher than the actual population exposure level. The intermediate dose group should cause milder observable toxic effects. If multiple intermediate dose groups are established, the doses in each group should cause different levels of toxic effects. In the intermediate and low dose groups and in the control group, animal mortality should be low to ensure that meaningful conclusions can be drawn.

For those substances of lower toxicity, special care should be taken when poisoning by feed to ensure that the mixing of large quantities of the test substance does not affect the normal nutrition of the animal. Special instructions should be given for other methods of poisoning. If gavage is used, the dose should be administered at the same time each day and adjusted regularly (weekly) by body weight to maintain a constant level of toxicity per body weight.

In this test, if no observable toxic effect is produced at exposure levels above 1000 mg/kg and the toxicity of the subject can be expected based on the structural compound of interest, a full test observation at three dose levels may be considered unnecessary.

6.3   Test procedure

At least 5 d should be allowed for the animals to acclimatise to the laboratory environment before the start of the infection. The animals are randomly grouped. Subjects can be contaminated by mixing with feed or water, by direct feeding and by gavage. The animals are contaminated 7 d per week. All animals should be contaminated in exactly the same way during the test. If other solvents or additives are added for the purpose of poisoning, these should not affect the absorption or cause toxic effects.

6.4   Clinical observations

The observation period should be at least 90 d. A further 28 d should be added to the follow-up group without any treatment to understand the reversibility, persistence and delayed toxic effects.

Any signs of toxicity in the animal during observation should be recorded, including the time of occurrence, extent and duration. Observations should include at least the following: changes in skin and coat, eye and mucous membrane changes, respiratory, circulatory, vegetative and central nervous system, limb movements and behavioural activity. Weekly feed consumption (or drinking water consumption when poisoned through drinking water) should be calculated and weekly weight changes recorded.

6.5   Clinical Examination

6.5.1   Ophthalmic examinations

An ophthalmic examination using an ophthalmoscope or other relevant equipment should preferably be carried out on all experimental animals, at least in the highest dose group and in the control group, before and after the animals have been poisoned. All animals should be examined if ophthalmic changes are found.

6.5.2   Blood tests

Blood cell volume, haemoglobin concentration, red blood cell count, total white blood cell count and classification should be measured before, during and at the end of the period of poisoning and at the end of

the follow-up period.

6.5.3    Clinical blood biochemistry tests

The tests are carried out before, during and at the end of the period of poisoning and at the end of the follow-up period and include electrolyte balance, carbohydrate metabolism, liver and kidney function. Other specific tests may be selected depending on the form of action of the test. Recommended tests include: calcium, phosphorus, chloride, sodium, potassium, fasted blood glucose (different fasting periods for different animal strains), serum glutamic aminotransferase, serum glutamic oxaloacetic aminotransferase, ornithine decarboxylase, glutamyl transpeptidase, urea nitrogen, albumin, blood creatinine, total bilirubin and total serum protein. Analysis of lipids, hormones, acid-base balance, nor-iron haemoglobin and cholinesterase activity may be measured if necessary. In addition, other broader clinical biochemical tests may be performed based on the toxic effects observed to allow for a full toxicity evaluation.

6.5.4    Urine test

This is not normally required and urine testing is only required when toxic effects are suspected or observed.

6.6   Pathological examination

6.6.1   Gross autopsy

All animals should undergo a full gross necropsy covering the animal's appearance, all orifices, the thoracic and abdominal cavities and their contents. The liver, kidneys, adrenal glands, testes, epididymis, uterus, ovaries, thymus, spleen, brain and heart should be weighed as soon as possible after separation to prevent loss of water. The following tissues and organs should be preserved in fixative for later pathological histological examination: all organs with abnormal gross anatomical presentation, brain (including medulla oblongata/pontine, cerebellum and cerebral cortex, pituitary gland), thyroid/parathyroid, thymus, lung/trachea, heart, aorta, salivary glands*, liver, spleen, kidney, adrenal glands, pancreas, gonads, uterus, reproductive appendages*, skin*, oesophagus, stomach, duodenum, jejunum, ileum, cecum, colon, rectum, bladder, prostate, representative lymph nodes, female breast*, thigh muscles*, peripheral nerves, sternum (including bone marrow), eye*, femur (including articular surfaces)*, spinal cord (including neck, chest, lumbar region)* and lacrimal gland*.

*These organs need to be examined only if toxic effects are suggested or if they are the target organ being studied.

6.6.2   Pathological histological examination

The following organs and tissues should be examined.

（1）Significant and potentially damaged organs or tissues of all animals in the highest dose group and the control group should be extended to corresponding organs and tissues in other dose groups if there are pathological histological lesions in the organs or tissues of animals in the high dose group.

（2）Gross anatomy of organs or tissues with abnormalities was seen in all dose groups.

（3）Target organs of animals in other dose groups.

（4）In the follow-up group, those tissues and organs that exhibit toxic effects in the infected group should be examined.

# 7   Evaluation of test results

7.1   Processing of results

The results of the test may be summarised in tabular form showing the number of animals in each group at the start of the test, the number of animals showing injury, the type of injury and the percentage of animals with each type of injury. All data should be evaluated using an appropriate statistical method, which should be determined at the time of test design.

7.2   Evaluation of test results

The results of the sub-chronic oral toxicity test should be evaluated in conjunction with the results of the previous tests, taking into account the indicators of toxic effects and the results of the autopsy and pathological histological examination. The toxicity evaluation should include the relationship between the dose at which the subject was infected and the presence or absence of toxic reactions, the incidence of toxic reactions and their magnitude. These reactions include behavioural or clinical abnormalities, visible damage, target organs, changes in body weight, mortality effects and other general or specific toxic effects. Successful subchronic trials should be able to present statistically significant levels of no harmful effects.

7.3   Test reports

The test report shall include the following.

（1） Name of the test substance, physicochemical properties, method of preparation, concentration used.

（2） The species, strain and origin of the experimental animal (indicating the certificate of conformity number and animal class).

（3） The laboratory animal housing environment, including feed source, room temperature, relative humidity, single cage housing or group feeding, and laboratory animal housing certification number.

（4） Test methods.

（5） Toxicity response data by sex and dose.

（6） The time at which the animal died during the test or whether the animal survived at the end of the contamination.

（7） Toxic effects or other effects.

（8） The timing of each abnormal symptom observed and its regression.

（9） Food intake and animal weight information.

（10） Ophthalmic findings.

（11） Haematological findings.

（12）  Clinical biochemical findings.

（13）  What the autopsy found.

（14）  A detailed description of what is seen on pathological histological examination.

（15）  Statistical methods for the processing of the results.

（16）  Conclusion.

## 8   Interpretation of test results

The sub-chronic oral toxicity test can provide information on the toxic effects of a test substance at repeated oral exposure. The test results can be extrapolated to a very limited extent to humans, but it can provide useful information for determining the NOAEL and Permissible Exposure Level (PEL) for population exposure.

# XV. Subchronic percutaneous toxicity test

## Subchronic Dermal Toxicity Test

### 1    Scope

This specification specifies the basic principles, requirements and methods for subchronic percutaneous toxicity testing in rodents. This specification applies to the detection of subchronic percutaneous toxicity of cosmetic ingredients.

### 2    Normative references

OECD Guidelines for Testing of Chemicals（No.411，May 1981）

### 3    Purpose of the test

When estimating and evaluating the toxicity of cosmetic ingredients, the acute percutaneous toxicity of the test substance is followed by a sub-chronic percutaneous toxicity test. This test not only provides information on the health effects that may be caused by repeated exposure over a certain period of time, but also provides a basis for evaluating the percutaneous permeability of the test substance, the target organ of action and the dose selection for chronic dermal toxicity tests.

### 4    Definition

4.1    Subchronic dermal toxicity

It is an adverse reaction caused by repeated daily percutaneous exposure to the test substance during part of the survival period of the experimental animal.

4.2    No-adverse-effect level

It is the maximum dose of toxicity that does not cause any harmful effects in the test. It is expressed as the weight of the test substance given per unit of animal body weight per day (mg/kg).

### 5    Basic principles of the test

The animals were given daily percutaneously at different doses for 90 d. One dose was used for each group. The animals were observed daily for toxic reactions during the period of exposure. Animals that died during the period of toxicity were subjected to necropsy. At the end of the period, all surviving animals are put to death and post-mortem examination and appropriate pathological histology is performed.

### 6    Test method

6.1    Subjects

If the subject is a solid, it should be crushed and well moistened with water (or an appropriate medium) to ensure good contact between the subject and the skin. If a medium is used, consideration should be given

180

to the effect of that medium on the skin permeability of the subject. Liquid subjects generally do not need to be diluted.

## 6.2   Laboratory animals and housing environment

### 6.2.1   Selection of animal breeding lines

Adult rats, rabbits or guinea pigs may be used for the test, or animals of other species may be used. When the subchronic test is used as a preparatory test to the chronic test, the same strain of animal should be used in both tests.

### 6.2.2   Sex and number of animals

There should be at least 20 animals (half male and half female) with healthy skin in each dose group. If animals are planned to be killed in the course of the test, the number of animals planned to be killed should be increased. In addition, a follow-up group of 20 animals (half male and half female) may be used to administer the highest dose for 90 d and continue to be observed for a period of time (usually not less than 28 d) after the full dose has been administered to determine the persistence, reversibility or late onset of toxic effects.

### 6.2.3   Rearing environment

Laboratory animals and laboratory animal houses should comply with the corresponding national regulations. Conventional feed is selected and water is not restricted.

### 6.3   Dose grouping

The test should be carried out with at least three contaminated groups and one control group. The control group should be subjected to the same conditions as the test group, except that it is not exposed to the test substance. The maximum dose should be designed to cause toxic effects without causing excessive animal mortality, otherwise the evaluation of the results will be affected. The low dose group should not show any toxic effects. If population exposure levels are known, the lowest dose should be higher than the actual population exposure level. The intermediate dose group should cause milder observable toxic effects. If multiple intermediate dose groups are established, the doses in each group should cause different levels of toxic effects. In the intermediate and low dose groups and in the control group, animal mortality should be low to ensure that meaningful conclusions can be drawn.

If the test substance causes severe skin irritation, the concentration of the test substance should be reduced, although this may lead to a reduction or disappearance of other toxic effects originally seen at higher doses. If the skin of the animal is severely damaged early in the test, it may be necessary to terminate the test and restart it at a lower concentration.

In this test, if no observable toxic effect is produced at exposure levels above 1000 mg/kg and the toxicity of the subject can be expected based on the structural compound of interest, a full test observation at three dose levels may be considered unnecessary.

### 6.4   Test procedure

The animals should be acclimatised in a laboratory environment for at least 5 d prior to testing. 24h prior to the test, the coat is cut or shaved from the dorsal area of the trunk. The infected area should be debrided approximately weekly. Care should be taken when using scissors or razors to prevent damage to the animal's skin and consequent changes in skin permeability. The area of the area to be contaminated should not be less than 10% of the animal's body surface area and should be determined by measuring the animal's body weight. If the test is more toxic, the area may be relatively small, but the test should be applied as thinly and evenly as possible over the entire area. Cellophane and non-irritating tape should be used to hold the test in place during the staining operation to ensure good contact with the skin and to prevent licking by the animal.

During the 90-d test period, the animals are exposed for 6 h per day, 7 days per week, while the follow-up group is observed for an additional 28 d in order to understand the persistence, reversibility and delayed toxic effects.

### 6.5   Clinical observations

A careful clinical examination should be carried out at least once a day during the trial.

Any signs of toxicity in the animal during observation should be recorded, including the time of occurrence, extent and duration. Cageside observations should include at least the following: changes in skin and coat, eye and mucous membrane changes, changes in respiration, circulation, vegetative and central nervous system, limb movements and behavioural activity. Weekly feed consumption should be calculated and weekly weight changes recorded.

### 6.6   Clinical Examination

### 6.6.1   Ophthalmic examinations

An ophthalmic examination using an ophthalmoscope or other relevant equipment should preferably be

carried out on all experimental animals, at least in the highest dose group and in the control group, before and after the animals have been poisoned. All animals should be examined if ophthalmic changes are found.

6.6.2   Blood tests

Measurements should be taken before, during and at the end of the period of poisoning and at the end of the follow-up period, including haematocrit, haemoglobin concentration, red blood cell count, total white blood cell count and classification, and coagulation, such as clotting time, prothrombin time, prothrombin time or platelet count, if necessary.

6.6.3   Clinical blood biochemistry tests

The tests are carried out before, during and at the end of the period of exposure and at the end of the follow-up period and include electrolyte balance, carbohydrate metabolism, liver and kidney function. Other specific tests may be selected depending on the form of action of the test. Recommended tests include: calcium, phosphorus, chloride, sodium, potassium, fasted blood glucose (different fasting periods are used for different animal strains), serum glutamic aminotransferase, serum glutamic oxaloacetic aminotransferase, ornithine decarboxylase, glutamyl transpeptidase, urea nitrogen, albumin, blood creatinine, total bilirubin and total serum protein. Analysis of lipids, hormones, acid-base balance, nor-iron haemoglobin and cholinesterase activity may be measured if necessary. In addition, other broader clinical biochemical tests may be performed based on the toxic effects observed to allow for a full toxicological

Sexual evaluation.

6.6.4   Urine test

This is not normally required and urine testing is only required when toxic effects are suspected or observed.

6.7   Pathological examination

6.7.1   Gross autopsy

All animals should undergo a full gross necropsy, covering the appearance of the body, all orifices, the thoracic and abdominal cavities and their contents. The liver, kidneys, adrenal glands and testes, epididymis, uterus, ovaries, thymus, spleen, brain and heart should be weighed as soon as possible after separation to prevent loss of water. The following tissues and organs should be preserved in fixative for later pathological histological examination: all organs with abnormal gross anatomical presentation, brain (including medulla oblongata/pontine, cerebellum and cortex, pituitary gland), thyroid/parathyroid, thymus, lung/trachea, heart, aorta, salivary glands*, liver, spleen, kidney, adrenal glands, pancreas, gonads, uterus, reproductive appendages*, skin*, oesophagus, stomach, duodenum, jejunum, ileum, cecum, colon, rectum, bladder, prostate, representative lymph nodes, female breast*, thigh muscles*, peripheral nerves, sternum (including bone marrow), eye*, femur (including articular surfaces)*, spinal cord (including neck, chest, lumbar region)* and lacrimal gland*.

*These organs need to be examined only if toxic effects are suggested or if they are the target organ being studied.

6.7.2   Pathological histological examination

Pathological histological examination should be performed on the following organs and tissues.

（1）  Significant and potentially damaged organs or tissues of all animals in the highest dose group and the control group, and if there are pathological histological lesions in organs or tissues of animals in the high dose group extend to the corresponding organs and tissues of the other dose groups.

（2）  Gross anatomy of organs or tissues with abnormalities was seen in all dose groups.

（3）  Target organs of animals in other dose groups.

（4）  For the follow-up group, those tissues and organs that exhibit toxic effects in the infected group should be examined.


**7   Evaluation of test results**

7.1   Processing of results

The results of the test may be summarised in tabular form showing the number of animals in each group at the start of the test, the number of animals showing injury, the type of injury and the percentage of animals with each type of injury. All data should be evaluated using an appropriate statistical method, which should be determined at the time of test design.

7.2   Evaluation of test results

The results of the subchronic percutaneous toxicity test should be evaluated in conjunction with the results of the previous tests, taking into account the indicators of toxic effects and the results of the autopsy and pathological histological examination. The toxicity evaluation should include the relationship between the dose at which the subject was infected and the presence or absence of toxic reactions, the incidence of toxic reactions and their magnitude. These reactions include behavioural or clinical abnormalities, visible

damage, target organs, changes in body weight, mortality effects and other general or specific toxic effects. Successful subchronic trials should be able to present statistically significant levels of no harmful effects.

7.3   Test reports

The test report shall include the following.

（1）  The name of the test substance, its physical and chemical properties, the method of preparation, the dose of poisoning, the area of poisoning and the manner of poisoning.

（2）  The species, strain and origin of the experimental animal (indicating the certificate of conformity number and animal class).

（3）  The housing environment, including source of feed, room temperature, relative humidity, single cage housing or group feeding, and laboratory animal house conformation number.

（4）  Test methods.

（5）  Toxicity response data by sex and dose.

（6）  The time at which the animal died during the experiment or whether the animal survived at the end of the experiment.

（7）  Toxic effects or other effects.

（8）  The time at which each abnormal symptom was observed and its regression.

（9） Food intake and animal weight information.

（10） Ophthalmic findings.

（11） Haematological findings.

（12） Clinical biochemical findings.

（13） What the autopsy found.

（14） A detailed description of what is seen on pathological histological examination.

（15） Statistical methods for the processing of the results.

（16） Conclusion.

## 8   Interpretation of test results

The sub-chronic percutaneous toxicity test can provide information on the toxic effects of a test substance at repeated percutaneous exposures. The results of the test can be extrapolated to a very limited extent to humans, but it can provide useful information for determining the NOAEL and Permissible Exposure Level (PEL) for population exposure.

# XVI. Teratogenicity test

## Teratogenicity Test

### 1   Scope

This specification specifies the basic principles, requirements and methods of animal teratogenicity testing. This specification is used to test the teratogenicity of cosmetic ingredients.

### 2   Normative references

OECD Guidelines for Testing of Chemicals (No. 414, January 2001) Procedures and Methods for the Toxicological Evaluation of Food Safety (GB15193.14-2003).

### 3   Purpose of the test

To test for the possibility of fetal malformations in pregnant animals following exposure to cosmetic ingredients.

### 4   Definition

Teratogenicity: The property of a chemical that causes permanent structural and functional abnormalities in fetal mice during embryonic development.

### 5   Basic principles of testing

Pregnant animals are poisoned during the organogenesis phase of embryonic development, executed before birth and removed for examination of skeletal and visceral malformations.

### 6   Test method

6.1   Reagents

6.1.1   Formaldehyde, glacial acetic acid, 2,4,6-trinitrophenol, potassium hydroxide, glycerol, chloral hydrate, alizarin red.

6.1.2   Alizarin Red stock solution: Alizarin Red saturated solution, 50% acetic acid saturated solution 5.0mL, glycerol 10.0mL, 1% chloral hydrate 60.0mL mixed in a brown bottle.

6.1.3   Alizarin Red Application Solution: Take 3mL to 5mL of stock solution and dilute to 1000mL with 1g to 2g/100mL of potassium hydroxide solution in a brown bottle.

6.1.4   Alizarin Red solution: Alizarin Red 0.1g, potassium hydroxide 10g, distilled water 1000mL.

6.1.5   Clear Solution A: 200mL of glycerine, 10g of potassium hydroxide, 790mL of distilled water.

6.1.6   Clear Liquid B: Glycerine mixed with distilled water in equal parts.

6.1.7   Fixative (Bouins solution): 2,4,6-trinitrophenol (picric acid saturated solution) 75 parts, formaldehyde 20 parts, glacial acetic acid 5 parts

Portions.

6.2   Laboratory animals and housing environment

Animal selection: Healthy, sexually mature rats are preferred.

Laboratory animals and laboratory animal rooms should comply with the corresponding national regulations.

6.3   Dosing and grouping

At least three dose groups should be established and the highest dose should cause some toxicity in females, but should not cause mortality in more than 10% of the animals. The lowest dose should not cause observable toxic reactions. A negative control group should be established. At least 12 pregnant rats in each group. When teratogenicity tests are first carried out or when new animal species and strains are used, a positive control group must be set up at the same time.

## 6.4    Test procedure

### 6.4.1    Detection of "pregnant mice" and timing of administration of subjects

Female and male rats are caged 1:1 (or 2:1) together and the clot (or vaginal smear) is observed every morning. The day on which the clot (or sperm) is detected is defined as day zero of the gestation period. If no 'fertilised rat' is detected within 5 d, the female should be switched. The "fertilized rats" detected are grouped at random. The test is given orally daily from 6d to 15d of gestation. Pregnant rats are weighed at 0, 6, 10, 15 and 20 d of gestation and the amount of substance administered is adjusted according to body weight.

### 6.4.2    Execution and general examination of pregnant rats

The rats were executed on the 20th day of gestation. The ovaries were examined for the number of corpus luteum, the uterus was removed and weighed; the number of live fetuses, early resorptions and stillbirths were examined.

### 6.4.3    Live fetal rat examination

Record the weight, body length and tail length of the fetus one by one, and check the appearance of the fetus for any abnormalities such as bulging brain, exposed brain, small head, small ears, small eyes, no eyes and open eyes, harelip, cleft jaw, abdominal wall cleft, umbilical hernia, curved spine, small limbs, short limbs, parallel toes, multiple toes, no toes and other deformities, short tail, curled tail, no tail, and atresia of the anus.

### 6.4.4    Preparation and examination of fetal rat bone specimens

The fetuses were removed from the litter (or the skin, viscera and fat could be removed), rinsed in running water for a few minutes and placed in 1g-2g/100mL of potassium hydroxide solution (at least 5 times the volume of the litter) for 8h-72h, then transparently stained in alizarin red application solution for 6h-48h and shaken gently. Shake gently 1 to 2 times/d until the skull is red. After the bones have stained red and the soft tissues have faded, the specimen can be stored in glycerine. The fetal rat can also be skinned, gutted and fat removed, then stained in alizarin red solution, shaking the glass jar 2-3 times on the same day until the bones are red. Place the fetal rat in Clear Solution A for 1 to 2 days and then switch to Clear Solution B for 2 to 3 days. When the fetal rat bones have stained red and the purplish colour of the soft tissues has largely faded, the specimen can be stored in glycerine. (skinning method)

The specimen is placed in a small flat dish and viewed as a whole under a body microscope using a transilluminating light source, followed by a step-by-step examination of the bones. The size of the fontanelle, the width of the sagittal suture, the absence of the parietal and posterior cephalic bones are measured, followed by the number of sternum, missing or fused (6 sternum, with the 5th sternum missing first and the 2nd sternum second in cases of incomplete ossification). Ribs are usually 12-13 pairs, with common deformities such as fused ribs, bifurcated ribs, undulating ribs, short ribs, multiple ribs, missing ribs and interrupted ribs. Spinal development and number of vertebrae

(7 cervical, 12-13 thoracic, 5-6 lumbar, 4 basal and 3-5 caudal vertebrae), for fusion, longitudinal fractures, etc. Finally, the bones of the extremities are examined.

### 6.4.5    Visceral examination of fetal rats

One half of each litter was placed in Bouins' fluid and fixed for a fortnight before examination of the internal organs. The fixative is washed off with tap water, the rat is placed on its back on a paraffin board, the limbs and tail are cut off, and a razor blade is used to cut the rat crosswise or longitudinally from the



head to the tail. The size, shape and relative position of the organs are observed in different sections. Normal sections are shown in Fig.

（1） Transverse section through the mouth from the tongue and both corners of the mouth towards the occiput (section 1), looking at the brain, mesencephalon, medulla oblongata, tongue and palpebral fissure.

（2） A vertical longitudinal section on the anterior surface of the eye (section 2) reveals the nose.

（3） A longitudinal cut is made vertically from the head through the centre of the eye (section 3).

（4） A transverse cut (section 4) is made across the head at its greatest transverse position.

The purpose of the above sections is to visualise lingual fissures, cleft palate, ocular malformations, brain and ventricular anomalies.

（5） A transverse section is made along the level of the mandible through the middle of the neck, allowing observation of the trachea, oesophagus and extended brain or spinal cord.

The thoracic and abdominal cavities are later cut open from the midline of the abdomen and the size and location of the heart, lungs, diaphragm, liver, stomach and intestines are examined in turn. The kidneys, ureters, bladder, uterus or testes are then examined for their location and development. The kidney is then cut open and observed for hydronephrosis and enlargement.

6.5   Statistical methods and assessment of results

Various rates were examined using the $X^2$ test, weight gain of pregnant rats using ANOVA or non-parametric statistics, and fetal length, weight and litter mean live births using the T test. The results should be able to be derived for maternal and embryotoxicity, teratogenicity and, preferably, the minimum teratogenic dose of the test substance.

In order to compare the teratogenic strength of different harmful substances, the teratogenic index can be calculated, with the teratogenic index below 10 being non-teratogenic, 10 to

100 is teratogenic and above 100 is strongly teratogenic. To indicate the magnitude of the hazard to humans, a teratogenic hazard index can be calculated.

If the index is greater than 300 it means that the test substance is less hazardous to humans, 100 to 300 is moderate and less than 100 is hazardous.

Teratogenicity Index $\dfrac{LD50 \text{ for female rats}}{\text{Minimum Teratogenic Dose}}$

Teratogenic hazard index $\dfrac{\text{Maximum non-teratogenic dose}}{\text{Maximum possible intake}}$

## 7   Test reports

The test report shall include the following.

（1） Name of the test substance, physicochemical properties, method of preparation, dose of poisoning.

（2） Animal species, strain, source (indicating the certificate of conformity number and animal class), weight.

（3） The environment in which the laboratory animals are kept, including the source of feed, room temperature, relative humidity, and the laboratory animal house certificate number.

（4） Doses and groups: principles of dose selection, doses and groups, negative and positive controls and doses.

（5） Test conditions and methods.

（6） Toxic reactions in animals, time of onset and mortality.

（7） Weight gain and gestation in pregnant rats.

（8） Results: Absorption of fetus and foetus, presence of visceral and skeletal malformations and no effect dose.

（9） Conclusion.

## 8   Interpretation of results

When interpreting the results of teratogenic tests, attention must be paid to species differences. The extrapolation of test results from animals to humans is of limited validity.

# XVII. Chronic toxicity/carcinogenicity combination test

## Combined Chronic Toxicity/Carcinogenicity Test

### 1   Scope

This specification specifies the basic principles, requirements and methods for the combined chronic toxicity/carcinogenicity test in animals. This specification applies to the testing of cosmetic ingredients for chronic toxicity and carcinogenicity.

### 2   Normative references

GB14924 Standard for Laboratory Animals and Feed

OECD Guidelines for Testing of Chemicals（No.453，Adopted：12 May 1981）

### 3   Definition

3.1   Chronic toxicity (chronic toxicity)

Adverse reactions caused by exposure to the test substance during most of the animal's normal life span.

3.2   maximal no-adverse effect level

The highest dose at which the test substance is exposed to the body in a certain way over a certain period of time and no damaging effect is observed using modern detection methods or sensitive observational indicators.

3.3   慢性有害作用阈剂量（chronic adverse effect threshed level）

The smallest dose required to cause an abnormality in a sensitive observable, even if it is the lowest dose at which the organism shows a toxic reaction, when the test substance is exposed to the organism in a certain way for a certain period of time, using modern detection methods or sensitive observables.

3.4   Chemical carcinogen (chemical carcinogen)

Chemicals that can cause tumours, or increase the incidence of tumours.

### 4   Principle

The accumulation of chemical substances in the body is the basis for the development of chronic toxicity. The chronic toxicity test is a test in which animals are exposed in a certain way to a toxic reaction caused by the test substance over a long period of time.

When a chemical substance has been shown to be potentially carcinogenic in short-term screening tests, or when its chemical structure closely resembles that of a known carcinogen, and the chemical substance has some practical application, it is further verified by a carcinogenicity test. Animal carcinogenicity tests provide information on the likelihood of long-term human exposure to the substance causing tumours.

## 5    Basic principles of the test

The animals are poisoned in a certain way for most of their lives and are observed to show signs of intoxication. Biochemical, haematological and histological tests are carried out to clarify the chronic toxicity of the chemical.

The test chemical is treated in such a way that the number, type, site and time of occurrence of tumours are examined during most or all of the animal's life and after death, compared with control animals, to clarify whether the chemical is carcinogenic.

## 6    Laboratory animals and housing environment

6.1    Selection of species and strains

To select suitable animals (species and strains), relevant acute, subacute and toxicokinetic tests should be carried out. Mice and rats are commonly used in the evaluation of carcinogenicity, while rats and dogs are commonly used for chronic toxicity tests.

For chronic toxicity/carcinogenicity combination tests, rats are generally used, but this does not preclude the use of other species. The choice of

The strain should be sensitive to the carcinogenic and toxic effects of the test substance.

6.2   Sex and age at the start of the experiment

Both sexes should be used, most often using young animals, recently weaned or weaned, for long-term biological tests of chronic toxicity and carcinogenicity.

The trial should be started as soon as possible after the rodent has been weaned and acclimatised, preferably before 6 weeks of age.

6.3   Number of animals in the experimental group

The reliability of the test results and the ability to perform statistical processing should be ensured, and the experimental and control groups of animals, should be randomly assigned.

Each group should have a sufficient number of animals for detailed biological and statistical analysis.

There should be at least 50 male and 50 female animals in each dose group and corresponding control group, excluding early dissection

The number of animals killed. If pathological changes other than tumours are to be observed, an additional dose group of 20 animals of each sex can be set up, with the relative

Ten animals of each sex in the corresponding control group.

6.4   Animal management, feed and water

Strict control of environmental conditions and reasonable animal management measures are required. Laboratory animals and laboratory animal rooms should comply with the appropriate national regulations.


## 7   Dose groups and frequency of administration of subjects

In order to evaluate the carcinogenicity test, at least three experimental dose groups and a corresponding control group should be set up. Some milder toxic effects may occur in the higher dose groups, but they do not significantly reduce the life span of the animals. These may be in the form of altered serum enzyme levels or a mild inhibition of body weight gain (less than 10%).

The low dose should not cause any toxic reactions and should not affect the normal growth, development and life span of the animal. It should not normally be less than 10% of the high dose.

The medium dose should fall between the high and low doses and can be determined by the toxicokinetic properties of the chemical.

In combination with the chronic toxicity test, an experimental group and corresponding control group should be added. The highest dose should be capable of producing significant toxicity. The test substance is normally given daily. If the chemical given is mixed in drinking water or feed, continuous administration should be ensured.

The frequency of administration of subjects can also be adjusted for changes in their toxicokinetics.

There should be a corresponding control group, which should have the same conditions as the experimental group, except that it is not exposed to the test substance.


## 8   Route of administration to the subject

Oral administration, dermal contact and inhalation are the three main routes of administration. The

195

choice of route depends on the physicochemical properties of the test substance and the mode of exposure that is representative of the human population.

The frequency of administration may vary according to the route and mode of administration chosen and should be adjusted, if possible, according to the toxicokinetic changes of the test substance.

## 8.1   Oral trials

The oral route is preferred if the test substance is absorbed through the gastrointestinal tract. The test substance should be mixed into the feed, dissolved in drinking water or given to the animal continuously by tube feeding for the test period indicated in the test period (9). The maximum concentration of the test substance to be mixed into the feed should not exceed 5%. Interruptions in the administration of the test substance 7 days a week may allow the animals to recover or the toxicity to abate, thus affecting the results and subsequent evaluation.

## 8.2   Skin tests

The choice of dermal exposure is used as a primary route to mimic human exposure to the substance of interest and as a test model for the induction of skin lesions. Special tests concerning the induction of skin tumours are not described in this specification.

Inhalation is not the primary route of exposure for cosmetic products and therefore the inhalation test is not described in this specification.

**9    Test period**

Twenty experimental animals/per sex in the additional group and 10 corresponding control animals/per sex should be maintained until at least 12 months of age. These animals should be dissected and killed for the evaluation of pathological changes related to the subject, but not caused by age-related alterations. The duration of the carcinogenicity test must cover the majority of the normal life span of the subject.

A few guidelines for determining the duration of the test.

（1）  In general, the end of the test should be at 18 months for mice and hamsters and 24 months for rats; however, for

Certain strains of animals with a longer life span or low spontaneous tumour rate, up to 24 months in mice and hamsters and up to 30 months in rats.

（2）  The test may also be terminated when only 25% of the animals in the lowest dose and control group survive. For tests with significant gender differences, the timing of the end of the test should be different for each gender. In some cases where only the high dose group dies prematurely due to apparent toxic effects, the test should not be terminated.

The negative test should meet the following criteria.

①    Losses of animals due to autolysis, being eaten by their own kind, or due to management problems must not be higher than 10% in any group.

②    At 18 months for mice and hamsters and 24 months for rats, no less than 50% of the animals in each group should survive.

**10    Test method**

10.1    Watch

The condition of the animals should be checked at least once a day. There should also be several purposeful observations per day, such as dissecting dead animals or storing them in the refrigerator, separating sick or dying animals or putting them to death. Timely detection of the onset of all toxic effects and their changes, and the ability to reduce animal losses due to disease, autolysis or ingestion by the same species.

Detailed documentation of the animals' symptoms including neurological and ocular changes, the time of appearance and change of all toxic effects including suspected tumours, and death.

Weights were taken once a week for the first 13 weeks of the trial and every 4 weeks thereafter. During the first 13 weeks of the trial

The animals' food intake is checked weekly and then every 3 months if there are no abnormal changes in health or body weight.

10.2    Haematology

Haematological examinations (haemoglobin content, haematocrit, red blood cell count, white blood cell count, platelets, or other haemagglutination tests) should be carried out at 3 months, 6 months and every 6 months thereafter and at the end of the experiment, with 20 rats of each sex in each group. Blood specimens should be collected from the same rats each time. The highest dose and control rats should have their white blood cells sorted at the same intervals, the medium dose group rats only if necessary.

During the test, if gross observations indicate deterioration in the health of the animals, a blood cell sorting count should be performed on the animals concerned. A blood cell sorting count should be

performed on the animals in the higher dose and control groups. If there is a significant difference between the two groups, the lower dose group should be

Animals are counted for blood cell sorting.

## 10.3   Urinalysis

Urine samples from 10 rats of each sex in each group should be collected for analysis, preferably at the same time as the blood test and from the same rats. The following indicators should be measured, either individually or by mixing urine specimens from each group of the same sex.

Analytical parameters: appearance; urine volume and specific gravity for each animal; protein, sugar, ketone bodies, occult blood (semi-quantitative); microscopic examination of sediment (semi-quantitative).

## 10.4   Clinical Chemistry

Every 6 months and at the end of the experiment, blood specimens were collected from 10 rats of each sex in each group for clinical chemistry, taking the same rats at each time interval as far as possible. Plasma was isolated and the following parameters were measured.

Total protein concentration; albumin concentration; liver function tests (e.g. alkaline phosphatase, alanine aminotransferase, glutamate aminotransferase, glutamyl transpeptidase, ornithine decarboxylase); glucose metabolism, e.g. glucose tolerance; renal function, e.g. blood urea nitrogen.

## 10.5   Pathological examination

Visual and pathological examination is often the basis of the chronic/carcinogenicity combination test.

10.5.1   Visual autopsy

All animals, including those that die during the experiment or are put to death because they are in a dying state, should be examined visually. Blood samples should be collected for blood cell sorting counts before all animals are put to death. Preserve all tumours visible to the naked eye or suspected to be tumours.

All organs or tissues should be retained for microscopic examination. This generally includes the following organs and tissues: brain* (medulla/bridge, cerebellar cortex, cerebral cortex), pituitary gland, thyroid (including parathyroid), thymus, lungs (including trachea), heart, salivary glands, liver*, spleen, kidney*, adrenal glands*, oesophagus, stomach, duodenum, jejunum, ileum, cecum, colon, rectum, bladder, lymph nodes, pancreas, gonads*, genital appendages, breast, skin, muscles, peripheral nerves, spinal cord (cervical, thoracic, lumbar), sternum or femur (including joints) and eye. The lungs, muscles, peripheral nerves, spinal cord (cervical, thoracic, lumbar), sternum or femur (including joints) and eyes. Lungs and bladders are better preserved by filling them with fixative.

10.5.2   Histopathological examination

All tumours and other lesions that are visible to the naked eye should be examined pathologically. In addition the following should be noted.

（1）Microscopic examination of all preserved organs and tissues with a detailed description of all lesions found.

①Includes animals that died or were executed during the course of the experiment.

② All animals in the highest dose group and the control group.

（2）In the lower dose groups, organs or tissues that are or may be abnormal due to the test substance should also be examined.

All organs marked with *, including the thyroid and parathyroid glands, of non-rodents should be weighed.


**11   Data processing and evaluation of results**

11.1   Incidence of tumours

The incidence of tumours is the percentage of the total number of tumour-bearing animals out of the total number of valid animals at the end of the entire experiment. The total number of valid animals is the total number of animals alive at the earliest appearance of tumours.

Total number of tumour-bearing animals at the end of the experiment

Tumour incidence = --------- --- x 100

Total number of active animals

11.2   Criteria for determining a positive cancer induction test

The four criteria for a positive carcinogenicity test, as proposed by the World Health Organization of the combined countries, were used.

（1）Tumours occurred only in the animals in the test group, with no tumours in the control group.

（2）Tumours occurred in both test and control animals, but the incidence was high in the test group.

（3）Multiple tumours were evident in the test animals and none or only a few animals in the control group had multiple tumours.

（4）There was no significant difference in the incidence of tumours between the test and control

animals, but the tumours occurred earlier in the test group. A statistically significant difference between the test and control groups for any of the four entries above is considered

The test was positive for carcinogenicity.

11.3   Establishment of a negative carcinogenicity test result

If the size of the animal experiment is two species, two sexes and at least three dose levels, one of which is close to the maximum tolerated

The dose was considered negative only if the number of animals in each group was at least 50 and the incidence of tumours in the experimental group did not differ from that in the control group.

## 12   Test reports

The test report shall include the following.

（1）The name of the test substance, its physical and chemical properties, and the method of preparation.

（2）The species, strain, sex, weight, number and source of the experimental animal (indicating the certificate of conformity number and animal class).

（3）Laboratory animal housing environment, including feed source, room temperature, relative humidity, single cage housing or group feeding, and laboratory animal room qualification number.

（4）Test method: route of infection and duration of test, dose grouping.

（5）Food intake and animal weight information.

（6）Data on toxic effects by sex and dose, appearance and timing of abnormal symptoms in animals.

（7）Results of haematological tests, urinalysis, clinical chemistry, etc.

（8）Gross autopsy and histopathological examination by sex and dose, indicating the nature of lesions visible to the naked eye and microscopic examination.

（9）Data processing and evaluation of results, including criteria for determining tumour incidence, positive tests for carcinogenicity, statistical methods for processing results.

（10）Conclusion.

# Part III Hygienic chemical test methods

# I. General Provisions

## General Principles

**1   Scope**

This specification specifies the requirements for hygienic chemical testing methods for prohibited and restricted ingredients in cosmetics. This specification applies to the detection of prohibited and restricted ingredients in cosmetic products.

**2   Definition**

2.1   Volume: Dilute to scale in a volumetric flask with water or other solvent.

2.2   Limit of detection: the lowest amount of the test substance that can be detected. This specification defines the detection limits for each type of test method as shown in Table 1.

2.3   Lower limit of quantification: The lowest concentration or mass that can be accurately quantified for the substance being tested is known as the lower limit of quantification for the method. This specification defines the lower limit of quantification for each type of test method as shown in Table 1.

Table 1        Definition of detection limits and lower limits of quantification

|  | Detection limit (corresponding mass, concentration) | Lower limit of quantification (corresponding mass, concentration) |
|---|---|---|
| AAS/AES | 3 SD | 10 SD |
| GC | 3x blank noise | 10x blank noise |
| HPLC | 3x blank noise | 10x blank noise |
| Spectrophotometry | 0.005 A | 0.015 A |
| Capacity method | $X^{(1)}$+3 SD | $X^{(1)}$+10 SD |

(1) X is the average of the smallest volumes of reagent that show a perceptible change near the endpoint

2.4   Detection concentration: The concentration of the test substance corresponding to the detection limit of the method when operated according to the standard method.

2.5   Minimum quantification concentration: the concentration of the test substance corresponding to the lower limit of quantification when operating according to the regulated method.

**3   Reagents used in this specification**

Whenever specifications are not specified, they are analytical purity (AR). Where other specifications are required, these will be stated separately. However, no specification is given for indicators and biological

dyes. Where no solvent is specified, the reagent solution is prepared in pure water.

## 4   Water used in this specification

Where no specification is given, this refers to pure water. It includes, for example, distilled or deionised water as described below. Special requirements for pure water are specified separately.

4.1   Distilled water: water prepared by distillation in a still.

4.2   Deionised water: water prepared by means of anionic and cationic resin exchange beds.

4.3   Distilled deionised water: water prepared by passing distilled water through anionic and cationic resin exchange beds.

## 5   Concentration representation

5.1   Concentration of substance B: The amount of substance B divided by the volume of the mixture.

$$c(B) = \frac{n_B}{V} \quad ; \text{ common unit: mol/L.}$$

5.2   Mass concentration of substance B: Mass of substance B divided by the volume of the mixture.

$$(B) = \frac{m_B}{V} \quad ; \text{ common units: g/L, mg/L, g/L.}$$

5.3   Mass fraction of substance B: Ratio of the mass of substance B to the mass of the mixture.

$$(B) = \frac{m_B}{m}$$   The unit is dimensionless and can be expressed as a % concentration, or as mg/kg, g/g, etc.

5.4   Volume fraction of substance B: Volume of substance B divided by the volume of the mixture.

$$(B) = \frac{v_B}{V}$$   The concentration is often expressed in %.

5.5   Volume to volume concentration: two liquids are mixed by volume $v_1$ and $v_2$ respectively. Whenever the name of the solvent is not specified, it refers to pure water. When two or more specific liquids are mixed with water, water must be specified. For example: HCl (1+2), methanol + tetrahydrofuran + water + perchloric acid = (250+450+300+0.2).

5.6   Mass ratio of the fixative used in gas chromatography: The mass ratio between the fixative and the carrier.


# 6   Calibration and verification of gauges

Balances, volumetric flasks, burets, non-indexing pipettes, graduated pipettes, etc. are checked and calibrated according to the relevant national regulations and protocols.


# 7   Choice of test methods

If there are two or more test methods for the same project, you can choose to use them according to the equipment and technical conditions, but the first method is the arbitration method.


# 8   Testing of cosmetic products

In general, newly developed cosmetic products should be tested according to their category to assess their safety before being placed on the market.


# 9   Sampling of cosmetic products

The sampling process for cosmetic products should, as far as possible, take into account the representativeness and homogeneity of the samples so that the analytical results correctly reflect the quality of the cosmetics. Samples should be registered upon receipt in the laboratory and the integrity of the seal should be checked. Before taking a sample for analysis, the sample should be visually inspected for properties and characteristics and allowed to mix thoroughly. After opening the package, the part to be measured should be removed for analysis as quickly as possible. If the sample must be stored, the container should be kept airtight under an inert gas. If the sample is sold in a special manner and cannot be sampled according to the above method or if no sampling method is readily available, a reasonable sampling method may be developed and the actual sampling procedure recorded and attached to the original record.

9.1   Liquid samples

These are mainly make-ups, emollients, etc. consisting of oil, alcohol and water solutions. The container should be shaken vigorously before opening and closed after removing the sample to be analysed.

9.2   Semi-fluid samples

This refers mainly to cream, honey and gel products. For samples in thin-necked containers, discard at least 1cm of the initial sample, squeeze out the required amount of sample and close the container immediately. For samples in wide neck containers, the surface layer should be scraped off, the desired sample removed and the container closed immediately.

9.3   Solid samples

These are mainly powder molasses, powders, lipsticks, etc. Of these, powder molasses samples should be shaken vigorously to remove the test portion before opening. Powder and lipstick samples should be taken after scraping off the surface layer.

9.4   Samples of other dosage forms can be sampled using appropriate methods according to the sampling principles.

.

# II. Mercury

## Mercury

### 1   Scope

This specification specifies a method for the determination of total mercury in cosmetics by cold atomic absorption and hydride atomic fluorescence photometry. This specification applies to the determination of total mercury in cosmetics.

First method     Cold atomic absorption method

### 2   Methodology Summary

Mercury vapour has a characteristic absorption of ultraviolet light at a wavelength of 253.7 nm. The absorption value is proportional to the concentration of mercury vapour over a range of concentrations. The sample is digested and reduced to convert the mercury in the chemical state to the atomic state and then the absorption value is measured with a carrier gas in a mercury meter and compared to a standard series for quantification. The method has a detection limit of 0.01 g and a lower limit of quantification of 0.04 g. If a 1 g sample is taken, the detection concentration is 0.01 g/g and the lowest quantification concentration is 0.04 g/g.

### 3   Reagents

3.1    Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.2    Sulphuric acid ($_{20}$ = 1.84 g/mL), ultrapure.

3.3    Hydrochloric acid ($_{20}$ = 1.19 g/mL), ultrapure.

3.4    Hydrogen peroxide [$_{(H_2O_2)}$ = 30%].

3.5    Vanadium pentoxide.

3.6    Sulphuric acid [$_{(H_2SO_4)}$ = 10%]: take 10mL of sulphuric acid (3.2), add slowly to 90mL of water and mix well.

3.7    Hydroxylamine hydrochloride solution (120g/L): Take 12.0g of hydroxylamine hydrochloride and 12.0g of sodium chloride and dissolve in 100mL of water.

3.8    Stannous chloride solution (200g/L): weigh 20g of stannous chloride into a 250mL beaker, add 20mL of hydrochloric acid (3.3), heat slightly to promote dissolution if necessary, and then dilute to 100mL with water.

3.9    Potassium dichromate solution (100g/L): weigh 10g of potassium dichromate and dissolve in 100mL of water.

3.10    Potassium dichromate - nitric acid solution: Take 5mL of potassium dichromate solution (3.9), add

50mL of nitric acid (3.1) and dilute to 1L with water.

3.11   Octanol.

3.12   Mercury standard solutions

3.12.1   Mercury standard solution [(Hg)=100mg/L]: weigh 0.1354g of mercury chloride ($_{HgCl2}$) into a 100mL beaker and dissolve in potassium dichromate-nitric acid solution (3.10). Transfer to a 1000mL volumetric flask and dilute to the scale with potassium dichromate-nitric acid solution (3.10).

3.12.2   Mercury Standard Solution [(Hg)=10mg/L]: Take 10.0mL of Mercury Standard Solution (3.12.1) in a 100mL volumetric flask and dilute to the scale with potassium dichromate-nitric acid solution (3.10). It can be stored for one month.

3.12.3   Mercury Standard Solution [(Hg)=1mg/L]: Take 10.0mL of Mercury Standard Solution (3.12.2) in a 100mL volumetric flask and dilute to the scale with potassium dichromate - nitric acid solution (3.10). Prepare before use.

3.12.4 Mercury standard solution [(Hg)=0.1mg/L]: Take 10.0mL of the mercury standard solution (3.12.3) in a 100mL volumetric flask and dilute to the scale with potassium dichromate-nitric acid solution (3.10).


**4   Instruments**

4.1   Stoppered cuvettes, 50mL, 10mL.

4.2   Conical flask, 100mL.

4.3   Glass reflux unit (mill-mouth spherical condenser tube), 250mL.

4.4   Dissolving sample cup.

4.5   Water baths (or open type electrically heated thermostats)

4.6   Cold atomic absorption mercury meter.

4.7   Mercury vapour generating bottle.

4.8   Pressure self-contained microwave digestion system.

4.9   High-pressure, airtight digestion tank.

4.10   Polytetrafluoroethylene dissolving sample cup.


## 5   Analysis steps

5.1   Sample pre-treatment (either one)

5.1.1   Wet reflux digestion

Accurately weigh approximately 1.00 g of the mixed sample in a 250 mL round bottom flask. A reagent blank is made with the sample. If the sample contains organic solvents such as ethanol, evaporate first in a water bath or on an electric hot plate at low temperature (do not dry out).

Add 30mL of nitric acid (3.1) Note 1, 5mL of water, 5mL of sulphuric acid (3.2) and a few glass beads. Place on an electric stove and connect

A spherical condenser is placed on top and circulated through the condensate. Heat and reflux the solution for 2 h. The solution is usually slightly yellow or yellow in colour. Fill the upper port of the condenser with 10mL of water, continue heating for 10mim and leave to cool. Remove solids by filtering the digestion solution through a pre-wetted filter paper. For specimens containing large amounts of grease and wax, the digestion solution can be frozen in advance to solidify the grease and wax. Wash the filter paper several times with distilled water and combine the washing solution in the filtrate. Add 1.0 mL of hydroxylamine hydrochloride solution (3.7) and set aside with water to 50 mL.

5.1.2   Wet catalytic digestion

Accurately weigh approximately 1.00 g of the mixed sample in a 100 mL conical flask. Make a reagent blank with the sample. If the sample contains organic solvents such as ethanol, evaporate first in a water bath or on an electric hot plate at low temperature (do not dry out).

Add 50mg of vanadium pentoxide (3.5) and 7mL of nitric acid (3.1) and place in a sand bath or on an electric hot plate and heat over a light flame until slightly boiling. Remove from the heat, add 5.0mL of sulphuric acid (3.2), place a small glass funnel at the mouth of the conical flask, continue the digestion at 135°C to 140°C and add a small amount of nitric acid (3.1) if necessary, and digest until the solution appears transparent blue-green or orange-red. After cooling, add a small amount of water and continue boiling for about 2 min to drive off the nitrogen dioxide. Add 1.0mL of hydroxylamine hydrochloride solution (3.7), set in water to 50mL and reserve.

5.1.3   Extraction method (only for wax-free cosmetics)

Accurately weigh approximately 1.00 g of the mixed sample and place in a 50 mL stoppered cuvette. Make a reagent blank with the sample. If the sample contains organic solvents such as ethanol, evaporate

first in a water bath or on a hotplate at low temperature (do not dry out).

Add 5.0 mL of nitric acid (3.1) and 2 mL of hydrogen peroxide (3.4) and mix well. If the sample produces a large amount of foam, add a few drops of octanol (3.11). Heat in a boiling water bath for 2h, remove, add 1.0mL of hydroxylamine hydrochloride (3.7), leave for 15min-20min, add sulphuric acid (3.6), set with water to 25mL and reserve.

### 5.1.4   Microwave Ablation Method Note 2

Weigh approximately 0.5g to 1g of the mixed sample into a cleaned Teflon sample cup. Cosmetics containing volatile materials such as ethanol, such as perfumes, mousse, body lotions, hair dyes, serums, shaving lotions, face masks, etc., should first be volatilised in a temperature-adjustable 100ºC electric heater or water bath (do not steam dry). For dry substances such as lipstick, mascara, eyebrow pencil, rouge, lip liner, powder, eye shadow, talcum powder, prickly heat powder, etc., add 0.5mL to 1.0mL of water after sampling and wetting and shaking well.

Depending on the ease of sample digestion, samples or pre-treated samples were first added to nitric acid (3.1) 2.0mL to 3.0mL and left to stand overnight. Then add hydrogen peroxide (3.4) 1.0mL to 2.0mL and shake the sample cup several times to fully submerge the sample. Place in a boiling water bath or thermostatic heating apparatus at an adjustable temperature for 20 min at 100ºC and remove. If the body of the solution

Replenish with water if the volume is less than 3mL. Also follow the Microwave Dissolution System operating instructions.

Place the sample cup into a clean, high pressure, airtight lysimeter prepared in advance and screw on the lid (note: do not over-tighten).

Table 1 shows the pressure - time procedure for general cosmetic products for decomposition. If the cosmetics are oils, herbs or detergents, the sensitivity of the explosion-proof system can be increased appropriately to increase safety.

Depending on the ease of sample digestion, the digestion can be completed within 5 min to 20 min, the sample is cooled down, the can is opened and the sample cup containing the digested sample is placed in a boiling water bath or an electric heater at an adjustable temperature of 100ºC for a few minutes to remove excess nitrogen oxides from the sample so as not to interfere with the determination.

Table 1   Pressure during digestion - time procedure

| Pressure gear | Pressure (Mpa) | Holding pressure accumulation time (min) |
|---|---|---|
| 1 | 0.5 | 1.5 |
| 2 | 1.0 | 3.0 |
| 3 | 1.5 | 5.0 |

Transfer the sample to a 10mL stoppered cuvette, wash the dissolution cup several times with water, combine the washing solution, add 0.5mL of Hydroxylamine Hydrochloride solution (3.7), fix the volume with water to 10mL and set aside.

5.2   Preparation of calibration curves

5.2.1   Pipette 0, 0.10, 0.30, 0.50, 0.70, 1.00, 2.00 mL of the mercury standard solution (3.12.4) into 100 mL of

In a conical flask or mercury vapour generating flask, set to a certain volume with sulphuric acid (3.6).

5.2.2   Adjust the mercury meter according to the instrument instructions. Add the standard series to the mercury vapour generating bottle and add the stannous chloride solution

(3.8) 2mL Quickly stopper the bottle tightly. Open the instrument air valve. When the indication reaches the highest reading, record the reading. Plot the calibration curve or calculate the regression equation.

5.3   Measurement

Pipette a quantity of blank and sample solution into a mercury vapour generating flask and add sulphuric acid (3.6) to a certain volume. Press 5.2.2

The measurements were carried out.

6   Calculation

$$(Hg) = \frac{(m_1 - m_0)V}{mV_1}$$

where: (Hg) - mass fraction of mercury in the sample, g/g; $m_1$ - mass of mercury in the test solution, g;

$m_0$ - mass of mercury in the blank solution, g; V - total volume of the sample digest, mL.

$v_1$ - volume of sample digest dispensed, mL.

m - Sample size, g.

---

Note 1 Powder containing carbonates in the sample should be added slowly when adding acid to prevent the carbon dioxide gas from being produced too vigorously.

Note 2 Caution.

1. If the pressure setting is set to 1 and the time between the start of microwave heating and the setting of 1 in the table exceeds 1 min, cut off the microwave immediately and check for leaks in the dissolution tank or insufficient volume of dissolved sample.

2. Prevent damage to the digestion tank: after the local surface of the digestion tank had been contaminated, or the residual trace of moisture in the digestion tank, under the action of microwave, will make the digestion tank local heating; or insufficient pressure caused by excessive heating time, these can make the local temperature of the digestion tank exceed its temperature limit and soften or even melt. At this point, the pressure difference between the inside and outside of the tank makes the local deformation of the tank (such as bulging) or blowing up. In the process of pressurisation, the display figures not only do not rise, but also do not move or fall, and the microwave should be switched off immediately to prevent burning of the dissolution jar. Check that the sample cup is well sealed and that the sample is in good condition.

Forget the gasket; whether the elastomer in the lid of the dissolution tank has failed.

3.  After microwave heating, do not rush to open the door, but turn off the microwave switch and then idle for 2min, in order to eliminate the nitrogen oxides in the furnace, and make the pressure in the tank drop, after the 2min is over, you can open the door, take out the dissolving sample tank, put it in the fume hood to cool down, wait until the reflector returns to its original shape, at this time there is basically no pressure in the tank, then you can take out the dissolving sample cup.

## Second method  Hydride atomic fluorescence photometry

### 7   Methodology Summary

After the sample has been digested, the mercury is dissolved out of the sample. The mercury ions react with potassium borohydride to form atomic mercury, which is carried into the atomiser by the carrier gas (argon). Under the irradiation of a special mercury hollow cathode lamp, the ground state mercury atoms are excited to the high energy state, de-activated back to the ground state and emit fluorescence at characteristic wavelengths, the intensity of which is proportional to the mercury content over a range of concentrations and quantified by comparison with a standard series. The method has a detection limit of 0.1 g/L and a lower limit of quantification of 0.3 g/L. For a sample size of 0.5 g, the detection concentration is 0.002 g/g and the lowest quantification concentration is 0.006 g/g.

### 8   Reagents

8.1   Potassium hydroxide solution (5g/L): weigh 5g of potassium hydroxide and dissolve in 1L of water.

8.2   Potassium borohydride solution (20g/L): weigh 20g of potassium borohydride (95%) and dissolve in 1L of potassium hydroxide solution (8.1). Store in the refrigerator for up to one week.

8.3   Hydrochloric acid [(HCl) = 10%]: take 10mL of hydrochloric acid (3.3), add 90mL of water and mix well.

8.4   Mercury standard solution [(Hg)=0.01mg/L]: Take 10.0mL of the mercury standard solution (3.12.4) in a 100mL volumetric flask and dilute to the scale with potassium dichromate - nitric acid solution (3.10).

### 9   Instruments

9.1   The glassware used was soaked overnight in dilute nitric acid and rinsed. The tubes were baked in an oven at 105°C for 2h.

9.2   Stoppered cuvettes, 10mL, 25mL, 50mL.

9.3   Atomic fluorescence photometer.

### 10   Analysis steps

10.1   Sample pre-treatment (either one)

10.1.1   The microwave digestion method is the same as 5.1.4.

10.1.2   The wet reflux digestion method is the same as 5.1.1.

10.1.3   The wet catalytic digestion method is the same as 5.1.2.

10.1.4   Extraction method

Accurately weigh approximately 1.00 g of the mixed sample and place in a 50 mL stoppered cuvette. Make a reagent blank with the sample. If the sample contains organic solvents such as ethanol, evaporate first in a water bath or on a hotplate at low temperature (do not dry out).

Add 5.0 mL of nitric acid (3.1) and 2.0 mL of hydrogen peroxide (3.4) and mix well. If the sample produces a large amount of foam, add a few drops of octanol (3.11). Heat in a boiling water bath for 2h, remove, add 1.0mL of hydroxylamine hydrochloride (3.7), leave for 15min-20min, add water to build up to 25mL and reserve.

10.2   Preparation of calibration curves

Pipette 0, 0.50, 1.25, 2.50, 5.00 mL of mercury standard solution (8.4) into a 25 mL stoppered cuvette, add 2.5 mL of hydrochloric acid (8.3) and add water to the scale. Shake well with cap (corresponding concentrations 0, 0.20, 0.50, 1.00, 2.00 g/L).

Atomic fluorescence measurements were carried out according to 10.3.

10.3    Measurement

10.3.1    Instrument reference conditions

Photomultiplier tube negative high voltage 300 V, mercury elemental lamp current 15 mA, atomiser temperature 300 °C, height 8.0 mm; argon gas flow rate: carrier gas 300 mL/min, shielding gas 700 mL/min; measurement method: standard curve method; reading method: peak area, reading delay time 2 s, reading time 12 s; test sample injection volume and The sample injection volume and the potassium borohydride solution (8.2) spiking volume (1:1 ratio) can be set between 0.5mL and 0.8mL.

10.3.2    Measurement methods

Set the instrument conditions according to 10.3.1, enter the relevant parameters including sample dilution multiples and concentration units, preheat the instrument, and after the instrument has stabilised, take an appropriate volume of the digestion volume (2mL to 5mL), dilute to 10mL with hydrochloric acid (8.3), shake well, number and place on the instrument feed rack, and determine the standard curve first and then the sample under the same conditions.

## 11   Calculation

$$(Hg) = \frac{(c_1 - c_0)V}{m} \times 1000$$

where: (Hg) - the mass fraction of mercury in the sample, g/g.

$c_1$ - the mass concentration of mercury in the test solution, g/L.

$c_0$ - mass concentration of mercury in blank solution, g/L; V - total volume of sample digest, mL; m - -sample sampling volume, g.

## 12   Linearity range, precision and accuracy

The linear range of the method was 0 g/L to 10 g/L; the recovery was 95%; and the relative standard deviation of multiple determinations was 1.2%.

# III. Arsenic

## Arsenic

### 1   Scope

This specification specifies a method for the determination of total arsenic in cosmetics by hydride atomic fluorescence photometry, spectrophotometry and hydride atomic absorption.

This specification applies to the determination of total arsenic in cosmetics.

First method    Hydride atomic fluorescence photometry

### 2   Methodology Summary

Under acidic conditions, pentavalent arsenic is reduced by thiourea-ascorbic acid to trivalent arsenic, which then reacts with a large amount of neo-ecological hydrogen produced by the action of sodium borohydride with acid to produce gaseous arsine, which is fed into a quartz tube furnace by the carrier gas and decomposed by heat into the atomic state of arsenic, which is excited by the emission spectrum of an arsenic hollow cathode lamp to produce atomic fluorescence, the fluorescence intensity of which, within a certain concentration range, is The fluorescence intensity is proportional to the arsenic content over a certain concentration range and is quantified by comparison with a standard series. The method has a detection limit of 4.0 g/L and a lower limit of quantification of 13.3 g/L. If 1 g of sample is taken, the detection concentration is 0.01 g/g and the lowest quantification concentration is 0.04 g/g.

### 3   Reagents

3.1    Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.2    Sulphuric acid ($_{20}$ = 1.84 g/mL), ultrapure.

3.3    Magnesium oxide.

3.4    Magnesium nitrate hexahydrate solution (500g/L): weigh 500g of magnesium nitrate hexahydrate, add water to dissolve and dilute to 1L. 3.5   Hydrochloric acid (1+1): Take 100mL of superior pure hydrochloric acid ($_{20}$ = 1.19g/mL), add 100mL of water and mix well. 3.6      Hydrogen peroxide [($_{H2O2}$) = 30%].

3.7    Thiourea-ascorbic acid solution: Weigh 12.5g of thiourea [($_{NH2}$)2CS], add about 80mL of water, heat and dissolve, add 12.5g of ascorbic acid after cooling, dilute to 100mL and store in a brown bottle for up to one month.

3.8    Sodium hydroxide solution (1g/L): weigh lg of sodium hydroxide dissolve in water and dilute to 1L.

3.9    Sodium borohydride solution (7g/L): weigh 7g of sodium borohydride and dissolve in 1L of sodium

hydroxide solution (3.8).

3.10    Sodium hydroxide solution (100g/L): weigh 100g of sodium hydroxide dissolve in water and dilute to 1L.

3.11    Sulphuric acid (1+9): take 10mL of sulphuric acid (3.2) and slowly add to 90mL of water.

3.12    Phenolphthalein indicator (1g/L ethanol solution): weigh 0.1g of phenolphthalein and dissolve in 50mL of 95% ethanol with water to 100mL.

3.13    Arsenic standard stock solution [(As)=1g/L]: weigh 0.6600g of arsenic trioxide ($_{As2O3}$) dried at 150°C for 2h, dissolve in 10mL of sodium hydroxide solution (3.8), add 2 drops of phenolphthalein indicator (3.12), neutralise with sulphuric acid (3.11), add sulphuric acid (3.11) to 10mL, transfer to a 500mL volumetric flask, add water to the scale and mix well. Add 10mL of sulphuric acid (3.11), transfer to a 500mL volumetric flask, add water to the scale and mix well.

3.14    Arsenic standard solution [(As)=10mg/L]: Dispense 1.00mL of arsenic standard stock solution (3.13) into a 100mL volumetric flask, add water to the scale and mix well.

3.15    Arsenic standard working solution [(As) = 1mg/L]: 10.0mL of arsenic standard solution (3.14) in 100mL when ready to use

In a volumetric flask, add water to the scale and mix well.

## 4   Instruments

4.1   Atomic fluorescence photometer.

4.2   Electric heating plate.

4.3   Box-type electric furnace.

4.4   Conical flask, 150mL.

4.5   Stoppered cuvettes, 10mL, 25mL.

4.6   Pressure self-contained microwave digestion system.

4.7   High-pressure, airtight digestion tank.

4.8   Polytetrafluoroethylene dissolving sample cup.

4.9   Water baths (or open type electrically heated thermostats)

4.10   Crucible, 50mL.


## 5   Analysis steps

5.1   Sample pre-treatment

5.1.1   $_{HNO3-H2SO4}$ wet digestion method

Accurately weigh approximately 1.00g of the mixed sample and place in a 150mL conical flask. Also make a reagent blank. If the sample contains a solvent such as ethanol, the solvent should be evaporated (not dried out) after weighing the sample. Add several glass beads, add nitric acid (3.1) 10mL to 20mL, leave for a few moments, heat slowly, remove the heat source when the reaction starts, cool slightly and add sulphuric acid (3.2) 2mL. continue to heat the solution for digestion, if the solution appears brown during digestion, add a little nitric acid (3.1) for digestion, repeat until the solution is clarified or slightly yellow. Allow to cool, then add 20mL of water and continue to boil until white smoke is produced.

5.1.2   Dry ashing method

Accurately weigh approximately 1.00 g of the mixed sample and place in a 50 mL crucible while making a reagent blank. Add 1g of magnesium oxide (3.3) and 2mL of magnesium nitrate hexahydrate solution (3.4), stir well, evaporate on a water bath and then charcoal over a slight fire until no smoke is emitted, transfer to a box furnace, ash at 550℃ for 4h-6h, remove, add a little water to the ash to moisten, then use hydrochloric acid (1+1)

(3.5) 20mL Dissolve the ash in several portions, add water to a volume of 25mL and reserve.

5.1.3   Microwave digestion

Weigh accurately about 0.5g to 1g of the mixed sample and place it in a cleaned Teflon dissolution cup. For cosmetics containing volatile raw materials such as ethanol, such as perfume, mousse, body lotion, hair dye, serum, shaving lotion, face mask, etc., place in a temperature adjustable 100℃ electric heater or water bath to evaporate (do not steam dry), for dry substances such as lipstick, mascara, eyebrow pencil, rouge, lip liner, powder, eye shadow, talcum powder, prickly heat powder, etc., add water after taking the sample  Add 0.5mL to 1.0mL of water, moisten and shake well.

Depending on the ease of sample digestion, samples or pre-treated samples are first added to nitric acid (3.1) 2.0mL to 3.0mL and left to stand overnight for full action. Then add hydrogen peroxide (3.6) 1.0mL to 2.0mL and shake the sample cup several times to fully submerge the sample. Place in a boiling water bath or thermostatic electric heating apparatus at an adjustable temperature for 20min at 100℃ and remove. If the

volume of solution is less than 3mL, replenish with water. Follow the Microwave Dissolution System operating instructions to the letter.

Place the sample cup into a clean, high pressure, airtight lysimeter prepared in advance and screw on the lid (note: do not over-tighten).

Table 1 shows the pressure - time procedure for general cosmetic products for decomposition. If the cosmetics are oils, herbs or detergents, the sensitivity of the explosion-proof system can be increased appropriately to increase safety.

Depending on the ease of sample digestion, the digestion can be completed within 5 min to 20 min, the sample is cooled down, the can is opened and the sample cup containing the digested sample is placed in a boiling water bath or an electric heater at an adjustable temperature of 100ºC for a few minutes to remove excess nitrogen oxides from the sample so as not to interfere with the determination.

Table 1          Pressure - time procedures during digestion

| Pressure gear | Pressure (Mpa) | Holding pressure accumulation time (min) |
|---|---|---|
| 1 | 0.5 | 1.5 |
| 2 | 1.0 | 3.0 |
| 3 | 1.5 | 5.0 |

Transfer the sample to a 10mL stoppered cuvette, wash the sample cup several times with water, combine the washings, and set the volume with water to 10mL for use.

5.2   Instrument conditions

Switch on the instrument and adjust the operating conditions according to the instrument instructions.

5.2.1   Reference condition 1.

Lamp current: 45mA; Photomultiplier negative high voltage: 340V; Atomiser height: 8.5mm; Carrier gas flow rate: 500mL Ar/min; Shielding gas flow rate: 1000mL Ar/min; Measurement method: Calibration curve method; Reading time: 12s; Potassium borohydride addition time: 8s; Injection volume: 2mL.

5.2.2   Reference condition 2 (with flow injection).

Lamp current: 45mA; Photomultiplier negative high voltage: 340V; Atomiser height: 8.5mm; Argon gas pressure: 0.03Mpa; Carrier gas flow: 300mL Ar/min; Shielding gas flow: 600mL Ar/min; Measurement method: Calibration curve method; Reading time: 12s; Potassium borohydride addition time: 10s; Injection volume: 1mL.

5.3   Preparation of calibration curves

Arsenic standard working solution (3.15) 0, 0.10, 0.30, 0.50, 1.00, 1.50, 2.00 mL was pipetted into a 25 mL stoppered cuvette, water was added to 5 mL, hydrochloric acid (1+1) solution (3.5) 5.0 mL was added, then thiourea-ascorbic acid solution was added

(3.7) 2.0 mL, mix well, aspirate 2.0 mL of each standard series solution into the hydride generator, add a certain amount of sodium borohydride solution (3.9), measure the fluorescence intensity and plot the calibration curve with the fluorescence intensity as the vertical coordinate and the arsenic content (g/L) as the horizontal coordinate.

5.4   Measurement

Add 2.0 mL of thiourea-ascorbic acid solution (3.7) to a 25 mL stoppered cuvette, mix well and aspirate 2.0 mL. Determine the fluorescence intensity of the sample according to the procedure for preparing the calibration curve (see 5.3).

## 6   Calculation

$$(As) = \frac{(\rho_1 - \rho_0)V}{m1000}$$

where: (As) - mass fraction of arsenic in the sample, g/g.

$\rho_1$ - the mass concentration of arsenic in the test solution, g/L.

$\rho_0$ - the mass concentration of arsenic in the blank solution, g/L.

V - total volume of sample digest, mL; m - sample volume taken, g.

## 7   Precision and Accuracy

The intra-batch relative standard deviation for each concentration was 1.1 when the arsenic content in the samples ranged from 0.24g/g to 4.59g/g.

The average relative standard deviations of the three laboratories were 5.1%, 4.3% and 3.2%, respectively. The mean relative standard deviations of the three laboratories were 5.1%, 4.3% and 3.2% respectively. The average recoveries of the samples were 100.3% when 0.3g/g-4.5g/g of arsenic was added to the samples.

The mean spiked recoveries were 99.0 %, 98.1 % and 98.5 %, respectively.

Second method Spectrophotometric method

## 8   Methodology Summary

After ashing or ablation of the specimen, the pentavalent arsenic in the sample solution is reduced to trivalent in the presence of potassium iodide and stannous chloride. The trivalent arsenic is passed through lead acetate cotton to remove hydrogen sulphide interference by generating arsine gas with neo-ecological hydrogen. It then interacts with a silver nitrate solution containing polyvinyl alcohol and ethanol to produce yellow colloidal silver. Colourimetric, quantitative. Silver, chromium, cobalt, nickel, selenium, lead, bismuth, antimony and mercury interfere with the measurement of arsenic, but generally do not interfere with the levels in cosmetics. The method has a detection limit of 0.03g and a lower limit of quantification of 0.1g. If 1g of sample is taken, the method has a detection concentration of 0.03g/g and a minimum quantification concentration of 0.1g/g.

## 9   Reagents

9.1   Sulphuric acid (1 + 1): Take 100mL of sulphuric acid (3.2) and add slowly to 100mL of water.

9.2   Sulphuric acid (1 mol/L): take 55.5mL of sulphuric acid (3.2) and add slowly to 944.5mL of water.

9.3   Hydrochloric acid ($_{20}$ = 1.19 g/mL), ultrapure.

9.4   Sodium hydroxide solution (200g/L): weigh 200g of sodium hydroxide and dissolve in 1L of water.

9.5   Phenolphthalein indicator (1g/L ethanol solution): weigh 0.1g of phenolphthalein and dissolve in 50mL of 95% ethanol, add water to 100mL.

9.6   Magnesium nitrate solution (100g/L): weigh 100g of magnesium nitrate and dissolve in 1L of water.

9.7   Potassium iodide solution (150g/L): weigh 150g of potassium iodide and dissolve in 1L of water.

9.8   Stannous chloride solution (400g/L): weigh 40g of stannous chloride, dissolve in 40mL of hydrochloric acid (9.3), add water to 100mL and add a few pellets of tin.

9.9   Arsenic-free zinc granules, 10-20 mesh.

9.10   Lead acetate solution (100g/L): weigh 100g of lead acetate and dissolve in 1L of water.

9.11   Lead acetate cotton: Immerse the skimmed cotton in lead acetate solution (9.10), remove after 2h, dry and puff.

9.12   Nitric acid - silver nitrate solution: weigh 4.0g of silver nitrate, add 15mL of nitric acid (3.1) and set with water to 500mL.

9.13   Polyvinyl alcohol solution (2g/L): weigh 1.0g of polyvinyl alcohol (average degree of polymerisation 1750±50) and add slowly until there is 520mL

The final volume is 500 mL.

9.14   Anhydrous ethanol.

9.15   Absorbent: Mix nitric acid-silver nitrate solution (9.12) + polyvinyl alcohol solution (9.13) + ethanol (9.14) in (1+1+2).

**10   Instruments**

10.1   Kjeldahl flask (250mL) or conical flask (125mL).

10.2   Porcelain evaporating dish (50mL) or crucible.

10.3   Spectrophotometer.

10.4   The arsenic determination device (see Figure 1).

**11   Analysis steps**

11.1   Sample pre-treatment (either one)

11.1.1   HNO3-H2SO4 wet digestion method

Samples containing solvents such as ethanol should be pre-evaporated (not dried out). Samples containing particularly high levels of glycerol should be disinfected with particular care for safety.

Accurately weigh approximately 1.00 g of the mixed sample and place in a 250 mL nitrogen fixation flask or 125 mL conical flask. Also make a reagent blank. Add a few glass beads, 5mL of water and 10mL-15mL of nitric acid (3.1) and leave for a few moments. After cooling, add 5mL of sulphuric acid (3.2) and continue to heat for digestion. If during the digestion the solution is

Add a small amount of nitric acid (3.1) and continue to digest until the solution is clear or slightly yellow. Cool, add 20mL of water, heat and boil again until white smoke is present. This solution is equivalent to 2.0mL of sulphuric acid (1+1) per 10mL.



1: 125mL arsenical generation bottle.

2: Air guide tubes.

3: Lead acetate cotton.

4: 5mL graduated absorption tubes.

5: Silver nitrate-polyvinyl alcohol-ethanol absorbent; 6: PTFE tube 0.4mm inner diameter

Fig. 1 Arsenic determination device

### 11.1.2   Dry ashing method

Accurately weigh approximately 1.00 g of the mixed sample and place in a 50 mL porcelain evaporating dish. Also make a reagent blank. Add 10mL of magnesium nitrate solution (9.6) and 1g of magnesium oxide (3.3), mix well. Evaporate in a water bath, charring on low heat until no smoke, transfer to a box furnace, ash at 550°C for 4h, cool and remove. Add a little water to moisten. Add 20mL of hydrochloric acid (3.5) in several portions to dissolve the ash and wash the evaporating vessel, combine and transfer to a 50mL volumetric flask with water to scale and set aside. Each 10mL of this solution is equivalent to 2.0mL of hydrochloric acid (1+1).

### 11.2   Preparation of calibration curves

Pipette 0.00, 0.50, 1.00, 2.00, 3.00, 4.00 and 5.00 mL of the arsenic standard working solution (3.15) into the arsenical generation bottle. Add 10 mL of sulphuric acid (9.1) for samples treated by the wet digestion method (11.1.1) or 10 mL of hydrochloric acid (3.5) for samples treated by the dry ashing method (11.1.2). add water to a total volume of 50 mL, add 2.5 mL of potassium iodide solution (9.7) and 2 mL of stannous chloride solution (9.8) to each and shake well. After 10 min, add about 5 g of zinc pellets (9.9), immediately connect to an air guide tube stuffed with lead acetate and insert into an absorbent tube with 5.0 mL of absorbent solution (9.15) and react at room temperature for 1 h. If the volume of absorbent solution decreases after the reaction, add anhydrous ethanol (9.14) to 5.0 mL.  The absorbance was measured at 410 nm using a 1 cm cuvette and the calibration curve was plotted.

### 11.3   Measurement

Take an appropriate amount of sample solution (11.1.1 or 11.1.2) and blank solution and place in an arsenical generation flask. Add sulphuric acid

Add 2.5 mL of potassium iodide solution (9.7) and 2 mL of stannous chloride solution (9.8). shake well for

10 min, add about 5 g of zinc pellets (9.9), immediately connect to an air guide tube stuffed with lead acetate and insert it into an absorbent tube filled with absorbent solution (9.15) to 5.0 mL. At the end of the reaction, add ethanol (9.14) to 5.0 mL if the volume of absorbent decreases.

**12  Calculation**

$$(As) = \frac{(_{1-0})V}{mV1}$$

where: (As) - mass fraction of arsenic in the sample, g/g.

$_1$ - the mass of arsenic in the test solution, g.

$_0$ - mass of arsenic in the blank solution, g; V - total volume of sample solution, mL; $_{V1}$ - - volume of sample solution dispensed, mL; m - volume of sample taken, g.

### 13   Precision and Accuracy

The relative standard deviation of the results for the 2.00g sample was 8.2% to 8.7%. The relative standard deviations (RSDs) for the 5.00g sample were 5.9% to 8.7%. The recoveries ranged from 91.2% to 94.7% at 2.00g. The recoveries ranged from 89.8% to 97.2% at 5.00g.

## Third method Hydride generation by atomic absorption

### 14   Methodology Summary

After pretreatment of the sample, the arsenic in the sample solution is reduced to trivalent arsenic by potassium iodide-ascorbic acid under acidic conditions and then to arsine by the neo-ecological hydrogen produced by the interaction of sodium borohydride with the acid, which is introduced into the heated "T" quartz tube atomiser by the carrier gas and atomised. The characteristic spectral lines emitted by an arsenic hollow cathode lamp. The absorbance is proportional to the arsenic content of the sample over a range of concentrations. Comparison with standard series for quantification. The minimum limits of detection and quantification for this method were 1.7 ng and 5.7 ng, respectively, and 0.17 g/g and 0.57 g/g, respectively, for a 1 g sample.

### 15   Reagents

15.1   Hydrochloric acid [(HCl) = 10%]: take 10mL of hydrochloric acid (9.3) and add 90mL of water, mix well.

15.2   Potassium iodide (150g/L) - ascorbic acid solution (20g/L): 15g of potassium iodide and 2g of ascorbic acid, dissolved in water and diluted to 100mL.

15.3   Sodium borohydride solution (5g/L): Dissolve 0.5g of sodium hydroxide in 100mL of water, add 0.5g of sodium borohydride, dissolve and filter, store in a plastic bottle in the refrigerator.

### 16   Instruments

16.1   Atomic absorption spectrophotometer with hydride generator.

16.2   Stoppered colorimetric tube, 50mL.

16.3   Constant temperature oven.

### 17   Analysis steps

17.1   Sample pre-treatment (either method available)

17.1.1   $_{HNO3-H2SO4}$ wet digestion method

Accurately weigh approximately 1.00g of the mixed sample into a 125mL conical flask and make a reagent blank. If the sample contains a solvent such as ethanol, the solvent should be evaporated (not dried out) after weighing the sample. Add several glass beads, add nitric acid (3.1) 10mL to 20mL, leave for a few moments, heat slowly, remove the heat source after the reaction starts, cool slightly and add sulphuric acid (3.2) 2mL. continue to heat the solution for digestion, if the solution appears brown during digestion, add a little nitric acid (3.1) for digestion, repeat until the solution is clarified or slightly yellow. After cooling, add 20mL of water and continue to boil until white smoke is produced. Transfer the digestion solution quantitatively to a 50mL stoppered cuvette, add 5mL of potassium iodide-ascorbic acid solution (15.2), add water and allow to settle to the scale for 10min.

17.1.2   Dry ashing method

Accurately weigh approximately 1.00 g of the mixed sample and place in a 50 mL crucible while making a reagent blank. Add 1g of magnesium oxide (3.3) and 2mL of magnesium nitrate solution (9.6), stir well, evaporate on a water bath and char on a light flame until no smoke is emitted. Remove from the oven and add a little water to the ash to make it wet, then use hydrochloric acid (1+1)

(3.5) 20mL Dissolve the ash in several portions, add potassium iodide-ascorbic acid solution (15.2) 5mL, add water to build up to 50mL and allow to stand for 10min before measuring.

### 17.1.3   Pressure digestion tank digestion method

Accurately weigh approximately 1.00 g of the mixed sample and place it in a PTFE liner while making a reagent blank. If the sample contains a large amount of solvent such as ethanol, the solvent should be evaporated in advance on a water bath. Add 10mL-15mL of nitric acid (3.1) or 6mL of nitric acid (3.1) and 6mL of hydrogen peroxide (3.6), leave for a few moments, cover with the inner Teflon lid, place in the stainless steel cylinder of the digestion tank, cover with the inner stainless steel lid, inner gasket and outer lid in turn, tighten the outer lid with the tightening handle. Place in a constant temperature oven at 100C for 2h, increase temperature to 140C-150C for 4h, cool and remove. Transfer the sample solution to a 50mL beaker, wash the liner several times with water and combine the wash solutions. Add 5mL of sulphuric acid (9.2) and heat on a hotplate to drive out the nitric acid until white smoke is produced. Cool, add 20mL of water, transfer to a 50mL volumetric flask, add 5mL of potassium iodide-ascorbic acid solution (15.2) and add water to the scale. Allow to stand for 10min before measuring.

### 17.2   Preparation of calibration curves

Adjust the apparatus and hydride generator according to the apparatus instructions and Table 2. Adjust the apparatus and hydride generator according to the apparatus instructions and Table 2.

Table 2 Reference analytical conditions for the determination of arsenic

| Wave length | Passband | Lamp current | Negative high pressure | Gain | Mode |
|---|---|---|---|---|---|
| 193.7nm | 0.4nm | 1.5mA | 588V | ×2 | Peak area |
| Points | Carrier Gas | Carrier gas flow | C2H2/air | Sodium borohydride solution | |
| 9s | Nitrogen | 1.0L/min | 1.0/5.0 | 2mL | |

Take 5mL of each standard solution into a hydride reaction flask, pass carrier gas to drive air out of the gas path to bring the absorbance to zero. Turn off the gas, add 2.0mL of sodium borohydride solution (15.3), ventilate and record the absorbance. The waste solution was drained and washed. The concentration-absorbance curve is plotted.

### 17.3   Measurement

Pipette 0.5 mL of sample solution and 4.5 mL of hydrochloric acid (15.1) into a hydride reaction flask and carry out the determination according to 17.2.

## 18   Calculation

$$(As) = \frac{(_{1-0}) \text{ vvs} \times 1000}{mV1}$$

where: (As) - mass fraction of arsenic in the sample, g/g.

$_1$ - the mass concentration of arsenic in the test solution, g/L.

$_0$ - concentration of arsenic in blank solution, g/L; V - total volume of sample solution, mL; $_{VS}$ - volume of standard solution removed for determination, mL; V1 - volume of sample solution removed for determination, mL; m - volume of sample taken, g. - volume of standard solution removed for the determination, mL; $_{V1}$ - volume of sample solution removed for the determination, mL; m - volume of sample taken, g.

## 19   Precision and Accuracy

The relative standard deviations of the samples for each concentration ranged from 3.1% to 7.1 % when the arsenic content in the samples ranged from 2.09 g/g to 12.12 g/g.

%. The relative standard deviations of the three laboratories ranged from 3.7% to 9.0%.

The spiked recoveries were 94.3% when 2.5g/g to 10g/g of arsenic was added to the samples, and the spiked recoveries determined by the three laboratories ranged from 84.2% to 103%.

# IV. Lead

## Lead

### 1   Scope

This specification specifies a method for the determination of lead in cosmetics by flame atomic absorption spectrophotometry, differential potential dissolution and dithizone extraction spectrophotometry.

This specification applies to the determination of lead in cosmetics.

First method    Flame atomic absorption spectrophotometry

### 2   Methodology Summary

The sample is pretreated so that the lead is present in the sample solution in an ionic state. After the lead ions in the sample solution have been atomised, the base state lead atoms absorb resonance lines from a lead hollow cathode lamp and their absorbance is proportional to the amount of lead in the sample. Quantification is based on the measurement of the intensity of the absorbed spectral lines, compared to a standard series, all other things being equal. The method has a detection limit of 0.15 mg/L and a lower limit of quantification of 0.50 mg/L. If 1 g of sample is taken for determination and the volume is fixed to 10 mL, the detection concentration of the method is

1.5g/g with a minimum quantitative concentration of 5g/g.

### 3   Reagents

3.1    Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.2    Perchloric acid [[$_{(HClO4)}$] = 70% to 72%], superior pure.

3.3    Hydrogen peroxide [[$_{(H2O2)}$] = 30%].

3.4    Nitric acid (1+1): Take 100mL of nitric acid (3.1), add 100mL of water and mix well.

3.5    Mixed acids: Nitric acid (3.1) and perchloric acid (3.2) mixed at 3+1.

3.6    Octanol.

3.7    Hydroxyammonium Hydrochloride Solution (120g/L): Take 12.0g of Hydroxyammonium Hydrochloride and 12.0g of Sodium Chloride and dissolve in 100mL of water.

3.8    Lead standard solutions

3.8.1    Lead standard solution [(Pb)=1g/L]: weigh 1.000g of lead metal of 99.99% purity, add 20mL of nitric acid solution (3.4), heat to dissolve, transfer to a 1L volumetric flask and dilute to the scale with water.

3.8.2    Lead standard solution [(Pb)=100mg/L]: Take 10.0mL of lead standard solution (3.8.1) in a 100mL volumetric flask, add 2mL of nitric acid solution (3.4) and dilute to the scale with water.

3.8.3   Lead standard solution [(Pb)=10mg/L]: Take 10.0mL of lead standard solution (3.8.2) in a 100mL volumetric flask, add 2mL of nitric acid solution (3.4) and dilute to the scale with water.

3.9   Methyl isobutyl ketone (MIBK).

3.10   Hydrochloric acid solution (7 mol/L): Take 30 mL of concentrated hydrochloric acid ($_{20}$ = 1.19 g/mL) in excellent purity and add water to 50 mL.


**4   Instruments**

4.1   Atomic absorption spectrophotometer and accessories.

4.2   Centrifuge.

4.3   Stiff glass digestion tubes or small nitrogen fixing digestion bottles.

4.4   Stoppered cuvettes, 10mL, 25mL, 50mL.

4.5   Dispensing funnel, 100mL.

4.6   Evaporation dish.

4.7    Pressure self-contained microwave digestion system.

4.8    High-pressure, airtight digestion tank.

4.9    Polytetrafluoroethylene dissolving sample cup.

4.10    Water baths (or open type electrically heated thermostats)


## 5    Analysis steps

5.1    Sample pre-treatment (either method available)

5.1.1    Wet digestion method

Weigh approximately 1.00g to 2.00g of the mixed sample in the digestion tube and make a reagent blank. For samples containing organic solvents such as ethanol, evaporate at low temperature in a water bath or on an electric hot plate. For cream-type samples, pre-heat in a water bath to melt the sample on the walls of the bottle into the bottom of the bottle. Add several glass beads, then add nitric acid (3.1) 10mL Note 1 and heat the digestion from low to high temperature. When the digestion volume is reduced to 2mL to 3mL, remove the heat source and cool. Add perchloric acid (3.2) 2mL to 5mL

Note 2: Continue to heat the digestion, shaking slowly from time to time to make it homogeneous, and digest until white smoke is present and the digestion solution is light yellow or colourless. Concentrate the digestion

The solution is brought to approximately 1mL. Cool to room temperature and transfer quantitatively to a 10mL (or 25mL for powder samples) stoppered cuvette, set to scale with water and reserve. If the sample is cloudy, the supernatant can be removed by centrifugation and used for determination.

5.1.2    Microwave digestion

Weigh approximately 0.5g to 1g of the mixed sample into a cleaned Teflon sample cup. Cosmetics containing volatile materials such as ethanol, such as perfumes, mousse, body lotions, hair dyes, serums, shaving lotions, face masks, etc., should first be volatilised in a temperature adjustable 100ºC electric heater or water bath (do not steam dry). For dry substances such as lipstick, mascara, eyebrow pencil, rouge, lip liner, powder, eye shadow, talcum powder, prickly heat powder, etc., add 0.5mL to 1.0mL of water after sampling and wetting and shaking well.

Depending on the ease of sample digestion, samples or pre-treated samples are first added to nitric acid (3.1) 2.0mL to 3.0mL and allowed to stand overnight for full action. Then add hydrogen peroxide (3.3) 1.0mL to 2.0mL in sequence and shake the sample cup several times to fully submerge the sample. Place in a boiling water bath or thermostatic heating apparatus at an adjustable temperature for 20 min at 100ºC and remove. If the volume of solution is less than 3mL, replenish with water. Follow the Microwave Dissolution System operating instructions to the letter.

Place the sample cup into a clean, high pressure, airtight lysimeter prepared in advance and screw on the lid (note: do not over-tighten).

Table 1 shows the pressure - time procedure for general cosmetic products for decomposition. If the cosmetics are oils, herbs or detergents, the sensitivity of the explosion-proof system can be increased appropriately to increase safety.

Depending on the ease of sample digestion, the digestion can be completed within 5 min to 20 min, the sample is cooled down, the can is opened and the sample cup containing the digested sample is placed in a boiling water bath or an electric heater at an adjustable temperature of 100ºC for a few minutes to remove excess nitrogen oxides from the sample so as not to interfere with the determination.

| Tabl e 1 | Pressure time program during digestion | |
|---|---|---|
| Pressure gear | Pressure (Mpa) | Holding pressure accumulation time (min) |
| 1 | 0.5 | 1.5 |
| 2 | 1.0 | 3.0 |
| 3 | 1.5 | 5.0 |

Transfer the sample to a 10mL stoppered cuvette, wash the dissolution cup several times with water, combine the washing solution, add hydroxylamine hydrochloride solution (3.7) 0.5mL [Note 3], set the volume with water to 10mL and reserve.

5.1.3   Extraction method (only for wax-free cosmetics)

Accurately weigh approximately 1.00 g of the mixed sample and place in a 50 mL stoppered cuvette. Make a reagent blank with the sample. For samples containing organic solvents such as ethanol, evaporate first in a water bath or on a hotplate at low temperature. For cream samples, preheat in a water bath to melt the sample on the wall into the bottom of the tube. Add 5.0mL of nitric acid (3.1) and 2.0mL of hydrogen peroxide (3.3), mix well and

If large amounts of foam appear, add a few drops of octanol (3.6). Heat in a boiling water bath for 2 h. Remove, add hydroxylammonium hydrochloride solution (3.7) 1.0 mL Note 3, leave for 15 min to 20 min and set with water to 25 mL.

## 5.2   Measurement

5.2.1 Pipette 0, 0.50, 1.00, 2.00, 4.00, 6.00 mL of the lead standard solution (3.8.3) into a 10 mL stoppered cuvette and add water to the scale. The analytical conditions of the instrument were adjusted to optimum conditions according to the instrument operating procedure. The calibration curve series, the blank and the sample solution were measured under background absorption. If the iron content of the sample solution exceeds the lead content by a factor of 100, the

The deuterium lamp method of background deduction should not be used, but the Seeman effect method of background deduction should be used, or iron should be removed in advance according to 5.2.2. Plotting concentrations

--Absorbance curve to calculate the sample content.

5.2.2   The standard, blank and sample solutions were transferred to an evaporating dish and evaporated to dryness on a water bath. Dissolve the residue by adding 10 mL of hydrochloric acid (3.10), transfer to a separatory funnel and extract twice with an equal amount of MIBK (3.9), retaining the hydrochloric acid solution. The solution is then extracted with hydrochloric acid

(3.10) Wash 5 mL of the MIBK layer, combine the hydrochloric acid solutions, drive out the acid if necessary and fix the volume. Follow the instrument procedure and carry out the determination.

## 6   Calculation

$$(Pb) \quad \frac{(_{10})\,V}{} \quad m$$

where: (Pb) - mass fraction of lead in the sample, g/g.

$_1$ - the mass concentration of lead in the test solution, mg/L.

$_0$ - mass concentration of lead in blank solution, mg/L; V - total volume of sample digest, mL;
m - sample sampling volume , g.

Second method        Differential Potential Dissolution Method

## 7   Methodology Summary

The sample is pretreated so that the lead is present in the solution in an ionic state. The lead is enriched at the appropriate reduction potential at a glassy mercury film electrode. In acidic solutions, there is a sensitive dissolution peak for lead ions at -0.46V (relative to the saturated mercury electrode), the peak height being proportional to its content. Other things being equal, the dissolved peak is measured and quantified by comparison with a standard series. The method has a detection limit of 0.056 g and a lower limit of quantification of 0.19 g. If 1 g of sample is taken, the detection concentration is 0.56 g/g and the

lowest quantification concentration is 1.9 g/g.

## 8    Reagents

8.1    Electrolytic mercury plating solution: weigh $Hg_{(NO3)}2\text{-}H2O$ 68.5mg and $_{KNO3}$ 25.3g in water, add nitric acid (3.1)

0.63mL, volume to 1L.

8.2    Hydrochloric acid (1+1): Take 100mL of superior pure hydrochloric acid ($_{20}$ = 1.19g/mL), add 100mL of water and mix well.

8.3    Ethanol (1+1): Take 100mL of anhydrous ethanol, add 100mL of water and mix well.

8.4    Phenolphthalein indicator (1g/L ethanol solution): Dissolve 0.1g of phenolphthalein in 50mL of anhydrous ethanol, add 50mL of water and mix well.

8.5    Ammonia (1+1): take 100mL of ammonia, add 100mL of water and mix well.

## 9    Instruments

9.1    Electric sand bath.

9.2    Conical flask, 100mL.

9.3   Volumetric flask, 100mL.

9.4   Glass beaker, 50mL.

9.5   Differential Potential Dissolution Analyser and accessories.


## 10   Analysis steps

10.1   Sample pre-treatment

If a standard addition method is used, take two identical samples, add the appropriate amount of lead ions to one of the samples, disinfect both samples equally and then volumize to 100 mL.

10.2   Preparation of standard working solutions

Take 0, 0.050, 0.10, 0.20, 0.40, 0.70 and 1.00 mL of lead standard solution (3.8.3), place in 6 conical flasks, disperse simultaneously with the sample and allow to build up to 100 mL.

10.3   Electrode pre-treatment

The glassy carbon electrodes were soaked in nitric acid (1+1) (3.4) before use, rinsed with water, wiped with filter paper dripping with ethanol (1+1) (8.3) and then rinsed with water. The three electrodes are inserted into the mercury plating solution (8.1), plated with mercury according to the parameters in Table 2 and then set aside for use.

10.4   Measurement

Add 2 drops of phenolphthalein indicator (8.4) and adjust with ammonia (1+1) (8.5) until the solution is slightly red, then add 0.3 mL of hydrochloric acid (1+1) (8.2), set the volume with water to the scale, transfer to a 50 mL beaker and insert into a triple The solution was transferred to a 50mL beaker, inserted into three electrodes and measured according to the parameters in Table 2.

For the working curve method, a mass-solution peak height curve is plotted and the sample content is calculated. For the standard addition method, the peak height and addition amount are calculated directly.

| Table 2   Instrument reference parameters | | |
|---|---|---|
| Instrument parameters | Mercury plating | Measurement |
| Electrolytic voltage (V) | -1.10 | -1.10 |
| Electrode speed (rpm) | 2500 | 2000 |
| Enrichment time (s) | 40 | 60 |
| Dissolved lower limit voltage (V) | -0.20 | -0.20 |
| Dissolved upper voltage (V) | -0.90 | -1.00 |
| Resting time (s) | 30 | 30 |
| Sensitivity | 20 | 20 |
| Electrode wash time (s) | 20 | 10 to 20 |

## 11   Calculation

11.1   Working curve
method.

$$(Pb) = \frac{(m_1 - m_0)V}{mV_1}$$

Where: (Pb) - mass fraction of lead in the sample, g/g; $m_1$ - mass of lead in the test solution, g;      m0 -- mass of lead in the blank solution, g; V --total volume of sample solution, mL; V1--volume of sample solution taken, mL V - total volume of sample solution, mL; V1 - volume of sample solution dispensed, mL; m - sample volume taken, g.

11.2   Standard
accession
method.

$$(Pb) = \frac{h1 \times m1}{(h2-h1) \times m}$$

Where: (Pb) - mass fraction of lead in the sample, g/g; $h1$ - peak height of lead in the sample solution; $h2$ - - the peak height of the sample of lead in the solution after the addition of the standard; $m1$ - the mass of the lead standard added, g; m - the sample sampling volume, g.

## 12   Precision and Accuracy

Four types of cosmetic samples (powder, water, honey and oil) with different matrix types were spiked at three concentrations (high, medium and low) and the relative standard deviations ranged from 2.05% to 7.96%, with the recoveries ranging from 82.7% to 103.0%.

### Third method    Dithizone extraction spectrophotometry

## 13   Methodology Summary

The sample was pretreated and the lead in the sample solution under weak alkalinity to form a red chelate with dithizone, extracted with chloroform and quantified colourimetrically. The presence of large amounts of tin interferes with the determination. This method is not applicable to samples containing titanium oxide and bismuth compounds. The detection limit of this method is 0.3 g and the lower limit of quantification is 1.0 g. If 1 g of sample is taken, the detection concentration is 0.3 g/g and the minimum quantification concentration is 1 g/g.

## 14   Reagents

14.1   Chloroform, oxide free.

14.2   Phenol Red Indicator Solution (1g/L ethanol solution): Dissolve 0.1g of phenol red in 100mL of anhydrous ethanol and mix well.

14.3   Dithizone stock solution (1 g/L chloroform solution): store in a cold, dark place. If necessary, purify as follows: weigh 0.5 g of finely ground dithizone and dissolve in 50 mL of chloroform. If not completely dissolved, filter through 950 mL of filter paper into a separatory funnel. Use ammonia

(1+1) (8.5) Extract 3 times, 100mL each time, and combine the extracts. The ammonia solution was then washed 2 times with l0mL of chloroform. Use hydrochloric acid

(1+1) (8.2) was adjusted to acidity and the precipitated dithizone was extracted 2-3 times with chloroform at 100 mL each. the chloroform layers were combined and chloroform was added to a total volume of 500 mL.

14.4   Dithizone use solution (0.01 g/L chloroform solution): take 1 mL of the dithizone stock solution

(14.3) and dilute to 100 mL with chloroform.

14.5    Nitric acid [$(_{HNO3})$ = 1%]: take 10mL of nitric acid (3.1), add 990mL of water and mix well.

14.6    Hydroxylamine hydrochloride solution (200g/L): take 20g of hydroxylamine hydrochloride, add 50mL of water, add 2 drops of phenol red indicator solution (14.2), add ammonia (1+1) (8.5) to pH 8.5~9.0, extract with dithizone chloroform solution (14.4) until the chloroform layer remains green, then wash the aqueous layer twice with chloroform (14.1). The aqueous layer was then washed twice with chloroform (14.1). The aqueous layer was adjusted to acidity with hydrochloric acid (1+1) (8.2) and water was added to 100 mL and set aside.

14.7    Ammonium citrate solution (200g/L): Take 50g of ammonium citrate and dissolve in 100mL of water, add 2 drops of phenol red indicator solution (14.2), add ammonia (1+1) (8.5) to pH 8.5~9.0, extract several times with dithizone chloroform solution (14.4), 10mL~20mL each time, until the chloroform layer remains green. The chloroform layer was discarded and the aqueous layer was diluted to 250 mL with water.

14.8    Potassium cyanide solution (100g/L) (note that it is highly toxic): If the reagent contains lead and needs to be purified, 10g of potassium cyanide should first be dissolved in 20mL of water and then diluted to 100mL after the following purification according to the method described in 14.3.

14.9    Lead-free skimmed cotton: medical skimmed cotton, if necessary with dithizone chloroform solution to remove lead.

## 15   Instruments

15.1   Dispensing funnel (125mL): pre-soaked in dilute acid and washed with water.

15.2   Spectrophotometer.

## 16   Analysis steps

16.1   Sample pre-treatment is as in 5.1.1.

16.2   Measurement

Add water to a 125 mL separatory funnel to a total volume of 50 mL, then add 0, 0.10, 0.20, 0.30, 0.40 and 0.50 mL of lead standard solution (3.8.3) to a 125 mL separatory funnel and add nitric acid solution (14.5) to a total volume of 50 mL. Then add 2 mL of ammonium citrate solution (14.7), 1 mL of hydroxylamine hydrochloride solution (14.6) and 2 drops of phenol red indicator solution (14.2) to the sample solution, blank solution and lead standard solution, and adjust with ammonia (8.5) until red colour appears. Add 2 mL of potassium cyanide solution (14.8) to each separatory funnel and mix well. Add 5mL of dithizone solution (14.4) accurately, shake vigorously for 1min and leave to stratify. A small amount of lead-free desiccated cotton (14.9) was stuffed into the lower neck of the partition funnel and the chloroform layer was then filtered into a cuvette. Zeroed with chloroform, the absorbance was measured at a wavelength of 510nm and a standard curve was plotted.

## 17   Calculation

$$(Pb) = \frac{(m_1 - m_0)}{m} V \, V_1$$

Where: (Pb) - mass fraction of lead in the sample, g/g; $m_1$ - mass of lead in the test solution, g; $m_0$ -- mass of lead in the blank solution, g; V -- total volume of sample solution, mL; $V_1$ -- volume of sample solution dispensed, mL ;. m - the volume of sample taken, g.

---

Note 1 For samples containing carbonate-based powders, nitric acid should be added slowly to prevent the production of carbon dioxide gas too vigorously.

NOTE 2 Perchloric acid is explosive if used improperly. For the safe use of perchloric acid, the following points should be noted.

1. Spilled perchloric acid should be rinsed immediately with water.

2. Fume hoods, air ducts and other devices for the removal of perchloric acid vapours should be made of chemically inert substances and flushed with water after digestion. Exhaust systems should be installed in a safe location.

3. Avoid the use of organic or other fume-producing substances in fume hoods where perchloric acid digestion is used.

4. Operators should use goggles, shields and other personal protective equipment. Use polyvinyl chloride gloves, not rubber gloves.

5. When using perchloric acid for wet digestion, unless otherwise stated, samples should first be destroyed by nitric acid to destroy easily oxidised organic matter and care should be taken to avoid burning them dry.

6. Perchloric acid (constant boiling mixture, boiling point 203°C) is stable at a concentration of 72%. If perchloric acid is dehydrated (e.g. in contact with strong dehydrating agents), anhydrous perchloric acid will be formed and its stability will be very significantly reduced, at which point it will explode when exposed to heat, impact or to organic matter or reducing agents (e.g. paper, wood or rubber).

Note 3 This addition of hydroxylamine hydrochloride is waived if the sample is not to be measured for mercury.

# V. Methanol

## Methanol

### 1  Scope

This specification specifies a gas chromatographic method for the determination of methanol in cosmetics. This specification applies to the determination of methanol in cosmetics containing ethanol or isopropanol.

### 2  Methodology Summary

The samples are pretreated (by distillation or by gas-liquid equilibration) and then tested and quantified by gas chromatography. The method has a detection concentration of 15 g/g and a minimum quantitative concentration of 50 g/g.

### 3  Reagents

3.1   Methanol-free ethanol: 1.0L should be injected into the chromatograph and no spurious peaks should appear.

3.2    Ethanol [(C2H5OH)=75%]: 75mL of methanol-free ethanol (3.1) was taken and diluted to 100mL with water.

3.3   Chromatographic stretcher GDX-102 (60 mesh to 80 mesh), gas chromatographic reagent.

3.4   Chromatographic fixative polyethylene glycol 1540 (or 1500), gas chromatography reagent.

3.5   Methanol Standard Solution

3.5.1   Sample preparation for 5.3.1: Take 1.00mL of chromatographically pure methanol in a 100mL volumetric flask and fix to the mark with 75% ethanol (3.2). Store in a refrigerator.

3.5.2   For 5.3.2 and 5.3.3 sample preparation: take approximately 1.00 g of chromatographically pure methanol in a 100 mL volumetric flask and fix to the mark with 75% ethanol (3.2), this standard contains 10 g/L of methanol. store in a refrigerator.

3.6   Sodium chloride.

3.7   Defoamer: emulsified silicone oil.

### 4  Instruments

4.1   Gas chromatograph with hydrogen flame ionisation detector.

4.2   Chromatographic column: 2m2mm, filled with GDX-102, suitable for samples without dimethyl ether.

4.3   Chromatographic column: 2m4mm, filled with GDX-102 (3.3) stretcher coated with 25% polyethylene glycol 1540 (or 1500). Suitable for samples containing dimethyl ether.

4.4   All-glass, ground-mouth water distillation unit.

4.5   Super thermostat bath: temperature range 0°C to 100°C, temperature control accuracy ±0.5°C.

4.6   Headspace bottle: 20mL to 65mL.

4.7   Syringes: 0.5L, 1L, 1mL.

## 5   Analysis steps

5.1   Chromatographic reference conditions

Start the chromatograph and make the necessary adjustments to achieve optimum operating conditions for the instrument, the chromatographic conditions being selected on a case-by-case basis.

The reference conditions are.

Chromatographic conditions for column 1 (4.2) (for samples without dimethyl ether) Column temperature: 170°C; gas chamber temperature: 180°C; detector temperature: 180°C.

Nitrogen flow rate: 40 mL/min; hydrogen flow rate: 40 mL/min; air flow rate: 500 mL/min. Chromatographic conditions for column 2 (4.3) (for samples containing dimethyl ether)

Column temperature: 75°C; gasification chamber temperature: 90°C; detector temperature: 150°C.

Nitrogen flow rate: 30mL/min; Hydrogen flow rate: 30mL/min; Air flow rate: 300mL/min.

5.2   Sample taking

Direct sampling of cosmetic products without propellant. Samples containing propellants, such as hairspray, are sampled as follows: take a quantity of 75% ethanol (3.2) in a headspace bottle or distillation bottle, fit a syringe needle to the nozzle of the hairspray bottle, connect it to a thin Teflon tube, insert the other end of this tube below the ethanol level and slowly press the nozzle so that the hairspray flows out of the needle into the ethanol solution via the thin Teflon tube. If it is difficult to press out the sample, the sample can be cooled in the refrigerator and then squeezed to take the sample. Calculate the sample size by subtracting the difference.

5.3   Sample pre-treatment

5.3.1   Direct method (this method is only applicable to non-hairspray, low-viscosity cosmetics): direct sampling for determination or taking a certain sample with

Dilute with 75% ethanol (3.2) and measure (filter if necessary).

5.3.2   Distillation method (this method is applicable to all types of cosmetics): Take about 10 g of the sample in a distillation flask (4.4), add 50 mL of water, 2 g of sodium chloride (3.6), 1 drop of antifoaming agent (3.7) and 30 mL of methanol-free ethanol (3.1), distill in a boiling water bath, collect the distillate until it no longer evaporates, add methanol-free ethanol to a volume of 50 mL and use this as the sample solution.

5.3.3   Gas-liquid equilibrium method (this method is not applicable to hairspray cosmetics): take about 5g of sample in a headspace bottle and add 75% ethanol

(3.2) 5 mL, sealed and equilibrated in a constant temperature water bath at 40°C for 20 min. The gas on the liquid after equilibration was taken as the sample to be measured.

5.4   Preparation of calibration curves

5.4.1   For samples pretreated according to 5.3.1: Take 7 50mL volumetric flasks and add 0.25, 0.50, 1.00, 2.00, 4.00, 7.00, 10.0mL of methanol standard solution (3.5.1) and then add 75% ethanol (3.2) to the scale, the standard series contains 0.005, 0.010, 0.020, 0.040, 0.080, 0.140, 0.200% methanol (v/v). This standard series contains 0.005, 0.010, 0.020, 0.040, 0.080, 0.140, 0.200% methanol (v/v). The standard solution was then injected into the gas chromatograph and the peak area was recorded and the peak area - methanol concentration (%, v/v) curve was plotted.

5.4.2   For samples pretreated according to 5.3.2: Take 7 50mL volumetric flasks and add 0.25, 0.50, 1.00, 2.00, 4.00, 7.00, 10.0mL of methanol standard solution (3.5.2), followed by 75% ethanol (3.2) to the scale, this standard series contains 0.050, 0.10, 0.20, 0.40, 0.80, 1.40, 2.00g/L of methanol. The standard solution was then injected into the gas chromatograph and the peak area was recorded and the peak area-methanol concentration (g/L) curve was plotted.

5.4.3 For samples pretreated according to 5.3.3: take the methanol standard solution (3.5.2) 0, 0.10, 0.50, 1.00, 2.00

3.00, 4.00mL in a headspace flask, add 75% ethanol (3.2) to 10.0mL and prepare to 0, 0.10, 0.50, 1.00, 2.00, 2.00

The standard series of 3.00 and 4.00 g/L were sealed and equilibrated in a constant temperature water bath at 40°C for 20 min. 1 mL of gas was taken from the liquid in turn

Injected into the gas chromatograph, the peak area of each chromatogram was noted and a peak area - methanol concentration (g/L) curve was plotted.

5.5   Measurement

1L (or 1mL of gas on liquid) of the sample solution to be measured was injected into the gas chromatograph in turn and the peak area was recorded for each chromatographic run. The methanol content of the sample solution was obtained from the peak area - methanol concentration curve.

**6   Calculation**   (CH3OH)=   $\dfrac{V1000\ m}{\rule{3cm}{0.4pt}}$

where: (CH3OH) - mass fraction of methanol in the sample, g/g.

--mass concentration of methanol in the test solution, g/L; V - volume of sample volume, mL.

m - volume of sample taken, g.

If the sample is fed directly according to 3.5.1, the calculation can be made according to the following formula. If necessary, convert to mass fraction based on methanol and sample density.

(CH3OH)=        1100K

where: (CH3OH) - volume fraction of methanol concentration in the sample, $10^{-6}$.

$_1$ - concentration of methanol in the test solution, % (v/v).

K - sample dilution times.

## 7   Chromatograms



Fig. 1 Chromatogram of methanol and dimethyl ether (chromatographic condition 2) 1 Dimethyl ether (0.617min) 2 Methanol (1.473min)

# VI. Free hydroxide

## Free Hydroxide

### 1   Scope

This specification specifies a method for the determination of free hydroxide (both sodium and potassium hydroxide as sodium hydroxide) in cosmetics.

This specification applies to the determination of free hydroxides in various different types of straight hair products.

### 2   Citation Standards

The following standards contain provisions which, by reference in this specification, constitute the provisions of this specification, the versions shown are valid at the time of publication of this specification, all standards are subject to revision and parties using this specification should explore the possibility of using the latest versions of the following standards.

GB/T601-2002 Preparation of standard titration solutions for chemical reagents, section 4.2.

### 3   Methodology Summary

The hydroxide in the sample is neutralised with hydrochloric acid and the electrode potential changes. The end point of the titration is determined as pH 9.2. The detection limit for hydroxide in this method is 0.20 mg. If a 2 g sample is taken, the minimum detection concentration is 0.01%.

### 4   Reagents

4.1   Standard solution of hydrochloric acid [c(HCl) = 0.100 mol/L], prepared and calibrated as described in GB/T601-2002, section 4.2.

### 5   Instruments

5.1   Acid micro-buret.

5.2   Precision acidity meter.

5.3   Composite electrodes or glass electrodes with saturated glycury electrodes.

5.4   Magnetic stirrer.

5.5   Beakers, 150mL, 25mL.

### 6   Analysis steps

6.1 Qualitative tests

6.1.1    Sample preparation Weigh 1g into 9mL of water, place in a 25mL beaker, add a stirrer and stir on a magnetic stirrer until the sample is uniformly dispersed in the water (if not, sonicate the sample for another 5min-10min) as a pH qualitative assay solution.

6.1.2    pH measurement

If the pH of the solution to be measured is greater than or equal to 11, the following quantitative determination is carried out using a calibrated pH meter.

6.2    Quantification

6.2.1    Weigh 1g~2g (to 1mg) of the mixed sample, place in a 150mL beaker, add a few small pumice or small glass beads if it contains ammonia odour, place in a vacuum desiccator, pump with a vacuum pump for 3h (about 4h if pumped) until the sample no longer has ammonia odour, add 100mL of water, add a stirrer, stir on a magnetic stirrer until the sample is uniformly dispersed in Add 100mL of water, add the stirrer and stir on a magnetic stirrer until the sample is uniformly dispersed in the water (if not uniformly, the sample is then ultrasonically dispersed on an ultrasonic cleaner for 5min~10min) to be measured, while stirring.

Titrate the standard solution (4.1) (the titration rate should not be fast), titrate slowly as the pH approaches 9.6, stirring more, stop stirring when the pH reaches 9.2 and take an accurate reading of the amount of hydrochloric acid standard solution.

**6**
**Calcula**
**tion**        $(NaOH) = \dfrac{40cV100}{m1000}$

     where: (NaOH) - the mass fraction of hydroxide in the sample, %; c - the concentration of the standard solution of hydrochloric acid, mol/L; V - - volume of hydrochloric acid standard solution consumed for the titration, mL; m - volume of sample taken, g.

     40 - Molar mass of hydroxide, g/mol.

# VII. pH

## pH

### 1   Scope

This specification specifies the potentiometric method for determining the pH value of cosmetics. This specification applies to the determination of the pH value of cosmetics.

### 2   Methodology Summary

A glass electrode is used as the indicator electrode and a saturated mercury electrode as the reference electrode, which are inserted into the solution being measured to form a cell. The potential difference generated by this cell is related to the pH of the solution being measured and the relationship between them is in accordance with the Nernst equation.

$$E = E_0 + 0.059 \lg[H^+] \ (25°C) \ E = E_0 - 0.059 \ pH$$

where $E_0$ - constant

At 25°C, each unit of pH is equivalent to 59.1mV of potential difference. This means that for every 59.1mV change in potential difference, the pH in the solution changes by 1 unit. The pH value can be read directly from the instrument.

### 3   Reagents

The reagents used in this specification are of superior purity unless otherwise stated. Water used refers to deionised water free of $CO_2$.

3.1   Potassium hydrogen benzodicarboxylate standard buffer solution: 10.12 g of potassium hydrogen benzodicarboxylate ($KHC_8H_4O_4$), dried at 105°C for 2h, was dissolved in water and diluted to 1L and stored in a plastic bottle. This solution has a pH of 4.00 at 20°C.

3.2   Phosphate standard buffer solution: 3.40g of potassium dihydrogen phosphate ($KH_2PO_4$) and 3.55g of disodium hydrogen phosphate ($Na_2HPO_4$), dried at 105°C for 2h, were dissolved in water and diluted to 1L and stored in a plastic bottle. This solution has a pH of 6.88 at 20°C.

3.3   Sodium borate standard buffer solution: Weigh 3.81 g of sodium tetraborate ($NaB_4O_7 \cdot 10H_2O$), dissolve in water, dilute to 1 L and store in a plastic bottle. This solution has a pH of 9.22 at 20°C.

The pH values of the above three standard buffer solutions vary slightly with temperature, see Appendix A.

### 4   Instruments

4.1   Precision acidity meter.

4.2   Composite electrodes or glass electrodes and glymeric electrodes.

4.3   Magnetic stirrer (with heating control)

4.4   Beaker, 50mL.

## 5   Analysis steps

5.1   Sample pre-treatment

5.1.1   Dilution method

Weigh 1 sample (to 0.1g), add 10 parts of deionised water without $_{CO2}$, heat to 40°C, stir continuously until homogeneous and cool to room temperature.

For products with a high oil content, heat to 70°C to 80°C, cool and remove the oil for use; powdered products can be precipitated and filtered for use.

5.1.2   Direct measurement (not applicable to powders, oily cosmetics and water-in-oil emulsions)

Place the appropriate amount of sample from the packaging container into the beaker to be used or remove the cap from the small packaging and insert the electrode directly into it.

## 5.2   Measurement

5.2.1   Electrode activation Composite electrodes or glass electrodes (4.2) should be soaked in water for at least 24h before use.

5.2.2   Calibrate the instrument according to the factory instructions (4.1) with two standard buffer solutions close to the pH of the sample at the specified temperature or under temperature compensation conditions.

5.2.3   After washing the electrode with water and blotting it with filter paper, insert the electrode into the sample to be measured, start the stirrer and stop the stirrer after 1 min of stable acidity meter reading and read the pH value directly from the instrument. Test twice with a margin of error of ±0.1 and take the average reading. After the measurement, the electrode is rinsed with water and the glass electrode is immersed in water.

## 6   Precision

The relative standard deviations of the four laboratories for the 19 commercially available cosmetic samples were 0.16% to 1.94% for 6 to 22 parallel determinations using the dilution method.

## Appendix A

Table 1      pH values of standard buffer solutions at different temperatures

| Temperature ° C | pH of the standard buffer solution | | |
| --- | --- | --- | --- |
| | Benzenedicarboxylic acid salt | Phosphate | Borates |
| 0 | 4.01 | 6.98 | 9.46 |
| 5 | 4.01 | 6.95 | 9.39 |
| 10 | 4.00 | 6.92 | 9.33 |
| 15 | 4.00 | 6.90 | 9.27 |
| 20 | 4.00 | 6.88 | 9.22 |
| 25 | 4.01 | 6.86 | 9.18 |
| 30 | 4.01 | 6.85 | 9.14 |
| 35 | 4.02 | 6.84 | 9.10 |
| 40 | 4.02 | 6.84 | 9.07 |
| 45 | 4.03 | 6.83 | 9.04 |

# VIII. Cadmium

## Cadmium

### 1   Scope

This specification specifies a method for the determination of total cadmium in cosmetics by flame atomic absorption spectrophotometry and differential potential dissolution. This specification applies to the determination of total cadmium in cosmetics.

First method    Flame atomic absorption spectrophotometry

### 2   Methodology Summary

The sample is pretreated so that the cadmium is present in solution in an ionic state. After the cadmium ions in the sample solution have been atomised, the ground state atoms absorb the resonance lines from the cadmium hollow cathode lamp in an amount proportional to the amount of cadmium in the sample. Quantification is based on comparison of the measured absorption values with a standard series, all other conditions being equal. The method has a detection limit of 0.007 mg/L and a lower limit of quantification of 0.023 mg/L. If 1 g of sample is taken, the detection concentration is 0.18 g/g and the lowest quantitative concentration is 0.59 g/g.

### 3   Reagents

3.1    Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.2    Perchloric acid [($_{HClO4}$) = 70% to 72%], superior pure.

3.3    Hydrogen peroxide [($_{H2O2}$) = 30%], ultrapure.

3.4    Nitric acid (1+1): Take 100mL of nitric acid (3.1), add 100mL of water and mix well.

3.5    Mixed acids: Nitric acid (3.1) and perchloric acid (3.2) mixed at (3+1).

3.6    Cadmium standard solution

3.6.1    Cadmium standard solution [(Cd) = 1 g/L]: weigh 1.000 g of cadmium metal [(Cd) = 99.99%] and add nitric acid (1+1)

(3.4) 20mL in a 250mL beaker and heat to dissolve. Transfer to a 1L volumetric flask and dilute to scale with water.

3.6.2    Cadmium Standard Solution [(Cd)=100mg/L]: Pipette 10.0mL of Cadmium Standard Solution (3.6.1) into a 100mL volumetric flask, add nitric acid (1+1) (3.4) 2mL and dilute to the scale with water.

3.6.3    Cadmium Standard Solution [(Cd)=10mg/L]: Dispense 10.0mL of Cadmium Standard Solution

(3.6.2) into a 100mL volumetric flask, add nitric acid (1+1) (3.4) 2mL and dilute to the scale with water.

3.7   Methyl isobutyl ketone (MIBK).

3.8   Hydrochloric acid (7 mol/L): Take 30 mL of concentrated hydrochloric acid ($_{20}$ = 1.19 g/mL) in excellent purity and add water to 50 mL.

3.9   Hydroxylamine hydrochloride solution (120g/L): Take 12.0g of hydroxylamine hydrochloride and 12.0g of sodium chloride and dissolve in 100mL of water.

3.10   Octanol.

## 4   Instruments

4.1   Atomic absorption spectrophotometer and accessories.

4.2   Stiff glass ablation tubes or tall beakers.

4.3   Stoppered cuvettes, 10mL, 25mL.

4.4   Electric hotplates or water baths.

4.5   Pressure controlled closed microwave dissolution oven.

4.6   High-pressure, airtight digestion tank.

4.7   Polytetrafluoroethylene dissolving sample cup.


## 5   Analysis steps

5.1   Sample pre-treatment

5.1.1   Wet digestion method

Accurately weigh approximately 1.00g to 2.00g of the mixed sample into the digestion tube and make a reagent blank. If the sample contains organic solvents such as ethanol, evaporate first in a water bath or on a hotplate at low temperature. For cream samples, preheat in a water bath to melt the sample on the walls of the bottle into the bottom of the bottle. Add several glass beads, then add 10mL of nitric acid (3.1) and heat the digestion from low to high temperature. When the volume of digested liquid is reduced to 2mL-3mL, remove the heat source and cool. Add perchloric acid (3.2) 2mL to 5mL and continue to heat the digestion, shaking slowly from time to time to make it uniform. Concentrate the digestion solution to about 1mL. Cool to room temperature and transfer quantitatively to a 10mL (or 25mL for powder samples) stoppered cuvette, set in water to the mark and set aside. If the sample solution is cloudy, the supernatant can be removed by centrifugation for determination.

5.1.2   Microwave digestion

Weigh approximately 0.5g to 1g of the mixed sample into a cleaned Teflon sample cup. Cosmetics containing volatile materials such as ethanol, such as perfumes, mousse, body lotions, hair dyes, serums, shaving lotions, face masks, etc., should first be volatilised in a temperature adjustable 100ºC electric heater or water bath (do not steam dry). For dry substances such as lipstick, mascara, eyebrow pencil, rouge, lip liner, powder, eye shadow, talcum powder, prickly heat powder, etc., add 0.5mL to 1.0mL of water after sampling and wetting and shaking well.

Depending on the ease of sample digestion, samples or pre-treated samples are first added to nitric acid (3.1) 2.0mL to 3.0mL and allowed to stand overnight for full action. Then add hydrogen peroxide (3.3) 1.0mL to 2.0mL in sequence and shake the sample cup several times to fully submerge the sample. Place in a boiling water bath or thermostatic heating apparatus at an adjustable temperature for 20 min at 100ºC and remove. If the volume of solution is less than 3mL, replenish with water. Follow the Microwave Dissolution System operating instructions to the letter.

Place the sample cup into a clean, high pressure, airtight lysimeter prepared in advance and screw on the lid (note: do not over-tighten).

Table 1 shows the pressure - time procedure for general cosmetic products for decomposition. If the cosmetics are oils, herbs or detergents, the sensitivity of the explosion-proof system can be increased appropriately to increase safety.

Depending on the ease of sample digestion, the digestion can be completed within 5 min to 20 min, the sample is cooled down, the can is opened and the sample cup containing the digested sample is placed in a boiling water bath or an electric heater at an adjustable temperature of 100ºC for a few minutes to remove excess nitrogen oxides from the sample so as not to interfere with the determination.

| Table 1 | Pressure during digestion - time procedure |
|---|---|

| Pressure gear | Pressure (Mpa) | Holding pressure accumulation time (min) |
| --- | --- | --- |
| 1 | 0.5 | 1.5 |
| 2 | 1.0 | 3.0 |
| 3 | 1.5 | 5.0 |

Transfer the sample to a 10mL stoppered cuvette, wash the dissolution cup several times with water, combine the washing solution, add hydroxylamine hydrochloride solution (3.9) 0.5mL [Note 1], fix the volume with water to 10mL and set aside.

5.1.3   Extraction method (only for wax-free cosmetics)

Accurately weigh approximately 1.00 g of the mixed sample and place in a 50 mL stoppered cuvette. Make a reagent blank with the sample. For samples containing organic solvents such as ethanol, evaporate first in a water bath or on a hotplate at low temperature. For cream samples, preheat in a water bath to melt the sample on the wall into the bottom of the tube. Add 5.0 mL of nitric acid (3.1) and 2.0 mL of hydrogen peroxide (3.3), mix well and add a few drops of octanol (3.10) if large bubbles appear. Heat in a boiling water bath for 2 h. Remove and add hydroxylammonium hydrochloride solution

(3.9) 1.0mL $_{Note 1}$, leave for 15min to 20min and fix with water to 25mL.

5.2   Measurement

5.2.1   Pipette 0, 0.50, 1.00, 2.00, 3.00, 4.00, 5.00 mL of Cadmium Standard Solution (3.6.3) into a 50 mL volumetric flask, add 1 mL of Nitric Acid (1+1) (3.4) and dilute to the scale with water. This is equivalent to 0, 0.10, 0.20, 0.40, 0.60, 0.80 and 1.00mg/L of cadmium respectively. The analytical conditions of the instrument were adjusted to optimum conditions according to the instrument operating procedure. The calibration curve series, blank and sample solutions were determined under deduction of background absorption. If the iron content of the sample solution exceeds the cadmium content by 100

The deuterium lamp method should not be used for background deduction, but the Seeman effect method should be used for background deduction, or the iron should be removed in advance according to 5.2.2. The concentration-absorbance curve should be plotted and the sample content calculated.

5.2.2   Transfer the standard, blank and sample solutions to an evaporating dish and evaporate to dryness on a water bath. Dissolve the residue by adding 10 mL of hydrochloric acid (3.8), transfer to a separatory funnel and extract twice with an equal amount of MIBK (3.7), retaining the hydrochloric acid solution. The solution is then extracted with hydrochloric acid

(3.8) Wash 5 mL of the MIBK layer, combine the hydrochloric acid solutions, drive out the acid if necessary and fix the volume. Determine according to the operating procedures of the instrument.

## 6   Calculation

$$(Cd) = \frac{(_{1-0})V}{m}$$

where: (Cd) - mass fraction of cadmium in the sample, g/g.

$_1$ - the mass concentration of cadmium in the test solution, mg/L.

$_0$ - mass concentration of cadmium in blank solution, mg/L; V - total volume of sample solution, mL; m - sample sampling volume, m g.

## 7   Precision and Accuracy

The relative standard deviations (RSDs) of the four laboratories were 0.73%-8.73% for the determination of different types of cosmetic samples, including creams, pastes, powders and aqueous preparations containing 0.25g/g-1.00g/g cadmium, using the wet digestion method. The recoveries of the 228 samples ranged from 85.8% to 101.3%.

The relative standard deviations (RSDs) of the four laboratories were 0.69%-6.90% for the determination of different types of cosmetic samples including creams, pastes, powders and aqueous preparations containing 0.25g/g-1.00g/g of cadmium by the leaching method; the recoveries of 252 samples ranged from 85.6% to 102.0%. The recoveries of the 252 samples ranged from 85.6% to 102.0%.

Second method       Differential Potential Dissolution Method

## 8   Methodology Summary

The sample is pretreated so that the cadmium is present in the solution in an ionic state. $Cd^{2+}$ was enriched on a glassy mercury film in an electrolytic cell at a suitable reduction potential. In acidic solutions, Cd has a sensitive dissolution peak at -0.62 V (relative to the saturated glycogen electrode), the peak height being proportional to its content. All other conditions being equal, the dissolved peak is measured and compared with a standard series for quantification. The limits of detection (LOD) and the lower limit of quantification (LOQ) for this method were 0.025 g and 0.082 g respectively, giving a LOD of 0.25 g/g and a LOQ of 0.82 g/g for a 1 g sample.

## 9   Reagents

9.1   $Hg_{(NO3)}2$-H2O 68.5mg and $_{KNO3}$ 25.3g mixed in water, add nitric acid (3.1) 0.63mL and dissolve in water to 1L.

9.2   Hydrochloric acid (1+1): Take 100mL of superior pure hydrochloric acid ($_{20}$ = 1.19g/mL), add 100mL of water and mix well.

9.3    Ethanol (1+1): Take 100mL of anhydrous ethanol, add 100mL of water and mix well.

9.4    Phenolphthalein indicator (1g/L ethanol solution): Dissolve 0.1g of phenolphthalein in 50mL of anhydrous ethanol, add 50mL of water and mix well.

9.5    Ammonia (1+1): take 100mL of ammonia, add 100mL of water and mix well.


## 10    Instruments

10.1    Electric sand bath.

10.2    Conical flask, 100mL.

10.3    Volumetric flask, 100mL.

10.4    Glass beaker, 50mL.

10.5    Differential Potential Dissolution Analyser and accessories.


## 11    Analysis steps

11.1    Sample pre-treatment

As in 5.1.1, volume to 100 mL.

11.2    Preparation of standard working solutions

Cadmium standard solutions (3.6.3) of 0, 0.050, 0.10, 0.20, 0.40, 0.70 and 1.00 mL were placed in 7 conical flasks, digested simultaneously with the samples and transferred to a 100 mL volumetric flask and fixed with water.

11.3    Electrode pre-treatment

The glassy carbon electrodes were soaked in nitric acid (1+1) (3.4) before use, rinsed with water, wiped with filter paper dripping with ethanol (1+1) (9.3), rinsed with water, the three electrodes were inserted into the mercury plating solution, plated with mercury according to the parameters in Table 2 and then left to use.

Table 2    Instrument reference parameters

| Instrument parameters | Mercury plating | Measurement |
|---|---|---|
| Electrolytic voltage (V) | -1.10 | -1.10 |
| Electrode speed (rpm) | 2500 | 2000 |
| Enrichment time (s) | 40 | 60 |
| Dissolved lower limit voltage (V) | -0.20 | -0.20 |
| Dissolved upper voltage (V) | -0.90 | -1.00 |
| Resting time (s) | 30 | 30 |

| | | |
|---|---|---|
| Sensitivity | 20 | 20 |
| Electrode wash time (s) | 20 | 10 to 20 |

### 11.4   Measurement

Add 2 drops of phenolphthalein indicator to a 25mL volumetric flask and adjust with ammonia (1+1) (9.5) until the solution is slightly red, then add 0.3mL of hydrochloric acid (1+1) (9.2), set the volume with water to the scale, transfer to a 50mL beaker, insert the triple electrode and determine according to Table 2. The parameters were determined according to Table 2.

For the working curve method, the peak height is recorded and the mass - dissolved peak height curve is plotted to calculate the sample content. For the standard addition method, the peak height and the standard addition amount are calculated directly.

## 12   Calculation

### 12.1   Standard curve method

$$(Cd) = \frac{(m_1 - m_0) \times V}{m \times V_1}$$

Where: (Cd) - mass fraction of cadmium in the sample, g/g; $m_1$ - mass of cadmium in the test solution, g; $m_0$ --mass of cadmium in the blank solution, g; V --total volume of sample solution, mL; V1-- volume of sample solution taken, mL V - the total volume of the sample solution, mL; V1 - the volume of the sample solution dispensed, mL; m - the volume of the sample taken, g.

12.2   Standard accession method.

$$(Cd) = \frac{h_1 \times m_1}{(h_2 - h_1) \times m}$$

Where: (Cd) - mass fraction of cadmium in the sample, g/g; $h_1$ - peak height of cadmium in the sample solution; $h_2$ - - peak height of cadmium in the sample solution after adding the standard; $m_1$ - mass of cadmium standard added, g; m - sample sampling volume, g.

## 13   Precision and Accuracy

The recoveries of the four major cosmetic samples (powder, water, honey and oil) were spiked at three concentrations (high, medium and low) with the relative standard deviations ranging from 2.44% to 9.35% and the recoveries ranging from 81.3% to 104%.

---

[Note 1] This addition of hydroxylamine hydrochloride is dispensed with if the sample is not to be measured for mercury.

# IX. Strontium

## Strontium

### 1   Scope

This specification specifies a flame atomic absorption spectrophotometric method and an ion chromatographic method for the determination of strontium in toothpaste. This specification applies to the determination of strontium in different types of toothpaste.

First method    Flame atomic absorption spectrophotometry

### 2   Methodology Summary

The interfering substances aluminium and silicon in the toothpaste form insoluble oxides at 600°C. The strontium in the ashed specimen is dissolved in a nitric acid solution. Under the high temperature of the flame, the strontium is atomised and absorbs the resonance lines from the strontium hollow cathode lamp in an amount proportional to the amount of strontium in the sample. The measured absorption values are compared with the standard solution and quantified. Interference from calcium and magnesium in the sample solution is eliminated by the addition of disodium EDTA or lanthanum solution. The detection limit of the method is 0.06 mg/L and the lower limit of quantification is 0.2 mg/L. If 1 g of sample is taken, the detection concentration of the method is 3 g/g and the minimum quantification concentration is 10 g/g.

### 3   Reagents

3.1    Magnesium oxide (MgO).

3.2    Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.3    Disodium EDTA solution (0.2 mol/L): weigh 74.4 g of disodium EDTA ($_{Na2}$ C10H14N2O8-2H2O) and 8.0 g of sodium hydroxide (NaOH), dissolve in water and dilute to 1 L.

3.4    Lanthanum nitrate solution (50g/L): weigh 117g of lanthanum nitrate [La($_{NO3}$)3-6H2O], dissolve in water and dilute to 1L, or weigh 58.65g of lanthanum oxide, slowly add 250mL of concentrated hydrochloric acid (20=1.19g/mL) of superior purity and dissolve and dilute to 1L with water.

3.5    Strontium standard reserve solution [(Sr) = 1 g/L]: weigh 2.4153 g of spectrally pure strontium nitrate [Sr($_{NO3}$)2], dissolve in water, add 20 mL of nitric acid (3.2), fix with water to 1 L and calibrate with GBW(E) 080242 standard solution.

3.6   Strontium standard use solution [(Sr) = 100 mg/L]: take 10.0 mL of strontium standard reserve solution (3.5) in 100 mL at the time of use

Add 1 mL of nitric acid (3.2) to the volumetric flask and set to scale with water.

## 4   Instruments

4.1   Stoppered cuvettes (10mL, 50mL) and porcelain crucibles (50mL): all vessels must be soaked in nitric acid (1+4) for 6h

Rinse well with water.

4.2   Atomic Absorption Spectrophotometer.

4.3   Strontium hollow cathode lamp.

4.4   High temperature chamber resistance furnace.

## 5   Analysis steps

### 5.1   Sample pre-treatment

Take a sample of toothpaste, squeeze out about 20mm of paste and discard, then weigh about 1.00g of toothpaste into a 50mL porcelain crucible

(The sample with high strontium content can be taken in small quantities), add 0.50g of magnesium oxide (3.1) to cover the toothpaste evenly, and make a reagent blank and parallel sample. Carbonise on an electric stove over low heat until no smoke is emitted (if the toothpaste is dilute evaporate the water on a water bath and then carbonise). After cooling, remove from the furnace and add a little water to the crucible to moisten the ash, then add 10mL of nitric acid (1+3) (or 10mL of nitric acid (1+1), but a white precipitate will appear when disodium EDTA is added for 1h, but this will not affect the determination), heat to dissolve and transfer to a 50mL cuvette. Dissolve by heating, transfer to a 50mL cuvette, set to the scale, shake well and reserve.

### 5.2   Instrument reference conditions

Analysis line: 460.7nm; Slit: 1.3nm; Flame height: 7.5mm; Air: $1.^{60kg/cm2}$ (9.4L/min); Acetylene: $0.^{25kg/cm2}$ (2.2L/min Use high purity acetylene). The atomic absorption spectrophotometer can also be adjusted to the optimum state for strontium measurement according to the instrument instructions. Measurements are made using the standard calibration curve method (or the standard addition calibration curve method); calculations can be made by direct measurement of absorbance or by integration over 5s.

### 5.3   Preparation of calibration curves

Six 10mL stoppered cuvettes were added to the standard solutions (3.6) 0, 0.10, 0.30, 0.50, 0.70, 0.70 and 0.70 respectively.

1.00mL, add nitric acid (1+3) 2mL, add water and dilute to the scale, this standard series is equivalent to those containing strontium 0.00, 1.00, 1.00

3.00, 5.00, 7.00 and 10.0 mg/L. Add 0.2 mL each of disodium EDTA solution (3.3) or lanthanum nitrate solution (3.4)

0.2 mL, shake well. The calibration curve series was determined with background absorption deducted. The concentration-absorbance curve was plotted.

### 5.4 Measurement

Add 10.0 mL each of the reagent blank and sample solution of 5.1 to 0.2 mL of EDTA disodium solution (3.3) or 0.2 mL of lanthanum nitrate solution (3.4) and shake well. Determine under the deduction of background absorption. The amount of strontium in the test solution was found from the calibration curve.

## 6   Calculation

$$(Sr) = \frac{(m_1 - m_0)V}{mV_1}$$



where: (Sr) - mass fraction of strontium in the sample, g/g; $m_1$ - mass of strontium in the test solution, g; $m_0$ --mass of strontium in the blank solution, g.

V - total volume of sample solution, mL; $V_1$ - volume of sample solution dispensed, mL; m - sample volume taken, g.

**7   Precision and Accuracy**

Four laboratories determined the strontium content in toothpaste from 21.6 g/g to 1485 g/g with relative standard deviations of 0.36% to 5.1% and recoveries ranging from 96.4% to 106%.

**Second method Ion chromatography**

### 8   Methodology Summary

The sample is pretreated so that strontium is present in the sample solution in an ionic state. After adjusting the sample solution to neutral, the strontium ions are separated from other inorganic ions by an ion exchange column, the background conductance is reduced using an ion chromatograph suppressor, the conductance values are determined with a conductivity detector, compared with the standard solution, characterised by retention time and quantified by peak area or peak height. Interference of calcium in the sample solution can be excluded by the addition of an appropriate amount of NaF solution. The detection limit of this method is 0.006 mg/L and the lower limit of quantification is 0.02 mg/L. If 0.5 g of sample is taken, the detection concentration of this method is 0.6 µg/g and the minimum quantification concentration is 2 µg/g.

### 9   Reagents

9.1   Pure water: conductivity <1.0µs/cm.

9.2    Hydrogen peroxide [$(_{H2O2})$ = 30%].

9.3   Hydrochloric acid (0.12 mol/L): Take 10 mL of concentrated hydrochloric acid ($_{\rho20}$ = 1.19 g/mL) in its purest form and dilute to 1 L with water.

9.4   Sodium hydroxide solution (0.1 mol/L): Weigh 4 g of pure sodium hydroxide, dissolve in water and set to 1 L with water.

9.5   Sodium fluoride solution (0.1 mol/L): weigh 0.42 g of sodium fluoride, dissolve in water and fix the volume with water to 100 mL.

9.6   Methanesulfonic acid aqueous solution (20mmol/L): take 1.3mL of methanesulfonic acid (99%) and fix the volume with water to 1L.

### 10   Instruments

10.1   Stoppered cuvettes (10mL, 50mL) and volumetric flasks: all vessels must be soaked in nitric acid (1+4) for at least 6h and rinsed with water.

10.2   Pressure-controlled closed microwave lysis system, including high-pressure closed digestion tank and lysis cup.

10.3   Open type electrically heated thermostatic furnace.

10.4   Ion chromatograph with isocratic pump, conductivity detector, cation suppressor and integrator or chromatography workstation.

10.5   Vortex oscillator.

10.6   Ultrasonic cleaners

10.7   High-speed centrifuge.

10.8   0.25μm filter membrane.

## 11   Analysis steps

11.1   Sample pre-treatment

11.1.1   Microwave digestion

Take a sample of toothpaste, squeeze out about 20mm of the paste and discard it, then weigh about 0.5g of the toothpaste sample into a cleaned Teflon dissolution cup and make a reagent blank with the sample. Add 2mL to 3mL of nitric acid (3.2) and leave overnight or place in a thermostatic heater at an adjustable temperature of 100°C for 1h, remove and cool, add 1.0mL of nitric acid (3.2) and 2.0mL of hydrogen peroxide (9.2), cover with an inner lid and follow the operating procedures in the microwave lysis system manual. After the sample has been digested, the sample is removed and cooled, the canister is opened and the sample cup containing the digested sample is placed in an electric heater and heated at 200°C to drive the acid to dryness. Add 2mL to 3mL of hydrochloric acid (9.3), evaporate to near dryness at 100°C, add 10mL of water, bring to the boil and transfer to a 50mL cuvette, add sodium hydroxide solution (9.4) dropwise and adjust pH to neutral. Set the volume to 25mL and shake well.

Dilute 5.00mL of the above solution to 10.0mL with water, centrifuge at 10,000rpm for 10min, remove the supernatant, pass through a 0.25μm filter tip and feed the sample. For samples with high calcium content, add sodium fluoride solution (9.5) slowly drop by drop, shake well, observe the degree of turbidity, stop adding drop by drop if turbidity is obvious, dilute to 10mL with water, centrifuge, filter and inject sample.

### 11.1.2   Wet digestion method

Weigh about 0.5g~1.0g of toothpaste sample into a 50mL digestion tube and make a reagent blank with the sample. Add several glass beads, then add 5mL of nitric acid (3.2) and place in an electric heater at a constant temperature, first at 90°C for 1h, then at 180°C for 5h, and finally at 240°C to drive the acid to dryness. Add 2mL to 3mL of hydrochloric acid (9.3), evaporate to near dryness at 100°C, add 10mL of water, bring to the boil, remove from heat, cool, add sodium hydroxide solution (9.4) dropwise and adjust pH to neutral. Allow to build up to 25mL, shake well.

Dilute 5mL of the above solution to 10mL with water, centrifuge at 10,000rpm for 10min, remove the supernatant, pass through a 0.25μm filter tip and feed the sample. For samples with high calcium content, add sodium fluoride solution (9.5) slowly drop by drop, shake well, observe the degree of turbidity, stop adding drop by drop if turbidity is obvious, dilute to 10mL with water, centrifuge, filter and inject sample.

### 11.1.3   Ultrasonic leaching with dilute nitric acid (not applicable to samples containing fluorine)

Weigh 0.5g~1.0g of toothpaste sample into a 50mL stoppered cuvette, add 25mL of 1% (v/v) nitric acid solution, shake and disperse the sample at high speed, then extract the sample by ultrasonication for 20min~30min, with the sample being taken out at 10min intervals. Dilute to 10mL with water and centrifuge at 10,000rpm for 10min, remove the supernatant, pass through a 0.25μm filter tip and sample. For samples with high calcium content, slowly add sodium fluoride solution (9.5) drop by drop, shake well, observe the degree of turbidity, stop adding drop by drop if turbidity is obvious, dilute to 10mL with water, centrifuge, filter and inject sample.

## 11.2   Chromatographic reference conditions

Chromatographic column: IonPac CS12 (250mm x 4mm), CG12 (50mm x 4mm), CSRS®-ULTRA Inhibitor Leaching solution: 20mmol/L methanesulfonic acid

Leaching solution flow rate: 0.70 mL/min Injection volume: 50 μL

Range step: 3μS

Nitrogen flow rate (pressure): 7psi

Automatic regeneration of electrolytic water with automatic current suppression 50mA

Column temperature: room temperature

## 11.3   Measurement

### 11.3.1   Preparation of calibration curves

The standard series is equivalent to 0.00, 0.50, 1.00, 4.00, 8.00 and 10.0 mg/L. Adjust the instrument to the optimum condition and inject 0.5 mL~1.0mL into the ion chromatograph and plot the concentration-peak area curve.

### 11.3.2   Sample determination

The concentration of strontium in the solution to be measured was found from the calibration curve based on the peak area by injecting 0.5mL to 1.0mL of the solution to be measured into the ion chromatograph.

## 12   Calculation   (Sr) =



where: (Sr) - mass fraction of strontium in the sample, g/g.

- mass concentration of strontium in the test solution, mg/L; V - volume of the sample volume, mL; N - dilution factor.

m - Sample size, g.

## 13   Chromatograms



Figure 1 Ion chromatogram of toothpaste sample solution

1: $Na^+$(3.66min); 2: $NH^+$(4.36min); 3: $K^+$(5.56min); 4: $Mg^{2+}$(7.18min); 5: $Ca^{2+}$(8.37min); 6: $Sr^{2+}$(10.35min)



Figure 2 Ion chromatogram of strontium standard solution

1: $Ca^{2+}$(8.88min); 2: $Sr^{2+}$(10.33min)

# X. Total Fluorine

## Total Fluorine

### 1   Scope

This specification specifies a spectrophotometric method for the determination of total fluoride in oral hygiene products. This specification applies to the determination of total fluoride in oral hygiene products.

### 2   Methodology Summary

The samples were separated from fluorine by distillation under acidic conditions, and the fluoride ion was complexed with alizarinone in a pH 5.2 acetate buffer solution

The reaction of the complex of lanthanum (ALC) and lanthanum produced a blue ternary complex, the colour of which was proportional to the concentration of the fluoride ion. The method has a detection limit of 5 g and a lower limit of quantification of 17 g. If 0.5 g of sample is taken, the detection concentration is 0.01% (w/w) and the lowest quantitative concentration is 0.034% (w/w).

### 3   Reagents

3.1   Sodium hydroxide solution (80g/L): weigh 8g of sodium hydroxide, dissolve in water and dilute to 100mL.

3.2   Sulphuric acid (1+1): Take 100mL of superior pure sulphuric acid ($_{20}$ = 1.84g/mL), add slowly to 100mL of water and mix well.

3.3   Hydrochloric acid (0.1 mol/L): Take 0.83 mL of concentrated hydrochloric acid ($_{20}$ = 1.19 g/mL) in superior purity and add water to 100 mL. 3.4    Acetic acid (20=1.049g/mL).

3.5   Alizarin complex ketone solution (3.85 g/L): weigh 0.385 g of alizarin complex ketone (ALC, molecular formula $C_{19H15NO8}$, commonly known as fluorine reagent) with about 10 mL of water, add a few drops of sodium hydroxide solution (3.1) to dissolve it and adjust with hydrochloric acid solution (3.3) so that the solution turns from purple to red, at which point the pH of the solution is 4.5. Dilute to 100 mL with water and store in a brown bottle, refrigerate.  Dilute to 100mL with water and store in a brown bottle under refrigeration.

3.6   Buffer solution: Weigh 100 g of sodium acetate (CH3COONa-3H2O) in about 200 mL of water and add acetic acid (3.4)

11 mL, adjust pH to 5.2 with sodium or acetic acid using an acidity meter and dilute to 1 L with water.

3.7   Lanthanum nitrate solution (4.33g/L): weigh 4.33g of lanthanum nitrate (LaNO3-6H2O) dissolve in water and dilute to 1L.

3.8   Acetone.

3.9   Fluorine standard stock solution [($_{F)}$=100mg/L]: accurately weigh 0.221g of sodium fluoride which has been baked at 120°C for 2h, dissolve in water and transfer to a 1L volumetric flask and dilute to the scale.

3.10   Fluorine standard use solution: [($F^-$) = 10mg/L]: Accurately draw up 10.0mL of fluorine standard
        reserve solution (3.9) and place in

In a 100mL volumetric flask, dilute to the scale with water and store in a polyethylene bottle.


## 4   Instruments

4.1   Spectrophotometer.

4.2   Acid meter.

4.3   Distillation unit: see Figure 1.


## 5   Analysis steps

5.1   Sample pre-treatment

Weigh 0.5 g to 5.0 g of the mixed sample and add 3.0 mL of sodium hydroxide solution (3.1). shake
while heating over low heat for about 5 min. then wash with 50 mL of water into a double-necked flask.
Add a few glass beads and 40mL of sulphuric acid solution (3.2) and connect the distillation apparatus
according to Figure 1. Heat the distillation. When the temperature in the flask has risen to 130°C, start to
introduce steam and control the distillation temperature at 140°C to 150°C. Collect the distillate in a 200mL
volumetric flask which has been pre-watered to approximately 20mL. When the solution in the volumetric
flask

Stop distillation at approximately 180mL. Add water to the scale, mix well and use as the solution to be measured.



Fig. 1 Distillation unit

1: 1000mL vapour generating flask; 2: 1m long glass tube; 3: T-tube; 4: 350mL double-necked flask; 5: curved vapour tube; 6: 200C thermometer; 7: condenser tube; 8: absorption flask (200mL volumetric flask); 9: electric furnace; 10: nitrogen bulb

### 5.2 Preparation of calibration curves

Aspirate 0, 0.50, 1.00, 1.50, 2.00, 3.00, 4.00, 5.00mL of the standard use solution (3.10) into a 50mL colorimetric tube, equivalent to 0, 5.00, 10.0, 20.0, 30.0, 40.0, 50.0g of F Add 1.00mL of alizarin complex ketone solution (3.5), 5.0mL of buffer solution (3.6), 1.0mL of lanthanum nitrate solution (3.7) and 15.0mL of acetone (3.8), add water to the scale and mix well. The absorbance was measured at 620nm wavelength using a 1cm cuvette with a blank solution as reference. The absorbance was used as the vertical coordinate and the concentration as the horizontal coordinate to draw the calibration curve.

### 5.3 Measurement

Take 20mL of the solution to be measured (5.1) into a 50mL cuvette and proceed as in 5.2 to find out the fluorine content from the calibration curve. If the chloride content is high, add silver sulphate to eliminate interference.

### 6 Calculation

$$(F) = \frac{m_1 V_2}{m V_1 10000}$$

Where: (F) - mass fraction of fluorine in the sample, % (w/w); $m_1$ - mass of fluorine in the test solution, g; $V_1$ - volume of distillate drawn during colourimetry, mL; $V_2$ - total volume of distillate when fixed, mL; m - sample volume taken, g.

### 7 Precision and Accuracy

The relative standard deviations of the four laboratories were 1.30% to 4.10% for the determination of

cosmetic fluorine content from 0.04% (w/w) to 0.08% (w/w); the recoveries were 93.0% to 106.5%.

# xi. total selenium

## Total Selenium

### 1   Scope

This specification specifies a fluorescence spectrophotometric method for the determination of total selenium in cosmetics. This specification applies to the determination of total selenium in cosmetics.

### 2   Methodology Summary

The cosmetic was digested by nitric acid-perchloric acid, in which the selenium was free and oxidized, and then the hexavalent selenium was reduced to tetravalent selenium by hydrochloric acid, and reacted with 2,3-diaminonaphthalene at pH 1.5-2.0 to produce 4,5-benzoselenium brain green fluorescent substance. The method has a detection limit of $2.1 \times 10^{-3}$ g and a lower limit of quantification of $7.0 \times 10^{-3}$ g. If 1 g of the sample is taken, the detection concentration is $2.1 \times 10^{-3}$ g/g and the lowest quantification concentration is $7.0 \times 10^{-3}$ g/g.

### 3   Reagents

3.1   Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.2   Perchloric acid [($_{HClO4}$) = 70% to 72%], superior pure.

3.3   Hydrochloric acid ($_{20}$ = 1.19 g/mL), ultrapure.

3.4   Hydrochloric acid (1+4): measure 50mL of hydrochloric acid (3.3) and add to 200mL of water.

3.5   Hydrochloric acid (0.1 mol/L): measure 8.3 mL of hydrochloric acid (3.3) and dilute to 1000 mL with water. 3.6   Ammonia ($_{20}$ = 0.892 g/mL).

3.7   Disodium EDTA solution (50g/L): weigh disodium EDTA ($C10H14N2O8Na2-2H2O$, abbreviated as (EDTA-2Na) 50 g in a small amount of water, dissolved by heating, cooled and diluted to 1 L.

3.8   Hydroxylamine hydrochloride solution (100g/L): Weigh 100g of hydroxylamine hydrochloride ($NH2OH-HCl$), dissolve in water and dilute to 1L.

3.9   Precision pH test paper, pH 0.5 to 5.0.

3.10   Cresol Red solution (2g/L): weigh 0.2g of Cresol Red ($C22H18O5S$) dissolve in a small amount of water, add a drop of ammonia (3.6) to dissolve completely and dilute to 100mL with water.

3.11   Disodium EDTA - Hydroxylamine Hydrochloride - Cresol Red Mix: Before use, take 50mL of Disodium EDTA (3.7), 50mL of Hydroxylamine Hydrochloride (3.8) and 2.5mL of Cresol Red (3.10), dilute to 500mL with water and mix well.

3.12   Ammonia (1+1): measure 100mL of ammonia (3.6) and add to 100mL of water.

3.13   Cyclohexane: No fluorescent impurities, to be used after re-distillation if necessary.

3.14   2,3-Diaminonaphthalene solution [$_{C10H6(NH2)2}$, DAN] (2 g/L): (Do the following in a dark room.)

Weigh 200 mg of 2,3-diaminonaphthalene in a 250 mL conical flask, add 100 mL of hydrochloric acid (3.5) and shake until completely dissolved.

(approx. 15min). Add 20 mL of cyclohexane and shake for 5 min, transfer to a separatory funnel with glass wool (or skimmed cotton) at the bottom, leave to stratify and return the aqueous phase to the original conical flask, then extract with cyclohexane and repeat until the cyclohexane phase has the lowest fluorescence value. The purified 2,3-diaminonaphthalene solution was stored in a brown bottle with a layer of cyclohexane approximately 1 cm thick to insulate it from air and stored in a refrigerator. If necessary, extract again with cyclohexane before use.

3.15   Defoamer: Octanol or other equivalent defoamer.

3.16   Selenium standard stock solution [(Se)=100mg/L]: weigh 0.1000g of selenium metal, dissolve in a small amount of nitric acid (3.1), add perchloric acid (3.2) 2mL. heat on a boiling water bath to evaporate the nitric acid (about 3h~4h), cool slightly, add hydrochloric acid (3.4) 8.4mL, continue heating for 2min, then then set to 1L with water.

3.17   Selenium Standard Use Solution [(Se)=0.1mg/L]: Take a quantity of Selenium Standard Reserve Solution (3.16) and dilute with hydrochloric acid (3.5) to 1.00mL containing 0.100g of selenium. Store in the refrigerator and reserve.

## 4   Instruments

All glassware used for the first time must be soaked in nitric acid (1+1) for at least 4h and rinsed with water. Glassware used in this method is treated and cleaned as if it were being used for the first time after being rinsed in tap water, soaked in detergent solution and rinsed in tap water.

4.1   Conical flask, 100mL.

4.2   4cm diameter funnel.

4.3   Stoppered colorimetric tube, 50mL.

4.4   Electric sand bath.

4.5   Water bath.

4.6   Fluorescence spectrophotometer.

## 5   Analysis steps

5.1   Sample pre-treatment

Accurately weigh approximately 1.00g to 2.00g of the mixed sample into the digestion tube and make a reagent blank. If the sample contains organic solvents such as ethanol, evaporate first in a water bath or on a hotplate at low temperature. For cream samples, preheat in a water bath to melt the sample on the walls of the bottle into the bottom of the bottle. Add several glass beads, then add 10mL of nitric acid (3.1) and heat the digestion from low to high temperature. When the volume of digested liquid is reduced to 2mL-3mL, remove the heat source and cool. Add perchloric acid (3.2) 2mL to 5mL and continue to heat the digestion, shaking slowly from time to time to make it uniform. After cooling slightly add 4mL of hydrochloric acid (3.4) and continue to heat until white smoke is produced, remove immediately.

5.2   Preparation of standard working solutions

Take 0, 0.10, 0.25, 0.50, 0.75, 1.00, 2.00mL of selenium standard use solution (3.17) in 100mL of

in a conical flask and disintegrate simultaneously with the sample.

5.3   Measurement

Transfer the digested sample solution and the standard working solution into separate 50mL cuvette tubes. Add 10mL of the reagent mixture (3.11) to each tube and shake well, the solution should be peachy red. Adjust to a light orange colour with ammonia (3.12), adding a small amount of hydrochloric acid (3.4) if necessary, at which point the pH of the solution should be 1.5 to 2.0 [the solution can also be tested with pH 0.5 to 5.0 precision paper (3.9)].

Add 1 mL of 2,3-diaminonaphthalene solution (3.14) to each of the above tubes, shake well, place in a boiling water bath for 5 min (from the time of placement in the boiling water bath), remove and cool. Add 4.0 mL of cyclohexane (3.13) to each tube, cover tightly with a stopper and shake for 2 min. Leave to stratify for measurement. The fluorescence intensity of the cyclohexane phase in each tube was measured with a fluorescence spectrophotometer at 379 nm excitation and 519 nm emission wavelengths.

The working curve was plotted and the selenium content of the sample was found from the curve.

**6  Calculation**  (Se)= $\dfrac{m1-m0}{m}$

Where: (Se) - mass fraction of selenium in the sample, g/g; $m1$ - mass of selenium in the test solution, g; $m0$ --mass of selenium in the blank solution, g; m --sample size, g.

**7  Precision and Accuracy**

Four types of cosmetic products (water, powder, honey and oil) were used for spiked recovery experiments at three levels (high, medium and low) with an accuracy of 92.0% to 98.0% and a precision of 4.9% to 8.0%.

# XII. Boric acid and borates

## Boric Acid and Borate

### 1   Scope

This specification specifies a methylene-H spectrophotometric method for the determination of boric acid and borates in cosmetics. This specification applies to the determination of boric acid and borates in cosmetics.

### 2   Methodology Summary

After the extraction of boric acid and borates in the sample, boron forms a yellow complex with methylene-H, the colour of which is linearly related to the concentration of boron in a certain range. The detection limit of this method is 1.17 g and the lower limit of quantification is 3.86 g. If a 1 g sample is taken, the detection concentration is 11.7 g/g and the lowest quantification concentration is 38.6 g/g.

### 3   Reagents

3.1    Acetic acid-ammonium acetate buffer solution (pH=6.0): weigh 50g of ammonium acetate, 4.5g of disodium EDTA, add 150mL of water and dissolve, then add 3.5mL of glacial acetic acid and shake well.

3.2    Methylimine-H solution

3.2.1    Synthesis of methylimine-H solution: Dissolve 18g of H acid monosodium salt [$_{NH2C10H4}$(OH)(SO3H)SO3Na-3/2H2O] in 1L of water, heat slightly to dissolve completely, neutralise with 10% sodium hydroxide solution to neutral, slowly add 10mL of concentrated hydrochloric acid under stirring to make pH 1.5. Add 20mL of salicylic aldehyde, hold at 40°C under stirring for Leave for 1h and after 16h filter the precipitate (golden yellow methane-H) through a cloth funnel, draw it dry and then wash it 3-4 times with a small amount of anhydrous ethanol. After complete evaporation of the anhydrous ethanol from the drained golden yellow powder, it was placed in a desiccator for drying or in an oven below 80°C for 2h to 3h and stored in a desiccator.

3.2.2 Methylimine-H solution (5 g/L): weigh 0.5 g of methylimine-H (3.2.1) and 2.0 g of ascorbic acid, add 100 mL of water and heat slightly (<50°C) to dissolve completely. This solution is prepared ready for use.

3.3    Sodium carbonate solution (10g/L): weigh 1g of sodium carbonate and dissolve in 100mL of water.

3.4    Hydrochloric acid (1+9): Take 100mL of superior pure hydrochloric acid ($_{20}$ = 1.19g/mL), add 900mL of water and mix well.

3.5    Ethanol (1+1): Take 100mL of anhydrous ethanol, add 100mL of water and mix well.

3.6    Boric acid standard solution

3.6.1    Boric acid standard solution [($_{H3BO3}$) = 1 g/L]: weigh 1.000 g of anhydrous boric acid ($_{H3BO3}$) in a 250 mL beaker and dissolve with water. Transfer to a 1L volumetric flask, dilute to the scale with water and place in a polyethylene bottle.

3.6.2    Boric acid standard solution for use [($_{H3BO3}$) = 20 mg/L]: Pipette 10.0 mL of the boric acid standard solution (3.6.1) into a 500 mL volumetric flask, dilute to the scale with water and place in a polyethylene

bottle.

## 4   Instruments

4.1   Spectrophotometer.

4.2   Boron-free colorimetric tube, 25mL.

## 5   Analysis steps

5.1   Sample pre-treatment

5.1.1   Powder: Weigh approximately 1.0g of the sample, place in a 200mL volumetric flask, add an appropriate amount of water and shake vigorously for 3min, then add water to set the volume to the scale, shake well, filter or centrifuge, discard the initial filtrate, and continue filtrate as the sample solution to be tested.

5.1.2   Creams and other types (either of the following two methods can be used)

#### 5.1.2.1   Method 1

Accurately weigh the mixed sample of about 1g~2g, place it in a 30mL porcelain evaporating dish, add sodium carbonate solution (3.3) 5mL, steam dry on a water bath, carbonise the porcelain evaporating dish on an electric stove, then move it into a high temperature stove, ash it at 500°C, cool it and add hydrochloric acid (3.4) 10mL to the ash to dissolve it, move it into a 100mL volumetric flask, fix the volume with water to the scale and make the sample solution to be tested.

#### 5.1.2.2   Method 2

Weigh approximately 1.0g of the mixed sample accurately, place it in a triangular flask, add an appropriate amount of ethanol (3.5), shake vigorously (or heat slightly) to completely disperse the paste in the solution, transfer into a 200mL volumetric flask and set to the scale with ethanol (3.5), shake well, remove part of the solution and centrifuge at 5000rpm for half an hour, take the clarified solution as the sample solution. If the solution to be measured is turbid, the effect of turbidity can be eliminated by double beam dual wavelength spectrophotometry, or by using the extinction value of the measured sample minus the extinction value of the sample blank (without colour developer).

#### 5.2   Determination

Pipette 0, 0.50, 1.00, 2.00, 4.00, 6.00, 8.00, 10.0 mL of Boric Acid Standard Solution (3.6.2) (equivalent to 0, 10.0, 20.0, 40.0, 80.0, 120, 160, 200 g of boric acid, respectively), the appropriate amount of sample solution (5.1.1 or 5.1.2) and blank solution into a 25 mL colorimetric tube and add water to 10 mL. Add 2.0 mL of acetic acid-ammonium acetate buffer solution (3.1), respectively, and shake well. Add 2.0 mL of methylamine-H solution (3.2.2) and shake well. React for 80 min at room temperature (25°C) and allow to settle. The absorbance was measured at 415 nm on a 1 cm cuvette with water as a reference. The mass-absorbance curve was plotted and the sample content was calculated.

## 6   Calculation

$$(H_3BO_3) = \frac{(m_1 - m_0)V}{m \cdot V_1}$$

where: $(H_3BO_3)$ - mass fraction of boric acid in the sample, g/g; $m_1$ - mass of boric acid in the test solution, g g; $m_0$ - mass of boric acid in the blank solution, g; V - total volume of the sample solution, mL.

$V_1$ - the volume of sample solution aspirated for the determination, mL; m - the volume of sample taken, g.

## 7   Precision and Accuracy

The relative standard deviations of the five laboratories for the determination of boric acid concentrations of 0.003% to 2.05% ranged from 0.67% to 5.9%, with recoveries of 81.2% to 117.7% for powder samples and 68% to 90% for creams and other samples using the alkali ashing method and 76% to 99% using the ethanol and water leaching method.

# XIII. Selenium disulfide

## Selenium Disulfide

### 1   Scope

This specification specifies a fluorescence spectrophotometric method for the determination of selenium disulphide in dandruff shampoo cosmetics. This specification applies to the determination of selenium (IV) in selenium disulphide contained in anti-dandruff shampoo cosmetics.

### 2   Methodology Summary

Selenium disulfide contained in the anti-dandruff shampoo sample was extracted with perchloric acid-hydrogen peroxide and incubated with 2,3-diaminonaphthalene at pH 1.5 to 1.5.

2.0 Reaction to produce 4,5-benzoselenium brain green fluorescent substance with the following equation.



The reaction products were extracted with cyclohexane, and the fluorescence intensity was measured by fluorescence spectrophotometer, compared with the standard solution and quantified. The minimum detection limit of this method is 4.8 x 10-3 g and the lower limit of quantification is 1.6 x 10-2 g. If 1 g of sample is taken, the detection concentration of this method is 4.8 x 10-3 g/g and the minimum quantification concentration is 1.6 x $_{10\text{-}2\,g/g}$ g/g.

### 3   Reagents

3.1   Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.2   Perchloric acid [$_{(HClO4)}$ = 70% to 72%], superior pure.

3.3   Hydrogen peroxide [$_{(H2O2)}$ = 30%], ultrapure.

3.4   Perchloric acid (1+9): measure 10mL of perchloric acid (3.2) add 90mL of water and mix.

3.5   Perchloric acid-hydrogen peroxide mixture: perchloric acid (1+9) (3.4) + hydrogen peroxide (3.3) = 4+1

3.6   Hydrochloric acid ($_{20}$ = 1.19 g/mL), ultrapure.

3.7   Hydrochloric acid (1+4): measure 50mL of hydrochloric acid (3.6) and add to 200mL of water.

3.8   Hydrochloric acid (0.1 mol/L): measure 8.3 mL of hydrochloric acid (3.6) and dilute to 1000 mL with water.

3.9   Disodium EDTA solution (50g/L): weigh disodium EDTA (C10H14N2O8Na2-2H2O, abbreviated as (EDTA-2Na) 50 g in a small amount of water, dissolved by heating, cooled and diluted to 1 L.

3.10   Hydroxylamine hydrochloride solution (100g/L): Weigh 100g of hydroxylamine hydrochloride

(NH2OH-HCl), dissolve in water and dilute to 1L.

3.11    Precision pH test paper: pH 0.5 to 5.0.

3.12    Cresol Red solution (2g/L): weigh 0.2g of Cresol Red (C22H18O5S) in a small amount of water, add a drop of ammonia (3.14) to dissolve completely and dilute to 100mL with water.

3.13    Disodium EDTA - Hydroxylamine Hydrochloride - Cresol Red Mix: Before use, take 50mL of Disodium EDTA (3.9), 50mL of Hydroxylamine Hydrochloride (3.10) and 2.5mL of Cresol Red (3.12), dilute to 500mL with water and mix well.

3.14    Ammonia (1+1): measure 100mL of ammonia and add to 100mL of water.

3.15    Cyclohexane, with no fluorescent impurities, to be used after re-distillation if necessary.

3.16    2,3-Diaminonaphthalene solution [$C_{10}H_6(NH_2)_2$, DAN] (2 g/L): (Do the following in a dark room.) Weigh 200 mg of 2,3-diaminonaphthalene in a 250 mL conical flask, add 100 mL of hydrochloric acid (3.8) and shake until completely dissolved.

(approx. 15min). Add 20 mL of cyclohexane (3.15) and shake for 5 min. Transfer to a separatory funnel with glass wool (or skimmed cotton) at the bottom. The purified 2,3-diaminonaphthalene solution was stored in a brown bottle with a layer of approximately 1 cm thick

Store in cyclohexane in an airtight layer in the refrigerator. If necessary, extract again with cyclohexane before use.

3.17    Defoamer: Octanol or other equivalent defoamer.

3.18    Selenium standard stock solution [(Se)=100mg/L]: weigh 0.1000g of selenium metal, dissolve in a small amount of nitric acid (3.1), add perchloric acid (3.2) 2mL. heat on a boiling water bath to evaporate the nitric acid (about 3h~4h), cool slightly, add hydrochloric acid (3.7) 8.4mL, continue to heat for 2min, use water Allow to build up to 1L.

3.19    Selenium Standard Use Solution [(Se)=0.1mg/L]: Take a quantity of Selenium Standard Reserve Solution (3.18) and dilute with hydrochloric acid (3.8) to 1.00mL containing 0.100g of selenium. Store in the refrigerator and reserve.


4    **Instruments**

All glassware used for the first time must be soaked in nitric acid (1+1) for at least 4h and rinsed with water. Glassware used in this method is treated and cleaned as if it were being used for the first time after being rinsed in tap water, soaked in detergent solution and rinsed in tap water.

4.1    Conical flask, 100mL.

4.2    4cm diameter funnel.

4.3    50mL stoppered cuvette.

4.4    Electric sand bath.

4.5    Water bath.

4.6    Fluorescence spectrophotometer.

4.7    Centrifuge.


5    **Analysis steps**

5.1    Sample pre-treatment

5.1.1    Shampoo samples: weigh 1.00g~2.00g of anti-dandruff shampoo into a 50mL tube and add antifoaming agent.

(3.17) 5 drops, add perchloric acid-hydrogen peroxide mixture (3.5) 10mL to 20mL, shake for 3min, leave overnight and leave to measure.

5.1.2    Cream sample: Weigh 1.00g~2.00g of anti-dandruff shampoo into a 50mL cuvette, add 5 drops of antifoaming agent (3.17), add 20mL~40mL of perchloric acid-hydrogen peroxide mixture (3.5), leave for 4h, shake for 3min, leave overnight and filter, take 10.0mL~20.0mL of filtrate for measurement.

5.2    Preparation of standard working solutions

Take 0, 0.10, 0.50, 0.70, 1.00, 1.50, 2.00mL of selenium standard use solution (3.19) in 50mL of

The colorimetric tube is operated simultaneously with the sample and is left to be measured.

5.3    Measurement

Transfer the sample solution and the standard working solution into separate 50mL tubes. Add the reagent mix to each tube separately

(3.13) 10mL, shake well and the solution should be peachy red. Tone with ammonia (1+1) (3.14) to a light orange colour and add a small amount of hydrochloric acid (1+4) (3.7) if necessary, at which point the pH of the solution should be pH 1.5 to 2.0, or use pH 0.5 to 5.0 precision test paper (3.11) to test.

(The following steps should be carried out in a dark room.) Add 1 mL of 2,3-diaminonaphthalene solution (3.16) to each of the above tubes, shake well, place in a boiling water bath for 5 min (from the time of placement in the boiling water bath), remove and cool.

The fluorescence intensity was measured by fluorescence spectrophotometer at excitation wavelength 379 nm and emission wavelength 519 nm. The working curve was plotted and the amount of selenium (IV) in the sample was found from the curve.

**6  Calculation**

$$(\omega_{SeS2}) = \frac{(m_1 - m_0)V}{mV_1} \quad 1.812$$

where: $(\omega_{SeS2})$ - mass fraction of $SeS2$ in the sample, g/g; $m_1$ - mass of selenium (IV) in the test solution, g; $m_0$ - mass of selenium (IV) in the blank solution, g g; $m_0$ - mass of selenium(IV) in the blank solution, g.

$V$ - total volume of the sample extracted with the perchloric acid-hydrogen peroxide solution, mL; $V_1$ - volume of the sample extracted with the perchloric acid-hydrogen peroxide solution, mL; $m$ - volume of the sample extracted with the perchloric acid-hydrogen peroxide solution, mL the volume of sample taken, g.

1.812 - Conversion factor of $Se^{+4}$ to $SeS2$.

**7  Precision and Accuracy**

The three levels (high, medium and low) of the anti-dandruff shampoo and anti-dandruff shampoo were spiked and recovered with an accuracy of 84.0%-94.0% and a precision of 6.4%-8.9%.

# XIV. Formaldehyde

## Formaldehyde

### 1   Scope

This specification specifies a spectrophotometric method for the determination of formaldehyde in cosmetics using acetylacetone.

This specification applies to the determination of formaldehyde in cosmetics. This specification does not apply to the determination of formaldehyde in nail polish containing toluene sulfonamide resin.

### 2   Methodology Summary

In the presence of excess ammonium salt, formaldehyde interacts with acetylacetonate and ammonia to produce yellow 3,5-diacetyl-1,4 dihydrolucentidine, which is quantified by colourimetric shades. The reaction equation is as follows.

H2

OOOOCO

The                Sightings    Browsing   ‖ ‖ ‖ in

HCH+NH3+2CH3-C-CH2-C-CH3→CH3-C-CH2 -CC-CH2C-CH3+3H2O

The "S" is the name of the company.

HCCH

Browsing ⁄ N H

The method has a detection limit of 1.8 g and a lower limit of quantification of 6.0 g. For a 1 g sample, the detection concentration is 18 g/g and the lowest quantitative concentration is 60 g/g.

### 3   Reagents

3.1   Sodium sulphate solution (250g/L): weigh 25g of anhydrous sodium sulphate in a beaker and dissolve in water to 100mL.

3.2   Ammonium acetate solution of acetylacetone [(acetylacetone) = 0.2%]: weigh 25 g of ammonium acetate dissolved in water and add glacial acetic acid

3mL and acetylacetone 0.2mL, add water to 100mL, mix well and transfer to a brown bottle and store in the refrigerator for up to one month.

3.3   Ammonium acetate solution (250g/L): weigh 25g of ammonium acetate in water, add 3mL of glacial acetic acid, then add water to 100mL and mix well.

3.4   Sodium hydroxide solution (40g/L): weigh 4g of sodium hydroxide, dissolve in a small amount of water, add water to 100mL and mix well. 3.5   Sulphuric acid [$(H2SO4)$ = 3%]: Take 3mL of superior pure sulphuric acid ($_{20}$ = 1.84g/mL), add slowly to 97mL of water and mix well.

3.6   Sulphuric acid [$(H2SO4)$ = 10%]: take 10mL of superior pure sulphuric acid ($_{20}$ = 1.84g/mL) and slowly

add to 90mL

In water, mix well.

3.7   Starch solution (10g/L): weigh 1g of soluble starch and make a solution with 5mL of water, add 95mL of boiling water, boil and add 0.1g of salicylic acid or 0.4g of zinc chloride to prevent corrosion.

3.8   Iodine standard solution (0.05 mol/L): weigh 13.0 g of iodine and 35 g of potassium iodide, add 100 mL of water, dissolve and add hydrochloric acid 3

Dilute to 1L with water, filter and transfer to a brown bottle.

3.9   Potassium dichromate standard solution [$c_{(1/6K2Cr2O7)}$ = 0.1000 mol/L]: weigh accurately 4.9031 g of potassium dichromate dried to a constant weight in an electric oven at 120 °C ± 2 °C, dissolve in water and transfer to a 1 L volumetric flask, fix the volume to the scale and shake well.

3.10   Sodium thiosulphate solution (0.1 mol/L): weigh 26 g of sodium thiosulphate ($Na2S2O3$.$5H2O$) or 16 g of anhydrous sodium thiosulphate in 1 L of freshly boiled and cooled water, add 0.4 g of sodium hydroxide or 0.2 g of anhydrous sodium carbonate, shake well, store in a brown bottle, leave for a fortnight, filter and then calibrate its exact concentration as follows.

     25.00 mL of potassium dichromate standard solution (3.9) was accurately drawn into a 500 mL iodine measuring flask and 2.0 g of potassium iodide and sulphuric acid were added.

Add 150 mL of water and titrate with sodium thiosulphate solution (3.10) until the solution is light yellow, then add 2 mL of starch solution (3.7) and continue titrating until the blue colour changes to bright green. A blank test was also performed. Calculate the concentration of the sodium thiosulphate solution using the following formula.

$$c_{(Na_2S_2O_3)} = \frac{c' \times 25.00}{(v_1' - v_0')}$$

Where: $c_{(Na_2S_2O_3)}$ - the concentration of sodium thiosulphate standard solution, mol/L; $c'$ - the concentration of potassium dichromate standard solution [$c_{(1/6 K_2Cr_2O_7)}$], mol/ L; $v_1'$ - the amount of sodium thiosulphate solution, mL; $v_0'$ - the amount of sodium thiosulphate solution for the blank test, mL.

3.11   Formaldehyde standard reserve solution: weigh about 1 g of formalin solution (analytically pure) and dilute to 1 L with water as a standard reserve solution, which can be stored in a refrigerator for three months. The exact concentration of formaldehyde (HCHO) contained in the reserve solution is calibrated according to the following method.

Add 50 mL of iodine standard solution (3.8) and 15 mL of sodium hydroxide solution (3.4) to a 250 mL iodine flask, stopper, shake well for 15 min, add 20 mL of sulphuric acid [$c_{(H_2SO_4)}$=3%] (3.5), stopper immediately, mix well and leave in a dark place for another 15 min. Add 2mL of starch solution (3.7) and continue titrating until the blue colour has just faded, record the volume of sodium thiosulphate. At the same time, replace the formaldehyde solution with water and do a blank test using the same procedure. Calculate the concentration of formaldehyde according to the following formula.

$$(HCHO) = \frac{(v_1 - v_0) \times c \times 15 \times 1000}{V}$$

where: (HCHO) - concentration fraction of formaldehyde solution, mg/L.

V - volume of formaldehyde sampled, mL; $v_0$ - sodium thiosulphate solution consumed in blank, mL.

$v_1$ - the sodium thiosulphate solution consumed for the calibration of formaldehyde, mL; c - the molar concentration of the sodium thiosulphate solution, mol/L; 15 - the molar mass of formaldehyde (1/ 2HCHO) molar mass, g/mol.

3.12   Formaldehyde standard use solution: Take an appropriate amount of formaldehyde reserve solution (3.11) and dilute it step by step with water to the required concentration (1mg/L∼).

(4mg/L) for standard use. This solution is prepared at the time of use.


## 4   Instruments

4.1   Stoppered colorimetric tube, 50mL.

4.2   Stoppered colorimetric tube, 10mL.

4.3   Glass funnel.

4.4   Water bath.

4.5   Centrifuge.

4.6   Spectrophotometer.

## 5   Analysis steps

5.1   Sample pre-treatment

Weigh 1.0 g of sample accurately into a 50 mL stoppered cuvette. Add 25mL of sodium sulphate solution (3.1), shake, add water to the scale and leave in a water bath at 40°C for 1h (shaking occasionally). The sample solution was cooled quickly and transferred to a centrifuge

The tubes were centrifuged at 3000 rpm. Filter through a glass funnel. The filtrate is used as the solution to be tested.

5.2   Measurement

Add 5.00mL of the solution to be measured to a 10mL stoppered cuvette. Add 5.00mL of ammonium acetate solution (3.2) with acetylacetonate, shake well, heat in a water bath at 40°C for 30min and leave to cool at room temperature for 30min. Add 5.00mL of ammonium acetate solution (3.3) to 5.00mL of the solution to be measured, shake well, heat and cool in the same way as before, and use as a reference solution for colourimetric analysis. The absorbance was measured at 414nm using a 1cm cuvette and the difference between the absorbance of the solution to be measured and that of the reference solution was taken as A.

The formaldehyde standard solution and water were each taken at 5.00 mL and added to 5.00 mL of ammonium acetate solution of acetylacetone (3.2), heated and cooled in the same way as the sample. To ensure the accuracy of the results, the concentration of formaldehyde in the sample solution should be similar to that in the standard solution.

## 6   Calculation

$$(HCHO) = \frac{A - A_0}{A_s - A_{0m}} \times \frac{1}{x\ V\ x}$$

where: (HCHO) - mass fraction of formaldehyde in the sample, g/g.

A - the difference between the absorbance of the solution to be measured and the reference solution; $A_S$ - the absorbance of the standard solution of formaldehyde using water as reference; A0 - the absorbance of the blank solution using water as reference $A_0$ - the absorbance of the blank solution with water as reference; V - the volume of the sample volume, mL.

m - Sample size, g.

## 7   Interference removal

For samples containing more sulphide, add an appropriate amount of 10% zinc acetate solution under weak alkaline conditions to produce a zinc sulphide precipitate, filter the precipitate and remove the solution for determination.

# XV. Thioglycolic acid

## Thioglycollic Acid

### 1   Scope

This specification specifies an ion chromatographic and chemical titration method for the determination of thioglycolic acid in cosmetics.

This specification applies to the determination of thioglycolic acid and its salts and esters in hair removal, perm and other hair cosmetics.

First method    Ion chromatography

### 2   Methodology Summary

Thioglycolic acid in cosmetics is extracted by dissolving in water, separated from inorganic ions by an ion exchange column and the conductivity detector determines the instant conductivity value, qualitative by retention time and quantitative by peak area.

The limit of detection for mercaptoacetic acid is 5.8 ng and the lower limit of quantification is 20 ng. If 0.5 g is sampled according to this method, the detection concentration is 46 g/g and the lowest quantification concentration is 0.15 mg/g.

### 3   Reagents

3.1   Thioglycolic acid, ultrapure.

3.2   Methanol, superior grade pure.

3.3   Trichloromethane, analytical purity.

3.4   Sulphuric acid [$(H_2SO_4)$ = 10%]: Take 10mL of sulphuric acid ($_{20}$ = 1.84g/mL), add slowly to 90mL of water and mix well.

3.5   Hydrochloric acid [(HCl) = 10%]: take 10mL of hydrochloric acid ($_{20}$ = 1.19g/mL), add to 90mL of water and mix well.

3.6   Starch solution (10g/L): weigh 1g of soluble starch and make a solution with 5mL of water, add 95mL of boiling water, boil and add 0.1g of salicylic acid or 0.4g of zinc chloride to prevent corrosion.

3.7    Sodium hydroxide solution (500g/L): 50g of pure sodium hydroxide in round granular form, dissolved in water and added to 100mL, then aspirated and diluted to the lysate concentration with ultrasonically degassed water.

3.8    Potassium dichromate standard solution [c $(_{1/6K_2Cr_2O_7})$ = 0.1000 mol/L]: weigh 4.9031 g of potassium dichromate dried to a constant weight in an electric oven at 120 °C ± 2 °C, dissolve in water and transfer to a 1000 mL volumetric flask, fix the volume to the scale and shake well.

3.9    Sodium thiosulfate solution (0.1 mol/L): 26 g of sodium thiosulfate $(_{Na_2S_2O_3}.5H_2O)$ (or 16 g of anhydrous sodium thiosulfate) is dissolved in 1000 mL of freshly boiled and cooled water, 0.4 g of sodium hydroxide or 0.2 g of anhydrous sodium carbonate is added, shaken well, stored in a brown bottle, placed for a fortnight, filtered and calibrated with potassium dichromate standard solution. The exact concentration is calibrated as follows.

Add 25.00 mL of potassium dichromate standard solution (3.8) to a 500 mL iodine flask, add 2.0 g of potassium iodide and 20 mL of sulphuric acid solution (3.4), stopper immediately, shake well and leave in a dark place for 10 min. add 150 mL of water and titrate with sodium thiosulphate solution until the solution is pale yellow, then add 2 mL of starch solution (3.6). Continue titrating until the blue colour changes to bright green. A blank test is also performed. Calculate the concentration of the sodium thiosulphate solution according to the following formula.

$$c_{(Na2S2O3)} = \frac{C' \times 25.00}{(v_1 - v_0)}$$

Where $c_{(Na2S2O3)}$ - the concentration of sodium thiosulphate standard solution, mol/L; C' - the concentration of potassium dichromate standard solution [$c_{(1/6K2Cr2O7)}$)], mol/ L; $v_1$ - the amount of sodium thiosulphate solution, mL; $v_0$ - the amount of sodium thiosulphate solution for the blank test, mL.

3.10   Iodine standard solution (0.05 mol/L): weigh 13.0 g of iodine and 35 g of potassium iodide, add 100 mL of water, dissolve, add 3 drops of hydrochloric acid, dilute with water to 1000 mL, filter and transfer to a brown bottle, calibrate its exact concentration with sodium thiosulphate solution (3.9), calibrate as follows.

Add 150 mL of water and titrate with sodium thiosulphate standard solution (3.9). When the solution becomes lighter in colour near the end point, add 2 mL of starch solution (3.6) and continue titrating until the blue colour disappears.

A blank test is also carried out: 175 mL of water is taken, 0.05-0.20 mL of iodine standard solution and 2 mL of starch solution (3.6) are added and titrated with sodium thiosulphate standard solution (3.9) until the blue colour disappears. Calculate the concentration of the iodine standard solution according to the formula below.

$$c_{(1/2I2)} = \frac{(v_2 - v_0') \times c_1}{v_3 - v_4}$$

where $c_{(1/2I2)}$ - concentration of iodine standard solution, mol/L; $c_1$ - concentration of sodium thiosulphate standard solution, mol/L; $v_2 - v_3$ - volume of iodine standard solution, mL; $v_0'$ - volume of sodium thiosulphate standard solution for the blank test, mL; $v_4$ - the exact value of the volume of iodine standard solution added in the blank test, mL.

3.11   Standard solution of thioglycolic acid (1000mg/L): weigh 0.5g of thioglycolic acid standard (3.1), dilute it with water and transfer it to a 500mL volumetric flask, add 1mL of formaldehyde, add water to fix the volume to obtain the standard reserve solution, then use the iodometric method to calibrate the standard reserve solution and dilute it to the standard use solution with the contents of 0.50, 1.00, 2.00, 5.00, 10.0, 20.0, 50.0, 80.0mg/L respectively. The calibration method is as follows.

Add 25.0 mL of thioglycolic acid standard stock solution to a 250 mL iodine flask, add 25 mL of water and 20 mL of hydrochloric acid, then add 2 mL of starch solution (3.6) and titrate with iodine standard solution (3.10), the end point is when the colour of the solution changes from colourless to light blue. At the same time, do a blank test and calculate the concentration of thioglycolic acid standard solution according to the following formula.

$$c(HSCH2COOH) = \frac{92.1 \times c \times (v_1 - v_0) \times 2 \times 1000 \times 1000}{V \times 1000}$$

Where: c(HSCH2COOH) - concentration of thioglycolic acid in the sample, μg/mL; c - concentration of iodine solution, mol/L; $v_1$ - titration V1 - consumption of iodine solution after titration, mL; $v_0$ - amount of sodium thiosulphate standard solution for blank test, mL; V - volume of thioglycolic acid standard solution, mL.

92.1 - molar mass of thioglycolic acid, g/mol.

2 - Molecular coefficient for the reaction of iodine with thioglycolic acid.

**4   Instruments**

4.1   Ion chromatograph.

4.2   Vortex oscillator.

4.3   Ultrasonic cleaners.

4.4   High-speed centrifuge.

**5   Analysis steps**

5.1   Sample pre-treatment

Weigh 0.5g of sample into a 100mL stoppered cuvette, add water to the scale, shake the paste well with a vortex shaker, extract with an ultrasonic cleaner for 20min, add 2mL of trichloromethane (3.3), shake gently and leave to stand. For turbid samples, centrifuge the sample at 14000 rpm for 15 min and pass the supernatant through a 0.25m membrane as the sample to be measured.

5.2   Chromatographic reference conditions

Chromatographic columns: AS11-HC (250 x 4 mm I. D.), AG11-HC (50 x 4 mm I. D.), packed with a strongly basic ion exchange resin with alkanol quaternary ammonium as functional group.

Suppressor: ASRS-ULTRA.

Leaching solution: 25 mmol/L NaOH + 1% methanol mixture; Leaching solution flow rate: 0.85 mL/min.

Inhibition mode: external water 1.0mL/min, automatic inhibition current 50mA; nitrogen flow rate (pressure): 5psi.

Column temperature: room temperature; Injection volume: 25 L.

Detector: Suppression type conductivity detector.

5.3   Preparation of calibration curves

After injection, the retention time and peak area of the peaks were recorded and calculated by the chromatography workstation, and the calibration curve of peak area-concentration of thioglycolic acid was plotted.

5.4   Sample determination

Aspirate 0.5mL to 1mL of the prepared sample (5.1) into the injection tube of the ion chromatograph. After injection, the retention time and peak area of the peaks were recorded and calculated by the chromatographic workstation, and the concentration of mercaptoacetic acid was obtained from the calibration curve.

**6   Calculation**

Calculate the concentration of thioglycolic acid (in thioglycolic acid) using the following formula.

$$(\text{Thioglycolic acid}) = \frac{\times V}{m}$$

where: (thioglycolic acid) - mass fraction of thioglycolic acid in the sample, g/g.

--mass concentration of thioglycolic acid in the test solution, mg/L; V - volume of sample volume, mL; m - sample volume taken , g.

## 7   Chromatograms

mv



min

Figure 1 Ion chromatogram of the mixed standard solution

Chromatographic column: AS11-HC,AG11-HC; Leaching solution: 25 mmol/L NaOH+1% methanol mixture, flow rate 0.85 mL/min; Suppressed conductivity detection: ASRS-ULTRA suppressor, external water auto suppression current 50 mA; Injection volume: 25 μL; Peak: thioglycolic acid (TR=8.43 min)

Second method          Chemical titration

## 8   Methodology Summary

Cosmetics containing thioglycolic acid and its salts and esters are pretreated and quantified by titration with iodine standard solutions. The reaction equation is as follows.

$2HSCH_2COOH + I_2 \rightarrow HOOCH_2C\text{-}S\text{-}S\text{-}CH_2COOH + 2HI$

The method has a detection limit of 0.46 mg of thioglycolic acid, with a minimum concentration of 0.023% (w/w) for a 2 g sample.

**9   Reagents**

Same as the first method.

**10   Instruments**

10.1   Acid burette.

10.2   Electromagnetic stirrers: do not wrap the outer layer of the stirrer in plastic.

**11   Analysis steps**

11.1   Sample pre-treatment

Add 20mL of hydrochloric acid (3.5) and 50mL of water, heat slowly to boiling, cool, add 5mL of trichloromethane (3.3), stir with an electromagnetic stirrer for 5min and reserve as the solution to be measured. For perm products with little organic interference, the acid and water can be added and measured directly.

11.2   Sample determination

Add 2mL of starch solution (3.6) as an indicator and titrate the solution to be measured with iodine standard solution (3.10) until the solution changes colour abruptly or the blue colour does not disappear within 1min.

**12   Calculation**

$$(HSCH2COOH) = \frac{92.1 \times c \times V \times 2 \times 100}{m \times 1000}$$

where: (HSCH2COOH) - mass fraction of thioglycolic acid in the sample, % (w/w).

c - concentration of iodine standard solution, mol/L; V - amount of iodine standard solution used in the titration, mL; m - amount of sample taken, g.

92.1 - molar mass of thioglycolic acid, g/mol.

2 - Molecular coefficient for the reaction of iodine with thioglycolic acid.

**13   Interference**

Compounds containing free sulfhydryl groups such as mercaptopropionic acid and cysteine interfere with the chemical titration method.

# XVI. Hydroquinone, phenol

## Hydroquinone and Phenol

### 1   Scope

This specification specifies high performance liquid chromatography with diode array detector, gas chromatography and high performance liquid chromatography with ultraviolet detector methods for the determination of hydroquinone and phenol in cosmetics.

This specification applies to the determination of the content of hydroquinone and phenol in blemish removing cosmetics and shampoos.

First method    High Performance Liquid Chromatography - Diode Array Detector Method

### 2   Methodology Summary

Hydroquinone and phenol in cosmetics were extracted with methanol and analysed by high performance liquid chromatography (HPLC). The method was characterised by retention time and ultraviolet absorption spectra, quantified by peak height or peak area, and confirmed by gas chromatography-mass spectrometry. The detection limit of this method is 0.001 g for phenol and 0.003 g for hydroquinone; the lower limit of quantification is 0.003 g for phenol and 0.01 g for hydroquinone. The lowest limit of quantification was 7 g/g for phenol and 23 g/g for hydroquinone.

### 3   Reagents

3.1   Methanol, superior grade pure.

3.2   Hydroquinone standard solution [(hydroquinone) = 1 g/L]: weigh accurately 0.1000 g of chromatographically pure or distilled hydroquinone in a beaker, dissolve with a small amount of methanol (3.1), transfer to a 100 mL volumetric flask and dilute to the scale with methanol. This solution is stable for one month when stored in the dark at 4°C.

3.3   Phenol Standard Solution [(phenol) = 1 g/L]: weigh 0.1000 g of chromatographically pure phenol accurately, place in a beaker, dissolve in a small amount of methanol (3.1), transfer to a 100 mL volumetric flask and dilute to the scale with methanol. The solution is stable for one month when stored in the dark at 4°C.

### 4   Instruments

4.1   High performance liquid chromatograph with isovolume pump and diode array detector.

4.2   Ultrasonic cleaners.

4.3 0.45m filter membrane.

4.4 Gas chromatography-mass spectrometer.

## 5   Analysis steps

5.1   Sample pre-treatment

Weigh approximately 1.0g of the sample into a stoppered cuvette and distill on a water bath to remove volatile organic solvents such as ethanol if necessary. The sample was extracted with methanol (3.1) to a volume of 10mL, sonicated at room temperature for 15min, and the supernatant was filtered through a 0.45m membrane.

5.2   Chromatographic reference conditions

Chromatographic column: $C_{18}$ column, 150 mm 3.9 mm, 5 m; mobile phase: methanol + water = 60 + 40.

Flow rate: 1.0 mL/min; column temperature: room temperature.

Detector: Diode array detector, detection wavelength 280nm.

5.3   Preparation of calibration curves

The solutions in (3.2) and (3.3) were used to prepare mixed standard solutions containing 10.0, 50.0, 100 and 200 mg/L of hydroquinone and phenol. The peak areas were recorded and the peak area-hydroquinone and phenol concentration (mg/L) curves were plotted.

5.4   Measurement

The concentration of hydroquinone and phenol in the solution to be measured was determined from the calibration curve based on the peak retention time and the UV spectra of the peaks.

**6   Calculation**   (hydroquinone or phenol) = $\dfrac{\times V}{m}$

where: (hydroquinone or phenol) - the mass fraction of hydroquinone or phenol in the sample, g/g.

--mass concentration of hydroquinone and phenol in the test solution, mg/L; V - volume of sample volume, mL; m - sample volume, g Volume, g.

**7   Chromatograms**



氢醌、苯酚的色谱图
1- 氢醌（3.445min），2- 苯酚（4.795min）

**8   Confirmation of positive results**

A positive result during the determination must be confirmed by gas chromatography-mass spectrometry. Gas chromatography reference conditions.

Chromatographic column: DB-1 30m0.25mm; column chamber temperature: 50C (1min), ramp up to 190C at 6C/min

(2min); inlet temperature: 250C; interface temperature: 230C; split ratio: 1:30; pre-column pressure: 100kPa. mass spectrometry reference conditions.

Mass number range: 30 to 300; scan speed: 50amu/s; solvent cutting time: 4min; start acquisition time: 5min; detection port voltage: 1.4kV.

Second method        Gas Chromatography

## 9   Methodology Summary

Hydroquinone and phenol in cosmetics were extracted with ethanol and analysed by gas chromatography. The retention time was used for the determination and the peak height or peak area for the quantification of the standards. The detection limit of this method is 0.03 g for phenol and 0.05 g for hydroquinone, and the lower limit of quantification is 0.10 g for phenol and 0.16 g for hydroquinone. The lowest limit of quantification was 500 g/g for phenol and 830 g/g for hydroquinone.

## 10   Reagents

10.1    Ethanol [(ethanol) = 99.9%].

10.2   Hydroquinone standard solution [(hydroquinone) = 4g/L]: accurately weigh 0.400g of chromatographically pure hydroquinone in a beaker, dissolve in a small amount of ethanol, transfer to a 100mL volumetric flask and dilute to the scale with ethanol. This standard solution is stable for one month.

10.3   Phenol standard solution [(phenol) = 2g/L]: accurately weigh 0.200g of chromatographically pure phenol in a beaker, dissolve in a small amount of ethanol and transfer to a 100mL volumetric flask and dilute to the scale with ethanol. This standard solution is stable for one month.

## 11   Instruments

Gas chromatograph with hydrogen flame ionisation detector.

## 12   Analysis steps

12.1   Sample pre-treatment

Weigh 1.0g of the sample into a 10mL stoppered cuvette, dissolve in ethanol (10.1), shake for 1min, dilute with ethanol (10.1) to the scale, and then inject the supernatant into the chromatograph to determine the peak height or peak area.

12.2   Chromatographic reference conditions

Chromatographic column: rigid glass column (2 m long, 3 mm inner diameter).

Stationary phase: 10% SE-30, stretcher: Chromosorb W AW DMCS 60-80 mesh; column chamber temperature: 220°C; vapour chamber temperature: 280°C.

Carrier gas: nitrogen.

Gas flow: Nitrogen 30mL/min, Hydrogen 50mL/min, Air 500mL/min.

12.3   Preparation of calibration curves

A 5 mL pipette was used to accurately dispense 0, 1.50, 2.00, 2.50 and 3.00 mL of the hydroquinone standard solution (10.2) into a 10 mL volumetric flask and the solution was fixed to the scale with ethanol (10.1) to prepare a series of 0, 0.60, 0.80, 1.00 and 1.20 g/L hydroquinone standards respectively.

Using a 5mL pipette, accurately pipette the phenol standard solution (10.3) 0, 0.50, 1.00, 2.00, 3.00, 4.00, and

5.00mL in a 10mL volumetric flask, fixed to the scale with ethanol (10.1) and prepared to 0, 0.10, 0.20, 0.40, 0.40, 0.00mL and 0.00mL respectively.

Standard series of phenol at 0.60, 0.80 and 1.00g/L.

An accurate 2.0L of hydroquinone or phenol standard series was injected into the chromatograph using a 10L microsampler. The hydroquinone or phenol content is measured as

(g/L) as the horizontal coordinate and peak height or peak area as the vertical coordinate for the standard curve.

12.4    Sample determination

2.0L of sample solution was accurately aspirated using a microsampler and injected into the chromatograph. Each sample was repeated three times and the peak height or peak area was measured and averaged.

**13  Calculation**   (hydroquinone or phenol) =

$$\frac{\times V \times 1000}{m}$$

where: (hydroquinone or phenol) - the mass fraction of hydroquinone or phenol in the sample, g/g.

- the mass concentration of hydroquinone and phenol in the solution to be measured, g/L, as found from the calibration curve.

V - volume of sample volume, mL; m - volume of sample taken, g.

**14  Chromatograms**



Figure 2 Chromatogram of hydroquinone and phenol

1 Phenol; 3 Hydroquinone

**Third method   High performance liquid chromatography with UV detector method**

**15  Methodology Summary**

Hydroquinone and phenol in cosmetics were extracted with methanol and analysed by high performance liquid chromatography (HPLC), characterised by retention time and quantified by peak height or peak area. The detection limit of this method is 0.045 g for phenol and 0.09 g for hydroquinone, and the lower limit of quantification is 0.15 g for phenol and 0.3 g for hydroquinone. The lowest quantitative limit is 300g/g for phenol and 600g/g for hydroquinone.

**16  Reagents**

Same as the first method.

**17  Instruments**

17.1   High performance liquid chromatograph with isovolumetric pump and UV detector.

17.2   Ultrasonic cleaners.

17.     30.45m filter membrane.

## 18   Analysis steps

18.1   The samples were pre-treated as in the first method.

18.2   Chromatographic reference conditions

The chromatographic column, mobile phase, flow rate and column temperature are the same as those of the first method; detector: UV detector, detection wavelength 280 nm.

18.3   Measurement

The concentration of hydroquinone and phenol in the solution to be measured was determined from the calibration curve based on the peak area. If necessary, a second method was used to support this.

18.4   The calibration curve was prepared as in the first method.

## 19   Calculation

Same as the first method.

## 20   Chromatograms



氢醌、苯酚的色谱图
1- 氢醌（3.445min），2- 苯酚（4.795min）

# XVII. Sex hormones

## Sexual Hormones

### 1  Scope

This specification specifies a high performance liquid chromatography (HPLC) method with diode array detector, a high performance liquid chromatography (HPLC) method with ultraviolet detector/fluorescence detector and a gas chromatography/mass spectrometry (GC/MS) method for the determination of seven sex hormones including estriol in cosmetics.

This specification applies to the detection and identification of seven sex hormones, including estriol, in cosmetics.

First method    High Performance Liquid Chromatography - Diode Array Detector Method

### 2  Methodology Summary

The sex hormones in cosmetics were extracted with organic solvents and analysed by high performance liquid chromatography (HPLC), characterised by retention time and UV absorption spectra or fluorescence spectra and quantified by peak area. The limits of detection for each hormone and the concentration at which 1 g of sample was taken are shown in Table 1.

Table 1  Detection limits and concentrations for each hormone

| Hormone components | Estriol | Estrone | Hexenestrol | Estradiol | Testosterone | Methyltestosterone | Progesterone |
|---|---|---|---|---|---|---|---|
| Detection limit, g | 0.02 | 0.04 | 0.01 | 0.02 | 0.002 | 0.002 | 0.003 |
| Detected concentration, g/g | 40 | 80 | 20 | 40 | 4 | 4 | 6 |

### 3  Reagents

The reagents used in this standard are of superior purity unless otherwise stated.

3.1    Methanol.

3.2    Saturated sodium chloride solution.

3.3    Cyclohexane.

3.4    Sulphuric acid [$(H_2SO_4)$ = 2%]: Take 2mL of sulphuric acid ($_{20}$ = 1.84g/mL), add slowly to 98mL of water and mix well.

3.5    Hormone standard solutions

3.5.1   Estrogen Standard Solution [(estrone, estradiol, estriol, hexenestrol) = 2 g/L]: 0.200 g of each of estrone, estradiol, estriol and hexenestrol were weighed, dissolved in a small amount of methanol (3.1), transferred to a 100 mL volumetric flask and diluted to the scale with methanol.

3.5.2   Androgen standard solution [(testosterone, methyltestosterone) = 600mg/L]: weigh 0.600g of each of testosterone and methyltestosterone, dissolve with a small amount of methanol (3.1), transfer to a 100mL volumetric flask and dilute to the scale with methanol. 1mL of this solution contains 6.00mg of the above two androgens. 10.0mL of this standard solution was placed in a 100mL volumetric flask and diluted with methanol.

(3.1) Dilute to the scale.

3.5.3   Progesterone Standard Solution [(progesterone) = 600mg/L]: Weigh 0.600g of progesterone, dissolve in a small amount of methanol (3.1), transfer to a 100mL volumetric flask and dilute to the scale with methanol. 1mL of this solution contains 6.00mg of progesterone. 10.0mL of this standard solution is placed in a 100mL volumetric flask and diluted to the scale with methanol (3.1).  Dilute to the mark with methanol (3.1).

3.5.4   Mixed standard solutions: 50.0 mL of estrogen standard solution (3.5.1), 5.00 mL of androgen standard solution (3.5.2) and 5.00 mL of progestin standard solution (3.5.3) were pipetted into a 100 mL volumetric flask and diluted to the mark with methanol (3.1). 1 mL of this solution contained 1.00 mg of each of the four estrogens, 30.0 g of each of the two androgens and 30.0 g of one progestin. 1 mL of this solution contains 1.00 mg of each of the 4 oestrogens, 30.0 g of each of the 2 androgens and 30.0 g of the 1 progestin.


## 4   Instruments

4.1   High performance liquid chromatograph with isovolume pump, diode array detector or fluorescence detector.

4.2   Centrifuge.

4.3   Stoppered colorimetric tube, 10mL.


## 5   Analysis steps

5.1   Sample pre-treatment

5.1.1   Sample in solution: Weigh 1 g to 2 g of sample in a 10 mL stoppered cuvette, distill on a water bath to remove volatile organic solvents such as ethanol, dilute to 10 mL with methanol (3.1) and set aside.

5.1.2   Paste and emulsion samples: Weigh 1 g to 2 g of sample in a 100 mL conical flask, add 50 mL of saturated sodium chloride solution (3.2) and 2 mL of sulphuric acid (3.4), shake to dissolve and transfer to a 100 mL separatory funnel. Extract in three portions with 30 mL of cyclohexane (3.3) and centrifuge if necessary. Combine the cyclohexanes and distill on a water bath. Dissolve the residue in methanol (3.1), transfer to a 10 mL stoppered cuvette and dilute to the mark with methanol. Mix well and filter through a 0.45m membrane and reserve the filtrate.

5.2   Chromatographic reference conditions

Chromatographic column: $_{C18}$ column, 250 x 4.6 mm, 10 m.

Detection wavelength: Diode array detector (estrogen - 204nm, androgen - 245nm) or fluorescence detector

(excitation wavelength 280 nm, emission wavelength 310 nm); mobile phase: methanol + water = 60 + 40.

Flow rate: 1.3mL/min.

5.3   Preparation of calibration curves

Pipette 0.00, 1.00, 2.00 and 5.00 mL of the hormone standard solution (3.5.4) into a 10 mL stoppered cuvette and dilute to the scale with methanol (3.1). Adjust the instrument to the optimum condition, take a 5L sample and inject it into the HPLC and plot the calibration curve using the peak area of the standard.

5.4   Measurement

5L of the solution to be measured was injected into a high performance liquid chromatograph and characterised according to the retention time of the peaks and the UV absorption spectra or fluorescence spectra, and the mass concentration of the hormone in the solution to be measured was found from the curve according to the peak area.

**6  Calculation**

(Hormones) $= \dfrac{\times V}{m}$

where: (hormone) - mass fraction of hormone in the sample, g/g.

- the mass concentration of the hormone in the test solution from the curve, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

**7   Chromatograms**



Fig. 1 Chromatogram of estrogen



Fig. 2 Chromatogram of androgens

Second method        High Performance Liquid Chromatography - UV Detector Method /
Fluorescence Detector Method

**8   Methodology Summary**

The sex hormones in cosmetics were extracted with organic solvents and analysed by high
performance liquid chromatography (HPLC), characterised by retention time and quantified by peak area.
The limits of detection for each hormone and the concentrations at which 1 g of the sample was taken are
shown in Table 2.

Table 2        Detection limits and concentrations for each hormone

| Hormone | Estriol | Estrone | Hexenestro | Estradiol | Testoste | Methyltestost | Progester |
|---|---|---|---|---|---|---|---|

| components | | | l | | rone | erone | one |
|---|---|---|---|---|---|---|---|
| Detection limit, g | 0.05 | 0.4 | 0.03 | 0.035 | 0.002 | 0.002 | 0.004 |
| Detected concentration, g/g | 100 | 800 | 60 | 70 | 4 | 4 | 8 |

## 9   Reagents

Same as the first method.

## 10   Instruments

10.1   High performance liquid chromatograph: with isovolumetric pump, UV detector or fluorescence detector.

10.2   Centrifuge.

10.3   Stoppered colorimetric tube, 10mL.


## 11   Analysis steps

11.1   The samples were pre-treated as in the first method.

11.2   Chromatographic reference conditions

Chromatographic column: $C_{18}$ column, 250 mm x 4.6 mm, 10 m.

Detection wavelength: UV detector (detection wavelength 254 nm) or fluorescence detector (excitation wavelength 280 nm, emission wavelength 310 nm).

Mobile phase: methanol + water = 80 + 20; column temperature: 45 °C.

Flow rate: 0.6mL/min.

11.3   Preparation of calibration curves

Pipette 0, 1.0, 2.0 and 5.0 mL of the hormone standard (3.5.4) into a 10 mL stoppered test tube and dilute to the mark with methanol (3.1). Adjust the instrument to the optimum state, take 5L of sample and inject into the HPLC and plot the calibration curve using the peak area of the standard.

11.4   Measurement

5L of the solution to be measured was injected into a high performance liquid chromatograph and the mass concentration of the hormone in the solution to be measured was determined from the retention time of the peaks and the peak area from the curve.


## 12   Calculation

Same as the first method.


## 13   Chromatograms



Fig. 3 Chromatogram of sex hormones

1: Estriol (2.68min); 2: Estrone (3.62min); 3: Hexestrol (4.22min); 4: Estradiol (4.81min).

5: Testosterone (5.58min); 6: Methyltestosterone (6.54min); 7: Progesterone (9.74min)

Third method   Gas chromatography-mass spectrometry identification

## 14   Methodology Summary

A gas chromatography/mass spectrometry (GC-MS) coupled technique was used to simultaneously analyse seven hormones in aqueous cosmetics. Samples were extracted, defatted, cleaned up using a C18 solid phase extraction column and the targets were derivatised with heptafluorobutyric anhydride and analysed by GC-MS-SIM.

## 15   Reagents

15.1   Aether.

15.2   Acetonitrile, chromatographically pure.

15.3   Methanol, chromatographically pure.

15.4   Heptafluorobutyric anhydride (HFBA), chromatographically pure.

15.5   7 sex hormone standards: testosterone (T), progesterone (P), methyltestosterone (MT), estradiol (E2), estriol

(E3), estrone (E1) and hexestrol (DES) (see Figure 4 for the structural formulae of the seven compounds).



Testosterone(T)

Progesterone( P)

Methylteseosterone (MT)

Estradial(E2)

Estr iol( E3)

Estrone(E1)

Diethylstilbestrol (DES)

Fig. 4 Chemical structure formulae of the seven hormones

15.6  Hormone
       standard
       solutions

15.6.1    Estrogen Standard Solution [(estrone, estradiol, estriol, hexenestrol) = 1 g/L]: 0.100 g of each of estrone, estradiol, estriol and hexenestrol were weighed, dissolved in a small amount of methanol (15.3), transferred to a 100 mL volumetric flask and diluted to the scale with methanol.

15.6.2    Androgen standard solution [(testosterone, methyltestosterone) = 1 g/L]: weigh 0.100 g each of testosterone and methyltestosterone, dissolve with a small amount of methanol (15.3), transfer to a 100 mL volumetric flask and dilute to the scale with methanol.

15.6.3    Progesterone Standard Solution [(progesterone) = 1g/L]: weigh 0.100g of progesterone, dissolve in a small amount of methanol (15.3), transfer to a 100mL volumetric flask and dilute to the scale with methanol.

15.6.4

5.00 mL of Progesterone Standard Solution (15.6.2) and 5.00 mL of Progesterone Standard Solution (15.6.3) were placed in a 500 mL volumetric flask and diluted to the scale with methanol (15.3).

15.6.5    Mixed standard solution [= 1 g/L]: accurately pipette 10.0 mL of the mixed standard use solution (15.6.4) into 100 mL of

In a volumetric flask, dilute to the scale with methanol (15.3)

## 16   Instruments

16.1   Gas Chromatography-Mass Spectrometer.

16.2    Chromatographic column: DB-5MS capillary column (30m x 0.25mm x 0.25m)

16.3   Solid phase extraction system.

16.4   Nitrogen blowing concentrator.

16.5   $_{C18}$ extraction column.

16.6   Micro-derivative bottle.

## 17   Analysis steps

17.1   Sample pre-treatment

The sample was extracted 3 times with 2 mL of ether (15.1), combined and blown dry with nitrogen, then removed by ultrasonication with 1 mL of acetonitrile (15.2), washed with 0.5 mL of acetonitrile (15.2), combined and blown dry with nitrogen. The residue was dissolved by sonication with 0.5 mL of methanol (15.3) followed by 3.5 mL of water, mixed and activated by adsorption on a $_{C18}$ column [the small column was pre-activated by sequential elution with 3 mL of methanol (15.3) in water, 5 mL, and 3 mL of methanol + water (1+7)], then washed with 3 mL of acetonitrile + water (1+4) and vacuum dried. The eluate was finally eluted with acetonitrile (15.2) 7 mL and the eluate was finally collected in a derivatization vial, blown dry at 35°C under nitrogen and set aside. Addition of heptafluorobutyric anhydride (HFBA)

(15.4) 40L at a constant temperature of 60°C for 65 min. cool to room temperature and inject 1.0L into the sample.

17.2   Colour quality reference conditions

Carrier gas: Helium, constant flow rate 1.0 mL/min.

Inlet temperature: 270 °C, MS transmission line temperature: 280 °C, column temperature: programmed ramp-up from an initial temperature of 120 °C (2 min) to 200 °C (2 min) at 20 °C/min and then to 280 °C (5 min) at 3 °C/min.

Injection method: non-split injection, injection volume 1.0 L; EI source: electron bombardment energy 70 eV.

Solvent delay time: 10min.

Scanning method: Single Ion Scanning (SIM)

17.3   Measurement

Take 1.0 mL of the mixed standard solution (15.6.5) in a derivatization vial and blow dry under nitrogen. Add 40L of heptafluorobutyric anhydride (HFBA) (15.4) together with the blown dry sample and leave at a constant temperature of 60°C for 65 min. Cool to room temperature and inject 1.0L into the sample.

## 18   Atlas

18.1   Total ion diagram for the seven target substances (see Figure 5).

## 18.2   Selection of characteristic ions

The characteristic fragmentation of the derived product into the ion source (see Figure 6).

The ions with low interference and good selectivity were selected as characteristic ions according to their corresponding mass spectra (see Table 3).



Figure 5 Total ion flow chromatogram of the derivatives of the mixed standards

1 DES; 2 MT; 3 T; 4 E2; 5 E3; 6 E1; 7 P





Progesterone

Figure 6 Full mass spectral scans of the seven derivatised products

Table  37 Retention times and characteristic ions of the derivatised products

| Substance name | Retention time (min) | Characteristic ion (m/z) | | |
|---|---|---|---|---|
| Diethylstilbestrol (DES) | 10.87 | 341 | 447 | <u>660</u> |
| Methyltestosterone (MT) | 14.17 | 369 | 465 | <u>480</u> |
| Testosterone (T) | 17.96 | 320 | 467 | <u>680</u> |
| Estradiol (E2) | 18.31 | 409 | 451 | <u>664</u> |
| Estriol (E3) | 18.69 | 449 | <u>663</u> | |
| Estrone (E1) | 19.24 | | 409 422 | <u>466</u> |
| Progesterone (P) | 22.50 | | 370 425 | <u>510</u> |

Note: Underlined parts are molecular ions.

## 19   Identification criteria

19.1   The retention time of each hormone measured was consistent with the standard, both selected detection ions peaked, and the relative error of the ratio of the intensities of the two detection ions to the ratio of the intensities of the two ions in the standard mass spectra was <30%.

19.2   If the area of the peak is three times larger than the noise and the above conditions are met, the substance is judged to be the same as the standard.

# XVIII. Sunscreens

## UV filters

First method    High performance liquid chromatography with diode array detector - gradient elution

### 1  Scope

This specification specifies a high performance liquid chromatographic method for the determination of sunscreens in cosmetics.

This specification applies to 15 sunscreens including phenylbenzimidazole sulfonic acid, diphenylketone-4 and diphenylketone-5, p-aminobenzoic acid, diphenylketone-3, isoamyl p-methoxycinnamate, 4-methylbenzylidene camphor, ethylhexyl PABA, butylmethoxydibenzoylmethane, oxytetracycline, ethylhexyl methoxycinnamate, ethylhexyl salicylate, humulanilide, ethylhexyl triazinone, methylenebisbenzotriazolyl tetramethylbutyl phenol, bis-ethylhexoxyphenol methoxyphenyl triazine. The test of 15 sunscreens including methylenebisbenzotriazolyl tetramethylbutyl phenol, bis-ethylhexoxyphenol methoxyphenyl triazine.

### 2  Methodology Summary

The various sunscreens in cosmetics can be separated by reversed-phase high-performance liquid chromatography due to their structural differences. They are characterised on the basis of their retention time and UV absorption spectra and quantified by peak area. The detection limits, detection concentrations, lower limits of quantification and lowest quantitative concentrations of the method are shown in Table 1.

Table 1  Limit of detection, concentration, lower limit of quantification and minimum concentration for this method

| Preface No. | Name of sunscreen | Detection limit (ng) | Detected concentration (%) | Lower limit of quantification ng | Minimum ration Concentration (%) |
|---|---|---|---|---|---|
| 1 | Phenylbenzimidazole sulfonic acid | 2 | 0.02 | 7 | 0.07 |
| 2 | Diphenylketone-4 and diphenylketone-5 | 3 | 0.03 | 10 | 0.10 |
| 3 | P-aminobenzoic acid | 2 | 0.02 | 7 | 0.07 |

| 4 | Diphenylketone-3 | 3 | 0.03 | 10 | 0.10 |
|---|---|---|---|---|---|
| 5 | Isoamyl p-methoxycinnamate | 3 | 0.03 | 10 | 0.10 |
| 6 | 4-Methylbenzylidene camphor | 2.5 | 0.025 | 8 | 0.08 |
| 7 | PABA ethylhexyl ester | 3 | 0.03 | 10 | 0.10 |
| 8 | Butylmethoxydibenzoylmethane | 12 | 0.12 | 40 | 0.40 |
| 9 | Oaklein | 5 | 0.05 | 17 | 0.17 |
| 10 | Ethylhexyl methoxycinnamate | 3 | 0.03 | 10 | 0.10 |
| 11 | Ethylhexyl salicylate | 20 | 0.20 | 67 | 0.67 |
| 12 | Humulanate | 20 | 0.20 | 67 | 0.67 |
| 13 | Ethylhexyltriazinone | 2 | 0.02 | 7 | 0.07 |
| 14 | Methylenebis-benzotriazolyltetramethylbutyl phenol | 5 | 0.05 | 17 | 0.17 |
| 15 | Bis-ethylhexoxyphenol methoxyphenyl triazine | 5 | 0.05 | 17 | 0.17 |

## 3   Reagents

3.1    Methanol, chromatographically pure.

3.2    Tetrahydrofuran, chromatographically pure.

3.3 Perchloric acid [$(_{HClO4})$ = 70% to 72%], ultrapure.

3.4 Mixed solution: methanol (3.1) + tetrahydrofuran (3.2) + water + perchloric acid (3.3) = 250 + 450 + 300 + 0.2.

3.5    Standard reserve solution of sunscreen: Weigh each UV absorber according to Table 2 and dissolve and dilute with the solvent shown in the table to

100 mL was prepared as a standard stock solution for each UV absorber, the concentrations of which are shown in Table 2.

3.6    The UV absorber standard solutions were prepared by transferring 1.00mL of each UV absorber standard stock solution into a 100mL volumetric flask and using the mixture (3.4) to build up a volume of 100mL. The concentrations of the UV absorbers contained in this mixed standard solution are shown in Table 2.

Table 2   Preparation of standard stock solutions and mixed standard solutions

| Preface No. | Name of sunscreen | Sample size (g) | Constant volume soluble Agent[1] | Stock solutions Concentration (g/L) | Mixed standard solutions Concentration (mg/L) |
|---|---|---|---|---|---|
| 1 | Phenylbenzimidazole sulfonic acid[2] | 0.300 | 3.4 | 3 | 30 |
| 2 | Diphenylketone-4 and diphenylketone-5 | 1.000 | 3.4 | 10 | 100 |
| 3 | P-aminobenzoic acid | 0.300 | 3.4 | 3 | 30 |
| 4 | Diphenylketone-3 | 1.000 | 3.4 | 10 | 100 |
| 5 | Isoamyl p-methoxycinnamate | 1.000 | 3.4 | 10 | 100 |
| 6 | 4-Methylbenzylidene camphor | 0.600 | 3.4 | 6 | 60 |
| 7 | PABA ethylhexyl ester | 1.000 | 3.4 | 10 | 100 |
| 8 | Butylmethoxydibenzoylmethane | 3.000 | 3.2 | 30 | 300 |
| 9 | Oaklein | 1.450 | 3.2 | 14.5 | 100[3] |
| 10 | Ethylhexyl methoxycinnamate | 1.000 | 3.2 | 10 | 100 |
| 11 | Ethylhexyl salicylate | 5.000 | 3.2 | 50 | 500 |
| 12 | Humulanate | 5.000 | 3.2 | 50 | 500 |
| 13 | Ethylhexyltriazinone | 0.500 | 3.2 | 5 | 50 |

| 14 | Methylenebis-benzotriazolyltetramethylbutyl phenol | 1.000 | 3.2 | 10 | 100 |
| 15 | Bis-ethylhexoxyphenol methoxyphenyl triazine | 1.000 | 3.2 | 10 | 100 |

[1] For the designation of the fixing solvent, see Reagent 3 in this paper; [2] a small amount of NaOH solution is added in advance to dissolve it before adding the fixing solvent, and then the fixing solvent is used to fix the volume; [3] has been converted from ester to acid.

## 4   Instruments

4.1   High performance liquid chromatograph with ternary pump, diode array detector and integrator or chromatography workstation.

4.2   Ultrasonic cleaners.

4.3   Microsampler (10L), or autosampler.

4.4 0.45m filter membrane.

## 5   Analysis steps

5.1   Chromatographic conditions

Chromatographic column: $C_{18}$ column, 250 mm × 4.6 mm, 5 m; UV detection wavelength: 311 nm.

Flow rate: 1.0 mL/min; Mobile phase.

Solution A: Methanol (3.1), filtered through a 0.45m filter membrane and degassed under vacuum before use.

Solution B: Tetrahydrofuran (3.2), filtered through a 0.45m membrane and degassed under vacuum before use.

Solution C: water + perchloric acid (3.3) (300 + 0.2), filtered through a 0.45m membrane and degassed under vacuum before use. The gradient procedure is shown in Table 3.

Table 3  Gradient procedure for mobile phases

| Time (min) | Solution A (%) | Solution B (%) | Solution C (%) |
|---|---|---|---|
| 0.00 | 25 | 45 | 30 |
| 13.00 | 25 | 45 | 30 |
| 14.00 | 45 | 50 | 5 |
| 20.00 | 45 | 50 | 5 |
| 22.00 | 25 | 45 | 30 |

5.2   Sample pre-treatment

5.2.1   For non-waxy cosmetics such as skin care products, shampoos, powders, etc.: accurately weigh approximately 0.25 g of sunscreen cosmetics into a 25 mL stoppered cuvette, add Mixing Solution (3.4), fix the volume, mix well and shake ultrasonically for 20 min to 30 min. take 1.00 mL of this shaking solution, dilute to 10.0 mL with Mixing Solution (3.4), mix well and filter through a 0.45 m The filtrate was then filtered through a 0.45 m membrane and set aside.

5.2.2   For cosmetics containing waxes such as lipstick and lipstick, weigh approximately 0.25 g of sunscreen into a 25 mL stoppered cuvette, add tetrahydrofuran (3.2), fix the volume, mix well and shake ultrasonically for 20 min to 30 min. The filtrate was then filtered through a 0.45 m filter membrane and set aside.

5.3   Preparation of calibration curves

Pipette 0, 0.20, 1.00, 5.00 and 10.0 mL of the sunscreen mixture (3.6) into a 10 mL stoppered cuvette and dilute to the scale with the mixture (3.4). The calibration curve was obtained by plotting the peak area against the UV absorber content.

5.4   Measurement

A 10L sample solution was measured using a microsampler or autosampler and injected into a high performance liquid chromatograph. The sample was characterised by its retention time (if necessary by UV absorption spectroscopy with a diode array detector) and the peak area was quantified.

**6   Calculation**                    (UV absorber) =

V10-4

_____

m

where: (UV absorber) - mass fraction of sunscreen in the sample, %.

- the mass concentration of sunscreen in the test solution from the curve, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

**7   Chromatograms**



Fig. 1 Chromatogram of sunscreen standards

1: Phenylbenzimidazole sulfonic acid; 2: Diphenylketone-4 and Diphenylketone-5; 3: p-aminobenzoic acid; 4: Diphenylketone-3; 5: Isopentyl p-methoxycinnamate; 6: 4-methylbenzylidene camphor; 7: PABA ethylhexyl ester; 8: Butylmethoxydiphenylmethane; 9: Octolin; 10: Ethylhexyl methoxycinnamate; 12 ': tautomer of peak 12; 11: Ethylhexyl salicylate; 12: Humuloyl ester; 13: Ethylhexyl triazinone; 14: Methylenebis-benzotriazolyl tetramethylbutyl phenol; 15: Bis-ethylhexoxyphenol methoxyphenyl triazine

Second method          High performance liquid chromatography with UV detector method

## 8   Scope

This specification specifies a high performance liquid chromatographic method for the determination of sunscreens in cosmetics.

This specification applies to 15 sunscreen agents in sunscreen cosmetics: phenylbenzimidazole sulfonic acid, diphenylketone-4 and diphenylketone-5, p-aminobenzoic acid, diphenylketone-3, isoamyl p-methoxycinnamate, 4-methylbenzylidene camphor, ethylhexyl PABA, butylmethoxydibenzoylmethane, oxytetracycline, ethylhexyl methoxycinnamate, ethylhexyl salicylate, humulanilide, ethylhexyl triazinone, methylenebisbenzotriazolyl tetramethylbutyl phenol, bis-ethylhexoxyphenol methoxyphenyl triazine. The 15 sunscreens were tested for methylenebisbenzotriazolyl tetramethylbutyl phenol and bis-ethylhexoxyphenol methoxyphenyl triazine.

## 9   Methodology Summary

Various sunscreens in cosmetics can be separated by reversed-phase high-performance liquid chromatography due to their structural differences. They are characterised according to their retention times and quantified by their peak areas. The detection limit, the concentration of detection, the lower limit of quantification and the minimum concentration of quantification of this method are the same as those of the first method.

**10   Reagents**

10.1 Mixed solution 1: methanol + tetrahydrofuran + water + perchloric acid = 250 + 450 + 300 + 0.2.

10.2 Mixed solution 2: methanol + tetrahydrofuran + water + perchloric acid = 450 + 500 + 50 + 0.5.

**11   Instruments**

11.1   High performance liquid chromatograph with ternary pump, ultraviolet absorption detector and integrator or chromatographic workstation.

11.2   Ultrasonic cleaners.

11.3   Microsampler (10L), or autosampler.

11.   40.45m filter membrane.

## 12   Analysis steps

12.1   Chromatographic conditions

Chromatographic column: $_{C18}$ column, 250 mm x 4.6 mm, 5 m.

Mobile phase: Mix 1 (10.1); Mix 2 (10.2); Flow rate: 1.0 mL/min.

UV detection wavelength: 311 nm.

12.2   The samples were pre-treated as in the first method.

12.3   The calibration curve was prepared as in the first method.

12.4   Measurement

12.4.1   The first 12 sunscreens in Table 1 can be separated simultaneously using Mix 1 (10.4) as the mobile phase.

12.4.2   The last 3 sunscreens in Table 1 can be separated simultaneously using Mix 2 (10.5) as the mobile phase.

12.4.3   A microsampler or autosampler was used to measure 10L of the sample solution and injected into a high performance liquid chromatograph. The retention time was determined and the peak area was quantified.

## 13   Calculation

Same as the first method.

## 14   Chromatograms



Figure 2        Chromatogram of sunscreen standards with mobile phase as Mix 1 (10.1) 1: phenylbenzimidazole sulfonic acid; 2: diphenylketone-4 and diphenylketone-5; 3: p-aminobenzoic acid; 4: diphenylketone-3; 5: isoamyl p-methoxycinnamate; 6: 4-methylbenzylidene camphor; 7: PABA ethylhexyl ester; 8: butyl methoxydiphenylmethane; 9: oxycodylic acid; 10: ethylhexyl methoxycinnamate; 12': isomer of peak 12; 11: ethylhexyl salicylate; 12: humulanate 10: Ethylhexyl methoxycinnamate; 12': isomer of peak 12; 11: Ethylhexyl salicylate; 12: Humulanilide



Fig. 3    Chromatogram of sunscreen standards with mobile phase as Mix 2 (10.2) 1: ethylhexyltriazinone; 2: methylenebis-benzotriazolyltetramethylbutyl phenol; 3: bis-ethylhexoxyphenol methoxyphenyltriazine

# XIX. Preservatives

## Preservatives

### 1   Scope

This specification provides for the determination of 12 preservatives, including 2-bromo-2-nitropropane-1,3-diol, in cosmetics by high performance liquid chromatography (HPLC).

Law.

This specification applies to the examination of 12 preservatives, including 2-bromo-2-nitropropane-1,3-diol, in cosmetics.

### 2   Methodology Summary

The 12 preservatives including 2-bromo-2-nitropropane-1,3-diol in cosmetics were extracted with methanol and analysed by high performance liquid chromatography (HPLC), characterised by retention time and UV absorption spectra, and quantified by peak height or peak area. The limits of detection (LOD) and lower limits of quantification (LOQ) for each preservative, as well as the concentration of detection and the minimum concentration of quantification when 1g of sample was taken, are shown in Table 1.

Table 1 Limit of detection, lower limit of quantification and concentration of detection, minimum quantitative concentration for each preservative

| Name of preservative | Isothiazole | Methyl chloride 2-bromo-2-nitro Methyl iso Propane based | Thiazoline Benzyl alcohol Ketones | Phenoxy 4-hydroxy Ethanol | 4-Hydroxy Benzoic acid methyl ester | 4-Hydroxy Benzoic acid Ethyl ester | 4-Hydroxy Benzoic acid Isopropyl Propyl ester | 4-Hydroxy Benzoic acid Isobutyl ester | 4-Hydroxy Benzoic acid Butyl ester |
|---|---|---|---|---|---|---|---|---|---|
| | Clonidine | -1,3-Diol | | | | | | | |
| Limit of detection (g) | 0.15 | 0.002 0.1 | 0.002 0.1 | 0.1 | 0.05 | 0.005 0020. | 0.0050.0 05 | 0.015 | 0.015 |
| Lower limit of quantification (g) | 0.5 | 0.0070 34 | 0.0070 34 | 0.34 | 17 | 0.017 0070. | 0.0170.0 17 | 0.05 | 0.05 |

(g/g)

(g/g)

### 3   Reagents

3.1   Methanol, chromatographically pure.

3.2   Sodium dihydrogen phosphate, superiorly pure.

3.3   Acetonitrile, chromatographically pure.

3.4   Trimethylamine hexadecane chloride, ultrapure.

3.5   Preservative standard solutions: Use methanol (3.1) as the solvent, dissolve the appropriate amount of each preservative standard, transfer it to a 100mL volumetric flask and fix the volume. The standard reserve solution was prepared at the concentrations shown in Table 2, and then the standard reserve solution was used to prepare a mixed standard series.

Table 2      Concentrations of each preservative stock solution and standard series concentrations

| Name of standard product | Isothiazole | Methyl chloride 2-bromo-2-nitro Methyl iso Propane based -1,3-Diol | Thiazoline Benzyl alcohol | Phenoxy 4-hydroxy | Benzoic acid methyl | Benzoic acid ester | 4-Hydroxy Benzoic acid Ethyl ester | 4-Hydroxy Benzoic acid Isopropyl ester | 4-Hydroxy Benzoic acid | 4-Hydroxy Benzoic acid Isobutyl ester | 4-Hydroxy Butyl ester |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Clonidine | | Ketones | Ethanol | | | | | Propyl | | |
| Stock solution concentration (g/L) | 25.0 | 25.0   25. 250   250 | 025.0   0 | 10.0   25025   100 | 1.   0 | 010.0   1010 | 1.0   10 | 1.   0 | 01.0   101 | 2.5   25 | 2.5   25 |

(mg/L)

## 4   Instruments

4.1   High performance liquid chromatograph with diode array detector.

4.2   Ultrasonic cleaners.

4.3   Water bath.

4.4   pH meter.

4.    50.45m filter membrane.


## 5   Analysis steps

5.1   Sample pre-treatment

Weigh approximately 1.00g of the sample accurately in a stoppered cuvette and, if necessary, remove volatile organic solvents such as ethanol in a water bath. Add methanol (3.1) to 10 mL, shake, extract with ultrasound for 15 min and centrifuge. The sample was filtered through a 0.45m membrane and the filtrate was used as the sample solution to be measured.

5.2   Chromatographic reference conditions

Chromatographic column: $C_{18}$ column, 250 mm x 4.6 mm, 10 m.

Mobile phase: 0.05 mol/L sodium dihydrogen phosphate + methanol + acetonitrile = 50 + 35 + 15 with the addition of hexadecyltrimethylamine chloride to a final concentration of 0.002 mol/L and pH adjusted to 3.5 with phosphoric acid.

Flow rate: 1.5 mL/min; column temperature: room temperature.

Detector: Diode array detector, methylchloroisothiazolinone and methylisothiazolinone at 280nm, other components at 254nm.

5.3   Preparation of calibration curves

A standard series of preservative (3.5) 5L was injected into a high performance liquid chromatograph and a calibration curve was plotted for each preservative peak area - concentration.

5.4   Sample determination

A sample solution (5.1) of 5L was injected into a high performance liquid chromatograph and characterised based on the retention time of the peaks and the UV spectrogram. The peak areas were recorded and the corresponding preservative concentrations were obtained from the calibration curve.


## 6   Calculation

(Preservative) = _____ ×V _____ m

where: (preservative) - mass fraction of preservative in the sample, g/g.

- the mass concentration of the preservative in the test solution from the curve, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

## 7   Chromatograms



1: Methylchloroisothiazolinone (2.110); 2: 2-bromo-2-nitropropane-1,3-diol (2.587); 3: Methylisothiazolinone (2.933)

4: benzyl alcohol (3.672); 5: phenoxyethanol (4.296); 6: methyl 4-hydroxybenzoate (4.919); 7: benzoic acid (5.548); 8.

Ethyl 4-hydroxybenzoate (7.843); 9: Isopropyl 4-hydroxybenzoate (12.745); 10: Propyl 4-hydroxybenzoate (14.483); 11.

Isobutyl 4-hydroxybenzoate (26.737); 12:Butyl 4-hydroxybenzoate (28.816)



1: Methylchloroisothiazolinone (2.110); 2: 2-bromo-2-nitropropane-1,3-diol (2.587); 3: Methylisothiazolinone (2.933); 4:

Benzyl alcohol (3.672); 5: Phenoxyethanol (4.296); 6: Methyl 4-hydroxybenzoate (4.919); 7: Benzoic acid (5.548); 8: 4-

Hydroxybenzoic acid ethyl ester (7.843); 9: isopropyl 4-hydroxybenzoate (12.745); 10: propyl 4-hydroxybenzoate

(14.483); 11: isobutyl 4-hydroxybenzoate (26.737); 12: butyl 4-hydroxybenzoate (28.816)

# XX. Dyes in oxidative hair dyes

## Oxidative Hair Dyes

### 1   Scope

This specification specifies a high performance liquid chromatographic method for the determination of oxidative dyes in hair dyes.

This specification applies to the determination of the content of 8 dyestuff components, including p-phenylenediamine, in hair-dyeing cosmetics.

### 2   Methodology Summary

Eight dyestuffs, including p-phenylenediamine, were extracted from cosmetics with 95% ethanol and water (1 + 1) and analysed by high performance liquid chromatography (HPLC), characterised by retention time and UV absorption spectra, and quantified by peak height or peak area. The limits of detection (LOD) and lower limits of quantification (LOQ) for each of the dyestuff components, as well as the concentrations at which 0.5 g of the sample was taken and the lowest quantitative concentration are shown in Table 1 below.

Table 1 Limit of detection, lower limit of quantification and concentration of detection and minimum quantitative concentration for each dye component

| | | | m-amino amino | | p- | Toluene 2,5- | m-benzene | p-Methyla mine |
|---|---|---|---|---|---|---|---|---|
| Dye components p-Phenylenediamine | | Hydro quinon e | Phenol | o-Phenylen ediamine | Phenol | Diamines | Diphe nol | Phenol-based |
| Detection limit, g | 0.08 | 0.015 | 0.02 | 0.03 | 0.025 | 0.05 | 0.025 | 0.05 |
| Lower limit of quantification, g | 0.27 | 0.05 | 0.067 | 0.10 | 0.083 | 0.17 | 0.083 | 0.17 |
| Detected concentration, g/g | 800 | 150 | 200 | 300 | 250 | 500 | 250 | 500 |
| Minimum quantitative concentration, g/g | 2700 | 500 | 670 | 1000 | 830 | 1700 | 830 | 1700 |

### 3   Reagents

3.1   Ethanol [(CH3CH2OH)=95 %], ultrapure.

3.2   Ethanol (1+1): take equal parts of ethanol (3.1) and mix with water.

3.3   Triethanolamine.

3.4    Phosphoric acid [$\rho_{20(H_4PO_3)}$ = 1.83 g/mL], ultrapure.

3.5    Acetonitrile, chromatographically pure.

3.6    Sodium sulphite.

3.7    Dye component standard solution [(dye component) = 5g/L]: weigh approximately 0.5g of each of the 8 dye components including p-phenylenediamine, add 0.1g of sodium sulphite (3.6) (or sodium sulphite solution equivalent to 0.1g of sodium sulphite), dissolve in 95% ethanol (3.1) and set in 100mL  (If toluene 2,5-diamine sulphate and p-methylaminophenol sulphate are used as standards, they should be dissolved in water).

## 4    Instruments

4.1    High performance liquid chromatograph: with isovolume pump and diode array detector.

4.2    Ultrasonic cleaners.

4.3    pH meter.

4.4    Stoppered colorimetric tube, 25mL.

4.    50.45m filter membrane.

## 5    Analysis steps

5.1    Chromatographic reference conditions

Chromatographic column: $C_{18}$ column, 250 x 4.6 mm, 10 m.

Mobile phase: add 10mL of triethanolamine to 980mL of water, add phosphoric acid to make the solution pH 7.7 and add water to 1 L. Mix 950mL of this solution with 50mL of acetonitrile (3.5) to form a phosphate buffer solution containing 5% acetonitrile.

Flow rate: 2.0 mL/min; column temperature: 20 °C.

Detector: Diode array detector, wavelength 280nm.

5.2   Sample pre-treatment

Place 0.5g of sample in a 25mL stoppered cuvette with 1.0mL of 1% sodium sulphite solution and add ethanol (1+1).

(3.2) to 25 mL, extracted by ultrasonication for 15 min, centrifuged, filtered through a 0.45 m membrane and the filtrate was used as the sample solution to be tested.

5.3   Preparation of calibration curves

The standard solutions (3.7) 1.00mL, 2.50mL and 5.00mL of each component should be dispensed into 3 100mL volumetric flasks and diluted to the scale with 95% ethanol (3.1) to make a mixture of 50, 125 and 250mg/L of each dye component. The standard working solutions should be prepared before use. The working solutions should be prepared before use.

5.4   Measurement

Sample solution (5.2) 5L was injected into a high performance liquid chromatograph and analysed. It was characterised according to its retention time and UV absorption spectrogram and the peak area was quantified.

**6   Calculation**   (dye component) =   $\dfrac{\times V \ m}{\rule{3cm}{0.4pt}}$

where: (dye fraction) - mass fraction of dye fraction in the sample, g/g.

- the mass concentration of a dye component in the test solution from the curve, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

**7   Chromatograms**



Figure 1 Liquid chromatogram of dye intermediates

1: p-phenylenediamine (3.399min); 2: p-aminophenol (3.881min); 3: hydroquinone (4.884min); 4: toluene 2,5-diamine (6.080min).

5: m-aminophenol (5.405min); 6: o-phenylenediamine (8.070min); 7: resorcinol (8.715min); 8: p-methylaminophenol (9.848min)

# XXI. Azadirachtin

## Chlormethine

### 1   Scope

This specification specifies a gas chromatographic method for the determination of nitrogen mustard in cosmetics. This specification applies to the determination of nitrogen mustard in hair care cosmetics.

### 2   Methodology Summary

Nitrogen mustard in cosmetics was extracted with trichloromethane under alkaline conditions and determined by gas chromatography with a hydrogen flame ionisation detector. The method is characterised by retention time and quantified by peak height or peak area. The method has a detection limit of 0.3 ng and a lower limit of quantification of 1.0 ng for nitrogen mustard; if 5 g of sample is taken, the detection concentration is 0.3 g/g and the lowest quantification concentration is 1 g/g.

### 3   Reagents

3.1    High purity nitrogen (99.999%)

3.2    High purity hydrogen (99.999%)

3.3    Oil-free compressed air, purified by a purification tube with 5Å molecular sieve.

3.4    Trichloromethane: Redistillation.

3.5    Anhydrous sodium sulphate.

3.6    Hydrochloric acid solution (1 mol/L): take 8.3 mL of concentrated hydrochloric acid ($_{20}$ = 1.19 g/mL) and add water to 100 mL.

3.7    Sodium hydroxide solution (2 mol/L): weigh 8 g of sodium hydroxide, dissolve in water, fix the volume to 100 mL and mix well.

3.8    Sodium carbonate.

3.9    Nitrogen Mustard Standard Reserve Solution [(CH3N(CH2Cl)$_2$)=1g/L]: weigh 0.1234g of Nitrogen Mustard Hydrochloride [CH3N(CH2Cl)2HCl] in water, fix to 100mL and store in a glass bottle.

3.10   Standard use solution of nitrogen mustard [(CH3N(CH2Cl)$_2$)=10mg/L]: aspirate standard stock solution of nitrogen mustard (3.9)

1.00mL in a 100mL volumetric flask, set to scale with water.

### 4   Instruments

4.1    Gas Chromatograph: Gas chromatograph with hydrogen flame ionisation detector.

4.2    Injection device: Micro syringe, glass, 10L.

4.3    Chromatographic column: DB-225 capillary column (0.25mm 30m).

## 5   Analysis steps

5.1    Sample pre-treatment

Place approximately 5g of sample in a 25mL separatory funnel, add 5mL of water and mix well. Adjust pH to below 2 with hydrochloric acid solution (3.6), add 5mL of trichloromethane (3.4), shake for 30s and leave to stratify (centrifuge if necessary), discard the organic phase. Adjust the aqueous phase to neutral with sodium hydroxide (3.7), add about 50 mg of sodium carbonate (3.8), extract with 5 mL of trichloromethane (3.4), shake for 30 s and allow to stratify (centrifuge if necessary), place the organic phase in a graduated tube, add trichloromethane to 5 mL, dry with anhydrous sodium sulphate (3.5) and leave to determine. The standard solution for nitrogen mustard should be treated in the same way as above before determination.

5.2    Chromatographic reference conditions

Temperature: Inlet temperature 170C, detection port temperature 200C, column temperature, 50C (1min), 8C/min to 160C

(10min).

Gas flow rate: high purity nitrogen 60mL/min, high purity hydrogen 50mL/min, compressed air 500mL/min; split ratio: 1:50.

5.3   Measurement

1L of the above sample pre-treatment solution should be taken into the sample for determination. For quantification by the single point external standard method, the volume of the treated solution for use with the nitrogen mustard standard should be the same as the sample solution and its peak area should be within the same order of magnitude as the sample peak area.

**6   Calculation**   (Azadirachtin) = 

where: (nitrogen mustard) - mass concentration of nitrogen mustard in the sample, g/g.

$A_1$ - peak area of nitrogen mustard in the test solution; $A_0$ - peak area of nitrogen mustard in the test solution V - volume of sample volume, mL; m - sample volume, g.

**7   Chromatograms**



Standard chromatogram of Azadirachta indica

(1) Nitrogen mustard

# XXII. Zebularine

## Cantharidin

### 1   Scope

This specification specifies a gas chromatographic method for the determination of zebranin in cosmetics. This specification applies to the determination of zebularin content in hair care cosmetics.

### 2   Methodology Summary

Zebularine in cosmetics was extracted with trichloromethane and determined by gas chromatography with a hydrogen flame ionisation detector. It was characterised by retention time and quantified by peak height or peak area. The method has a detection limit of 0.6 ng and a lower limit of quantification of 2.0 ng for zebularin; if 5 g of sample is taken, the detection limit is 0.6 g/g and the lowest quantitative concentration is 2 g/g.

### 3   Reagents

3.1   High purity nitrogen (99.999%)

3.2   High purity hydrogen (99.999%)

3.3   Oil-free compressed air, purified by a purification tube with 5Å molecular sieve.

3.4   Trichloromethane, redistilled.

3.5   Anhydrous sodium sulphate.

3.6   Zebularin standard stock solution [($C_{10}H_{12}O_4$)=1g/L]: weigh 0.1000g of zebularin, dissolve in trichloromethane, fix the volume to 100mL and store in a glass bottle.

3.7   Zebularin Standard Solution [($C_{10}H_{12}O_4$)=10mg/L]: Pipette 1.00mL of Zebularin Standard Reserve Solution (3.6) into a 100mL volumetric flask and set to scale with trichloromethane.

### 4   Instruments

4.1   Gas Chromatograph: Gas chromatograph with hydrogen flame ionisation detector.

4.2   Injection device: Micro syringe, glass, 10L.

4.3   Chromatographic column: DB-5 capillary column (0.25mm 30m).

### 5   Analysis steps

5.1   Sample pre-treatment

Weigh 5g of the sample into a 25mL separatory funnel, add 5mL of water and mix well. Add 5mL of trichloromethane, shake for 30s and leave to stratify (centrifuge if necessary), place the organic phase in a graduated tube, top up with trichloromethane to 5mL, add the appropriate amount of anhydrous sodium

sulphate (3.5) and dry, pending determination.

5.2   Chromatographic reference conditions

Temperature: Inlet temperature 230C, detection port temperature 250C, column temperature, 60C (1min), 10C/min to 230C

(10min).

Gas flow rate: high purity nitrogen 60mL/min, high purity hydrogen 50mL/min, compressed air 500mL/min; split ratio: 1:50.

5.3   Measurement

A sample of 1L of the above sample preparation solution should be taken for determination. For quantification by the single point external standard method, the volume of the standard solution (3.7) should be the same as the sample solution and the peak area should be within the same order of magnitude as the sample peak area.

**6  Calculation**

$$(zebularine) = \frac{VA1}{mA0}$$

where: (zebracho) - concentration concentration of zebracho in the sample, g/g.

$_{A0}$ - the peak area of zebularine in the standard solution; V - the volume of the sample volume, mL; m - the sample volume, g. V - volume of sample volume, mL; m - sample volume, g.

**7  Chromatograms**



Standard chromatogram of zebularin

(1) Zebularine

# XXIII.-Hydroxy acids

-Hydroxy Acid

## 1   Scope

This specification specifies high performance liquid chromatography, ion chromatography and gas chromatography methods for the determination of -hydroxy acids in shampoo, hair care and skin care cosmetics.

This specification applies to the determination of -hydroxy acid content in shampoo, hair care and skin care cosmetics.

First method   High Performance Liquid Chromatography

## 2   Methodology Summary

The five -hydroxy acid fractions in cosmetics were extracted with water and analysed by high performance liquid chromatography (HPLC), characterised by retention time and quantified by peak area. The limits of detection and lower limits of quantification of the various -hydroxy acids in this method are shown in Table 1, as well as the detection and minimum quantification concentrations for 1g of sample.

Table 1 Limit of detection, lower limit of quantification and concentration of detection, minimum quantitative concentration of each -hydroxy acid

| -Hydroxy acid component | Tartaric acid | Glycolic acid | Malic acid | Lactic acid | Citric acid |
|---|---|---|---|---|---|
| Detection limit (g) | 0.1 | 0.35 | 0.2 | 0.4 | 0.25 |
| Lower limit of quantification (g) | 0.33 | 1.17 | 0.67 | 1.33 | 0.83 |
| Detected concentration (g/g) | 200 | 700 | 400 | 800 | 500 |
| Minimum quantitative concentration (g/g) | 660 | 2340 | 1340 | 2660 | 1660 |

## 3   Reagents

3.1   Ammonium dihydrogen phosphate.

3.2   Phosphoric acid, superiorly pure.

3.3   Standard solutions of hydroxy acids: Weigh the appropriate amount of various -hydroxy acid standards, dissolve and transfer to a 100mL volumetric flask and fix the volume. The standard reserve solution was prepared at the concentrations shown in Table 2, and then the standard reserve solution was used to prepare a mixed standard series.

Table 2  Concentrations of reserve solutions and standard series of concentrations for each -hydroxy acid

| -Hydroxy acid component | Tartaric acid | Glycolic acid | Malic acid | Lactic acid | Citric acid |
|---|---|---|---|---|---|
| Concentration of stock solution, g/L | 5.0 | 8.0 | 20.0 | 40.0 | 20.0 |
| Standard series concentration, mg/L | 100 | 160 | 400 | 800 | 400 |
| | 250 | 400 | 1000 | 2000 | 1000 |
| | 500 | 800 | 2000 | 4000 | 2000 |

## 4   Instruments

4.1   High performance liquid chromatograph with diode array detector.

4.2   Ultrasonic cleaners.

4.3   Water bath.

4.4   High-speed centrifuge.

4.5   pH meter.

## 5   Analysis steps

### 5.1   Sample pre-treatment

Weigh 1g of the sample into a 10mL stoppered cuvette, remove the volatile organic solvent in a water bath, add water to 10mL and extract the sample by ultrasonication for 20min, centrifuge the sample at 10000rpm for 15min and pass the supernatant through a 0.45m filter membrane.

### 5.2   Chromatographic reference conditions

Chromatographic column: $c_8$ column, 250 mm 4.6 mm, 10 m.

Mobile phase: 0.1 mol/L ammonium dihydrogen phosphate solution, pH adjusted to 2.45 with phosphoric acid; flow rate: 0.8 mL/min.

Column temperature: room temperature.

Detector: Diode array detector with a detection wavelength of 214 nm.

### 5.3   Preparation of calibration curves

The peak areas of the six hydroxy acid components were recorded and the calibration curves were plotted for each hydroxy acid component. The peak areas of each -hydroxy acid component were recorded and the calibration curve was plotted.

### 5.4   Sample determination

5L of the solution to be measured (5.1) was injected into a high performance liquid chromatograph and characterised on the basis of the retention time of the peaks and the UV spectrogram. The peak area was recorded and the concentration of the corresponding -hydroxy acid component was found from the calibration curve.

## 6   Calculation

$$\text{(-hydroxy acid)} = \frac{V}{\quad\quad} m$$

where: (-hydroxy acid) - mass fraction of -hydroxy acid fraction in the sample, g/g.

- the mass concentration of -hydroxy acid in the test solution from the curve, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

## 7   Chromatograms



Fig. 1 - Standard liquid chromatogram of hydroxy acids

1: Tartaric acid; 2: Glycolic acid; 3: Malic acid 1; 4: Lactic acid; 5: Citric acid; 6: Malic acid 2

Second method        Ion chromatography

## 8   Methodology Summary

The five -hydroxy acids in cosmetics were extracted with water, separated by ion chromatography and detected by conductivity detector. The limits of detection and lower limits of quantification of the various -hydroxy acids in this method are shown in Table 3, as well as the detection and minimum quantification concentrations for 0.5 g of sample.

Table 3 Limit of detection, lower limit of quantification and concentration of detection, minimum quantitative concentration of each -hydroxy acid

| -Hydroxy acid component | Tartaric acid | Citric acid | Malic acid | Glycolic acid | Lactic acid |
|---|---|---|---|---|---|
| Detection limit (ng) | 0.94 | 1.1 | 0.83 | 0.90 | 1.7 |
| Lower limit of quantification (ng) | 20 | 8.0 | 9.0 | 8.5 | 10 |
| Detected concentration (g/g) | 3.8 | 4.4 | 3.3 | 3.6 | 6.8 |
| Quantitative concentration (g/g) | 80 | 32 | 36 | 34 | 40 |

## 9   Reagents

9.1   Hydrochloric acid, superiorly pure.

9.2   Sodium hydroxide.

9.3   High purity nitrogen.

9.4   Hydroxy acid standard solution: Use water as solvent, weigh the appropriate amount of five -hydroxy acid standards, dissolve and transfer to a 100mL volumetric flask, and fix the volume to the scale. The standard reserve solution was prepared at the concentrations shown in Table 4, and then the standard reserve solution was used to prepare a mixed standard series.

Table 4   Concentrations of reserve solutions and standard series of concentrations for each -hydroxy acid

| -Hydroxy acid component | Tartaric acid | Citric acid | Malic acid | Glycolic acid | Lactic acid |
|---|---|---|---|---|---|
| Reserve solution concentration, mg/L | 1000 | 1000 | 1000 | 1000 | 2000 |
| | 2.00 | 0.45 | 0.50 | 0.60 | 1.00 |
| | 5.00 | 5.00 | 4.00 | 5.00 | 4.00 |
| Standard series concentration, mg/L | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 |

| | | | | |
|---|---|---|---|---|
| 30.0 | 40.0 | 40.0 | 40.0 | 60.0 |
| 70.0 | 50.0 | 80.0 | 70.0 | 120 |

## 10   Instruments

10.1   Ion chromatograph.

10.2   Vortex oscillator.

10.3   Ultrasonic cleaners.

10.4   High-speed centrifuge.

## 11   Analysis steps

11.1   Sample pre-treatment

The sample was then centrifuged at 19000 rpm for 10 min. The supernatant was passed through a 0.25 μm filter membrane and used as the sample solution to be measured.

11.2   Chromatographic reference conditions

Chromatographic column: ICE-AS6 (9 x 250 mm), suppressor AMMS-ICE II.

Leaching solution: 0.4 mmol/L hydrochloric acid solution.

Chemically inhibited regeneration solution: 5 mmol/L sodium hydroxide solution; drenching solution flow rate: 1.0 mL/min.

Regeneration fluid flow rate: 1.5 mL/min; nitrogen flow rate (pressure): 5 psi; column temperature: room temperature.

Injection volume: 25 μL.

Detector: Chemically suppressed conductivity detector.

11.3   Preparation of calibration curves

After injection, the retention time and peak area of the peaks were recorded and calculated by the chromatographic workstation, and the calibration curves of peak area-concentration of various α-hydroxy acid components were plotted.

11.4   Sample determination

After the sample solution (11.1) was injected into the ion chromatograph injection tube at 0.5mL~1.0mL, the retention time and peak area of the peaks were recorded and calculated by the chromatography workstation, and the concentration of the corresponding α-hydroxy acid component was calculated from the calibration curve.

**12   Calculation**   (-hydroxy acid) = $\dfrac{V}{\quad\quad}$ m

where: (-hydroxy acid) - mass fraction of -hydroxy acid fraction in the sample, g/g.

- the mass concentration of -hydroxy acid in the test solution from the curve, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

**13   Chromatograms**



3.        214.        005.        006.        007.        008.        009.        0010.        0011.        0012.        0013.13

Fig. 2 Standard ion chromatogram of α-hydroxy acids

1: Tartaric acid 6.0mg/L; 2: Citric acid 5.0mg/L; 3: Malic acid 5.0mg/L; 4: Ethanoic acid 5.0mg/L; 5: Lactic acid 5.0mg/L

## Third method   Gas Chromatography

### 14   Methodology Summary

The five α-hydroxy acids in cosmetics were extracted with N,N-dimethylformamide, derivatised with trimethylsilyl trifluoroacetamide and analysed by gas chromatography for the determination of retention time and quantification of peak area or peak height.

## 15   Reagents

15.1   Trimethylsilyl trifluoroacetamide (BSTFA).

15.2   N,N-Dimethylformamide (DMF).

15.3   α-Hydroxy acid standard solution [ρ(α-hydroxy acid)=10g/L]: weigh 500mg each of lactic acid, glycolic acid, malic acid, tartaric acid and citric acid in a 50mL volumetric flask, dissolve with DMF (15.2) and dilute to the scale.

## 16   Instruments

16.1   Gas chromatograph with hydrogen flame ionisation detector.

16.2   High-speed ultrasonic cleaner.

16.3   Derivative bottle with cap, 2mL.

16.4   Volumetric flask, 50mL.

16.5   Stoppered colorimetric tube, 10mL.

## 17   Analysis steps

17.1   Chromatographic reference conditions

Chromatographic column: CP-Sil8CB (30m x 0.32mm, 0.25μm).

Temperature: column temperature, 60 °C (1 min), rising to 310 °C (5 min) at 10 °C/min, inlet and detector temperature 330 °C; gas flow rate: carrier gas (high-purity nitrogen) 50 mL/min, high-purity hydrogen 35 mL/min, air 350 mL/min.

Diversion ratio: 1:50.

17.2   Sample pre-treatment

 Weigh 0.1g~0.5g of sample into a 10mL stoppered cuvette, add DMF (15.2), dissolve and volumize to 10mL. extract with ultrasound for 20min, pass the supernatant through a 0.45μm filter membrane, take 50μL of the solution into a 2mL capped derivative bottle, add BSTFA

(15.1) 100 μL, derivatised at 80°C for 20 min, this solution was used as the sample solution to be tested.

17.3   Preparation of calibration curves

   The working solutions of 50.0mg/L, 100mg/L, 300mg/L and 1000mg/L were prepared separately. After the same treatment as the sample, 1μL was injected into the gas chromatograph and the peak area or peak height of each chromatographic peak was recorded and the standard curves were plotted.

17.4   Sample determination

   A 1 μL sample of the solution to be measured was injected into a gas chromatograph and analysed.
   Qualify the sample according to its retention time and determine the peak area or peak height

Quantity.

## 18   Calc        on
     ulati

(-hydroxy
acid) = $\dfrac{\text{V}}{\text{m}}$

where: (-hydroxy acid) - mass fraction of -hydroxy acid fraction in the sample, g/g.

- the mass concentration of -hydroxy acid in the test solution from the curve, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

## 19   Chromatograms



Fig. 3 Standard gas chromatogram of α-hydroxy acids

1: lactic acid (7.773); 2: ethanoic acid (7.937); 3: malic acid (13.478); 4: tartaric acid (15.278); 5: citric acid (17.177)

# XXIV. Anti-dandruff agents

## Antidangdruff agents

### 1   Scope

This specification specifies a high performance liquid chromatographic method for the determination of anti-dandruff agents (preservatives) such as salicylic acid, ketoconazole, clomiprazole and pyrrolizone ethanolamine salts in anti-dandruff shampoo cosmetics.

This specification applies to the determination of the content of anti-dandruff agents (preservatives) such as salicylic acid, ketoconazole, clomiprazole and pyrrolizone ethanolamine salt in anti-dandruff shampoo cosmetics.

### 2   Methodology Summary

Salicylic acid and other anti-dandruff agents in anti-dandruff shampoo cosmetics were extracted with acetonitrile + methanol = 95 + 5 and analysed by high performance liquid chromatography (HPLC) with retention time and UV absorption spectroscopy for characterisation and peak area for quantification. The limits of detection (LOD) and lower limits of quantification (LOQ) for each component of the method are shown in Table 1, as well as the concentration at which 0.5g of the sample was taken and the lowest quantitative concentration.

Table 1 Limit of detection, lower limit of quantification and concentration of detection, minimum quantitative concentration for each component

| Anti-dandruff agent components | Salicylic acid | Ketoconazole | Clomiprazole | Piroctone ethanolamine salt |
|---|---|---|---|---|
| Detection limit (ng) | 1.0 | 1.5 | 2.0 | 4.5 |
| Lower limit of quantification (ng) | 3.3 | 5.0 | 6.7 | 15.0 |
| Detected concentration (g/g) | 20.0 | 30.0 | 40.0 | 90.0 |
| Minimum quantitative concentration (g/g) | 66.7 | 100 | 133 | 300 |

### 3   Reagents

3.1   Methanol, chromatographically pure.

3.2   Acetonitrile, chromatographically pure.

3.3   Phosphoric acid, superiorly pure.

3.4   Potassium dihydrogen phosphate.

3.5   Disodium ethylenediaminetetraacetate.

3.6    Standard solution of the de-scaling agent: weigh the appropriate amount of each de-scaling agent standard, add 85mL of acetonitrile + methanol = 95 + 5 [Note 1] solution, sonicate, transfer to a 100mL volumetric flask after complete dissolution, and fix the volume with acetonitrile + methanol = 95 + 5. The standard stock solution was then diluted with acetonitrile + methanol = 95 + 5 to form a mixed standard series.

Table 2            Concentrations of stock solutions and standard series of concentrations for each debris remover

| Anti-dandruff agent components | Salicylic acid | Ketoconazole | Clomiprazole | Piroctone ethanolamine salt |
|---|---|---|---|---|
| Reserve solution concentration (mg/L) | 500 | 500 | 1000 | 1000 |
| Standard series concentration (mg/L) | 50 | 50 | 100 | 100 |
| | 100 | 100 | 200 | 200 |
| | 200 | 200 | 400 | 400 |
| | 400 | 400 | 800 | 800 |
| | 500 | 500 | 1000 | 1000 |

## 4   Instruments

4.1   High performance liquid chromatograph with diode array detector.

4.2   Ultrasonic cleaners.

4.3   pH meter.

4.   40.45m filter membrane.

## 5   Analysis steps

5.1   Sample pre-treatment

Add acetonitrile + methanol = 95 + 5 Note 1 to the scale, shake and extract with ultrasound for 40 min. Filter through a 0.45m membrane and use the filtrate as the solution to be measured.

5.2   Chromatographic reference conditions

Chromatographic column: $C_{18}$ column, 150 mm 4.6 mm, 5 m.

Mobile phase: acetonitrile + methanol + 0.01 mol/L aqueous potassium dihydrogen phosphate (disodium EDTA added to a final concentration of 0.5 mmol/L and the pH of the aqueous solution adjusted to 4.0 with phosphoric acid) = 50 + 10 + 40.

Flow rate: 1.0 mL/min; column temperature: room temperature.

Detector: Diode array detector with a detection wavelength of 230 nm. for the determination of salicylic acid and pyrrolizone ethanolamine salts with interfering samples it is recommended that the detection wavelength be adjusted to 300 nm.

5.3   Preparation of calibration curves

A standard series (3.6) of 5L of de-scaling agent was injected into a high performance liquid chromatograph and a calibration curve was plotted for each de-scaling agent peak area - concentration.

5.4   Sample determination

A sample solution (5.1) of 5L was injected into a high performance liquid chromatograph and characterised on the basis of peak retention times and UV spectra. The peak area was recorded and the corresponding concentration of the de-flaking agent was obtained from the calibration curve.

## 6   Calculation

(Anti-dandruff agent) = 

where: (debris remover) - mass fraction of debris remover in the sample, g/g.

--mass concentration of debris remover in the test solution, mg/L; V - volume of sample volume, mL; m - sample volume taken, m g.

## 7   Chromatograms



Fig. 1 Standard chromatogram of a crumb remover with a detection wavelength of 230 nm

1: Salicylic acid (1.517); 2: --; 3: Ketoconazole (3.080); 4: Clomiprazole (5.454); 5: Piroctone ethanolamine salt (9.897)

# xxv. antibiotics, metronidazole

# Antibiotics and Metronidazole

## 1   Scope

This specification specifies a high performance liquid chromatographic (HPLC) method for the determination of six antibiotics and metronidazole in acne and mite removal cosmetics: methomycin hydrochloride, oxytetracycline dihydrate, tetracycline hydrochloride, chlortetracycline hydrochloride, doxycycline hydrochloride and chloramphenicol.

This specification applies to the determination of the content of memantine hydrochloride, hygromycin dihydrate, tetracycline hydrochloride, chlortetracycline hydrochloride, doxycycline hydrochloride, chloramphenicol and metronidazole in acne and mite removal cosmetics.

## 2   Methodology Summary

Methomycin hydrochloride, oxytetracycline dihydrate, tetracycline hydrochloride, chlortetracycline hydrochloride, doxycycline hydrochloride, chloramphenicol and metronidazole have UV absorption at 268 nm and can be separated by reversed-phase high performance liquid chromatography (RP-HPLC) and quantified by retention time and UV spectra. The limits of detection for each component and the concentrations at 1g of sample are shown in Table 1.

Table 1 Detection limits and concentrations for each component

| Meprobamate hydrochloride | Metro nidazo le | Secondar y water and soil | Hydrochl oric acid IV | Gold hydrochl oride | Hydrochl oric acid poly | Chloro mycet es |
|---|---|---|---|---|---|---|
| Name of substance | Manomy cin | Azol e | Mycin | Cyclin | Mycin | Ciclospo rin | Vegetab les |
| Detection limit (ng) | 50 | 50 | 1 | 1 | 1 | 1 | 1 |
| Lower limit of quantification (ng) | 150 | 150 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| Detected concentration (g/g) | 50 | 50 | 1 | 1 | 1 | 1 | 1 |
| Minimum quantitative concentration (g/g) | 150 | 150 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |

## 3   Reagents

3.1   Methanol, chromatographically pure.

3.2   Acetonitrile, chromatographically pure.

3.3   Oxalic acid, analytical pure.

3.4   Hydrochloric acid (0.1 mol/L): Take 8.3 mL of concentrated hydrochloric acid ($_{20}$ = 1.19 g/mL) in excellent purity and add water to 1 L.

3.5   Mixed standard stock solution: Weigh 0.1000g of each of memantine hydrochloride, oxytetracycline dihydrate, tetracycline hydrochloride, chlortetracycline hydrochloride, doxycycline hydrochloride, chloramphenicol and metronidazole, dissolve with a little methanol (3.1) and hydrochloric acid (3.4), transfer into a 100mL volumetric flask, fix the volume of methanol to the scale and shake well to make a mixed standard solution with a mass concentration of 1.00g/L of each component.  The mixture of standard solutions was prepared at a concentration of 1.00g/L.

## 4   Instruments

4.1   High performance liquid chromatograph with diode array detector, chromatography processor or chromatography workstation.

4.2   Microsampler or autosampling unit.

4.3   Ultrasonic cleaners.

## 5   Analysis steps

5.1   Sample pre-treatment

The sample was weighed 1 g in a 10 mL stoppered cuvette, added with methanol (3.1) + hydrochloric acid (3.2) = 1+1 to the scale, shaken and extracted by ultrasonication for 20 min-30 min. The filtrate was filtered through a 0.45 m membrane and used as the solution to be tested.

5.2    Chromatographic reference conditions

Chromatographic column: $C_{18}$ column, 250 mm × 4.6 mm I.D., 5 m; detector: diode array detector, detection wavelength 268 nm.

Mobile phase: 0.01 mol/L oxalic acid solution (pH of aqueous solution adjusted to 2.0 by phosphoric acid) + methanol + acetonitrile = 67 + 11 + 22 (HPLC)

(filtered through a 0.45m membrane and degassed under vacuum before analysis); flow rate: 0.8mL/min.

Column temperature: room temperature.

5.3    Preparation of calibration curves

The standard solution (3.5) was accurately pipetted into a 10mL stoppered cuvette, diluted to the scale with the mobile phase and shaken well. Filter through a 0.45m membrane and set aside. 10L of each solution was analyzed under the set chromatographic conditions. The calibration curve was plotted against the mass concentration and peak area of the standard series.

5.4    Sample determination

A 10L sample solution (5.1) is analysed under the set chromatographic conditions. If the sample is too high, it should be diluted with the mobile phase and determined. The mass concentration of the corresponding component is found from the calibration curve based on the peak area.

**6    Calculation**

$$\text{(antibiotics, metronidazole)} = \frac{\times V}{m}$$

where: (antibiotic, metronidazole) - mass fraction of antibiotic, metronidazole in cosmetics, g/g.

--mass concentration of antibiotic, metronidazole in the test solution, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.

**7    Chromatograms**



Fig. 1          Colour spectrum of antibiotics, metronidazole Fig. 1: memantine hydrochloride; 2: metronidazole; 3: hygromycin dihydrate; 4: tetracycline hydrochloride.

5: Chlortetracycline Hydrochloride; 6: Doxycycline Hydrochloride; 7: Chloramphenicol

# XXVI. Vitamin D2, vitamin D3 vitamin D2, vitamin D3

## 1  Scope

This specification specifies a high performance liquid chromatographic method for the determination of vitamin D2 and vitamin D3 in cosmetics. This specification applies to the determination of the content of vitamin D2 and vitamin D3 in cosmetics.

## 2  Methodology Summary

Vitamin D2 and vitamin D3 have UV absorption at 265 nm and can be separated by reversed-phase high performance liquid chromatography and quantified by retention time and UV spectrogram. The limits of detection (LOD), lower limits of quantification (LOQ) and the lowest quantitative concentrations of vitamin D2 and vitamin D3 at 0.5 g of sample are shown in Table 1.

Table 1  Limit of detection and concentration of each vitamin

| Group name | Vitamin D2 | Vitamin D3 |
|---|---|---|
| Limit of detection (ng) | | 0.  580.32 |
| Lower limit of quantification (ng) | | 21 |
| Detected concentration (g/g) | 2. | 61.3 |
| Minimum quantitative concentration (g/g) | | 84 |

## 3  Reagents

3.1  Methanol, chromatographically pure.

3.2  Acetonitrile, chromatographically pure.

3.3  Mixed standard stock solution: accurately weigh 0.1000g each of vitamin D2 and vitamin D3 standards and transfer to 100mL

Dissolve in a volumetric flask with methanol (3.1) and set to scale, shake well and use as a standard stock solution.

## 4  Instruments

4.1  High performance liquid chromatograph with diode array detector, chromatography processor or chromatography workstation.

4.2  Microsampler or autosampling unit.

4.3  Ultrasonic cleaners.

4.4  UV spectrophotometer.

## 5  Analysis steps

5.1  Sample pre-treatment

Weigh approximately 0.5 g of the sample into a 10 mL stoppered cuvette, bring to scale with the mobile phase, shake well and extract with ultrasound.

The filtrate was filtered through a 0.45m membrane and used as the sample solution for the test.

5.2   Chromatographic reference conditions

Chromatographic column: $C_{18}$ column, 250 mm x 4.6 mm, 5 m.

Detector: Diode array detector, detection wavelength 265 nm.

Mobile phase: methanol + acetonitrile = 90 + 10 (filtered through a 0.45m membrane and degassed under vacuum prior to HPLC analysis); flow rate: 1.0mL/min.

Column temperature: room temperature.

5.3   Preparation of calibration curves

5.3.1   Purity correction: As vitamin $D_2$ and vitamin $D_3$ are unstable to light, a purity correction by UV spectrophotometry is required prior to the preparation of standard solutions as follows: vitamin $D_2$ and vitamin $D_3$ have maximum UV absorption at 263 nm, while ethanol has no absorption at this wavelength. In 95% ethanol, the absorbance coefficient of $_{1\% \, for}$ a 1% mass fraction of vitamin $D_2$ solution is 460 and for a 1% mass fraction of vitamin D solution is 485. The absorbance $_{1cm3}$ coefficient is equal to the absorbance/concentration, so the absorbance can be measured to obtain the exact concentration of the prepared solution. The absorbance coefficient corresponds to the absorbance/concentration and therefore the exact concentration of the prepared solution can be determined by measuring the absorbance and thus correcting for purity.

$$P = \frac{100A}{C_{1\%} \quad L}$$

<sub>1cm</sub>

Where: P - purity of vitamin $D_2$ and $D_3$, %; A - absorbance of vitamin $D_2$ and $D_3$; C - mass fraction of vitamin $D_2$ and $D_3$ L - optical diameter of the cuvette, cm.

$^{1}{}_{\%}$      --The absorbance $_{cm2}$ coefficient of vitamin D, D

5.3.2   The standard solutions were prepared by accurately aspirating 1.00 mL each of the standard stock solutions (3.3) for vitamins $D_2$ and $D_3$ and diluting to 10.0 mL with methanol (3.1), this mixed standard solution contained approximately 100.0 mg/L of vitamins $D_2$ and $D_3$. The solution was stable at room temperature for more than 2 weeks provided it was well protected from light. The mixed standard solution was diluted to a series of 50.0 mg/L, 20.0 mg/L, 10.0 mg/L, 2.00 mg/L, 0.50 mg/L mass concentration solutions using mobile phase.

5.3.3   Calibration curve: 5μL of the standard series were taken for HPLC analysis under the set chromatographic conditions. The standard curve was plotted using the mass concentration of the standard series as the horizontal coordinate and the peak area as the vertical coordinate.

5.4   Sample determination

5μL of the solution was analyzed by HPLC under set chromatographic conditions. The mass concentration of each component in the solution to be measured is obtained from the calibration curve based on the peak area of the solution to be measured.

## 6   Calculation

$$(\text{Vitamin } D_2, D_3) = \frac{\times V \, M}{\quad}$$

where: (vitamins $D_2$, $D_3$) - mass fraction of vitamins $D_2$ and $D_3$ in cosmetics, g/g.

--mass concentration of vitamins $D_2$ and $D_3$ in the test solution, mg/L.

V - volume of sample volume, mL; m - volume of sample taken, g.



1.586  2.530

Fig. 1 Liquid chromatogram of the vitamin mixture standard solution          1: Vitamin D2; 2: Vitamin D3

# XXVII. Soluble zinc salts

## Dissolvable zinc salt

### 1   Scope

This specification specifies a flame atomic absorption spectrophotometric method for the determination of soluble zinc salts in deodorant cosmetics. This specification applies to the determination of soluble zinc salts in deodorant cosmetics.

### 2   Methodology Summary

The atomic energy of zinc in the base state in cosmetics absorbs resonance lines emitted from a hollow cathode lamp of the same metallic element and its absorption intensity is proportional to the amount of that element in the sample. Quantification is based on the measured absorbance intensity and comparison with a standard series. The method has a detection limit of $8.2^{10-3}$ g and a lower limit of quantification of $2.7^{10-2}$ g. If 1 g of sample is taken, the detection concentration of the method is $8.2^{10-3}$ g/g and the lowest quantitative concentration is 2.710-2g/g.

### 3   Reagents

3.1   Nitric acid ($_{20}$ = 1.42 g/mL), ultrapure.

3.2   Nitric acid (1.5 + 998.5): take 1.5mL of nitric acid (3.1) and add water to 1000mL.

3.3   Zinc standard stock solution [(Zn) = 1.00 g/L]: weigh 1.000 g of zinc metal with a purity greater than 99.9% and add 20 mL

In nitric acid (3.1), fix the volume with water to 1L, shake well and set aside. 1.00mL of this solution contains 1.00mg of zinc.

3.4   Zinc Standard Use Solution [(Zn) = 20.0mg/L]: Take 2.00mL of Zinc Standard Reserve Solution (3.3) in a 100mL volumetric flask and dilute to 100mL with nitric acid (3.1).

### 4   Instruments

All glassware must be soaked in nitric acid (1+1) for at least 4h and rinsed with water before use.

4.1   Atomic Absorption Spectrophotometer.

4.2   Centrifuge.

4.3   Ultrasonic cleaners.

4.4   Stoppered cuvettes, 10mL, 25mL.

### 5   Analysis steps

5.1   Sample pre-treatment

Weigh 1.00g~2.00g of the sample into a 25mL stoppered cuvette, dilute to 10mL with water, mix well, sonicate for 20min and centrifuge at 5000rpm for 40min. 2.00mL~5.00mL of the sample centrifuge solution was diluted to 10.0mL with nitric acid (3.2) and set aside.

5.2   Preparation of standard solutions

Prepare the zinc standard series by diluting 0.00, 0.50, 1.00, 2.00, 3.00 and 5.00 mL of the standard use solution (3.4) in a 100 mL volumetric flask with nitric acid (3.2) to the scale.

5.3   Measurement

5.3.1   The standard solution (3.4) and the blank solution were alternately sprayed into the flame and the absorbance was measured. The calibration curve was plotted using the concentration and absorbance of the standard solution.

5.3.2   Under the same instrumental conditions, the absorbance of the sample solution was determined. From the absorbance of the solution to be measured, the mass concentration of zinc in the solution to be measured is derived from the calibration curve.

## 6  Calculation

$$(Zn) \quad \frac{(_{10}) \; V}{m} \quad \frac{V2}{V1}$$

where: (Zn) - mass fraction of zinc in the sample, g/g.

$_1$ - the mass concentration of zinc in the test solution, mg/L.

$_0$ - mass concentration of zinc in the blank solution, mg/L; V - total volume of the sample solution, mL; $V_1$ - volume of the dispensed sample $V_2$ - volume of diluted sample solution, mL; m - volume of sample taken, g.

## 7  Accuracy and precision

The recoveries of the deodorant cosmetics were 97.0%~98.5% with a precision of 1.26% for both high and low levels.

# XXVIII. Instrumental method for determining the resistance of cosmetics to UVA

## Test in vitro of protection against UVA

### 1  Scope

This specification specifies an instrumental method for the determination of the UVA (320nm~400nm) resistance of cosmetics. This specification applies to the determination of the UVA resistance of sunscreen cosmetics.

### 2  Methodology Summary

The samples were applied to 3M film or poly(methyl methacrylate) plates with a gross surface and the critical wavelengths $_c$ and C were determined using an SPF meter.

UVA/UVB ratio R.

The critical wavelength ($_c$) is the absorbance of UVA at 90% of the total absorbance of UVA + UVB (290nm~400nm)

End wavelength (nm). Calculated by the following formula.

$$90\% \quad \int_{290}^{c} A()d \; / \; \int_{290}^{400} A()d$$

where A () - absorbance UVA/UVB ratio at wavelength (R).

$$R \; \int_{320}^{400} A()d \; / \; \int_{290}^{400} A()d$$

### 3  Instrumentation

3.1   SPF meter: SPF-290 Analyzer or similar device from Optometrics Group with $_c$ measurement and recording capabilities.

3.2   3M film or polymethylmethacrylate (PMMA) sheet 5 x 5cm, (Europlast, France).

3.3   Latex Medical Finger Covers, a product of Shanghai Latex Factory Changzheng Branch or a similar

product.

3.4   Thermohygrometer.

3.5   Quality control samples

SPF15 standard: $_C$ = 366 nm. the $_C$ value for this standard should be between 365 nm and 367 nm.


## 4   Analysis steps

4.1   Sample preparation

The sample should be drawn by pressure or pumping with a special syringe and applied uniformly in dots or strips to the 3M film or the gross surface of the PMMA, then the sample should be applied with a finger wearing a latex medical finger cover to make a uniform surface. The actual amount of sample added to each plate should be between 1.$^{8mg/cm2}$ and 2.$^{2mg/cm2.}$ Results on PMMA plates are for negative determination only. Confirmation with 3M film results is required when positive results are obtained.

4.2   Sample determination

Calibration of the instrument and determination of the time space using a quartz plate with a load strip and 3M film or a polymethylmethacrylate plate according to the instrument instructions

White calibration. The samples coated according to step 4.1 were then placed at room temperature (20°C-30°C) and 40%-60% relative humidity for 20 min before being measured on the SPF meter, with no less than 4 points per sample.

## 5   Quality assurance

5.1   Instruments

Calibration and measurement of the intensity of the light source, wavelength accuracy and UV absorption of the loaded sample glass plate in accordance with the instrument's instructions, all of which must meet the requirements of the instrument's instructions.

5.2   Sample preparation

5.2.1   The sample must not contain air bubbles (this can be observed by squeezing the sample with two microscope coverslips).

5.2.2   The sample must be repeatedly coated back and forth after addition to ensure uniformity, with at least 4 test points on the same slide and the relative standard deviation of $_C$ between test points must not be greater than 1%, otherwise the result is invalid.

5.2.3   Two or more slides must be applied to each sample for determination. The $_C$ difference between the two slides must not be greater than 2nm, otherwise it should be redone.

## 6   Results Report

The report should contain the following elements.

6.1   Instruments and numbers used.

6.2   Parallel sample $_C$.

6.3   Quality control sample $_C$.

6.4   Expression of results

C≥370nm Markable broad spectrum

# Part 4 Microbiological testing methods

# I. General Provisions

## General Principles

**1   Scope**

This specification sets out the basic requirements for the microbiological examination of cosmetics.

This specification applies to the collection, preservation and preparation of cosmetic samples for testing.

**2   Instruments and equipment**

2.1   Scales.

2.2   Autoclave.

2.3   Oscillator.

2.4   Triangular bottle, 250mL.

2.5   Glass beads.

2.6   Glass rods.

2.7   Graduated pipettes, 1mL, 10mL.

2.8   Grinder or homogeniser.

2.9   Constant temperature water bath.

**3   Culture media and reagents**

3.1   Sanitary saline

| Ingredients: Sodium chloride | 8.5g |
|---|---|
| Distilled water added to | 1000mL |

After dissolution, dispense into triangular bottles with glass beads, 90 mL each, 103.43 kPa (121°C 15 lb) for 20 min

Autoclave.

3.2   SCDLP Liquid Medium

| Ingredients: Casein peptone | 17g |
|---|---|
| Soybean peptone | 3g |
| sodium chloride | 5g |
| Dipotassium hydrogen phosphate | 2.5g |
| Glucose | 2.5g |

| | |
|---|---|
| Lecithin | 1g |
| Twain 80 | 7g |
| Distilled water | 1000mL |

Preparation: Dissolve lecithin in a small amount of distilled water by heating, then mix with other ingredients, dissolve by heating, adjust pH to 7.2-7.3 and autoclave for 20 min at 103.43 kPa (121°C 15 lb). Shake carefully to mix well with the Tween 80 in the bottom layer and cool to about 25°C for use.

Note: If casein peptone and soy peptone are not available, they can also be replaced by peptone.

3.3   Sterilised liquid paraffin.

3.4   Sterilise Tween 80.


**4   Sample collection and precautions**

4.1   The samples collected should be representative, generally depending on the size of each batch of cosmetics, the corresponding number of packages should be taken at random

Packed units. For testing, a total of 10g or 10mL should be taken from two or more packing units respectively.

The sampling volume may be increased by the number of sample packs as appropriate.

4.2    Samples for testing should be kept strictly in their original packaging. The container should not be broken and should not be opened before the test to prevent contamination of the sample.

4.3    Upon receipt of the sample, it should be registered immediately, the test No. should be prepared and the sample should be tested as soon as possible according to the test requirements. If the sample cannot be tested in time, it should be kept in a cool, dry place at room temperature and not refrigerated or frozen.

4.4    If only one sample is available and multiple analyses are required at the same time, e.g. bacteriological, toxicological, chemical, etc., it is advisable to remove part of the sample for bacteriological testing and then the remaining sample for other analyses.

4.5    In the testing process, from the opening of the packaging to the end of all testing operations, are required to prevent the re-contamination and spread of micro-organisms, the utensils and materials used should be pre-sterilised, all operations should be carried out in a sterile room, or under the appropriate conditions, according to the provisions of aseptic operation.

4.6    If faecal coliform or other pathogenic bacteria are detected, the strain and the sample tested should be kept for one month from the date of the report.


## 5    Preparation of samples for testing

5.1    Liquid samples

5.1.1    For water-soluble liquids, measure 10mL into 90mL of sterilised saline or, if the sample is less than 10mL, follow the 10-fold dilution method. For 5mL, add to 45mL of sterilised saline, mix well and make a 1:10 test solution.

5.1.2    For oily liquid samples, take 10mL of sample, add 5mL of sterilised liquid paraffin and mix well, then add 10mL of sterilised Tween 80, shake and mix for 10min in a water bath at 40°C-44°C, add 75mL of sterilised saline (pre-warmed in a water bath at 40°C-44°C), emulsify in a water bath at 40°C-44°C and make a 1:10 suspension. The suspension was made into a 1:10 suspension.

5.2    Semi-solid samples of creams, pastes and emulsions

5.2.1    For hydrophilic samples, weigh 10g, add to a triangular flask containing glass beads and 90mL of sterilised saline, shake well and allow to stand for 15min. use the supernatant as a 1:10 test solution.

5.2.2    For hydrophobic samples: weigh 10g, place in a sterilised mortar, add 10mL of sterilised liquid paraffin, grind to a viscous consistency, then add 10mL of sterilised Tween 80, grind until dissolved, add 70mL of sterilised saline and mix thoroughly in a water bath at 40°C to 44°C to make a 1:10 test solution.

5.3    Solid samples

Weigh 10g, add to 90mL of sterilised saline, shake well and mix to disperse and suspend, then leave to stand and take the supernatant as a 1:10 test solution.

If a homogeniser is available, add 10g of the above water-soluble creams, pastes and powders to 90mL of sterilised saline and homogenise for 1min-2min; for hydrophobic creams, pastes, eyebrow pencils and lipsticks, add 10mL of sterilised liquid paraffin, 10mL of Tween 80 and 70mL of sterilised saline and homogenise for 3min-5min. Mix with 10mL of sterilised liquid paraffin, 10mL of Tween 80 and 70mL of sterilised saline for 3min-5min.

# II. Total number of bacteria

## Aerobic Bacterial Count

### 1   Scope

This specification specifies the test method for the total number of bacteriological colonies in cosmetics. This specification applies to the determination of the total number of bacteriological colonies in cosmetics.

### 2   Definition

The following definitions are used in this specification

Aerobic bacterial count is the total number of colonies contained in 1g (1mL) of a cosmetic sample after treatment and incubation under certain conditions (e.g. medium composition, incubation temperature, incubation time, pH value, aerobic nature, etc.). The results obtained include only the total number of aerobic colonies of aerobic bacteria grown under the conditions specified in this method.

The determination of the total bacterial count facilitates the determination of the degree of bacterial contamination of the sample and is a comprehensive basis for the overall hygienic evaluation of the sample.

According to.

### 3   Instruments and equipment

3.1   Triangular bottle, 250mL.

3.2   Measuring cylinder, 200mL.

3.3   pH meter or precision pH test paper.

3.4   Autoclave.

3.5   Test tube: 15 x 150mm.

3.6   Sterilised flat dish: 9cm diameter.

3.7   Sterilised graduated pipettes, 10mL, 1mL.

3.8   Alcohol lamp.

3.9   Constant temperature incubator: 36°C ± 1°C.

3.10   Magnifying glass.

### 4   Culture media and reagents

4.1   Physiological saline: see 3.1 in the General Regulations.

4.2   Lecithin, Tween 80 - Nutrient Agar Medium

4.2.1   Ingredients: Peptone                    20g

                   Beef Paste                     3g

                   Sodium chloride            5g

                   Agar                           15g

                   Lecithin                       1g

                   Tween                        807g

                   Distilled water         1000mL

4.2.2   Preparation: Add lecithin to a small amount of distilled water, heat to dissolve, add Tween 80, add the other ingredients (except agar) to the rest of the distilled water and dissolve. Add the dissolved lecithin and Tween 80, mix well, adjust pH to 7.1-7.4, add agar, autoclave for 20 min at 103.43 kPa (121°C 15 lb) and store in a cold dark place.

4.3   0.5% 2,3,5-triphenyl terazolium chloride (TTC) Ingredients: TTC   0.5g

Distilled water                    100mL

Dissolve, filter, autoclave at 103.43 kPa (121°C for 15 lb) for 20 min and store in a brown reagent bottle at 4°C in the refrigerator.


## 5   Operating steps

5.1   Aspirate 2mL of the 1:10 dilution into two sterilised dishes of 1mL each, using a sterilised pipette. 1mL into a 9mL sterilised saline tube (do not allow the pipette to touch the surface), replace with another pipette and mix well to make a 1:100 solution. If the sample has a high bacterial content, it can be diluted to 1:1000, 1:10,000, etc., with one pipette for each dilution.

5.2   Pour melted and chilled lecithin Tween 80 nutrient agar medium at 45°C to 50°C into dishes, approximately one per dish.

15mL, then turn the dish to mix the sample well with the medium, and after the agar has solidified, turn the dish over and place it at 36°C.

An empty sterilised dish without sample was added with approximately 15mL of Tween 80 nutrient agar medium, and after the agar had solidified, the dish was turned over and incubated in an incubator at 36°C ± 1°C for 48h ± 2h as a blank control.

5.3   To differentiate between particles and colonies in cosmetics, add 1mL of 0.5% TTC solution to every 100mL of Tween 80 nutrient agar with lecithin, and if bacteria are present, the colonies will be red after incubation, while the colour of the cosmetic particles will not change.


## 6   Colony counting method

Count the number of colonies with the naked eye and then check with a magnifying glass at 5x to 10x magnification to prevent missing. After recording the number of colonies in each dish, find out the average number of colonies growing in each dish at the same dilution. If there are flaky colonies in the dish or the spreading colonies, the dish should not be counted. If the flake colony is less than half of the dish, and the remaining half of the number of colonies in the distribution is very uniform, then the half dish colony count can be multiplied by 2, to represent the whole dish colony count.


## 7   Colony counting and reporting methods

7.1   Firstly, a range of 30 to 300 average colonies was selected for the determination of the total number of colonies. When the average colony count of only one dilution falls within this range, the number of colonies in that dish is multiplied by its dilution (see example 1 in Table 1).

7.2   If there are two dilutions, both with an average colony count between 30 and 300, the ratio of the two colony counts should be determined, and if the ratio is less than or equal to 2, the average should be reported, or if greater than 2, the colony count of the less diluted dish should be reported (see examples 2 and 3 in Table 1).

7.3   If the average number of colonies at all dilutions is greater than 300, the average number of colonies at the highest dilution should be reported multiplied by the dilution factor (see example 4 in Table 1).

7.4   If the average number of colonies at all dilutions is less than 30, the average number of colonies at the lowest dilution should be reported multiplied by the dilution factor (see Table 1, Example 5).

7.5   If the average number of colonies for all dilutions is not between 30 and 300, and one dilution is

greater than 300 and the other adjacent dilution is less than 30, the average number of colonies close to 30 or 300 is reported multiplied by the dilution (see example 6 in Table 1).

7.6    If all dilutions are free of bacterial growth, the number reported is less than 10 CFU per g or per mL.

7.7    For reporting colony counts, the number of colonies within 10 is reported as the actual value, and for values greater than 100, two significant digits are used and the value following the two significant digits should be rounded off. To reduce the number of zeros after a number, an exponent of 10 may be used (see Table 1, column on reporting methods). When reporting the number of colonies as 'not countable', the dilution of the sample should be indicated.

| | Table 1 | | | Bacterial count results and reporting methods | |
|---|---|---|---|---|---|
| Example number of colonies at different dilutions $10^{-3}$ | Average $10^{-1}$ $10^{-2}$ | | Ratio of the number of bacteria at two dilutions | Total number of colonies (CFU/mL or CFU/g) | Reporting Method (CFU/mL or CFU/g) |
| 1 | 1365 | 164 | 20 | - | 16400 | 16000 or $1.6 \times 10^{4}$ |
| 2 | 2760 | 295 | 46 | 1.6 | 38000 | 38000 or $3.8 \times 10^{4}$ |
| 3 | 2890 | 271 | 60 | 2.2 | 27100 | 27000 or $2.7 \times 10^{4}$ |
| 4 | Not countable | 4650 | 513 | - | 513000 | 510000 or $5.1 \times 10^{5}$ |
| 5 | 27 | 11 | 5 | - | 270 | 270 or $2.7 \times 10^{2}$ |
| 6 | Not countable | 305 | 12 | - | 30500 | 31000 or $3.1 \times 10^{4}$ |
| 7 | 0 | 0 | 0 | - | $<1 \times 10$ | |

*CFU: Colony forming unit.

# III. Fecal coliform

## Fecal Coliforms

### 1   Scope

This specification specifies the test method for faecal coliforms in cosmetics. This specification applies to the testing of faecal coliforms in cosmetics.

### 2   Definition

The following definitions are used in this specification

Fecal coliforms are a group of aerobic and partly anaerobic Gram-negative non-bacteriophages that are found at 44.5

Incubated at ℃±0.5℃ for 24h-48h, it can ferment lactose to produce acid and gas. The bacterium is directly derived from faeces and is an important hygienic indicator bacterium.

### 3   Instruments

3.1   Constant temperature water bath or compartmentalised thermostat: 44°C ± 0.5°C.

3.2   Thermometer.

3.3   Microscope.

3.4   Slides.

3.5   Inoculation ring.

3.6   Induction hob.

3.7   Triangular bottle, 250mL.

3.8   Test tube: 15 x 150mm.

3.9   Small inverted tube.

3.10   pH meter or pH test paper.

3.11   Autoclave.

3.12   Sterilised pipettes, 10mL, 1mL.

3.13   Sterilised flat dish: 90mm diameter.

### 4   Culture media and reagents

4.1   Double lactose bile salt (with neutralising agent) medium

Ingredients: Peptone                40g

| | |
|---|---|
| Pig bile salt | 10g |
| Lactose | 10g |
| 0.4% Bromocresol Violet aqueous solution | 5mL |
| Lecithin | 2g |
| Twain 80 | 14g |
| Distilled water | 1000mL |

Preparation: Dissolve lecithin and Tween 80 in a small amount of distilled water. Dissolve peptone, bile salts and lactose in the rest of the distilled water, add together and mix, adjust pH to 7.4, add 0.4% aqueous bromocresol violet, mix well and dispense into test tubes (add a small inverted tube to each test tube). 68.95 kPa (115°C 10 lb) for 20 min.

4.2   Erythromelan (EMB) agar

Ingredients: Peptone                    10g

| | |
|---|---|
| Lactose | 10g |
| Dipotassium hydrogen phosphate | 2g |
| Agar | 20g |
| 2% eosin aqueous solution | 20mL |
| 0.5% Melphalan aqueous solution | 13mL |
| Distilled water | 1000mL |

Preparation: Add the agar to 900mL of distilled water, heat and dissolve, then add dipotassium phosphate peptone, mix and dissolve. The pH was corrected to 7.2-7.4 and divided into triangular flasks at 103.43kPa.

(121°C 15 lb) for 15 min Autoclave and reserve. When ready to use, add lactose and heat to melt agar. Cool to about 60°C. Add sterilised Erythromax Blue solution aseptically and shake well. Pour into a flat dish and reserve.

4.3   Peptone water (for indigo substrate test)

Ingredients: peptone (or tryptone)          20g

Sodium chloride                              5g

Distilled water                            1000mL

Preparation: Melt the above ingredients, adjust the pH value to 7.0-7.2, dispense in small test tubes and autoclave for 15 min at 103.43 kPa (121°C 15 lb).

4.4   Indigo Matrix Reagent

Test method: Inoculate bacteria in peptone water and incubate at 44°C±0.5°C for 24h±2h. Add Kovac's test along the wall of the tube.

The test tube was gently shaken with 0.3mL to 0.5mL of reagent. Positive ones show a deep rose red colour in the reagent layer.

Note: Peptones should be rich in tryptophan and each batch of peptones should be identified with known strains before use.

4.5   Gram staining solution.

4.5.1   Dye preparation

4.5.1.1   Crystalline violet staining solution.

Crystalline Violet                              1g

95% ethanol                              20mL

1 % aqueous ammonium oxalate solution 80mL

The crystalline violet was dissolved in ethanol and then mixed with a solution of ammonium oxalate.

4.5.1.2   Gram's iodine solution.

Iodine                                    1g

| Potassium iodide | 2g |
| Distilled water added to | 300mL |

Mix iodine with potassium iodide, add a little distilled water, shake thoroughly, and then add distilled water until completely dissolved.

300mL.

4.5.1.3   Decolourisation solution: 95% ethanol.

4.5.1.4   Re-staining solution.

（1）  Sandy yellow re-staining solution.

| Sandy Yellow | 0.25g |
| 95% ethanol | 10mL |
| Distilled water | 90mL |

Dissolve the saxifrage in ethanol, then dilute with distilled water.

（2）  Dilute sarcocarbonate reddish solution: weigh 10g of basic reddish, grind finely, add 95% ethanol 100mL, leave overnight and filter through filter paper. Take 10mL of this solution, add 5% aqueous solution of carbolic acid 90mL and mix, that is, carbolic acid reddish solution. Then take 10mL of this solution and add 90mL of water, that is, dilute stannous carbonic acid reddish solution.

4.5.2    Staining method

4.5.2.1    The smear was fixed on the flame, stained with crystalline violet dropwise for 1 min and washed with water.

4.5.2.2    Add a drop of Gram's iodine solution for 1 min and wash with water.

4.5.2.3    Decolourise by adding 95% ethanol dropwise for approx. 30s, or fill the entire smear with ethanol and immediately decant, then fill the entire smear with ethanol dropwise for 10s and wash with water.

4.5.2.4    Add re-staining solution dropwise, re-stain for 1min, wash with water, leave to dry and microscopically examine.

4.5.3    Staining results

Gram-positive bacteria are purple in colour and Gram-negative bacteria are red in colour.

Note: If a 1:10 dilution of Paraffin Red stain is used for re-staining, the re-staining time is only 10s.


## 5    Operating steps

5.1    Add 10mL of 1:10 diluted test solution to 10mL of double lactose bile salt (with neutralising agent) medium and set at 44

Incubate for 24h-48h in an incubator at ℃±0.5℃. If there is no acid production or gas production, then report as negative for faecal coliforms.

5.2    If acid and gas are produced, inoculate the plate with Erythromax blue agar and incubate at 36℃±1℃ for 18h-24h. At the same time, inoculate 1 to 2 drops of the culture solution into peptone water and incubate at 44℃±0.5℃ for 24h±2h.

After incubation, the plates were observed for typical colony growth on the above plates. Typical colonies of faecal coliforms on Erythromax Blue agar medium are dark purple-black, round, with neat edges and a smooth, moist surface, often with a metallic lustre. There are also purple-black colonies with no or slightly metallic lustre, or pinkish-purple colonies with a darker centre, which are also often faecal coliforms and should be selected for.

5.3    The above suspicious colonies were picked and stained for Gram stain microscopy.

5.4    Add approximately 0.5mL of indigo substrate reagent to the peptone water culture solution and observe the indigo substrate reaction. The surface of the positive reaction is rose-red; the surface of the negative reaction is the colour of the reagent.


## 6    Report of test results

The detection of faecal coliforms in the sample examined is reported on the basis of acid production and gas production from fermented lactose, typical colonisation of the plate and confirmation of Gram-negative short bacilli with a positive indigo matrix test.

# IV. Pseudomonas aeruginosa

## Pseudomonas Aeruginosa

### 1   Scope

This specification specifies the test method for Pseudomonas aeruginosa in cosmetics. This specification applies to the testing of Pseudomonas aeruginosa in cosmetics.

### 2   Definition

The following definitions are used in this specification.

Pseudomonas aeruginosa belongs to the genus Pseudomonas and is a Gram-negative bacterium, positive for oxidase and capable of producing pseudomonas aeruginosa. It also liquefies gelatine, reduces nitrate to nitrite and grows at 42°C ± 1°C.

The bacterium is pathogenic to humans and can cause septicemia, etc. by causing septicemia in the wounded area.

### 3   Instruments

3.1   Incubator: 42°C ± 1°C, 36°C ± 1°C.

3.2   Triangular bottle, 250mL.

3.3   Test tube: 15 x 150 mm.

3.4   Sterilised flat dish: 90mm diameter.

3.5   Sterilised graduated pipettes, 10mL, 1mL.

3.6   Microscope.

3.7   Slides.

3.8   Inoculation needle, inoculation ring.

3.9   Induction hob.

3.10   Autoclave.

### 4   Culture media and reagents

4.1   For SCDLP liquid media, see 3.2 in the general rules.

4.2   Hexadecyltrimethylammonium bromide medium

| Ingredients: Beef paste | 3g |
| Peptones | 10g |

| Sodium chloride | 5g |
| Hexadecyltrimethylammonium bromide | 0.3g |
| Agar | 20g |
| Distilled water | 1000mL |

Preparation: Dissolve the above ingredients, except agar, by heating, adjust pH to 7.4-7.6, add agar, 68.95 kPa

(115°C 10 lb) for 20 min, then sterilise and prepare the plates.

4.3   Acetamide medium

| Ingredients: Acetamide | 10.0g |
| Sodium chloride | 5.0g |
| Dipotassium hydrogen phosphate anhydrous | 1.39g |

| | |
|---|---|
| Potassium dihydrogen phosphate anhydrous | 0.73g |
| Magnesium sulfate ($_{MgSO_4}$.7H2O) | 0.5g |
| Phenol Red | 0.012g |
| Agar | 20g |
| Distilled water | 1000mL |

Preparation: Add all ingredients except agar and phenol red to distilled water, dissolve by heating, adjust pH to 7.2, add agar and phenol red, sterilize by autoclaving for 20 min at 103.43 kPa (121°C for 15 lb) and make plates for use.

4.4    Media for Pseudomonas aeruginosa assay

| | |
|---|---|
| Ingredients: Peptone | 20g |
| Magnesium chloride | 1.4g |
| Potassium sulphate | 10g |
| Agar | 18g |
| Glycerine (chemically pure) | 10g |
| Distilled water | 1000mL |

Preparation: Add peptone, magnesium chloride and potassium sulphate to distilled water, dissolve by heating, adjust pH to 7.4, add agar and glycerol, dissolve by heating, dispense in test tubes, autoclave for 20 min at 68.95 kPa (115°C 10 lb), make slant and reserve.

4.5    Gelatine medium

| | |
|---|---|
| Ingredients: Beef paste | 3g |
| Peptone | 5g |
| Gelatine | 120g |
| Distilled water | 1000mL |

Preparation: Add the ingredients to distilled water and soak for 20 min, stir at any time to dissolve, adjust pH to 7.4, dispense in test tubes, sterilize at 68.95 kPa (115°C 10 lb) for 20 min, then stand upright to make a high level and reserve.

4.6    Nitrate Peptone Water Medium

| | |
|---|---|
| Ingredients: Peptone | 10g |
| Yeast Infusion | 3g |
| Potassium nitrate | 2g |
| Sodium nitrite | 0.5g |
| Distilled water | 1000mL |

Preparation: Add peptone and yeast extract to distilled water, heat to dissolve, adjust pH to 7.2, boil and filter, add potassium nitrate and sodium nitrite, dissolve and mix well, divide into test tubes with small inverted tubes, 68.95kPa (115)

(℃ 10 lb) for 20 min and then sterilise and prepare for use.

4.7    Plain agar slant medium

Ingredients: Peptone                    10g

Beef Paste                   3g

Sodium chloride              5g

    Agar                          15g

    Distilled water          1000mL

Preparation: Dissolve all ingredients except agar in distilled water, adjust pH to 7.2-7.4, add agar, dissolve by heating, dispense in test tubes, autoclave for 20 min at 103.43 kPa (121°C 10 lb) and make a slant and reserve.

## 5   Operating steps

5.1   Culture: add 10mL of 1:10 sample dilution to 90mL of SCDLP liquid medium at 36°C±1°C.

If Pseudomonas aeruginosa grows, there is a thin film on the surface of the culture, and the culture is often yellow-green or blue-green.

5.2   Pseudomonas aeruginosa on this medium, the colonies are flat and amorphous, spreading or slightly spreading to the periphery, the surface is moist, the colonies are greyish-white, the medium around the colonies often spread with water-soluble pigments, this medium is selective. E. coli cannot grow, Gram-positive bacteria grow poorly.

In the absence of hexadecane-trimethylammonium bromide agar can also be isolated by acetamide medium, the bacterial solution will be inoculated in line on the plate, put 36 ℃ ± 1 ℃ incubation 24h ± 2h, Pseudomonas aeruginosa in this medium grows well, the colony is flat, the edge is not neat, the medium around the colony is slightly pink, other bacteria do not grow.

5.3   Stain microscopy: pick suspicious colonies, smear, Gram stain, and perform oxidase test if microscopy is Gram-negative.

5.4   Oxidase test: Take a small piece of clean white filter paper and place it in a sterilised dish. Pick a suspicious colony of Pseudomonas aeruginosa on the filter paper with a sterile glass rod, then add a drop of freshly prepared 1% dimethyl-p-phenylenediamine solution on it.

5.5   Pseudomonas aeruginosa test: take 2 to 3 suspect colonies, inoculate them on Pseudomonas aeruginosa assay medium and place them at 36°C.

Incubate at ±1°C for 24h±2h, add 3mL-5mL of chloroform, shake thoroughly to dissolve the Pseudomonas aeruginosa in the chloroform solution, when the chloroform extract is blue, transfer the chloroform to another test tube with a pipette and add 1mL of 1mol/L hydrochloric acid, shake and leave for a moment. The presence of Pseudomonas aeruginosa in the upper hydrochloric acid solution is considered positive if the upper layer appears pink to purple in colour.

5.6   Nitrate reduction and gas production test: Pick a pure culture of suspected Pseudomonas aeruginosa, inoculate it in nitrate peptone medium, incubate it at 36°C±1°C for 24h±2h and observe the results. If there is gas in the small inverted tube in the nitrate peptone medium, it is positive, indicating that the bacterium can reduce nitrate and decompose nitrite to produce nitrogen gas.

5.7   For gelatin liquefaction test, take pure culture of Pseudomonas aeruginosa suspected colonies, puncture and inoculate in gelatin medium, incubate at 36℃±1℃ for 24h±2h, take out and put in the refrigerator for 10min~30min, if it is still dissolved or the surface is dissolved, it is positive for gelatin liquefaction test; if it is solidified and insoluble, it is negative.

5.8   42°C growth test: Pick a pure culture of suspected Pseudomonas aeruginosa, inoculate it on normal agar slant medium, place it in an incubator at 42°C±1°C and incubate for 24h-48h. Pseudomonas aeruginosa is positive if it can grow, while Pseudomonas fluorescens, which is a close approximation, cannot grow.

## 6   Report of test results

Pseudomonas aeruginosa can be reported if the sample is confirmed to be a Gram-negative bacillus with a positive oxidase and pseudomonas aeruginosa test; if the pseudomonas aeruginosa test is negative but the liquefied gelatin, nitrate reduction gas and 42°C growth tests are all positive, Pseudomonas aeruginosa can still be reported.

# V. Staphylococcus aureus

## Staphylococcus Aureus

### 1   Scope

This specification specifies the test method for Staphylococcus aureus in cosmetics. This specification applies to the testing of Staphylococcus aureus in cosmetics.

### 2   Definition

The following definitions are used in this specification

Staphylococcus aureus is a gram-positive coccus with a grape-like arrangement, no budding cells, no pods, able to break down mannitol and positive for plasma coagulase.

This bacterium is the most pathogenic of the staphylococci in humans, causing localised septic lesions in humans and in severe cases septicaemia.

### 3   Instruments and equipment

3.1   Microscope.

3.2    Constant temperature incubator: 36°C ± 1°C.

3.3   Centrifuge.

3.4   Sterilised pipettes, 1mL, 10mL.

3.5   Sterilised test tubes: 15 x 150mm.

3.6   Slides.

3.7   Alcohol lamp.

### 4   Culture media and reagents

4.1   For SCDLP liquid media, see 3.2 in the general rules.

4.2   7.5% sodium chloride broth

Ingredients: Peptone                           10g

Beef Paste                          3g

Sodium chloride                    75g

Distilled water added to        1000mL

Preparation: Dissolve the above ingredients by heating, adjust the pH to 7.4, dispense and autoclave for

15 min at 103.43 kPa (121°C 15 lb).

4.3   Baird Parker Flats

| Ingredients: Tryptone | 10g |
|---|---|
| Beef Paste | 5g |
| Yeast infusion | 1g |
| Sodium pyruvate | 10g |
| Glycine | 12g |
| Lithium chloride (LiCl-6H2O) | 5g |

| | |
|---|---|
| Agar | 20g |
| Distilled water | 950mL |

pH 7.0±0.2

Preparation of bacterium enhancer: 50mL of 30% yolk saline mixed with 10mL of decontaminated and filtered 1% potassium tellurite solution, stored in the refrigerator.

Preparation: Add the ingredients to distilled water, boil to dissolve completely, cool to 25°C ± 1°C and correct pH. 95mL per bottle, autoclave at 103.43kPa (121°C for 15 lb) for 15min. when ready to use, dissolve the agar by heating, add 5mL of potassium yolk tellurite booster per 95mL, shake well and pour onto the plate. Shake well and pour onto the plates. The medium should be dense and opaque. Do not store in the refrigerator for more than 48h±2h before use.

4.4   Blood agar medium

| | |
|---|---|
| Ingredients: Nutrient agar | 100mL |
| Defibrinated sheep blood (or rabbit blood) | 10mL |

Preparation: Melt the nutrient agar, leave to cool to about 50°C, add the defibrinated sheep's blood aseptically, shake well, make a plate and set aside in the refrigerator.

4.5   Mannitol fermentation medium

| | |
|---|---|
| Ingredients: Peptone | 10g |
| Sodium chloride | 5g |
| Mannitol | 10g |
| Beef Paste | 5g |
| 0.2% Muscovitol Blue solution | 12mL |
| Distilled water | 1000mL |

Preparation: Add peptone, sodium chloride and beef paste to distilled water, dissolve by heating, adjust pH 7.4, add mannitol and indicator, mix well and dispense in test tubes, sterilize at 68.95 kPa (115°C 10 lb) for 20 min and set aside.

4.6   Rabbit (human) plasma preparation

Autoclave 3.8% sodium citrate solution at 103.43 kPa (121°C 15 lb) for 30 min, add 1 portion to 4 portions of rabbit (human) whole blood, mix well and leave to stand; centrifuge at 2000 rpm to 3000 rpm for 3 min to 5 min. blood cells sink and take the top plasma.


**5   Operating steps**

5.1   Bacterial growth: Inoculate a 1:10 dilution of the sample into 90mL of SCDLP liquid medium, incubate at 36°C±1°C and incubate for 24h±2h.

Note: If this medium is not available, 7.5% NaCl broth can also be used.

5.2   The colonies on the blood agar plate are golden yellow, large and raised, round, opaque, smooth and surrounded by a haemolytic circle. On Baird Parker's medium they are round, smooth, raised, moist, 2mm to 3mm in diameter, grey to black in colour with a pale margin and surrounded by a cloudy band with a transparent band in the outer layer. The colonies appear to have the softness of cream gum when touched with an inoculating needle. Occasionally, similar colonies are encountered that are not lipolytic, but without

the cloudy band or hyaline band. Individual colonies were picked and purified on a blood agar plate and placed on a 36-cm plate.

Incubate at °C ± 1°C for 24h ± 2h.

5.3    Staining and microscopy: Pick a pure colony, smear, Gram stain and microscopy. Staphylococcus aureus is a Gram-positive bacterium, arranged in a grape shape, without budding cells, without entrapment, pathogenic staphylococcus, with a small body, about 0.5m to 1m in diameter.

5.4    Mannitol fermentation test: Inoculate the above pure colonies into mannitol fermentation medium, add 2mm~3mm of sterilised liquid paraffin on the surface of the medium and incubate at 36°C±1°C for 24h±2h. Staphylococcus aureus should be able to ferment mannitol to produce acid.

5.5   Plasma coagulase test: aspirate 0.5mL of fresh 1:4 plasma into a sterilised tube, add 0.5mL of broth culture of the bacterium to be tested for 24h±2h. Mix well, place in a 36°C±1°C thermostat or constant temperature water bath, observe every half hour, if a clot is present within 6h, the test is positive. At the same time, 0.5mL of broth culture and 0.5mL of broth medium of known plasma coagulase-positive and negative strains were added to 0.5mL of sterilised 1:4 plasma and mixed as control.

## 6   Report of test results

Where there is suspicious colony growth on the above selected plates, proven by stain microscopy to be Gram-positive Staphylococcus and capable of fermenting mannitol to produce acid, and a positive plasma coagulase test, the sample examined can be reported as having detected Staphylococcus aureus.

## VI. Moulds and yeasts

## Molds and Yeast Count

### 1   Scope

This specification specifies a method for the detection of mould and yeast counts in cosmetics. This specification applies to the counting of moulds and yeasts in various cosmetics.

### 2   Definition

The following definitions are used in this specification.

Determination of molds and yeast count (Determination of molds and yeast count) is the number of live moulds and yeasts contaminated in 1g or 1mL of cosmetic products after incubation under certain conditions, in order to determine the degree of contamination of cosmetics by moulds and yeasts and their general hygiene.

This method is based on the specific morphological and cultural characteristics of moulds and yeasts, and the number of moulds and yeasts grown is calculated by incubating them on Tiger Red medium at 28°C ± 2°C for 72h.

### 3   Instruments and equipment

3.1   Incubator: 28°C ± 2°C.

3.2   Oscillator.

3.3   Scales.

3.4   Triangular bottle, 250mL.

3.5   Test tube: 15 x 150mm.

3.6   Flatware: 9cm diameter.

3.7   Pipette, 1mL, 10mL.

3.8   Measuring cylinder, 200mL.

3.9   Alcohol lamp.

3.10   Autoclave.

### 4   Culture media and reagents

4.1   Sanitary saline

See 3.1 in the General Conditions.

4.2   Tiger Red (Bengal Red) Medium

Ingredients: Peptone                          5g

| | |
|---|---|
| Glucose | 10g |
| Potassium dihydrogen phosphate | 1g |
| Magnesium sulphate (containing 7H2O) | 0.5g |
| Agar | 20g |
| 1/3000 Tiger Red solution | 100mL |
| (Tetrachlorotetraiodofluorescein) | |
| Distilled water | 1000mL |
| Chloramphenicol | 100mg |

Preparation: Dissolve the above ingredients (except Tiger Red) in distilled water, then add Tiger Red solution. After dispensing, the

103.43 kPa (121°C 15 lb) for 20 min, autoclave, dissolve chloramphenicol in a small amount of ethanol, filter and dissolve, then add to Pe

If chloramphenicol is not available, add 30mg of streptomycin per 1000mL.

**5   Operating steps**

5.1   Sample dilution

See 6.1 in the determination of the total number of bacteria.

5.2   Take 1mL of 1:10, 1:100 and 1:1000 test solution into sterilised dishes, using 2 dishes for each dilution, fill with Tiger Red medium melted and cooled to about 45°C±1°C and shake well. After solidification, turn the plates over and incubate at 28°C±1°C for 72h±2h and count the number of moulds and yeasts growing in the plates. If there is mould spreading, to avoid affecting other moulds and yeast counting, the plate should be taken out for counting at 48h±2h.

5.3   Calculation method: Count the number of moulds and yeast colonies growing on each plate and find out the average number of colonies per dilution. When determining the results, the number of colonies should be selected within the range of 5 to 50 dishes counted, multiplied by the dilution, that is, each g (or each mL) of the sample contains the number of moulds and yeasts. For other ranges, the colony count should be reported in the same way as the colony count.

5.4   The number of moulds and yeasts per g (or per mL) of cosmetic product is expressed in CFU/g (mL).

# Part 5 Methods of Safety and Efficacy Evaluation in Human

# I. General Provisions

## General principles

**1   Scope**

This specification specifies the human test items and requirements for the safety and efficacy evaluation of cosmetics. This specification applies to the human safety and efficacy evaluation of cosmetic end-products.

**2   The basic principles of cosmetic human testing**

2.1   Selection of an appropriate subject population with a certain number of cases.

2.2    Cosmetics human testing should be completed before the necessary toxicological tests and written proof, toxicological tests failed samples are no longer human testing.

2.3   The human patch test for cosmetics is suitable for testing sunscreen, spot removal and deodorant cosmetics.

2.4   The human safety test for cosmetics is suitable for testing bodybuilding, breast beauty, hair care and hair removal cosmetics.

2.5    The sun protection test for sunscreen cosmetics applies to the determination of the Sun Protection Factor (SPF), the SPF

Waterproof test and determination of the Protection Factor of UVA (PFA value).

# II. Human skin patch test

## Human Skin Patch Test

### 1   Scope

This specification specifies the basic principles, purpose, requirements, methods and interpretation of results of the human skin patch test. This specification applies to the detection of potential adverse reactions of cosmetic end-products and their raw materials on human skin.

### 2   Citation Standards

Diagnostic criteria and principles for the treatment of cosmetic dermatoses General (GB17149.1-1997)
Diagnostic criteria and principles for the treatment of cosmetic contact dermatitis (GB17149.2-1997)

### 3   Purpose

To test the potential of the test substance to cause adverse skin reactions in humans.

### 4   Basic Principles

4.1   Eligible volunteers were selected as test subjects.

4.2   A human skin patch test should be carried out using standardised patch test materials.

4.3   In principle, depending on the nature of the cosmetic product, the original cosmetic end-product can be used for the closed skin patch test, i.e. skin washes and/or hair cleansers should be diluted to 1% aqueous solution; the original cosmetic end-product can be used for the open skin patch test, i.e. skin washes and/or hair cleansers should be diluted to 5% aqueous solution, and hair removal agents to 10% dilution. The test substance may be a cosmetic end-product, i.e. a skin wash and/or hair cleanser diluted to 5% aqueous solution and a depilatory agent diluted to 10%.

### 5   Subject selection

5.1    Volunteers aged 18 to 60 years who met the requirements of the trial were selected as subjects.

5.2    A person cannot be selected as a subject who has

5.2.1    Those who have used antihistamines in the last week or immunosuppressive drugs in the last month.

5.2.2    Those who have had any anti-inflammatory drugs applied to the test site within the last two months

5.2.3    Subjects with clinically unresolved inflammatory skin diseases.

5.2.4    Insulin-dependent diabetics.

5.2.5    Patients with asthma or other chronic respiratory conditions undergoing treatment.

5.2.6    Those who have received anti-cancer chemotherapy within the last 6 months.

5.2.7    Patients with immune deficiencies or autoimmune diseases.

5.2.8    Women who are breastfeeding or pregnant.

5.2.9   Bilateral mastectomies and bilateral axillary lymph node dissection

5.2.10   Persons whose test results are affected by scarring, pigmentation, atrophy, macules or other defects in the area of skin to be tested.

5.2.11   Participants in other clinical trial studies.

5.2.12   Highly sensitive individuals.

5.2.13   Non-volunteer participants or those who are unable to complete the required content as required by the test.

## 6   Methods

6.1   The skin patch test can be divided into a closed skin patch test and an open skin patch test. The closed skin patch test is suitable for most cosmetic products and for a small number of cosmetic products that require pre-treatment. The open skin patch test is used for products that cannot be tested directly on the original cosmetic product and to verify the skin reaction results of the closed skin patch test.

6.2   Closed skin patch test

6.2.1   A minimum of 30 participants were selected for the trial according to subject entry criteria.

6.2.2   Select a qualified spot test material. Place the test substance in the spotter at a dosage of approximately 0.020g to 0.025g (solid or semi-solid) or 0.020mL to 0.025mL (liquid, which can be added dropwise to the filter paper attached to the spotter and placed in the spotter). When the test substance is the original cosmetic end-product, the control well is a blank control (no substance is placed) and when the test substance is a diluted cosmetic, the diluent of the cosmetic is used in the control well. The spot test device with the test substance is applied to the back or the curved side of the forearm of the subject with non-irritating tape and is applied to the skin with gentle pressure with the palm of the hand for 24h.

6.2.3   The skin reaction was observed 30 min after removal of the subject's patch test apparatus and after the indentation had disappeared. If the result is negative, observe again at 24h and 48h after the patch test. The results were recorded in accordance with Table 1 (Standard Scale for Grading Adverse Skin Reactions).

Table 1   Grading criteria for adverse skin reactions

| Response level | Rating scale | Skin reactions |
|---|---|---|
| - | 0 | Negative reaction |
| ± | 1 | Suspicious reaction; faint erythema only |
| + | 2 | Weakly positive reaction (erythematous reaction); erythema, infiltrates, oedema, may have papules |
| + + + | 3 | Strongly positive reaction (herpetic reaction); erythema, infiltration, oedema, papules, herpes; reactions<br><br>Should be able to extend beyond the test area |
| + + + + | 4 | Very strong positive reaction (fused herpetic reaction); marked erythema, severe infiltration, edema,<br><br>Fusion herpes; reaction beyond the test area |

6.3   Open skin patch test

6.3.1   A minimum of 30 participants were selected for the trial according to subject entry criteria.

6.3.2   The test area should be 5 x 5 $^{cm2 \, on \, the}$ flexor side of the forearm, the mastoid area or the site of application, and should be kept dry and away from other topical preparations.

6.3.3   Apply 03g to 05g (mL) of the test substance evenly to the test site twice a day for 7 days while observing skin reactions, and if skin reactions occur during this process, decide whether to continue the test according to the specific situation.

6.3.4   Skin reactions are judged according to the skin reaction criteria of the open patch test, see Table 2.

6.3.5   The concentration of the test substance should be determined by the actual concentration and method of use of the cosmetic product, i.e. when diluting the product, the diluent or excipient should be applied to the opposite side of the test area as a control.

Table 2        Open patch test skin reaction assessment criteria table

| Response level | Rating scale | Skin reactions |
|---|---|---|
| - | 0 | Negative reaction |
| ± | 1 | Faint erythema, dry, wrinkled skin |
| + | 2 | Erythema, oedema, papules, bumps, flaking, fissures |
| + + + | 3 | Visible erythema, edema, blisters |
| + + + + | 4 | Severe erythema, oedema, blistering, vesicles, hyperpigmentation or hypopigmentation, acne-like changes |
| | | Change |

## 7   Interpretation of results

7.1    Interpretation of the results of the skin-closing patch test: A dermal adverse reaction is considered to be present in humans if more than 5 out of 30 subjects have a Grade 1 dermal adverse reaction, or more than 2 have a Grade 2 dermal adverse reaction (more than 5 have a Grade 2 reaction in the patch test for deodorant products), or if any of the subjects have a Grade 3 or more dermal adverse reaction.

7.2   Interpretation of the results of the open skin patch test: If there are 5 or more Grade 1 dermal adverse reactions, 2 or more Grade 2 dermal adverse reactions, or 1 or more Grade 3 or higher dermal adverse reactions in any of the 30 subjects, the test substance is considered to have a significant adverse effect on humans.

# III. Human trial test safety evaluation

## Safety Evaluation of Using Tests of Cosmetics on Human Body

### 1   Principles

Human testing of cosmetics should conform to the basic principles of the International Declaration of Helsinki by requiring subjects to sign an informed consent form and to take the necessary medical precautions to protect the interests of the subjects to the greatest extent possible.

### 2   Scope

The human test safety evaluation applies to special purpose cosmetics as defined in the Cosmetics Hygiene Supervision Regulations, which currently include bodybuilding, breast care, hair care and hair removal cosmetics.

### 3   Purpose of the test

The main test is the potential of the test substance to cause adverse skin reactions in humans.

### 4   Subject selection

4.1   Volunteers aged 18 to 60 years who met the requirements of the trial were selected as subjects.

4.2   A person cannot be selected as a subject who has

4.2.1   Those who have used antihistamines in the last week or immunosuppressive drugs in the last month.

4.2.2   Any anti-inflammatory drug applied to the test site within the last two months.

4.2.3   Subjects with clinically untreated inflammatory skin disease.

4.2.4   Insulin-dependent diabetics.

4.2.5   Patients with asthma or other chronic respiratory conditions who are receiving treatment.

4.2.6   Those who have received anti-cancer chemotherapy within the last 6 months.

4.2.7    Patients with immunodeficiency or autoimmune diseases.

4.2.8    Women who are breastfeeding or pregnant.

4.2.9    Bilateral mastectomy and bilateral axillary lymph node dissection.

4.2.10    Where the test results are affected by scarring, pigmentation, atrophy, macules or other defects on the skin area to be tested.

4.2.11    Participants in other clinical trials.

4.2.12    Highly sensitive individuals.

4.2.13    Non-volunteer participants or those who are unable to complete the required content as required by the test.

**5** See Table 1 for **grading criteria for skin reactions**.

Table 1      Grading criteria for adverse skin reactions in human trial tests

| Adverse skin reactions | Grading |
|---|---|
| No response | 0 |
| Faint erythema | 1 |
| Erythema, infiltrates, papules | 2 |
| Erythema, oedema, papules, blisters | 3 |
| Erythema, edema, blistering | 4 |

## 6   Test method

### 6.1   Haircare products

More than 30 patients with hair loss were selected according to the subject entry criteria and the subjects were allowed to use the tested products directly according to the characteristics and methods of use stated on the cosmetic product label. Subjects were observed or followed up by telephone once a week for skin reactions, and the results were recorded according to the classification criteria for adverse skin reactions in Table 1, and the duration of the trial should not be less than 4 weeks.

### 6.2   Bodybuilding products

At least 30 cases of simple obesity were selected according to the criteria for the selection of subjects, and the subjects were allowed to use the product directly according to the characteristics and methods of use stated on the cosmetic product label. The subjects were observed once a week or followed up by telephone for any systemic adverse reactions such as anorexia, diarrhoea or fatigue, etc. Skin reactions at the sample application site were observed and the results were recorded according to the classification of skin adverse reactions in Table 1.

### 6.3   Breast Beauty Products

Thirty or more normal female subjects were selected according to the subject selection criteria, and the subjects were allowed to use the tested product directly according to the characteristics and methods of use stated on the cosmetic product label. The subjects were observed once a week or followed up by telephone for any systemic adverse reactions such as nausea, fatigue, menstrual disorders and other discomforts, etc. Skin reactions at the site of application of the sample were observed and the results were recorded according to the classification criteria for skin adverse reactions in Table 1. The trial period should not be less than 4 weeks.

### 6.4   Hair removal products

Thirty or more volunteer subjects were selected according to the subject selection criteria, and the subjects were allowed to use the tested product directly according to the characteristics and methods of use stated on the cosmetic product label. After the trial, the doctor in charge observed the local skin reactions and recorded the results according to the classification criteria for adverse skin reactions in Table 1.

## 7   Results safety evaluation

If there are more than 2 cases (excluding 2 cases) of Grade 1 skin adverse reactions, or more than 1 case (excluding 1 case) of Grade 2 skin adverse reactions, or any 1 case of Grade 3 or above skin adverse reactions among 30 subjects of hair care, body building and breast beauty products, the test substance is considered to have an adverse skin reaction to humans; if there are more than 3 cases (excluding 3 cases) of Grade 1 skin adverse reactions, or more than 2 cases (including 2 cases) of Grade 2 skin adverse reactions among 30 subjects of hair removal products, the test substance is considered to have a significant adverse skin reaction to humans. If more than 3 cases (excluding 3 cases) of Grade 1 skin adverse reactions or more than 2 cases (excluding 2 cases) of Grade 2 skin adverse reactions or any 1 case of Grade 3 or more skin adverse reactions occur in 30 subjects of hair removal products, the test substance is considered to have significant adverse reactions in humans.

# Fourth, sunscreen cosmetics sun protection effect of human testing

## Tests *in vivo* of UV Protection Efficacy of Cosmetic Sunscreens

### 1   Principles

Human trials of the sunscreen effects of sunscreen cosmetics should conform to the basic principles of the International Declaration of Helsinki by requiring subjects to sign an informed consent form and to take the necessary medical precautions to protect the interests of the subjects to the greatest extent possible.

### 2   Scope

The human test on the sun protection effect of sunscreen cosmetics is applicable to sunscreen cosmetics as defined in the Cosmetics Hygiene Supervision Regulations and currently includes the determination of the sun protection index (SPF), the SPF water resistance test and the long-wave violet ray protection index (PFA).

### 3   Test conclusions and reporting requirements

Sunscreen cosmetic sunscreen effect test should give specific test results or conclusions. The test report should include the following: general information about the subject including sample number, name, production batch number, production and delivery unit, description of the physical state of the sample and the test start and end time, test purpose, materials and methods, test results and conclusions. The test results section is generally expressed in a table and should include general information about the subject, test conditions, standard control samples, all raw test data and statistical results. The test report should be signed by the examiner, the checker and the technical director respectively, and stamped with the official seal of the testing unit.

## (i) Sunscreen cosmetics sun protection index (SPF) determination method

**1   Scope**

This specification specifies a method for the determination of SPF values for sunscreen cosmetics. This specification applies to the determination of the SPF value of sunscreen cosmetics.

**2   Normative references**

（1）The US Food and Drug Administration (FDA) method for determining the sun protection index of sunscreen products

(Testing Procedure, Federal Register, 21 CFR. Part 352. 70-73, 1999)

（2）International SPF determination methods (COLIPA Europe, CTFA South Africa and JCIA Japan)

(International Sun Protection Factor (SPF) Test Method, 2006)

**3   Definition**

3.1   Ultraviolet wavelength

Short-wave ultraviolet (UVC): 200nm～290nm Medium-wave ultraviolet (UVB): 290nm～320nm Long-wave ultraviolet (UVA): 320nm～400nm

3.2   Minimal erythema dose (MED): The minimum dose ($^{J/m2}$) or minimum time (seconds) of UV exposure required to cause erythema of the skin to the edge of the point of exposure.

3.3   Sun protection factor (SPF): The ratio of the MED required to cause erythema on skin protected by a sunscreen to the MED required to cause erythema on unprotected skin is the SPF of the sunscreen, which can be expressed as follows.

$$SPF = \frac{MED \text{ for skin protection with sunscreen cosmetics}}{MED \text{ for unprotected skin}}$$

**4   SPF measurement method**

4.1   Light source: The artificial light source used must be a xenon arc lamp daylight simulator with a

filtering system.

4.1.1   Nature of UV radiation: UV daylight simulators should emit a continuous spectrum with no gaps or peaks in the UV region.

4.1.2   The light source output should be stable and homogeneous over the entire beam cross-section (especially important for single beam sources).

4.1.3   The light source must be equipped with an appropriate filtering system so that the output spectrum meets the requirements of Table 1. The spectral characteristics are described in terms of the cumulative erythema effect in the continuous band from 290 nm to 400 nm. The erythemal effect in each band can be expressed as a percentage of the total erythemal effect from 280 nm to 400 nm, i.e. the Relative Cumulative Erythemal Effectiveness (%RCEE). The %RCEE requirements for the light source output are shown in Table 1.

Table 1   Acceptable limits of %RCEE for the output of UV daylight simulator light sources

| Spectral range (nm) | Measured %RCEE | |
|---|---|---|
| | Lower limit | Upper limit |
| <290 | | <1.0 |
| 290-300 | 1.0 | 8.0 |
| 290-310 | 49.0 | 65.0 |
| 290-320 | 85.0 | 90.0 |
| 290-330 | 91.5 | 95.5 |
| 290-340 | 94.0 | 97.0 |
| 290-400 | 99.9 | 100.0 |

4.1.4   The light source output should be checked by a UV auxiliary illuminator prior to the test and the light source spectrum should be systematically calibrated once a year, with similar calibrations carried out each time the main optical components are replaced. Independent experts are required to carry out this annual monitoring work.

4.2   Subject selection

4.2.1   Healthy volunteer subjects aged 18 to 60 years, both sexes, were selected.

4.2.2   No previous history of photoreceptor disease and no recent use of medication that affects photoreceptors.

4.2.3   Subjects with skin types I, II or III, i.e. those who are sensitive to sunlight or UV radiation and prone to sunburn but not to hyperpigmentation after exposure.

4.2.4   The skin of the subject area should be free of hyperpigmentation, inflammation, scarring, pigmented nevi and hirsutism.

4.2.5   Subjects should be excluded if they are pregnant, breastfeeding, taking anti-inflammatory drugs such as oral or topical corticosteroids, or have undergone a similar trial within the last month.

4.2.6   The method specifies a minimum number of 10 cases and a maximum number of 25 cases for each sunscreen cosmetic.

4.3   See Appendix I for the preparation of SPF standards.

4.4   MED measurement method

4.4.1   Subject position: irradiated posteriorly, either in a forward leaning or prone position.

4.4.2   The sample is coated with an area of not less than $^{30cm2}$.

4.4.3   Sample dosage and application method: Weigh the sample at a dosage of $^{2mg/cm2}$, apply the sample evenly to the test area using a latex finger sleeve and wait for 15 minutes.

4.4.4   Subject MED: This should be done 24 hours before the product is tested. An irradiated area is selected on the back of the subject's skin and 5 points are irradiated with different doses of UV light and the results are observed after 16-24 hours. The lowest dose or shortest exposure time at which the skin becomes erythematous is the MED of the subject's normal skin.

4.4.5   Determination of the SPF of the sample to be tested: The MED is to be determined on the day of the

test in all three cases simultaneously.

4.4.5.1    Determination of the subject's unprotected skin MED: The UV dose was adjusted according to the predicted MED value in 4.4.4 and the subject's unprotected skin MED was determined again on the day of the test.

4.4.5.2    The MED of the subject's skin under product protection was determined by applying the test product to the subject's skin and then determining the MED of the skin under product protection as described in 4.4.4. In selecting the increase in dose at the 5-point test site, reference was made to the range of SPF values for which the sunscreen product was formulated: for products with an SPF of ≤15, the incremental dose at the five points was 25%; for products with an SPF >15, the incremental dose at the five points was at least 12%. For SPF >15, the dose increment at the five exposure points should be at least 12%.

4.4.5.3    To determine the MED of the subject's skin under the protection of the standard sample: apply the SPF standard sample to the subject area. For SPF values

For products with ≤15, choose a low SPF standard, for products with SPF >15, a high SPF standard is preferable (P2)

(or P3). The MED of the skin under the protection of the standard sample was determined in the same way as in 4.4.4.

4.5    Exclusion criteria: If no red spots appear on any of the 5 test points, or if red spots appear on all 5 test points, or if red spots appear randomly on the test points, the results should be ruled invalid and the instrumentation should be calibrated and re-measured.

4.6    Calculation of SPF values

The SPF of the sample for an individual subject is calculated using the following equation.

$$\text{Individual SPF} = \frac{\text{Sample MED for skin protection}}{\text{MED for unprotected skin}}$$

The arithmetic mean of the SPF values of all subjects protected by the sample is calculated and the integer part is the SPF value for that assay sample. The sampling error of the mean can be estimated by calculating the standard deviation and standard error of the data for the group. The 95% confidence interval (95% CI) of the mean is required to be no more than 17% of the mean (if the mean is 10, the 95% CI should be between 8.3 and 11.7), otherwise the number of subjects should be increased (to no more than 25) until the above requirements are met.

**5    Inspection reports**

The report should include the following: general information on the subject including sample number, name, production batch number, production and delivery units, sample physical description and test start and end time, test purpose, materials and methods, test results, conclusions. The inspection report should be the inspector, checker and technical person in charge of the signature, and stamped with the official seal of the inspection unit. The test results are given in the form of a table (see Table 2).

Table 2    Results of SPF determination for standard controls and samples

| Subject number | Gender | Skin Type | Age | Standard SPF | Sample to be tested SPF value |
|---|---|---|---|---|---|
| 01 | | | | | |
| 02 | | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| 09 | | | | | |
| 10 | | | | | |
| Mean X | | | | | |

Standard
deviation SD

95% CI

**Appendix I Preparation of Low-SPF Standards**

Ⅰ1　　When determining the SPF of sunscreen products, it is necessary to measure sunscreen standards as controls at the same time to ensure the validity and consistency of the test results.

I2　　The sunscreen standard is an 8% trimethylene ring already ester salicylate product with a mean SPF of 4.47 and a standard deviation of 1.297.

I3 The SPF value of the standard measured must lie within the standard deviation of the known SPF value, i.e. $4.47 \pm 1.297$, and must include SPF value 4 within the 95% confidence limit of the measured SPF value.

I4　　The standards were prepared as follows.

Table 3　Preparation of sunscreen standards

| Ingredients | Weight ratio % |
|---|---|
| Phase A. | |
| Humosalate (trimethylcyclic acid salicylate, Homosalate) | 8.00 |
| Lanolin (Lanolin) | 5.00 |
| Stearic acid (Stearic acid) | 4.00 |
| White petrolatum | 2.50 |
| Propyl paraben (Propylparaben) | 0.05 |
| Phase B. | |
| Purified water | 74.30 |
| 1,2-Propanediol (Propylene glycol) | 5.00 |
| Triethanolamine | 1.00 |
| Methyl p-hydroxybenzoate (Methylparaben) | 0.10 |
| Disodium EDTA (EDTA) | 0.05 |

Preparation method: Heat phase A and phase B to 72℃～82℃ respectively and stir continuously until all components are dissolved. Add phase A to phase B while stirring and continue stirring until the resulting emulsion cools to room temperature (15℃～30℃), resulting in 100g of sunscreen standard.

**Appendix II Preparation of high-SPF standards (P2, P3)**

The specific formulation, production process and quality standards for the high SPF standards (P2, P3) are described in the international SPF determination methods

(Annex V of the International Sun Protection Factor (SPF) Test Method, 2006).

# (ii) Determination method for water resistance of sunscreen cosmetics

## 1   Introduction

The history of sunscreen cosmetics shows that water and sweat resistance is a classic attribute of sunscreen products. As sunscreens, especially those with high SPF values, are often used during outdoor sports in summer, the season and the environment in which they are used require them to be water and sweat resistant, i.e. to maintain a certain level of protection from the sun even under sweat or swimming conditions.

Products that are waterproof are often labelled as "waterproof and sweatproof" and "suitable for outdoor activities such as swimming".

## 2   Normative references

The U.S. Food and Drug Administration (FDA) has established a Testing Procedure for the determination of the sun protection index of sunscreen products (Testing Procedure.

(Federal Register/Vol 64, No98/1999)

## 3   Equipment requirements

Indoor pools, whirlpools or flowing bathtubs are all acceptable, water temperature should be maintained at 23°C to 32°C and the water should be fresh. Record water and room temperatures and relative humidity.

## 4   Test methods

4.1   Tests on the general water resistance of sunscreens

If the product is claimed to be water resistant, the SPF value indicated shall be the SPF value of the product as measured by the following 40min water resistance test.

4.1.1   Apply sunscreen to the tested area of the skin and wait 15min or as required by the label instructions.

4.1.2   Subjects were moved in the water at a moderate level or the water was rotated at a moderate level for 20min.

4.1.3   Take a 20min break out of the water (do not wipe the test area with a towel).

4.1.4   Into the water for a further 20min of moderate activity.

4.1.5   End the water activity and wait for the skin to dry (do not rub the test area with a towel).

4.1.6   UV exposure and measurement according to the SPF determination method specified in this
specification.

4.2   Test for superior water resistance of sunscreens

If the SPF value of a product is claimed to be very water resistant, the SPF value indicated should be
the SPF value of the product measured after the following 80min water resistance test.

4.2.1   Apply sunscreen to the tested area of the skin and wait 15min or as required by the label instructions.

4.2.2   Subjects were active in the water for 20min at a moderate level.

4.2.3   Take a 20min break out of the water (do not wipe the test area with a towel).

4.2.4   Into the water for a further 20min of moderate activity.

4.2.5   Take a 20min break out of the water (do not wipe the test area with a towel).

4.2.6   Into the water for a further 20min of moderate activity.

4.2.7   Take a 20min break out of the water (do not wipe the test area with a towel).

4.2.8   Into the water for a further 20min of moderate activity.

4.2.9   End the water activity and wait for the skin to dry (do not rub the test area with a towel).

4.2.10   UV exposure and measurement according to the SPF determination method specified in this specification.

## 5   Markings

Indicate the value measured after bathing. If the SPF value measured after bathing is reduced by more than 50%, the product must not be labelled as water resistant, with reference to the SPF value marked before the water resistance test or the predicted SPF value.

## (iii) Sunscreen cosmetics long-wave UV protection index (PFA value) determination method

### 1   Introduction

Labelling and advertising UVA protection or broad-spectrum sun protection is becoming increasingly common in the sunscreen cosmetics market. Human testing of PFA values or PA + to PA + + + + expressions on sunscreen cosmetic labels is more commonly used and is recognised by most countries, cosmetic companies and consumers internationally.

### 2   Normative references

UVA Protection Effect Measurement Method Standard (Japan Cosmetic Industry Federation: UV Protection Effect of Cosmetics for UV Protection, 2003)

### 3   Definition

3.1   Ultraviolet wavelength

Short-wave ultraviolet (UVC): 200nm～290nm Medium-wave ultraviolet (UVB): 290nm～320nm Long-wave ultraviolet (UVA): 320nm～400nm

3.2   Minimal persistent pigment darkening dose (MPPD): The minimum dose or duration of UV irradiation required to produce a slight darkening of the skin over the entire exposure area 2 to 4 hours after irradiation. The MPPD should be observed at a fixed point within 2 to 4 hours of exposure, in a well-lit room, and by at least two trained observers.

3.3   Protection factor of UVA (PFA): The ratio of the MPPD required to cause darkening of the skin protected by a sunscreen to the MPPD required to cause darkening of unprotected skin is the PFA value of the sunscreen. This can be expressed as follows.

$$PFA = \frac{\text{MPPD for skin protection with sunscreen cosmetics}}{\text{MPPD for unprotected skin}}$$

### 4   Test method

4.1   Selection of subjects and test sites

4.1.1   Healthy people aged 18 to 60, both men and women.

4.1.2   Subjects with skin types III and IV, i.e. those with varying degrees of skin pigmentation following UV exposure.

4.1.3   Subjects should have no history of photosensitive skin conditions.

4.1.4   No medications such as anti-inflammatory drugs, antihistamines etc. were taken prior to the trial.

4.1.5   The test site was the back. The skin was uniformly coloured, with no pigmented nevi or other discolourations, etc.

4.2   Number of Subjects

The number of subjects in each trial should be 10 or more, with a maximum of 20.

4.3   Sample dose used

The sample should be applied accurately and evenly to the skin of the test area in the same manner as the actual application. The skin of the test area should be marked with a marker to indicate the boundaries and different weighing and application methods may be used for different dosage forms.

4.4   Sample application area

Approximately $^{30cm2}$ or more. To minimise errors in sample weighing, the sample coating area or total sample volume should be as large as possible.

4.5   Waiting time

After application of the sample you should wait 15min for the sample to moisten the skin or dry on the skin.

4.6   Ultraviolet light sources

Artificial light should be used and the following conditions should be met.

4.6.1   Emits a continuous spectrum of light in the UVA region close to daylight. The light source output should remain stable and relatively homogeneous in the beam irradiation plane.

4.6.2   To avoid UV burns, UV light with wavelengths shorter than 320 nm should be filtered out using appropriate filters. Visible and infrared light at wavelengths greater than 400 nm should also be filtered out to avoid their blackening and thermogenic effects.

4.6.3   These conditions should be regularly monitored and maintained. The irradiance of the light source should be measured by a UV irradiometer, the results of regular monitoring should be recorded, the irradiance should be measured promptly each time a major optical component is replaced and the irradiometer should be calibrated by the manufacturer at least once a year. Changes in the intensity and spectrum of the light source can cause changes in the subject's MPPD and should therefore be carefully monitored and the light bulb replaced if necessary.

4.7   Minimum irradiated area

The minimum irradiated area of a single spot should not be less than 0.5 $^{cm2}$ (8 mm). The irradiated area should be the same for unprotected skin and sample protected skin.

4.8   Incremental UV irradiation dose

The maximum increase in UV irradiation should not exceed 25% for multi-point increments. The smaller the increase, the more accurate the measured PFA value.

4.9   The PFA value is calculated using the following formula.

$$PFA = \frac{MPPDp}{MPPDu}$$

where MPPDp is the MPPD of the skin protected by the test product; MPPDu is the MPPD of the unprotected skin.

The arithmetic mean of the PFA values of all subjects protected by the sample is calculated and the integer part is the PFA value of the sample measured. The sampling error of the mean can be estimated by calculating the standard deviation and standard error of the data for the group. It is required that the standard error should be less than 10% of the mean, otherwise the number of subjects should be increased (to no more than 20) until the above requirements are met.

## 5   Marking methods for UVA protection

UVA protection is indicated on the product label by the UVA protection level PA according to the size of the measured PFA value

The PF rating should be identified together with the SPF value of the product; the PFA value is taken as an integer only and converted to a PA rating by the following formula.

PFA value less than 2          No UVA protection

PFA value 2 to 3               PA+

PFA value 4 to 7               PA++

PFA value of 8 or more         PA + + +

**Appendix: Preparation of standards**

The standard formulations are shown in Table 1.

Table 1          Standard product formulations

| Ingredients | Weight ratio % |
|---|---|
| Phase A. | |
| Purified water | 57.13 |
| Dipropylene glycol | 5.00 |
| Phenoxyethanol (Phenoxyethanol) | 0.30 |
| Potassium hydroxide (Potassium hydroxide) | 0.12 |
| Trisodium EDTA (Trisodium edetate) | 0.05 |
| Phase B. | |
| Glyceryl tri-2-ethylhexanoate | 15.00 |
| Cetearyl alcohol (sixteen/octadecanol) | 5.00 |
| Butyl methoxydibenzoylmethane (BMDM) | 5.00 |
| Mineral fat or petroleum jelly (Petrolatum) | 3.00 |
| Stearic acid (Stearic acid) | 3.00 |
| Ethylhexyl methoxycinnamate | 3.00 |
| Glyceryl monostearate (selfmulsifying) | 3.00 |
| Methyl p-hydroxybenzoate (Methylparaben) | 0.20 |
| Ethyl p-hydroxybenzoate (Ethylparaben) | 0.20 |

Preparation process: Weigh out the raw materials in phase A separately, dissolve in pure water and heat to 70°C. Weigh out the raw materials in phase B separately and heat to 70°C until completely dissolved. Add phase B to phase A, mix, emulsify, stir and cool. The standard prepared by the above method has a PFA value of 3.75 with a standard deviation of 1.01.