# EXHIBIT 4

| No. | Product Name | Manufacturing Company | Registered Agent | Approval Date | NMPA Approval Number |
|---|---|---|---|---|---|
| 1 | Paula's Choice 2% Beta Hydroxy Acid Gel, All Skin Types | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/22/2009 | J20098895 |
| 2 | Paula's Choice Hydralight One Step Face Cleanser, Normal to Oily/ Combination Skin | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 01/05/2010 | J20100065 |
| 3 | Paula's Choice Skin Balancing Toner, Normal to Oily/Combination skin | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 01/05/2010 | J20100068 |
| 4 | Paula's Choice Skin Recovery Hydrating Treatment Mask, Normal to Very Dry Skin | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 01/05/2010 | J20100067 |
| 5 | Paula's Choice Hydralight Moisture-Infusing Lotion | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/26/2011 | J20114917 |
| 6 | Paula's Choice Clear Anti-Redness Exfoliating Solution | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 01/19/2012 | J20120594 |
| 7 | Paula's Choice Skin Balancing Invisible Finish Moisture Gel | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 01/19/2012 | J20120590 |
| 8 | Paula's Choice Resist Daily Smoothing Treatment | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 03/29/2012 | J20122091 |
| 9 | Paula's Choice Skin Balancing Oil-Absorbing Mask | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 03/29/2012 | J20122088 |
| 10 | Paula's Choice Clear Pore Normalizing Cleanser | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 06/07/2012 | J20124133 |
| 11 | Paula's Choice Skin Balancing Oil-Reducing Cleanser | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 06/07/2012 | J20123858 |
| 12 | Paula's Choice Skin Balancing Super Antioxidant Concentrate Serum | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 06/07/2012 | J20124167 |
| 13 | Paula's Choice Skin Perfecting 2% BHA Liquid | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 06/07/2012 | J20124128 |

| No. | Product Name | Manufacturing Company | Registered Agent | Approval Date | NMPA Approval Number |
|---|---|---|---|---|---|
| 14 | Paula's Choice Resist Anti-Aging Clear Skin Hydrator | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 07/04/2012 | J20124587 |
| 15 | Paula's Choice Resist Optimal Results Hydrating Cleanser | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 07/04/2012 | J20124515 |
| 16 | Paula's Choice Resist Weightless Body Treatment 2% BHA | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 07/04/2012 | J20124626 |
| 17 | Paula's Choice Shine Stopper Instant Matte Finish | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 07/04/2012 | J20124593 |
| 18 | Paula's Choice Resist Advanced Replenishing Toner | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 06/17/2013 | J20135360 |
| 19 | Paula's Choice Moisture Boost Hydrating Treatment Cream | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 09/17/2013 | J20139348 |
| 20 | Paula's Choice Resist Barrier Repair Moisturizer | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 09/17/2013 | J20139368 |
| 21 | Paula's Choice Resist Super Antioxidant Concentrate Serum | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 09/17/2013 | J20139362 |
| 22 | Paula's Choice Skin Recovery Enriched Calming Toner | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 09/17/2013 | J20139342 |
| 23 | Paula's Choice Skin Recovery Replenishing Moisturizer | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 09/17/2013 | J20139343 |
| 24 | Paula's Choice Hydralight One Step Face Cleanser, Normal to Oily/Combination Skin | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 01/04/2014 | J20100065 |
| 25 | Paula's Choice Skin Balancing Toner, Normal to Oily/ Combination Skin | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 01/04/2014 | J20100068 |
| 26 | Paula's Choice 2% Beta Hydroxy Acid Gel, All Skin Types | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/21/2014 | J20098895 |

| No. | Product Name | Manufacturing Company | Registered Agent | Approval Date | NMPA Approval Number |
|---|---|---|---|---|---|
| 27 | Paula's Choice Skin Recovery Hydrating Treatment Mask, Normal to Very Dry Skin | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/21/2014 | J20100067 |
| 28 | Paula's Choice Earth Sourced Antioxidant-Enriched Natural Moisturizer | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 08/26/2015 | J20156735 |
| 29 | Paula's Choice Earth Sourced Perfectly Natural Cleansing Gel | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 08/26/2015 | J20156734 |
| 30 | Paula's Choice Earth Sourced Purely Natural Refreshing Toner | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 08/26/2015 | J20156736 |
| 31 | Paula's Choice Resist Intensive Wrinkle-Repair Retinol Serum | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 08/26/2015 | J20156733 |
| 32 | Paula's Choice Barely There Sheer Matte Tint SPF 30 (special use) | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 07/18/2016 | J20160836 |
| 33 | Paula's Choice Clear Anti-Redness Exfoliating Solution | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 10/27/2016 | J201610526 |
| 34 | Paula's Choice Clear Pore Normalizing Cleanser | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 10/27/2016 | J201610528 |
| 35 | Paula's Choice Skin Balancing Oil-Reducing Cleanser | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 10/27/2016 | J201610520 |
| 36 | Paula's Choice Skin Perfecting 2% BHA Liquid | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 10/27/2016 | J201610527 |
| 37 | Paula's Choice Resist Daily Smoothing Treatment | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 04/27/2017 | J20174514 |
| 38 | Paula's Choice Resist Anti-Aging Clear Skin Hydrator | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 06/14/2017 | J20124587 |
| 9 | Paula's Choice Shine Stopper Instant Matte Finish | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 06/14/2017 | J20124593 |

| No. | Product Name | Manufacturing Company | Registered Agent | Approval Date | NMPA Approval Number |
|---|---|---|---|---|---|
| 40 | Paula's Choice Resist Optimal Results Hydrating Cleanser | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 09/30/2017 | J20124515 |
| 41 | Paula's Choice Resist Weightless Body Treatment 2% BHA | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 09/30/2017 | J20124626 |
| 42 | Paula's Choice Skin Balancing Super Antioxidant Concentrate Serum | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 11/28/2017 | J201712149 |
| 43 | Paula's Choice Moisture Boost Hydrating Treatment Cream | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/18/2017 | J20139348 |
| 44 | Paula's Choice Resist Barrier Repair Moisturizer | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/18/2017 | J20139368 |
| 45 | Paula's Choice Skin Recovery Enriched Calming Toner | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/18/2017 | J20139342 |
| 46 | Paula's Choice Resist Advanced Replenishing Toner | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/20/2018 | J201816357 |
| 47 | Paula's Choice Resist Super Antioxidant Concentrate Serum | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/20/2018 | J201816358 |
| 48 | Paula's Choice Skin Recovery Replenishing Moisturizer | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 12/20/2018 | J201815963 |
| 49 | Paula's Choice Resist Pure Radiance Skin Brightening Treatment | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 03/08/2019 | J20190706 |
| 50 | Paula's Choice 2% Beta Hydroxy Acid Gel, All Skin Types | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 03/19/2019 | J20098895 |
| 51 | Paula's Choice Skin Recovery Hydrating Treatment Mask, Normal to Very Dry Skin | Paula's Choice, Inc. | Shanghai Yingwen Economic and Trade Co. Ltd. | 04/04/2019 | J20100067 |
| 52 | Paula's Choice Perfectly Natural Cleansing Gel | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 04/26/2020 | 2020002901 |

4

| No. | Product Name | Manufacturing Company | Registered Agent | Approval Date | NMPA Approval Number |
|---|---|---|---|---|---|
| 53 | Paula's Choice 10% Azelaic Acid Booster | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003505 |
| 54 | Paula's Choice Antioxidant-Enriched Natural Moisturizer | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003508 |
| 55 | Paula's Choice Clinical 1% Retinol Treatment | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003506 |
| 56 | Paula's Choice Earth Sourced Power Berry Serum | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003503 |
| 57 | Paula's Choice Intensive Wrinkle-Repair Retinol Serum | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003509 |
| 58 | Paula's Choice Invisible Finish Moisture Gel | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003504 |
| 59 | Paula's Choice Purely Natural Refreshing Toner | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003507 |
| 60 | Paula's Choice Skin Balancing Pore-Reducing Toner | Shanghai Yingwen Economic and Trade Co. Ltd. | Shanghai Yingwen Economic and Trade Co. Ltd. | 05/13/2020 | 2020003511 |