THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JESSE VARGISON, *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>                                      Plaintiffs,<br><br>   v.<br><br>PAULA'S CHOICE LLC, SEPHORA USA, INC., and THG BEAUTY USA LLC,<br><br>                                      Defendants. | Case No. 2:24-CV-00342 -TL<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION AS TO CERTAIN NAMED PLAINTIFFS AND DEFENDANTS' RULES 12(B)(1), 12(B)(2), 12(B)(6), AND 9(B) MOTION TO DISMISS** |

1  Now before the Court is the Unopposed Motion to Extend Briefing Schedule Regarding

2  Defendants' Motion to Compel Arbitration and to Stay Litigation as to Certain Named Plaintiffs

3  and Defendants' Rules 12(B)(1), 12(B)(2), 12(B)(6), and 9(B) Motion to Dismiss. Having read and

4  reviewed the motion, the Court finds good cause to grant the motion.

5  The Court therefore ORDERS as follows:

6  1.  Plaintiffs' Responses to the Motions shall be due by November 19, 2024; and

7  2.  Defendants' Replies in Support of the Motions shall be due by December 20, 2024.

8  DATED this 30th day of October, 2024.

Tana Lin
United States District Judge

Presented by:

/s/ *Sean R. Matt*
Sean R. Matt, WSBA# 21972
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
sean@hbsslaw.com

Robert B. Carey
Michella A. Kras
Alisa V. Sherbow
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000E
Phoenix, AZ 85003
Tel: (602) 840-5900
rob@hbsslaw.com
michellak@hbsslaw.com
alisas@hbsslaw.com
*Pro Hac Vice*

*Attorneys for Plaintiffs*

[PROPOSED] ORDER
Case No. 2:24-cv-00342-TL          - 1 –