THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JESSE VARGISON *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA'S CHOICE LLC, SEPHORA USA, INC., and THG BEAUTY USA LLC,<br><br>Defendants. | Case No.  2:24-CV-00342-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE DEADLINES** |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), and in light of Defendant Paula's Choice LLC's Motion to Compel Arbitration and Stay Litigation as to Certain Named Plaintiffs and Defendants Paula's Choice LLC, Sephora USA, Inc., and THG Beauty USA LLC Rules 12(b)(1), 12(b)(2), 12(b)(6), and 9(b) Motion to Dismiss, which raises several challenges against the First Amended Complaint and the individual claims of particular Plaintiffs, the Parties jointly move that the time to exchange Initial Disclosures pursuant to FRCP 26(a)(1) and for the Parties to file a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) be amended as follows:

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE
DEADLINES– Page 1
Case No.  2:24-CV-00342-TL

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 1/17/2025 | *Within 21 days of the Court's rulings on both or the later of the Motion to Compel Arbitration and the Motion to Dismiss* |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 1/31/2025 | *Within 30 days of the Court's rulings on both or the later of the Motion to Compel Arbitration and the Motion to Dismiss* |

The requested amendments to these case deadlines will not impact any other current deadlines in this case, as no other deadlines have been set, and the Parties agree that the requested amendments will promote the interests of judicial efficiency and economy and that no party will be prejudiced by the requested extensions of time.

STIPULATED AND AGREED TO this 14th day of January, 2025.

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE DEADLINES– Page 2
Case No. 2:24-CV-00342-TL

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

128924827

| | |
|---|---|
| *s/ Emily J. Harris*<br>Emily J. Harris, WSBA# 35763<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>Tel: (206) 625-8600<br>eharris@corrcronin.com<br><br>Michael Duvall (*Pro Hac Vice*)<br>Dentons US LLP<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel: (213) 623-9300<br>michael.duvall@dentons.com<br><br>Grant J. Ankrom (*Pro Hac Vice*)<br>Alice M. Aten (*Pro Hac Vice*)<br>Michael E. Harriss (*Pro Hac Vice*)<br>Dentons US LLP<br>101 S. Hanley Rd., Suite 3000<br>St. Louis, MO 63105<br>Tel: (314) 241-1800<br>grant.ankrom@dentons.com<br>alice.aten@dentons.com<br>michael.harriss@dentons.com<br><br>Vivian Sandoval (*Pro Hac Vice*)<br>Dentons US LLP<br>233 S. Wacker Dr., Suite 5900<br>Chicago, IL 60606-6361<br>Tel: (312) 876-8000<br>vivian.sandoval@dentons.com<br><br>*Attorneys for Defendants Paula's Choice, LLC, Sephora USA, Inc., and THG Beauty USA LLC* | *s/  Sean R. Matt*<br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Phone: (206) 623-7292<br>sean@hbsslaw.com<br><br>*s/ Michella A. Kras*<br>Alisa V. Sherbow (*Pro Hac Vice*)<br>Michella A. Kras (*Pro Hac Vice*)<br>Robert B. Carey (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street<br>Suite 1000<br>Phoenix, Az 85003<br>Phone: 602-840-5900<br>alisas@hbsslaw.com<br>michellak@hbsslaw.com<br>rob@hbsslaw.com<br><br>*Attorneys for Plaintiffs* |

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE DEADLINES– Page 3
Case No.  2:24-CV-00342-TL

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

128924827

## ~~[PROPOSED]~~ ORDER

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED that:

The case schedule is adjusted as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 1/17/2025 | *Within 21 days of the Court's rulings on both or the later of the Motion to Compel Arbitration and the Motion to Dismiss* |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 1/31/2025 | *Within 21 days of the Court's rulings on both or the later of the Motion to Compel Arbitration and the Motion to Dismiss* |

DATED: January 15, 2025

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO AMEND CASE DEADLINES– Page 4
Case No. 2:24-CV-00342-TL

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

128924827

Presented by:

| | |
|---|---|
| *s/ Emily J. Harris*<br>Emily J. Harris, WSBA #35763<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>Tel: (206) 625-8600<br>eharris@corrcronin.com<br><br>Michael Duvall (*Pro Hac Vice*)<br>Dentons US LLP<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel: (213) 623-9300<br>michael.duvall@dentons.com<br><br>Grant J. Ankrom (*Pro Hac Vice*)<br>Alice M. Aten (*Pro Hac Vice*)<br>Michael E. Harriss (*Pro Hac Vice*)<br>Dentons US LLP<br>101 S. Hanley Rd., Suite 3000<br>St. Louis, MO 63105<br>Tel: (314) 241-1800<br>grant.ankrom@dentons.com<br>alice.aten@dentons.com<br>michael.harriss@dentons.com<br><br>Vivian Sandoval (*Pro Hac Vice*)<br>Dentons US LLP<br>233 S. Wacker Dr., Suite 5900<br>Chicago, IL 60606-6361<br>Tel: (312) 876-8000<br>vivian.sandoval@dentons.com<br><br>*Attorneys for Defendants Paula's Choice, LLC, Sephora USA, Inc., and THG Beauty USA LLC* | *s/ Sean R. Matt*<br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Phone: (206) 623-7292<br>sean@hbsslaw.com<br><br>*s/ Michella A. Kras*<br>Alisa V. Sherbow (*Pro Hac Vice*)<br>Michella A. Kras (*Pro Hac Vice*)<br>Robert B. Carey (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street<br>Suite 1000<br>Phoenix, Az 85003<br>Phone: 602-840-5900<br>alisas@hbsslaw.com<br>michellak@hbsslaw.com<br>rob@hbsslaw.com<br><br>*Attorneys for Plaintiffs* |

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE DEADLINES– Page 5
Case No.  2:24-CV-00342-TL

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

128924827

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin LLP, attorneys for Defendants Paula's Choice LLC, Sephora USA, Inc., and THG Beauty USA LLC herein.

2. On January 15, 2025, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated below:

| | |
|---|---|
| Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Phone: (206) 623-7292<br>sean@hbsslaw.com<br><br>Alisa V Sherbow (*Pro Hac Vice*)<br>Michella A. Kras (*Pro Hac Vice*)<br>Robert B. Carey (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street<br>Suite 1000<br>Phoenix, Az 85003<br>Phone: 602-840-5900<br>alisas@hbsslaw.com<br>michellak@hbsslaw.com<br>rob@hbsslaw.com<br><br>*Attorneys for Plaintiffs* | ☐ Legal Messenger<br>☐ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

DATED at Seattle, Washington on January 15, 2025.

*s/ Elizabeth Roth*
Elizabeth Roth, Legal Secretary

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE DEADLINES– Page 6
Case No. 2:24-CV-00342-TL

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

128924827