THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JESSE VARGISON *et al.*, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA'S CHOICE LLC, SEPHORA USA, INC., and THG BEAUTY USA LLC,<br><br>Defendants. | Case No. 2:24-CV-00342-TL<br><br>~~STIPULATION AND [PROPOSED]~~ ORDER REGARDING AUTOMATIC STAY PENDING APPEAL |

~~STIPULATION AND [PROPOSED]~~ ORDER REGARDING AUTOMATIC
STAY PENDING APPEAL – PAGE 1
Case No. 2:24-CV-00342-TL

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that:

All proceedings on Paula's Choice's Motion to Compel Arbitration (Dkt. No. 48), including the deadlines set by the Court's February 18, 2025 Scheduling Order (Dkt. No. 68), are stayed pending resolution of the appeal of the Court's Order on Motion for Clarification, in accordance with *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 143 S. Ct. 1915, 216 L. Ed. 2d 671 (2023).

DATED: April 22, 2025

_____
THE HONORABLE TANA LIN

Presented by:

STIPULATION AND [PROPOSED] ORDER REGARDING AUTOMATIC
STAY PENDING APPEAL – PAGE 1
Case No. 2:24-CV-00342-TL

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| *s/ Emily J. Harris* <br> Emily J. Harris, WSBA# 35763 <br> Corr Cronin LLP <br> 1015 Second Avenue, Floor 10 <br> Seattle, WA 98104-1001 <br> Tel: (206) 625-8600 <br> eharris@corrcronin.com <br><br> Michael Duvall (*Pro Hac Vice*) <br> Dentons US LLP <br> 601 S. Figueroa Street, Suite 2500 <br> Los Angeles, CA 90017-5704 <br> Tel: (213) 623-9300 <br> michael.duvall@dentons.com <br><br> Grant J. Ankrom (*Pro Hac Vice*) <br> Alice M. Aten (*Pro Hac Vice*) <br> Michael E. Harriss (*Pro Hac Vice*) <br> Dentons US LLP <br> 101 S. Hanley Rd., Suite 3000 <br> St. Louis, MO 63105 <br> Tel: (314) 241-1800 <br> grant.ankrom@dentons.com <br> alice.aten@dentons.com <br> michael.harriss@dentons.com <br><br> Vivian Sandoval (*Pro Hac Vice*) <br> Dentons US LLP <br> 233 S. Wacker Dr., Suite 5900 <br> Chicago, IL 60606-6361 <br> Tel: (312) 876-8000 <br> vivian.sandoval@dentons.com <br><br> *Attorneys for Defendants Paula's Choice, LLC, Sephora USA, Inc., and THG Beauty USA LLC* | *s/   Sean R. Matt (by permission)* <br> Sean R. Matt <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Ave., Suite 2000 <br> Seattle, WA 98101 <br> Phone: (206) 623-7292 <br> sean@hbsslaw.com <br><br> Robert B. Carey (Pro Hac Vice) <br> Michella A. Kras (Pro Hac Vice) <br> E. Tory Beardsley (Pro Hac Vice) <br> Alisa V. Sherbow (Pro Hac Vice) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 11 West Jefferson Street <br> Suite 1000 <br> Phoenix, AZ 85003 <br> Phone: 602-840-5900 <br> rob@hbsslaw.com <br> michellak@hbsslaw.com <br> toryb@hbsslaw.com <br> alisas@hbsslaw.com <br><br> *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin LLP, attorneys for Defendants Paula's Choice LLC, Sephora USA, Inc., and THG Beauty USA LLC herein.

2. On April 22, 2025, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated below:

| | |
|---|---|
| Sean R. Matt<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Phone: (206) 623-7292<br>sean@hbsslaw.com<br><br>Robert B. Carey (Pro Hac Vice)<br>Michella A. Kras (Pro Hac Vice)<br>E. Tory Beardsley (Pro Hac Vice)<br>Alisa V. Sherbow (Pro Hac Vice)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>11 West Jefferson Street<br>Suite 1000<br>Phoenix, AZ 85003<br>Phone: 602-840-5900<br>rob@hbsslaw.com<br>michellak@hbsslaw.com<br>toryb@hbsslaw.com<br>alisas@hbsslaw.com<br><br>*Attorneys for Plaintiffs* | |

DATED at Seattle, Washington on April 22, 2025.

                              *s/ Elizabeth F. Roth*
                               Elizabeth F. Roth
                               Legal Secretary

S̶T̶I̶P̶U̶L̶A̶T̶I̶O̶N̶ ̶A̶N̶D̶ ̶[̶P̶R̶O̶P̶O̶S̶E̶D̶]̶ ORDER REGARDING AUTOMATIC STAY PENDING APPEAL – PAGE 3
Case No. 2:24-CV-00342-TL

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900