UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JESSE VARGISON, individually and on behalf of themselves and all others similarly situated; et al.,

Plaintiffs - Appellees,

v.

PAULA'S CHOICE, LLC,

Defendant - Appellant,

and

SEPHORA USA, INC. and THG BEAUTY USA, LLC,

Defendants.

No. 25-2452

D.C. No.
2:24-cv-00342-TL

Western District of Washington, Seattle

MANDATE

The judgment of this Court, entered February 20, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT