THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JESSE VARGISON, et al., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA'S CHOICE, LLC, SEPHORA USA, INC., and THG BEAUTY USA LLC,<br><br>Defendants. | Case No. 2:24-CV-00342-TL<br><br>**PLAINTIFF SAMANTHA SIMMONS' NOTICE OF DISMISSAL FROM CASE** |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Samantha Simmons hereby voluntarily dismisses herself as a Plaintiff in this case. As none of the Defendants have answered the First Amended Complaint or filed a motion for summary judgment, Plaintiff may dismiss herself from the case as a matter of right and without a court order.

DATED: April 3, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Sean R. Matt*
Sean R. Matt (WSBA No. 21972)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: sean@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
E. Tory Beardsley (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
michellak@hbsslaw.com
toryb@hbsslaw.com

*Attorneys for Plaintiffs*