THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE VARGISON, et al., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA'S CHOICE, LLC, SEPHORA USA, INC., and THG BEAUTY USA LLC,<br><br>Defendants. | Case No. 2:24-CV-00342-TL<br><br>**JOINT STATUS REPORT** |



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

Pursuant to the Court's March 17, 2026 Order Lifting Stay (ECF No. 84), and following the Parties' meet and confer, the Parties submit the following joint status report and proposed schedule:

As Samantha Simmons has withdrawn as a Plaintiff in this case (ECF No. 85), no additional briefing is necessary on whether Ms. Simmons must be compelled to arbitrate her claims.[1] On the issue of whether Plaintiffs Erriquez and Wright agreed to arbitration, the Parties propose the following schedule to complete the discovery and briefing outlined in the Parties' Joint Report and Proposed Trial Schedule (ECF No. 67) and the Court's previous Scheduling Order (ECF No. 68):

1. Deadline for completion of discovery: May 7, 2026
2. Deadlines for motions for summary judgment:
   a. Motions: June 8, 2026
   b. Responses to motions: June 29, 2026
   c. Replies in support of motions: July 13, 2026
3. Within seven days of the Court's ruling(s) on any motions(s) for summary judgment, the Parties shall submit a proposed bench trial schedule to the Court.

[1] Julia Bartholomew-King and Dawn van der Steeg previously withdrew as Plaintiffs in this case. ECF No. 76. And Paige Bridges recently withdrew as a Plaintiff in this case. ECF No. 89. Paula's Choice reserves all rights and remedies with regard to Bartholomew-King, van der Steeg, Simmons, and Bridges.


HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

DATED: April 10, 2026

| | |
|---|---|
| *s/ Sean R. Matt*<br><br>Sean R. Matt<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Phone: (206) 623-7292<br>sean@hbsslaw.com<br><br>Robert B. Carey (*Pro Hac Vice*)<br>Michella A. Kras (*Pro Hac Vice*)<br>E. Tory Beardsley (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson Street, Suite 1000<br>Phoenix, AZ 85003<br>Phone: 602-840-5900<br>rob@hbsslaw.com<br>michellak@hbsslaw.com<br>toryb@hbsslaw.com<br><br>*Attorneys for Plaintiffs* | *s/ Emily J. Harris (with permission)*<br><br>Emily J. Harris, WSBA# 35763<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104-1001<br>Tel: (206) 625-8600<br>eharris@corrcronin.com<br><br>Michael Duvall (*Pro Hac Vice*)<br>Dentons US LLP<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel: (213) 623-9300<br>michael.duvall@dentons.com<br><br>Grant J. Ankrom (*Pro Hac Vice*)<br>Alice M. Aten (*Pro Hac Vice*)<br>Michael E. Harriss (*Pro Hac Vice*)<br>Dentons US LLP<br>101 S. Hanley Rd., Suite 3000<br>St. Louis, MO 63105<br>Tel: (314) 241-1800<br>grant.ankrom@dentons.com<br>alice.aten@dentons.com<br>michael.harriss@dentons.com<br><br>Vivian Sandoval (*Pro Hac Vice*)<br>Dentons US LLP<br>233 S. Wacker Dr., Suite 5900<br>Chicago, IL 60606-6361<br>Tel: (312) 876-8000<br>vivian.sandoval@dentons.com<br><br>*Attorneys for Defendants Paula's Choice, LLC, Sephora USA, Inc., and THG Beauty USA LLC* |